UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDERMAN, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company;<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.; and<br><br>MICHAEL BEAMAN, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Declaration of Glenn T. Graham, and all pleadings filed in this action, defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC

253288

(collectively, "Defendants"), by and through their counsel, Kelley Drye & Warren LLP, will move this Court before the Honorable Louis L. Stanton, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint filed by the Federal Trade Commission and the People of the State of New York, by Eric T. Schneiderman, Attorney General of New York (collectively, "Plaintiffs") for failure to state a claim, and awarding Defendants such other, further, and different relief as this Court deems to be just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the March 3, 2017 Order of this Court, Plaintiffs' opposition papers, if any, are due on or before April 25, 2017, and Defendants' reply papers, if any, are due on or before May 5, 2017.

Dated: April 6, 2017
   New York, New York

                                        KELLEY DRYE & WARREN LLP

                                        By: S/Jeffrey S. Jacobson
                                            John E. Villafranco
                                            Jeffrey S. Jacobson (JJ8872)
                                            Glenn T. Graham (GG4230)
                                            Genna S. Steinberg
                                            101 Park Avenue
                                            New York, New York 10178
                                            Tel: (212) 808-7800
                                            Fax: (212) 808-7897
                                            jjacobson@kelleydrye.com

                                            *Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*

253288

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2017, I have caused service of the foregoing Defendants' Notice of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), along with the Memorandum of Law in Support of Defendant's Motion to Dismiss and Declaration of Glenn T. Graham, to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: April 6, 2017                                              S/Jeffrey S. Jacobson
       New York, New York                                 Jeffrey S. Jacobson

253288