ORIGINAL

MEMO ENDORSED

**COZEN O'CONNOR**

June 4, 2019

**Michael B. de Leeuw**
Direct Phone 212-908-1331
Direct Fax 646-461-2090
mdeleeuw@cozen.com

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/19

Re: <u>Federal Trade Comm'n, et al. v. Quincy Bioscience Holding Co., LLC,, et al.</u>, 17-cv-00124-LLS

Your Honor:

We represent Defendants Michael Beaman and Mark Underwood (the "Individual Defendants") in the above-captioned matter. The Individual Defendants intend to submit supplemental briefing on the additional grounds for dismissal set forth in their Motion to Dismiss. This briefing will only relate to the issues that have not yet been ruled on by this Court or the Second Circuit. The Individual Defendants will submit this supplemental briefing no later than two weeks from today. We have conferred with the Plaintiffs, and they will submit responses to all defendants' supplemental briefing within two weeks of filing.

The Individual Defendants also respectfully ask the Court to clarify that the discovery schedule agreed to by the parties, and so-ordered by the Court at Dkt. #59, reflects deadlines that will commence, if at all, on the date of an order on the additional motion to dismiss briefing.

Yes
LLS
6/4/19

Respectfully submitted,

COZEN O'CONNOR

/s/ Michael B. de Leeuw

BY: MICHAEL B. DE LEEUW

MBD

LEGAL\41475771\1