UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDERMAN, Attorney General of the State of New York,<br><br>                    Plaintiffs,<br><br>          v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company;<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.; and<br><br>MICHAEL BEAMAN, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>                    Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**AMENDED RULE 7.1<br>DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Quincy Bioscience Holding Company, Inc., hereby identifies the following as any parent corporation and any publicly held corporation owning 10% or more of its stock:

1. None.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC hereby identify the following as any parent corporation and any publicly held corporation owning 10% or more of their stock:

1. Quincy Bioscience Holding Company, Inc.

Respectfully submitted,

Dated: August 29, 2019  
New York, New York

KELLEY DRYE & WARREN LLP

By: ___/s/ Geoffrey W. Castello___  
John E. Villafranco (admitted *pro hac vice*)  
Geoffrey W. Castello  
Jaclyn M. Metzinger  
Glenn T. Graham  
101 Park Avenue  
New York, New York 10178  
Tel: (212) 808-7800  
Fax: (212) 808-7897  
jvillafranco@kelleydrye.com  
gcastello@kelleydrye.com  
jmetzinger@kelleydrye.com  
ggraham@kelleydrye.com

*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*