

September 6, 2019

**Michael B. de Leeuw**
Direct Phone   212-908-1331
Direct Fax       646-461-2090
mdeleeuw@cozen.com

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Federal Trade Comm'n, et al. v. Quincy Bioscience Holding Co., LLC,, et al.</u>, 17-cv-00124-LLS

Your Honor:

We represent Defendant Mark Underwood in the above-captioned matter. For the reasons set forth in the letter submitted to Your Honor at Dkt. #82 by Quincy Bioscience Holding Company, Inc., Quincy Bioscience LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC, Mr. Underwood respectfully requests that the Court deny Plaintiffs' request for a pre-motion conference (Dkt. #77). Moreover, Plaintiffs' request to file a motion to strike "certain affirmative defenses" should be denied.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Michael B. de Leeuw*

BY:    MICHAEL B. DE LEEUW

MBD