**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>                Plaintiffs,<br><br>                v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>                Defendants. | Case No. 1:17-cv-00124-LLS<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO FED. R. CIV. P. 12(f)** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Strike, and all pleadings filed in this action, Plaintiffs the Federal Trade Commission and the People of the State of New York by Letitia James, Attorney General of the State of New York, hereby move this Court, on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(f) striking certain affirmative defenses raised in the August 7, 2019 Answers filed by Corporate Defendants Quincy Bioscience Holding Company, Inc. et al. (collectively "Quincy") and Individual Defendant Mark Underwood (Dkts. 73 and 74). Plaintiffs move specifically to strike Quincy's First, Second, Fifth, Sixth, Tenth,

Thirteenth, Fifteenth, and Seventeenth Affirmative Defenses and Underwood's corresponding First, Third, Sixth, Seventh, Tenth, and Fifteenth Affirmative Defenses and the Preamble to those defenses.

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2019, pursuant to Rule 2.A of the Rules of Individual Practices, Plaintiffs submitted a letter requesting a pre-motion conference on the proposed motion to strike and requested a stay of the August 28, 2019 deadline for filing the motion pending the outcome of that request (Dkt. 77). The Court granted the stay of the deadline on August 16, 2019 (Dkt. 78) and subsequently issued an Order on September 10, 2019 granting leave to file this Motion and the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Strike (Dkt. 85).

Dated: September 16, 2019

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, Attorney General of the State of New York |
|---|---|
| By: /s/ Michelle Rusk<br>Michelle Rusk<br>Annette Soberats<br>600 Pennsylvania Avenue NW<br>Mailstop CC-10528<br>Washington, DC 20580<br>(202) 326-3148, - 2921 | By: /s/ Kate Matuschak<br>Jane M. Azia<br>Kate Matuschak<br>Stephen Mindell<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6189 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2019, I have caused service of the foregoing Plaintiffs' Notice of Motion to Strike Affirmative Defenses and the accompanying Memorandum in Support of Motion to Strike to be made by electronic filing with the Clerk of the Court using the ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: September 16, 2019  /s/ Michelle Rusk
Washington, D.C.  Michelle Rusk