

Division of Advertising Practices
Annette Soberats
202-326-2921
asoberats@ftc.gov



MEMO ENDORSED

United States of America
FEDERAL TRADE COMMISSION
Washington, DC 20580

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/20

May 5, 2020

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Federal Trade Commission, et al. v. Quincy Bioscience Holding Co., Inc., et al.*
      17-CV-00124-LLS

Dear Judge Stanton:

Plaintiff, the Federal Trade Commission, writes with the consent of all parties and pursuant to Rule I.E. of Your Honor's Individual Practices, to respectfully request an adjournment of the Status Conference scheduled for May 8, 2020 at 2:30 pm. This is the parties' first request for an adjournment, and it is made in light of the curtailment of court operations in the Southern District of New York due to the COVID-19 pandemic.

The parties' Scheduling Order [Dkt. 103] proposes a status conference on August 7, 2020 at 2:30 pm or at a date to be set by the Court. We ask that the Court adjourn the May 8th Status Conference to August 7, 2020 or to another date set by the Court.

We thank Your Honor for consideration of this request.

Respectfully,

*/s/ Annette Soberats*
Annette Soberats
Federal Trade Commission

So Ordered
August 7, 2020
at 2:30 pm
Louis L. Stanton
5/5/20

cc:   All counsel of record (via ECF)