UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br>by ERIC T. SCHNEIDERMAN,<br>Attorney General of the State of New York,<br><br>                Plaintiffs,<br><br>                v.<br><br>QUINCY BIOSCIENCE HOLDING<br>COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited<br>liability company;<br><br>PREVAGEN, INC., a corporation<br>d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE<br>MANUFACTURING, LLC, a limited liability<br>company;<br><br>MARK UNDERWOOD, individually and as<br>an officer of QUINCY BIOSCIENCE<br>HOLDING COMPANY, INC., QUINCY<br>BIOSCIENCE, LLC, and PREVAGEN,<br>INC.; and<br><br>MICHAEL BEAMAN, individually and as an<br>officer of QUINCY BIOSCIENCE HOLDING<br>COMPANY, INC., QUINCY BIOSCIENCE, LLC,<br>and PREVAGEN, INC.<br><br>                Defendants. | Case No. 1:17-cv-00124-LLS |

**NOTICE OF MOTION TO AMEND CAPTION PURSUANT TO FED. R. CIV. P. 15(a)**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Michael Beaman, by his undersigned counsel, will move this Court, before the Honorable Katherine Polk Failla, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for entry of an Order amending the caption in this action to reflect Mr. Beaman's dismissal, and any further relief this Court should find just and reasonable. Plaintiffs do not oppose amending the caption to reflect Mr. Beaman's dismissal.

Dated: New York, New York
July 2, 2020

COZEN O'CONNOR

/s/ Michael de Leeuw
Michael de Leeuw
Tamar S. Wise
Matthew Elkin
45 Broadway
New York, NY 10006
212-908-1331

-and-

JB Kelly (*pro hac vice*)
Bryan Mosca (*pro hac vice*)
1200 19th Street, NW
Washington, DC 20036

*Attorneys for Defendant Mark Underwood and dismissed defendant Michael Beaman*