ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**FEDERAL TRADE COMMISSION and PEOPLE OF THE STATE OF NEW YORK, by Letitia A. James, Attorney General of the State of New York,**

        Plaintiffs,

- against -

**QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, PREVAGEN, INC. d/b/a Sugar River Supplements, QUINCY BIOSCIENCE MANUFACTURING, LLC, and MARK UNDERWOOD,**

        Defendants.

17 Civ. 124 (LLS)

**ORDER**

---

    In light of the dismissal of defendant Michael Beaman in the Court's Opinion and Order dated July 24, 2019 (Dkt. No. 72), Beaman's motion to amend the caption in this action (Dkt. No. 120) to reflect his dismissal is granted. The Clerk is respectfully directed to amend the caption as set forth above.

    So ordered.

Dated:    New York, New York
           July 17, 2020

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                                  U.S.D.J.