**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-00124-LLS |

**[PROPOSED] STIPULATED ORDER TO EXTEND DEADLINES**

**WHEREAS** Plaintiffs Federal Trade Commission and the People of the State of New York by Letitia James, Attorney General of the State of New York ("Plaintiffs") and Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood (collectively, "Defendants") (Plaintiffs and Defendants, collectively, "Parties") have met and conferred with respect to the permissibility and

scope of Defendants' Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs and are at an impasse with respect to Defendants' Revised Notices;

**WHEREAS** Plaintiffs intend to file letter-motions requesting a pre-motion discovery conference pursuant to Local Civil Rule 37.2 seeking protective orders in response to Defendants' Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs ("Plaintiffs' Anticipated Letter-Motions");

**WHEREAS** the Stipulated Order to Extend the Deadline for Rule 30(b)(6) Depositions of Plaintiffs (ECF. No. 130) provides that the deadline for Defendants to complete any Rule 30(b)(6) depositions of Plaintiffs is October 30, 2020; and

**WHEREAS** there have been four prior extensions of various case deadlines in this matter, which this Court has granted in Orders dated March 6, 2017 (to allow Defendants to file a Motion to Dismiss), March 20, 2020 (to allow Defendants to complete document production), June 8, 2020 (to provide for conducting depositions remotely in light of the COVID-19 pandemic, and September 16, 2020 (to allow the Parties to continue to meet and confer on any Rule 30(b)(6) depositions of Plaintiffs and to extend the deadline for such depositions).

**IT IS HEREBY STIPULATED AND AGREED** between and among the Parties, by and through their undersigned counsel, as follows:

1. **Briefing Schedule for Plaintiffs' Anticipated Letter-Motions**: Plaintiffs shall file their Anticipated Letter-Motions by October 20, 2020. Defendants shall file their responses

to Plaintiffs' Anticipated Letter-Motions by October 27, 2020. Plaintiffs shall file their replies by November 3, 2020.

2. **Rule 30(b)(6)Depositions**: The deadline for Defendants to complete any Rule 30(b)(6) depositions of Plaintiffs shall be extended from October 30, 2020 up to and including a date twenty-one (21) days after the Court makes a final ruling regarding the protective orders. However, the Parties agree that any Rule 30(b)(6) depositions of Plaintiffs will not proceed until the Court rules regarding the protective orders. No additional discovery shall be served except for discovery that arises out of any Rule 30(b)(6) depositions of Plaintiffs and/or the negotiations regarding the Rule 30(b)(6) notices.

3. **Status Conference:** The Status Conference currently set for November 9, 2020 at 3:00 p.m. is adjourned to December _____, 2020 at __ p.m.

**SO STIPULATED:**

Dated:      New York, New York
            October _____, 2020

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES |
|---|---|
| */s/ Annette Soberats*_____<br>MICHELLE RUSK<br>ANNETTE SOBERATS<br>EDWARD GLENNON<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, D.C. 20850<br>202-326-3148, mrusk@ftc.gov<br>202-326-2921, asoberats@ftc.gov<br>202-326-3126, eglennon@ftc.gov<br>202-326-3259 (facsimile)<br><br>*Attorneys for Plaintiff*<br>*FEDERAL TRADE COMMISSION* | LETITIA JAMES<br>Attorney General of the State of New York<br><br>By: */s/ Kate Matuschak*_____<br>JANE M. AZIA<br>Bureau Chief<br>KATE MATUSCHAK<br>Assistant Attorney General<br>STEPHEN MINDELL<br>Special Assistant Attorney General<br>Consumer Frauds and Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Tel: (212) 416-6189; Fax: (212) 416-6003<br>Email: kate.matuschak@ag.ny.gov |

| FOR KELLEY DRYE | FOR COZEN O'CONNOR |
|---|---|
| /s/ *Geoffrey W. Castello* | /s/ *Michael B. de Leeuw* |
| Geoffrey W. Castello, III.<br>Glenn T. Graham<br>Jaclyn M. Metzinger<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br>gcastello@kelleydrye.com<br>ggraham@kelleydrye.com<br>jmetzinger@kelleydrye.com<br><br>*Attorneys for Defendants*<br>*Quincy Bioscience Holding Co., Inc.,*<br>*Quincy Bioscience, LLC,*<br>*Prevagen Inc., and*<br>*Quincy Bioscience Manufacturing, LLC* | Michael B. de Leeuw<br>Tamar S. Wise<br>Cozen O'Connor<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>(212) 908-1331<br>mdeleeuw@cozen.com<br>twise@cozen.com<br><br>*Attorneys for Defendant*<br>*Mark Underwood* |

**SO ORDERED**, this _____ day of

_____, 2020,

_____
LOUIS STANTON
UNITED STATES DISTRICT JUDGE