ꓱRIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>        Plaintiffs,<br><br>        v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>        Defendants. | Case No. 1:17-cv-00124-LLS<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/13/2• |

LLS

## [PROPOSED] STIPULATED ORDER TO EXTEND DEADLINES

**WHEREAS** Plaintiffs Federal Trade Commission and the People of the State of New York

by Letitia James, Attorney General of the State of New York ("Plaintiffs") and Defendants Quincy

Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience

Manufacturing, LLC, and Mark Underwood (collectively, "Defendants") (Plaintiffs and

Defendants, collectively, "Parties") have met and conferred with respect to the permissibility and

scope of Defendants' Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs and are at an impasse with respect to Defendants' Revised Notices;

**WHEREAS** Plaintiffs intend to file letter-motions requesting a pre-motion discovery conference pursuant to Local Civil Rule 37.2 seeking protective orders in response to Defendants' Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs ("Plaintiffs' Anticipated Letter-Motions");

**WHEREAS** the Stipulated Order to Extend the Deadline for Rule 30(b)(6) Depositions of Plaintiffs (ECF. No. 130) provides that the deadline for Defendants to complete any Rule 30(b)(6) depositions of Plaintiffs is October 30, 2020; and

**WHEREAS** there have been four prior extensions of various case deadlines in this matter, which this Court has granted in Orders dated March 6, 2017 (to allow Defendants to file a Motion to Dismiss), March 20, 2020 (to allow Defendants to complete document production), June 8, 2020 (to provide for conducting depositions remotely in light of the COVID-19 pandemic, and September 16, 2020 (to allow the Parties to continue to meet and confer on any Rule 30(b)(6) depositions of Plaintiffs and to extend the deadline for such depositions).

**IT IS HEREBY STIPULATED AND AGREED** between and among the Parties, by and through their undersigned counsel, as follows:

1.      **Briefing Schedule for Plaintiffs' Anticipated Letter-Motions**:  Plaintiffs shall file their Anticipated Letter-Motions by October 20, 2020.  Defendants shall file their responses

to Plaintiffs' Anticipated Letter-Motions by October 27, 2020.  Plaintiffs shall file their replies by November 3, 2020.

      2.     **Rule 30(b)(6)Depositions**: The deadline for Defendants to complete any Rule 30(b)(6) depositions of Plaintiffs shall be extended from October 30, 2020 up to and including a date twenty-one (21) days after the Court makes a final ruling regarding the protective orders. However, the Parties agree that any Rule 30(b)(6) depositions of Plaintiffs will not proceed until the Court rules regarding the protective orders.  No additional discovery shall be served except for discovery that arises out of any Rule 30(b)(6) depositions of Plaintiffs and/or the negotiations regarding the Rule 30(b)(6) notices.

      3.     **Status Conference:** The Status Conference currently set for November 9, 2020 at 3:00 p.m. is adjourned to December **14**, 2020 at **2** p.m.

L L S

**SO STIPULATED:**

Dated:      New York, New York
             October **13**, 2020

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES |
|---|---|

*/s/ Annette Soberats*
MICHELLE RUSK
ANNETTE SOBERATS
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20850
202-326-3148, mrusk@ftc.gov
202-326-2921, asoberats@ftc.gov
202-326-3126, eglennon@ftc.gov
202-326-3259 (facsimile)

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

LETITIA JAMES
Attorney General of the State of New York

By: */s/ Kate Matuschak*
JANE M. AZIA
Bureau Chief
KATE MATUSCHAK
Assistant Attorney General
STEPHEN MINDELL
Special Assistant Attorney General
Consumer Frauds and Protection Bureau
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6189; Fax: (212) 416-6003
Email: kate.matuschak@ag.ny.gov

FOR KELLEY DRYE                           FOR COZEN O'CONNOR


 /s/ *Geoffrey W. Castello*                  /s/  *Michael B. de Leeuw*

Geoffrey W. Castello, III.                Michael B. de Leeuw
Glenn T. Graham                           Tamar S. Wise
Jaclyn M. Metzinger                       Cozen O'Connor
Kelley Drye & Warren LLP                  45 Broadway Atrium, Suite 1600
101 Park Avenue                           New York, NY 10006
New York, NY 10178                        (212) 908-1331
(212) 808-7800                            mdeleeuw@cozen.com
gcastello@kelleydrye.com                  twise@cozen.com
ggraham@kelleydrye.com
jmetzinger@kelleydrye.com                 *Attorneys for Defendant*
                                          *Mark Underwood*
*Attorneys for Defendants*
*Quincy Bioscience Holding Co., Inc.,*
*Quincy Bioscience, LLC,*
*Prevagen Inc., and*
*Quincy Bioscience Manufacturing, LLC*


**SO ORDERED**, this ___13th___ day of

___October___, 2020,



___Louis L. Stanton___
LOUIS STANTON
UNITED STATES DISTRICT JUDGE