UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**DECLARATION OF ANNETTE SOBERATS IN SUPPORT OF PLAINTIFFS' LETTER OPPOSING DEFENDANTS' MOTION FOR LOCAL RULE 37.2 CONFERENCE TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES** |

**DECLARATION OF ANNETTE SOBERATS**

I, Annette Soberats, hereby state that I am an attorney for the Federal Trade Commission in the above-captioned litigation against Corporate Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC, and Individual Defendant Mark Underwood (collectively, "Defendants"). I submit this declaration in support of Plaintiffs' letter opposing Defendants' request for a Local Rule 37.2 Conference to compel Plaintiffs to produce supplemental written discovery responses. (Dkt. No. 143).

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Responses and Objections to Corporate Defendants' Second Set of Interrogatories, dated September 14, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2020         /s/ *Annette Soberats*
                                Annette Soberats

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2020, I have served the foregoing by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                            */s/ Annette Soberats*
                                            Annette Soberats