ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION, ET AL .,

                    Plaintiffs,

        - against –

QUINCY BIOSCIENCE HOLDING CO., INC.,
ET. AL.,

                    Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/9/21

17 Civ. 124 (LLS)

ORDER

My rulings on the objections made during the deposition of
the FTC's 30(b)(6) designee are as follows[1]:

- pp. 10-27: sustained

- p. 29, line 10: overruled

- pp. 33-36: sustained

- p. 38, lines 3-4, 10: overruled

- p. 39, lines 4, 14: overruled

- p. 43, line 12: overruled

- pp. 44-48: overruled

- pp. 49-51: overruled

- p. 52: overruled

- pp. 54-57: sustained

- pp. 65-66: overruled

- p. 70, line 8: overruled

- p. 72, line 15: overruled

- p. 74: overruled

- p. 76, line 13: overruled

- p. 78, line 5: overruled

- p. 80, line 5: overruled

---

[1] Page numbers are those appearing on Dkt. 157-1.

Defendants' request to compel plaintiff to provide another 30(b)(6) witness is denied. It does not appear that Ms. Rosso was unprepared to testify or was intentionally evasive. Defendants may serve additional interrogatories to discover any outstanding information to which the Court previously found it was entitled.

So ordered.

Dated:    New York, New York
          March 9, 2021

Louis L. Stanton
Louis L. Stanton
U.S.D.J.