UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00124-LLS |

**[PROPOSED] STIPULATED ORDER TO EXTEND DEADLINES**

**WHEREAS** Plaintiffs, the Federal Trade Commission and the People of the State of New York by Letitia James, Attorney General of the State of New York ("Plaintiffs"), and Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood (collectively, "Defendants") (Plaintiffs and Defendants, collectively, "Parties") have conferred with respect to the deadlines for expert

discovery set forth in the Stipulated Scheduling Order for Fact and Expert Discovery (ECF No. 154);

**WHEREAS** the Stipulated Scheduling Order for Fact and Expert Discovery provides deadlines for the parties to exchange affirmative and rebuttal expert reports and to complete expert discovery;

**WHEREAS** Plaintiffs need additional time to exchange initial expert reports due to the schedules of Plaintiffs' experts; and

**WHEREAS** there have been five prior extensions of various case deadlines in this matter, which this Court has granted in Orders dated March 6, 2017 (to allow Defendants to file a Motion to Dismiss), March 20, 2020 (to allow Defendants to complete document production), June 8, 2020 (to provide for conducting depositions remotely in light of the COVID-19 pandemic), September 16, 2020 (to allow the Parties to continue to meet and confer on any Rule 30(b)(6) depositions of Plaintiffs and to extend the deadline for such depositions), and October 13, 2020 (to allow Plaintiffs to file letter-motions requesting a pre-motion discovery conference seeking protective orders in response to Defendant's Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs).

**IT IS HEREBY STIPULATED AND AGREED** between and among the Parties, by and through their undersigned counsel, as follows:

1. **Expert Reports and Depositions**:  The Parties will exchange affirmative expert reports no later than April 22, 2021.  The Parties will exchange rebuttal expert reports no later than

June 24, 2021. The Parties will complete expert discovery, including expert depositions, by August 31, 2021.

    2. **Status Conference:** The Status Conference currently set for July 23, 2021 at 12:30 p.m. is adjourned to September \_\_\_\_, 2021 at \_\_ p.m.

**SO STIPULATED:**

Dated:    New York, New York
           March 17, 2021

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES |
|---|---|
| */s/ Annette Soberats*<br>MICHELLE RUSK<br>ANNETTE SOBERATS<br>EDWARD GLENNON<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, D.C. 20850<br>202-326-3148, mrusk@ftc.gov<br>202-326-2921, asoberats@ftc.gov<br>202-326-3126, eglennon@ftc.gov<br>202-326-3259 (facsimile)<br><br>*Attorneys for Plaintiff*<br>*FEDERAL TRADE COMMISSION* | LETITIA JAMES<br>Attorney General of the State of New York<br><br>By: */s/ Kate Matuschak*<br>JANE M. AZIA<br>Bureau Chief<br>KATE MATUSCHAK<br>Assistant Attorney General<br>STEPHEN MINDELL<br>Special Assistant Attorney General<br>Consumer Frauds and Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Tel: (212) 416-6189; Fax: (212) 416-6003<br>Email: kate.matuschak@ag.ny.gov |

| FOR KELLEY DRYE | FOR COZEN O'CONNOR |
|---|---|
| /s/ *Geoffrey W. Castello* | /s/ *Michael B. De Leeuw* |
| Geoffrey W. Castello, III.<br>Glenn T. Graham<br>Jaclyn M. Metzinger<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 808-7800<br>gcastello@kelleydrye.com<br>ggraham@kelleydrye.com<br>jmetzinger@kelleydrye.com<br><br>*Attorneys for Defendants*<br>*Quincy Bioscience Holding Co., Inc.,*<br>*Quincy Bioscience, LLC,*<br>*Prevagen Inc., and*<br>*Quincy Bioscience Manufacturing, LLC* | Michael B. de Leeuw<br>Tamar S. Wise<br>Cozen O'Connor<br>3 World Trade Center—55th Floor<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 908-1331<br>mdeleeuw@cozen.com<br>twise@cozen.com<br><br>*Attorneys for Defendant*<br>*Mark Underwood* |

**SO ORDERED**, this _____ day of

_____, 2021,

_____
LOUIS STANTON
UNITED STATES DISTRICT JUDGE