

ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>        Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>        Defendants. | Case No. 1:17-cv-00124-LLS<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/17/21 |

## [PROPOSED] STIPULATED ORDER TO EXTEND DEADLINES

**WHEREAS** Plaintiffs, the Federal Trade Commission and the People of the State of New York by Letitia James, Attorney General of the State of New York ("Plaintiffs"), and Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood (collectively, "Defendants") (Plaintiffs and Defendants, collectively, "Parties") have conferred with respect to the deadlines for expert

discovery set forth in the Stipulated Scheduling Order for Fact and Expert Discovery (ECF No. 154);

**WHEREAS** the Stipulated Scheduling Order for Fact and Expert Discovery provides deadlines for the parties to exchange affirmative and rebuttal expert reports and to complete expert discovery;

**WHEREAS** Plaintiffs need additional time to exchange initial expert reports due to the schedules of Plaintiffs' experts; and

**WHEREAS** there have been five prior extensions of various case deadlines in this matter, which this Court has granted in Orders dated March 6, 2017 (to allow Defendants to file a Motion to Dismiss), March 20, 2020 (to allow Defendants to complete document production), June 8, 2020 (to provide for conducting depositions remotely in light of the COVID-19 pandemic), September 16, 2020 (to allow the Parties to continue to meet and confer on any Rule 30(b)(6) depositions of Plaintiffs and to extend the deadline for such depositions), and October 13, 2020 (to allow Plaintiffs to file letter-motions requesting a pre-motion discovery conference seeking protective orders in response to Defendant's Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs).

**IT IS HEREBY STIPULATED AND AGREED** between and among the Parties, by and through their undersigned counsel, as follows:

1. **Expert Reports and Depositions**: The Parties will exchange affirmative expert reports no later than April 22, 2021. The Parties will exchange rebuttal expert reports no later than

June 24, 2021. The Parties will complete expert discovery, including expert depositions, by August 31, 2021.

2. **Status Conference:** The Status Conference currently set for July 23, 2021 at 12:30 p.m. is adjourned to September 10, 2021 at 12:30 p.m.

LLS

**SO STIPULATED:**

Dated:   New York, New York
         March 17, 2021

FEDERAL TRADE COMMISSION            PEOPLE OF THE STATE OF NEW YORK
                                    BY LETITIA JAMES


*/s/ Annette Soberats*                LETITIA JAMES
MICHELLE RUSK                         Attorney General of the State of New York
ANNETTE SOBERATS
EDWARD GLENNON                        By: */s/ Kate Matuschak*
Federal Trade Commission              JANE M. AZIA
600 Pennsylvania Avenue, NW           Bureau Chief
Washington, D.C. 20850                KATE MATUSCHAK
202-326-3148, mrusk@ftc.gov           Assistant Attorney General
202-326-2921, asoberats@ftc.gov       STEPHEN MINDELL
202-326-3126, eglennon@ftc.gov        Special Assistant Attorney General
202-326-3259 (facsimile)              Consumer Frauds and Protection Bureau
                                      28 Liberty Street
*Attorneys for Plaintiff*             New York, NY 10005
*FEDERAL TRADE COMMISSION*            Tel: (212) 416-6189; Fax: (212) 416-6003
                                      Email: kate.matuschak@ag.ny.gov

| FOR KELLEY DRYE | FOR COZEN O'CONNOR |
|---|---|
| /s/ *Geoffrey W. Castello* | /s/ *Michael B. De Leeuw* |
| Geoffrey W. Castello, III.<br>Glenn T. Graham<br>Jaclyn M. Metzinger<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 808-7800<br>gcastello@kelleydrye.com<br>ggraham@kelleydrye.com<br>jmetzinger@kelleydrye.com<br><br>*Attorneys for Defendants*<br>*Quincy Bioscience Holding Co., Inc.,*<br>*Quincy Bioscience, LLC,*<br>*Prevagen Inc., and*<br>*Quincy Bioscience Manufacturing, LLC* | Michael B. de Leeuw<br>Tamar S. Wise<br>Cozen O'Connor<br>3 World Trade Center—55th Floor<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 908-1331<br>mdeleeuw@cozen.com<br>twise@cozen.com<br><br>*Attorneys for Defendant*<br>*Mark Underwood* |

**SO ORDERED**, this 17th day of March, 2021,

_____
LOUIS STANTON
UNITED STATES DISTRICT JUDGE