UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

**[PROPOSED] STIPULATED ORDER TO EXTEND DEADLINES**

**WHEREAS** Plaintiffs, the Federal Trade Commission and the People of the State of New York by Letitia James, Attorney General of the State of New York ("Plaintiffs"), and Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood (collectively, "Defendants") (Plaintiffs and Defendants, collectively, "Parties") have conferred with respect to the deadlines for expert discovery set forth in the Stipulated Order to Extend Deadlines (ECF No. 167);

**WHEREAS** the Stipulated Scheduling Order to Extend Deadlines provides deadlines for the parties to exchange rebuttal expert reports and to complete expert discovery;

**WHEREAS** Plaintiffs submitted three initial expert reports, and Defendants submitted five initial expert reports;

**WHEREAS** Plaintiffs need additional time to exchange rebuttal expert reports and to complete expert discovery due to the schedules of Plaintiffs' experts and the large number of depositions that must be taken; and

**WHEREAS** there have been six prior extensions of various case deadlines in this matter, which this Court has granted in Orders dated March 6, 2017 (to allow Defendants to file a Motion to Dismiss), March 20, 2020 (to allow Defendants to complete document production), June 8, 2020 (to provide for conducting depositions remotely in light of the COVID-19 pandemic), September 16, 2020 (to allow the Parties to continue to meet and confer on any Rule 30(b)(6) depositions of Plaintiffs and to extend the deadline for such depositions), October 13, 2020 (to allow Plaintiffs to file letter-motions requesting a pre-motion discovery conference seeking protective orders in response to Defendant's Revised Rule 30(b)(6) Notices of Deposition to Plaintiffs), and March 17, 2021 (to allow Plaintiffs more time to submit initial expert reports due to the schedules of Plaintiffs' experts).

**IT IS HEREBY STIPULATED AND AGREED** between and among the Parties, by and through their undersigned counsel, as follows:

1. **Expert Reports and Depositions**:  The Parties will exchange rebuttal expert reports no later than July 16, 2021.  The Parties will complete expert discovery, including expert depositions, by October 22, 2021.  The Parties agree that the current deadline of June 24, 2021 for

exchanging rebuttal expert reports will be held in abeyance while the Court considers the Parties' Proposed Stipulated Order to Extend Deadlines.

    2.    **Status Conference:** The Status Conference currently set for September 10, 2021 at 12:30 p.m. is adjourned to November _____, 2021 at __ p.m.

**SO STIPULATED:**

Dated:    New York, New York
               June 21, 2021

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES |
|---|---|
| */s/ Annette Soberats*<br>MICHELLE RUSK<br>ANNETTE SOBERATS<br>EDWARD GLENNON<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, D.C. 20850<br>202-326-3148, mrusk@ftc.gov<br>202-326-2921, asoberats@ftc.gov<br>202-326-3126, eglennon@ftc.gov<br>202-326-3259 (facsimile)<br><br>*Attorneys for Plaintiff*<br>*FEDERAL TRADE COMMISSION* | LETITIA JAMES<br>Attorney General of the State of New York<br><br>By:  */s/ Kate Matuschak*<br>JANE M. AZIA<br>Bureau Chief<br>KATE MATUSCHAK<br>Assistant Attorney General<br>Consumer Frauds and Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Tel: (212) 416-6189; Fax: (212) 416-6003<br>Email: kate.matuschak@ag.ny.gov |

| FOR KELLEY DRYE | FOR COZEN O'CONNOR |
|---|---|
| /s/ *Geoffrey W. Castello, III* | /s/ *Michael B. deLeeuw* |
| Geoffrey W. Castello, III. <br> Glenn T. Graham <br> Jaclyn M. Metzinger <br> Kelley Drye & Warren LLP <br> 3 WTC, 175 Greenwich St. <br> New York, NY 10007 <br> (212) 808-7800 <br> gcastello@kelleydrye.com <br> ggraham@kelleydrye.com <br> jmetzinger@kelleydrye.com | Michael B. de Leeuw <br> Tamar S. Wise <br> Cozen O'Connor <br> 3 WTC, 175 Greenwich St., 55th Floor <br> New York, NY 10007 <br> (212) 908-1331 <br> mdeleeuw@cozen.com <br> twise@cozen.com |
| *Attorneys for Defendants* <br> *Quincy Bioscience Holding Co., Inc.,* <br> *Quincy Bioscience, LLC,* <br> *Prevagen Inc., and* <br> *Quincy Bioscience Manufacturing, LLC* | *Attorneys for Defendant* <br> *Mark Underwood* |

**SO ORDERED**, this _____ day of

_____, 2021,

_____
LOUIS STANTON
UNITED STATES DISTRICT JUDGE