ORIGINAL



**MEMO ENDORSED**

United States of America
FEDERAL TRADE COMMISSION
Washington, DC 20580

Division of Advertising Practices
Annette Soberats
202-326-2921; asoberats@ftc.gov

September 9, 2021

**VIA ECF**
Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *FTC, et al. v. Quincy Bioscience Holding Co., Inc., et al.* (17-CV-00124-LLS)
      Plaintiffs' Request to Appear Telephonically at September 17, 2021 Pre-Motion
      Conference

Dear Judge Stanton:

Plaintiffs, the Federal Trade Commission ("FTC") and the People of the State of New
York by Letitia James, Attorney General of the State of New York, respectfully request the
Court's leave to appear telephonically at the pre-motion conference set for September 17, 2021
at 2:30 pm. Defendants intend to appear in person but do not oppose Plaintiffs' request.

*Granted.*
*Louis L.*
*Stanton*
*9/10/21*

Due to the widespread resurgence of COVID-19, New York County has been designated
by the Centers for Disease Control and Prevention as experiencing "high" levels of community
transmission of the disease. Accordingly, counsel would strongly prefer to avoid travel and
public interaction in the area if at all possible. In addition, we note that the attorney who has
been designated to argue the FTC's position at the September 17 pre-motion conference would
need to travel to New York from Washington, D.C. While counsel are mindful that the Court is
observing masking and other preventative protocols, travel is a high-risk activity for transmission
of the disease.

In addition, the parties in this case have appeared telephonically in the past. In a prior
telephonic status conference on December 14, 2020, the Court heard, among other things, oral
argument on Defendants' request for clarification and/or reconsideration as to the Court's
December 3, 2020 Order on the FTC's motion for a protective order. (Dkt. Nos. 149, 150). The
telephonic medium did not present a hindrance for any of the parties.

The Honorable Louis L. Stanton                                            September 9, 2021
Page 2

      For these reasons, and in light of the recent COVID-19 resurgence, we respectfully request that the Court allow Plaintiffs to appear telephonically at the September 17 pre-motion conference.

Respectfully,

/s/Annette Soberats                                    /s/ Kate Matuschak
Annette Soberats                                       Kate Matuschak
Attorney                                               Assistant Attorney General
Federal Trade Commission                               New York Office of the Attorney General

cc: All counsel of record (via ECF)