ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION, ET AL.,

                        Plaintiffs,

    - against -

QUINCY BIOSCIENCE HOLDING CO., INC.,
ET. AL.,

                        Defendants.

17 Civ. 124 (LLS)

ORDER

    As agreed by all parties at the pre-motion conference before the Court at 2:30 PM on September 17, 2021, the FTC's claim for monetary relief is dismissed, without prejudice and with leave to renew and to seek such relief if the applicable law, as set forth in AMG Capital Mgmt., LLC v. Federal Trade Commission, 141 S. Ct. 1341 (2021), were to be changed to allow such a recovery.

Dated:    New York, New York
            September 17, 2021

                                                  Louis L. Stanton
                                                      Louis L. Stanton
                                                           U.S.D.J.