UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>     Plaintiffs,<br><br>     v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>     Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**NOTICE OF APPEARANCE** |

  Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as counsel in this case for Defendants Quincy Bioscience Holding Company Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC:

Damon Suden
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
(212) 808-7800

Dated: September 29, 2021
New York, New York

                                        KELLEY DRYE & WARREN LLP

                                        By:      _Damon Suden_
                                        Damon Suden
                                        Kelley Drye & Warren LLP
                                        3 World Trade Center
                                        175 Greenwich Street
                                        New York, New York 10007
                                        (212) 808-7800
                                        dsuden@kelleydrye.com

                                        *Counsel for Defendants Quincy Bioscience*
                                        *Holding Company Inc., Quincy Bioscience,*
                                        *LLC, Prevagen, Inc. d/b/a Sugar River*
                                        *Supplements, and Quincy Bioscience*
                                        *Manufacturing, LLC*