```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

FEDERAL TRADE COMMISSION,
et al.,

               Plaintiffs,

         v.                           17 CV 124 (LLS)

QUINCY BIOSCIENCE HOLDING
COMPANY, INC., et al.,

               Defendants.

------------------------------x
                                      New York, N.Y.
                                      September 17, 2021
                                      2:35 p.m.

Before:

                    HON. LOUIS L. STANTON,

                                      District Judge

                           APPEARANCES

FEDERAL TRADE COMMISSION
BY:  ANDREW WONE
     ANNETTE SOBERATS
     EDWARD GLENNON

NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
     Attorneys for Plaintiff People of the State of New York
BY:  KATHRYN ANN MATUSCHAK

KELLEY DRYE & WARREN LLP
     Attorneys for Corporate Defendants
BY:  GEOFFREY WHITE CASTELLO III
     GLENN T. GRAHAM
     JACLYN MARIE METZINGER
     CAITLIN R. HICKEY

COZEN O'CONNOR PC
     Attorneys for Defendant Underwood
BY:  MICHAEL B. de LEEUW
     TAMAR SCHWARTZ WISE
```

L9HKFEDC

1           (Case called)
2           MR. WONE:  Good afternoon, your Honor.  This is Andrew
3    Wone on behalf of the FTC, joined by my colleagues Annette
4    Soberats and Edward Glennon.
5           MS. MATUSCHAK:  Your Honor, this is Kate Matuschak
6    from the New York State Attorney General's Office.
7           THE COURT:  Please be seated unless you are speaking
8    or prefer to stand.
9           MR. CASTELLO:  Good afternoon, your Honor.  Geoffrey
10   Castello, Kelley Drye & Warren LLP.  I have with me today my
11   colleagues Jaclyn Metzinger, Glenn Graham, and Caitlin Hickey,
12   on behalf of the corporate defendants.
13          MR. de LEEUW:  Good afternoon, your Honor.  Michael
14   de Leeuw from Cozen O'Connor, with me is Tamar Wise,
15   representing Mark Underwood.
16          THE COURT:  While you're up, Mr. Wone, when this
17   motion is made --
18          MR. WONE:  I'm sorry, your Honor, I didn't hear you.
19          THE COURT:  Excuse me?
20          MR. de LEEUW:  That's the FTC counsel, on the phone.
21          THE COURT:  Oh.  Is Mr. Wone speaking for the federal
22   government?
23          MR. WONE:  Yes, your Honor.
24          THE COURT:  Well, I was addressing my question to you.
25   How are you going to oppose this motion, if it's made?

L9HKFEDC

1    MR. WONE:  We understand that, we admit that, AMG
2    Capital --
3           THE COURT:  Mr. Wone, we both are wearing masks.  I'm
4    not very good hearing anyway.  I think if you can talk from the
5    lectern or if you can use --
6           MR. de LEEUW:  Mr. Wone is on the phone, he's on the
7    telephone.
8           THE COURT:  Whoever is representing the United States,
9    please answer my question.
10          MR. WONE:  Yes, your Honor.  This is Andrew Wone from
11   the FTC.
12          Although AMG Capital (unintelligible) monetary relief
13   (unintelligible) the FTC, the FTC respectfully requests that
14   the Court exercise discretion and postpone any termination as
15   to monetary relief until closer to trial.  If the Court is
16   inclined to grant the motion, the FTC requests that the Court
17   dismiss it --
18          THE COURT:  Mr. Wone.
19          MR. WONE:  -- without prejudice with leave to file and
20   seek monetary relief if the law were to change.
21          THE COURT:  Excuse me, Mr. Wone, excuse me.  Let me
22   rephrase my question.
23          How are you going to oppose this motion when it's
24   made?
25          MR. WONE:  We don't oppose the interpretation of AMG.

1  We just ask that the Court exercise discretion in delaying its
2  ruling on the motion or to dismiss without prejudice.
3              THE COURT:  Mr. Wone, I'm not talking about delaying
4  or not delaying.  My question is:  How are you going to oppose
5  the motion?
6              MR. WONE:  We don't oppose the motion.
7              THE COURT:  Excuse me?
8              You don't oppose it?
9              MR. WONE:  We don't oppose the motion.
10             THE COURT:  Well, then why put them to the effort of
11  making it?
12             MR. WONE:  We weren't.  We were only asking that the
13  Court exercise discretion when it rules on the motion or to
14  dismiss without prejudice.
15             THE COURT:  All that you want is that any court
16  determination be without prejudice to your raising the point if
17  the legislature changes the rule, correct?
18             MR. WONE:  Yes, your Honor.
19             THE COURT:  Is there any question — and here I'm
20  addressing the Quincy Bioscience team — is there any reason
21  that such a new law would apply to a pending case?
22             MR. CASTELLO:  Your Honor, this is Castello for the
23  corporate defendants.
24             Our position is that that would be a retroactive law
25  that would not apply to this case.

1  THE COURT:  Even if it states that it applies to
2  pending cases?
3  MR. CASTELLO:  Your Honor, I guess I would have to
4  take a look at any law that was passed before I could fully
5  answer the question.
6  The only law of the land today is AMG.  And the
7  Federal Trade Commission would be left with whatever relief it
8  has if there's a change in law and it can argue from whatever
9  its perceived change in law is.  Today AMG forecloses any
10 opportunity to seek monetary relief.
11 THE COURT:  Well, I agree that if the law is changed,
12 we will have to look at the changed law, and it seems to me
13 that that's a very sage observation.
14 Is there anybody in the courtroom who opposes the
15 determination that at present there is no right to a monetary
16 recovery on the part of the FTC?
17 I hear none.
18 Is there anybody taking a position that the State of
19 New York does have a right to a monetary recovery if it wins on
20 liability?
21 MS. MATUSCHAK:  Your Honor, this is Kate Matuschak for
22 the New York State Attorney General's Office.
23 We continue to seek all the monetary relief --
24 THE COURT:  Who is speaking?
25 MS. MATUSCHAK:  This is Kate Matuschak.

L9HKFEDC

1           THE COURT:  Can you speak into the mic better?
2    Because with the masks and things -- I do want to hear what you
3    want to say.
4           MS. WISE:  Your Honor, I believe she's on the
5    telephone.
6           MS. MATUSCHAK:  I am, your Honor.
7           This is Kate Matuschak from the New York State
8    Attorney General's Office.
9           We continue to seek all of the monetary relief that
10   was requested in the complaint.
11          THE COURT:  Yes, I understand that's your position.
12          Does anybody oppose it?
13          No.
14          Well, then I recur to my earlier question:  Why is
15   there a need for motion practice?
16          MR. CASTELLO:  Your Honor, this is Castello.
17          I wrote the letter to your Honor on April 27
18   requesting the premotion conference.
19          THE COURT:  And we're having it.
20          MR. CASTELLO:  We're having it, your Honor.
21          I don't think there's a need for motion practice.  I
22   think your Honor can rule today that the claim for monetary
23   relief should be dismissed in this action with prejudice.
24          THE COURT:  Would there be any objection to such an
25   order as long as it has at its foot the statement about

L9HKFEDC

1  prejudice which we have discussed?
2            Very well.  So ordered.
3            And we're adjourned.  And thank you, all, for coming
4  down and being so statesmanlike.
5            MR. CASTELLO:  Thank you, your Honor.
6            MR. de LEEUW:  Thank you, your Honor.
7                                * * *