

**Michael B. de Leeuw**
Direct Phone 212-908-1331
Direct Fax    646-461-2090
mdeleeuw@cozen.com

December 21, 2021

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Federal Trade Comm'n, et al. v. Quincy Bioscience Holding Co., LLC,, et al.</u>,
      17-cv-00124-LLS

Your Honor:

    We represent Defendant Mark Underwood in the above-captioned matter. Subject to, and without waiver of, Mr. Underwood's challenge to personal jurisdiction for the claims asserted by the New York Attorney General (*see* Dkt. #195), Mr. Underwood joins in the arguments for summary judgment as set forth in the pre-motion letter filed by the Corporate defendants at Dkt. # 196, incorporates those arguments by reference, and adopts them as if fully set forth herein.


Respectfully submitted,

COZEN O'CONNOR

*/s/ Michael B. de Leeuw*

By:   Michael B. de Leeuw



MBD