

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

December 21, 2021

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

      Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully requests additional time to respond to the letter submitted by Defendant Mark Underwood on December 15, 2021 [Dkt. No. 195] seeking permission to file a motion for summary judgment for lack of personal jurisdiction for the claims asserted by the NYAG in this matter.  Due to pre-existing travel and vacation obligations, the NYAG respectfully requests that its response to Defendant's letter be due no later than January 10, 2022.  Counsel for Plaintiff the Federal Trade Commission do not oppose the request and counsel for Defendants take no position on it.

      Respectfully submitted,

      /s/ *Kate Matuschak*
      Kate Matuschak
      Assistant Attorney General
      New York State Office of the Attorney General

cc: All Counsel (by ECF)