

United States of America
**FEDERAL TRADE COMMISSION**
Washington, DC 20580



ORIGINAL

Division of Advertising Practices
Andrew Wone
202-326-2934; awone@ftc.gov

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/22

December 28, 2021

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.*, 17-cv-00124-LLS

Dear Judge Stanton:

Plaintiffs Federal Trade Commission and the People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully request additional time to respond to the letters submitted by Defendant Mark Underwood on December 15, 2021 and December 21, 2021 (Docket Nos. 195 and 197), and the letter submitted by Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC on December 21, 2021 (Docket No. 196).

Due to holiday plans, Plaintiffs respectfully request that their responses to Defendants' letters be due no later than January 14, 2022.[1] Counsel for Defendants consent to this request.

Granted
Louis L. Stanton
1/5/22

    Respectfully submitted,

    */s/ Andrew Wone*
    Andrew Wone
    Federal Trade Commission

    */s/ Kate Matuschak*
    Kate Matuschak
    New York State Office of the
    Attorney General

cc:    All counsel of record via ECF

---

[1] On December 21, 2021, the NYAG requested an extension of time to January 10, 2022 (Docket No. 198) to respond to Mr. Underwood's December 15, 2021 letter. This letter supersedes the NYAG's prior request.