UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FEDERAL TRADE COMMISSION and

THE PEOPLE OF THE STATE OF NEW YORK, by
ERIC T. SCHNEIDERMAN,
Attorney General of the State of New York,

                Plaintiffs,

    v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC., a corporation;

QUINCY BIOSCIENCE, LLC, a limited
liability company;

PREVAGEN, INC., a corporation
d/b/a/ SUGAR RIVER SUPPLEMENTS;

QUINCY BIOSCIENCE
MANUFACTURING, LLC, a limited liability company;

MARK UNDERWOOD, individually and as
an officer of QUINCY BIOSCIENCE
HOLDING COMPANY, INC., QUINCY
BIOSCIENCE, LLC, and PREVAGEN,
INC.,

                Defendants

Case No. 1:17-cv-00124-LLS

MOTION TO WITHDRAW
AS AN ATTORNEY
PRO HAC VICE.

------------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United Stated Courts for the Southern and Eastern District of New York, I, Bryan Mosca, hereby moves this Court for an Order for Withdrawing the admission to practice Pro Hac Vice appearing as counsel for Defendant Mark Underwood Individually, Defendant Mark Underwood as an officer of Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC and Prevagen, Inc.; and Defendant Michael Beaman, Individually,

Defendant Michael Beaman as an officer of Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC and Prevagen, Inc in the above captioned action.

I am leaving the law firm of Cozen O'Connor effective February 25, 2022. I will no longer be representing these parties.

Dated: Washington, DC
February 25, 2022

Respectfully Submitted,

_____
Signature

Bryan L. Mosca
Cozen O'Connor
1200 19th Street, NW
Washington. DC 20036
Telephone - (202) 471-3422
Facsimile – (202) 861-1905
bmosca@cozen.com