UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

FEDERAL TRADE COMMISSION and                          Case No. 1:17-cv-00124-LLS

THE PEOPLE OF THE STATE OF NEW YORK, by
ERIC T. SCHNEIDERMAN,
Attorney General of the State of New York,
                                                      AFFIDAVIT OF
                Plaintiffs,                BRYAN L. MOSCA IN
                                                      SUPPORT OF
              v.                                  MOTION TO WITHDRAW
                                                      AS AN ATTORNEY
                                                      PRO HAC VICE.
QUINCY BIOSCIENCE HOLDING
COMPANY, INC., a corporation;

QUINCY BIOSCIENCE, LLC, a limited
liability company;

PREVAGEN, INC., a corporation
d/b/a/ SUGAR RIVER SUPPLEMENTS;

QUINCY BIOSCIENCE
MANUFACTURING, LLC, a limited liability company;

MARK UNDERWOOD, individually and as
an officer of QUINCY BIOSCIENCE
HOLDING COMPANY, INC., QUINCY
BIOSCIENCE, LLC, and PREVAGEN,
INC.,

                Defendants

_____x

Bryan L. Mosca hereby states:

1. I am a member in good standing of the bar of the state of Maryland and the bar of the District of Columbia.

2. There are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am leaving the law firm of Cozen O'Connor, counsel for defendants in this action effective February 25, 2022.

6. I will no longer represent these defendants.

Dated: Washington, DC
       February 25, 2022

Respectfully Submitted,

_____
Signature

Bryan L. Mosca
Cozen O'Connor
1200 19th Street, NW
Washington. DC 20036
Telephone - (202) 471-3422
Facsimile – (202) 861-1905
bmosca@cozen.com

Sworn to me before this 25th
day of February 2022

_____
Notary Public



2

LEGAL\56521101\1