UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**DEFENDANT MARK UNDERWOOD'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of this motion, Defendant Underwood's Local Civil Rule 56.1 Statement, the Declaration of Mark Underwood dated March 18, 2022, the Declaration of Michael de Leeuw dated March 18, 2022, with exhibits thereto, and upon the prior pleadings and proceedings herein, Defendant Mark Underwood hereby moves this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, before the Honorable Louis L. Stanton, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendant Mark Underwood and dismissing with prejudice all claims brought

against Mr. Underwood by the New York Attorney General, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       March 18, 2022

                                              **COZEN O'CONNOR**

                                              /s/ Michael de Leeuw
                                              Michael de Leeuw
                                              Tamar S. Wise
                                              175 Greenwich Street
                                              New York, NY 10007
                                              mdeleeuw@cozen.com
                                              212-908-1331

                                              *Attorneys for Defendant Mark Underwood*