UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>     Plaintiffs,<br><br>     v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>     Defendants. | Case No. 1:17-cv-00124-LLS |

**DECLARATION OF MICHAEL DE LEEUW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)**

  Michael de Leeuw hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

  1.  I am a member of the law firm Cozen O'Connor, attorneys for Defendant Mark Underwood, in the above-captioned matter, and am familiar with the facts and circumstances of the above-captioned matter. I submit this Declaration in support of the instant motion for partial summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.

2.	A true and correct copy of the referenced excerpts from the transcript of the deposition of Todd Olson taken on August 4 and August 5, 2020 is attached as **Exhibit 1.**

3.	A true and correct copy of the referenced excerpts from the transcript of the deposition of Mark Underwood taken on behalf of Quincy Bioscience, LLC pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on August 20, 2020 is attached as **Exhibit 2**.

4.	A true and correct copy of the referenced excerpts from the transcript of the deposition of Mark Underwood as Individual taken on August 21, 2020 is attached as **Exhibit 3.**

Dated: March 18, 2022
       New York, New York

                                                      /s/ Michael de Leeuw
                                                     Michael de Leeuw