

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: Kate.Matuschak@ag.ny.gov
(212) 416-6189

March 29, 2022

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

    Plaintiff People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully requests additional time to respond to the Motion for Partial Summary Judgment filed by Defendant Mark Underwood on March 18, 2022 [Dkt. Nos. 210-214]. Pursuant to Local Civil Rule 6.1(b), the deadline to respond to Mr. Underwood's motion is April 1, 2022. The NYAG respectfully requests that the deadline be moved to April 29, 2022.

    There have been no previous requests for an extension of the deadline to respond to Mr. Underwood's motion. This extension request is not anticipated to have an effect on any other dates in the case schedule.

    Mr. Underwood consents to this request, so long as he is granted an extension of time to submit a reply on his motion, from May 6 to May 25. Such an extension is also not anticipated to have any effect on other dates in the case schedule.

    All parties consent to the requests for both extensions, for the NYAG's response to April 29, 2022, and for Mr. Underwood's reply, to May 25, 2022.

Respectfully submitted,

/s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General
New York State Office of the Attorney General

cc: Counsel for All Parties (via ECF)