ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF THE FEDERAL TRADE COMMISSION      LLS |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/22

The motion of Michelle K. Rusk to withdraw as co-counsel for Plaintiff the Federal Trade Commission ("Commission") in the above-captioned matter is granted.

Michelle K. Rusk has declared that she is a member in good standing of the bar of the District of Columbia; and that she is retiring from the Federal Trade Commission effective April 30, 2022. The Commission will continue to be represented by attorneys Annette Soberats, Edward Glennon, and Andrew Wone, all counsel of record for the Commission in the above-captioned case.

**IT IS HEREBY ORDERED** that the Withdrawal of Michelle K. Rusk, admitted Pro Hac Vice in the above-captioned case as co-counsel for Plaintiff. the Federal Trade Commission, is Granted.

Dated: April 6, 2022.

                                      _Louis L. Stanton_
                                      Louis L. Stanton
                                      UNITED STATES DISTRICT JUDGE