# **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2022, I have caused service of the foregoing Defendants' Notice of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, along with Defendants' Rule 56.1 Statement of Undisputed Facts, the Declaration of Glenn T. Graham, Esq. dated April 14, 2022, together with exhibits A through PP attached thereto, the Declaration of Todd Olson dated April 14, 2022, together with exhibits A through F attached thereto, and the Declaration of Mark Underwood dated April 12, 2022, together with exhibits A through U attached thereto, to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: April 14, 2022　　　　　　　　　　　　　　　/s/ *Glenn T. Graham*
New York, New York　　　　　　　　　　　　　　　Glenn T. Graham