UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>                Plaintiffs,<br><br>                v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>                Defendants. | Case No. 1:17-cv-00124-LLS<br><br><br><br>**DECLARATION OF KATE MATUSCHAK IN SUPPORT OF PLAINTIFF PEOPLE OF THE STATE OF NEW YORK'S OPPOSITION TO DEFENDANT MARK UNDERWOOD'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

      I, Kate Matuschak, am an Assistant Attorney General in the New York State Office of the Attorney General. I submit this Declaration in support of the Opposition of Plaintiff People of the State of New York, by Letitia James, Attorney General for the State of New York to Defendant Mark Underwood's Motion for Partial Summary Judgment (filed Mar. 18, 2022) [Dkt. No. 210]. I have personal knowledge of the following information:

      1.    Attached hereto as Exhibit A is a true and correct copy of the 3/31/22 Order [Dkt. No. 29] in *FTC v. BINT Operations, LLC*, No. 4:21-cv-00518-KGB (E.D. Ark.).

1

2. Attached hereto as Exhibit B is a true and correct copy of Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC Objections and Responses to Plaintiffs' First Requests for Admission, dated September 30, 2020.

3. Attached hereto as Exhibit C is a true and correct copy of Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated October 23, 2020.

4. Attached hereto as Exhibit D is a true and correct copy of Defendant Quincy Bioscience Holding Co., Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC's Fourth Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, dated October 23, 2020.

5. Attached hereto as Exhibit E is a true and correct copy of excerpts from the transcript of the August 20, 2020 deposition of Mark Underwood in this matter.

6. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the August 21, 2020 deposition of Mark Underwood in this matter.

7. Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the August 4, 2020 deposition of Todd Olson in this matter.

8. Attached hereto as Exhibit H is a true and correct copy of Exhibit A to Plaintiffs' Proposed Findings of Fact, which was served on Defendants on February 3, 2022.

9. Attached hereto as Exhibit I is a true and correct copy of Defendants' Responses and Proposed Counter-Findings to Plaintiffs' Proposed Findings of Fact, dated March 3, 2022.

10. Attached hereto as Exhibit J is a true and correct copy of Quincy's Answers to FTC's Civil Investigative Demand Interrogatories, dated September 15, 2015.

11. Attached hereto as Exhibit K is a true and correct copy of an organizational chart that was marked as Exhibit 1 in the August 2, 2020 deposition of Todd Olson in this matter.

12. Attached hereto as Exhibit L is a true and correct copy of a document produced by Plaintiff Federal Trade Commission, Bates-numbered FTC-0000136.0001 through FTC-0000136.0004.

13. Attached hereto as Exhibit M is a true and correct copy of a document produced by Plaintiff Federal Trade Commission, Bates-numbered FTC-0004073.

14. Attached hereto as Exhibit N is a true and correct copy of a document produced by Corporate Defendants in this matter, Bates-numbered QUI-FTCNY-00114971 through QUI-FTCNY-00114972.

15. Attached hereto as Exhibit O is a true and correct copy of a document titled "Financial Statement of Corporate Defendant" with the date September 19, 2016.

16. Attached hereto as Exhibit P is a true and correct copy of excerpts from the transcript of the August 6, 2020 deposition of Kenneth Lerner in this matter.

17. On May 5, 2022, I observed Prevagen for sale on a pharmacy shelf in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 6, 2022           By:     /s/ *Kate Matuschak*
                                    Kate Matuschak

## CERTIFICATE OF SERVICE

I certify that on this 6th day of May 2022, I served via ECF the foregoing Declaration of Kate Matuschak in Support of Plaintiff People of the State of New York's Opposition to Defendant Mark Underwood's Motion for Partial Summary Judgment to the attorneys of record on the Service List below.

/s/ *Kate Matuschak*
Kate Matuschak

Geoffrey W. Castello, III.
Glenn T. Graham
Jaclyn M. Metzinger
Kelley Drye & Warren LLP
3 WTC, 175 Greenwich St.
New York, NY 10007
(212) 808-7800
gcastello@kelleydrye.com
ggraham@kelleydrye.com
jmetzinger@kelleydrye.com

*Attorneys for Quincy Bioscience Holding Co., Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC*

Michael B. de Leeuw
Tamar S. Wise
Cozen O'Connor
3 WTC, 175 Greenwich St
55th Floor
New York, NY 10007
(212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com

*Attorneys for Mark Underwood*

John H. Villafranco
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C.  20007
(202) 342-8423
jvillafranco@kelleydrye.com

*Attorneys for Quincy Bioscience Holding Co., Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC*

John B. Kelly
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
(212) 413-1000
jbkelly@wlrk.com

*Attorneys for Mark Underwood*

Annette Soberats
Edward Glennon
Andrew Wone
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20850
(202) 326-2921
asoberats@ftc.gov
eglennon@ftc.gov
awone@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*