# Exhibit L

# Jackson, Donya

**From:** Prevagen <enewsletter@prevagen.com>
**Sent:** Monday, March 25, 2019 9:05 AM
**To:** Jackson, Donya
**Subject:** Try our Great Tasting Chewables!

Not rendering correctly? View this email as a web page here.

Prevagen
Improves Memory

About    Products    Find    Contact

FTC-0000136.0001



Prevagen® is clinically shown to help with mild memory problems associated with aging.*



  

2

FTC-0000136.0002

| Regular Strength Capsules | Regular Strength Chewables | Extra Strength Capsules |
|---|---|---|
| SHOP NOW | SHOP NOW | SHOP NOW |
| Extra Strength Chewables | Professional Strength | Regular Strength 60 Capsules |
| SHOP NOW | SHOP NOW | SHOP NOW |

Connect with us       

2018 © Quincy Bioscience | All rights reserved

## Prevagen. Healthier Brain. Better Life.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Quincy Bioscience   726 Heartland Trail  Suite 300  Madison  Wisconsin   53717   USA

You received this email because you are subscribed to Prevagen Daily Emails (Multiple Emails Per Week) from Quincy

3

Bioscience.

Update your email preferences to choose the types of emails you receive.

Unsubscribe from all future emails

4

FTC-0000136.0004