# Exhibit M

| | |
|---|---|
| **From:** | Prevagen <no-reply@prevagen.com> |
| **Sent:** | Monday, July 10, 2017 6:24 PM |
| **To:** | Rusk, Michelle K. <MRUSK@ftc.gov> |
| **Subject:** | Our Best Deal on Prevagen |

Email not displaying correctly? Try our web version »

 Prevagen Improves

# Prevagen® Regular Strength

# BUY FOUR GET TWO FREE!

 Six Bottles of Prevagen Regular Strength

10 mg capsules of

Prevagen (apoaequorin) is clinically shown to help with mild memory problems associated with aging.*

Prevagen contains apoaequorin, which uniquely supports brain function.* In a computer assessed, double blinded, placebo controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.

 Prevagen. The Name To Remember

 Share on Facebook  Share on Twitter  Visit us on Pinterest  Visit us on Instagram

This message was sent to mrusk@ftc.gov.
You can change your email preferences or if you are no longer interested, you can unsubscribe instantly.

Copyright © 2017 Quincy Bioscience
All rights reserved.

Quincy Bioscience • *It can be done*

726 Heartland Trail • Suite 300
Madison, Wisconsin • 53717

*These statements have not been evaluated by the Food and Drug Administration.
This product is not intended to diagnose, treat, cure or prevent any disease.