

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: Kate.Matuschak@ag.ny.gov
(212) 416-6189

May 6, 2022

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

    Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully requests, in accordance with Part 2.E. of Your Honor's Individual Practices, that Your Honor schedule oral argument on Defendant Mark Underwood's Motion for Partial Summary judgment (filed Mar. 18, 2022) [Dkt. No. 210]. Concurrently with this letter request, the NYAG is submitting papers in opposition to Defendant Underwood's Motion. Also concurrently with this letter request, the NYAG is submitting a letter-request for a pre-motion conference regarding its proposed cross-motion for summary judgment. Should the Court grant leave for the NYAG to file its motion, the NYAG respectfully suggests that its cross-motion could be argued at the same time that the Court hears argument on Underwood's motion.

    The NYAG respectfully suggests that oral argument may assist the Court in its assessment and resolution of Underwood's Motion and the NYAG's proposed cross-motion.

Respectfully submitted,

/s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General
New York State Office of the Attorney General

cc:   Counsel of Record (via ECF)