ORIGINAL

MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:  5/13/22
```

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

May 6, 2022

*Plaintiff NYAG has leave to move for summary judgment without need for a pre-motion conference.*

*Louis L. Stanton*
*5/13/22*

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully requests a pre-motion conference concerning the NYAG's proposed cross-motion for partial summary judgment with respect to this Court's personal jurisdiction over the claims asserted against Defendant Mark Underwood by the NYAG. For the reasons outlined in the NYAG's Opposition to Underwood's Motion for Partial Summary Judgment, filed contemporaneously herewith, the NYAG is entitled to summary judgment on the issue. In the alternative to a pre-motion conference, the NYAG respectfully requests that summary judgment be granted in its favor.

Respectfully submitted,

/s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General
New York State Office of the Attorney General

cc:  Counsel of Record (via ECF)