**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF<br>    NEW YORK, by LETITIA JAMES,<br>    Attorney General of the State of<br>    New York,<br><br>                  Plaintiffs,<br><br>              v.<br><br>QUINCY BIOSCIENCE HOLDING<br>    COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a<br>    limited liability company;<br><br>PREVAGEN, INC., a corporation<br>d/b/a/ SUGAR RIVER<br>    SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE<br>    MANUFACTURING, LLC, a<br>    limited liability company; and<br><br>MARK UNDERWOOD, individually<br>    and as an officer of QUINCY<br>    BIOSCIENCE HOLDING<br>    COMPANY, INC., QUINCY<br>    BIOSCIENCE, LLC, and<br>    PREVAGEN, INC.,<br><br>                Defendants. | Case No. 1:17-cv-00124-LLS<br><br><br><br>**NOTICE OF CROSS-MOTION<br>FOR PARTIAL SUMMARY<br>JUDGMENT BY PEOPLE OF THE<br>STATE OF NEW YORK BY<br>LETITIA JAMES, ATTORNEY<br>GENERAL FOR THE STATE OF<br>NEW YORK** |

**PLEASE TAKE NOTICE** that, upon the memorandum of law in Opposition to

Defendant Mark Underwood's Motion for Summary Judgment by People of the State of New

York by Letitia James, Attorney General of the State of New York (filed May 6, 2022) [Dkt.

Nos. 236 & 237], the Rule 56.1 Statement in Support of Cross-Motion for Summary Judgment

by Plaintiff People of the State of New York, by Letitia James, Attorney General of the State of

New York (filed contemporaneously herewith), and the Declaration of Kate Matuschak in

Support of Plaintiff People of the State of New York's Opposition to Defendant Mark

Underwood's Motion for Partial Summary Judgment and Exhibits A through P thereto (filed May 6, 2022) [Dkt. Nos. 240 & 241], Plaintiff People of the State of New York by Letitia James, Attorney General of the State of New York ("NYAG"), will move this Court before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be set by the Court, for an Order granting the NYAG partial summary judgment in the above-captioned action under Rule 56 of the Federal Rules of Civil Procedure.  The NYAG respectfully requests that the Court's Order also: (1) declare that it is "law of the case" that the Court has personal jurisdiction over Underwood for the NYAG's claims; (2) preclude Underwood from introducing evidence or examining or cross-examining witnesses concerning his contacts with the State of New York; and/or (3) otherwise preclude Underwood from re-raising the issue of personal jurisdiction for the NYAG's claims.

Date:   May 20, 2022

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York


___/s/ *Kate Matuschak*_____
Jane M. Azia
Bureau Chief
Kate Matuschak
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6189; Fax: (212) 4416-2003
Email: kate.matuschak@ag.ny.gov

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of May 2022, I served via ECF the foregoing Notice of

Cross-Motion for Partial Summary Judgment by People of the State of New York by Letitia

James, Attorney General for the State of New York, to the attorneys of record on the Service List

below.

/s/ *Kate Matuschak*
Kate Matuschak

Geoffrey W. Castello, III.
Glenn T. Graham
Jaclyn M. Metzinger
Kelley Drye & Warren LLP
3 WTC, 175 Greenwich St.
New York, NY 10007
(212) 808-7800
gcastello@kelleydrye.com
ggraham@kelleydrye.com
jmetzinger@kelleydrye.com

*Attorneys for Quincy Bioscience*
*Holding Co., Inc., Quincy Bioscience, LLC,*
*Prevagen Inc., Quincy Bioscience*
*Manufacturing, LLC*

Michael B. de Leeuw
Tamar S. Wise
Cozen O'Connor
3 WTC, 175 Greenwich St
55th Floor
New York, NY 10007
(212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com

*Attorneys for Mark Underwood*

John H. Villafranco
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C.  20007
(202) 342-8423
jvillafranco@kelleydrye.com

*Attorneys for Quincy Bioscience*
*Holding Co., Inc., Quincy Bioscience, LLC,*
*Prevagen Inc., Quincy Bioscience*
*Manufacturing, LLC*

John B. Kelly
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
(212) 413-1000
jbkelly@wlrk.com

*Attorneys for Mark Underwood*

Annette Soberats
Edward Glennon
Andrew Wone
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20850
(202) 326-2921
asoberats@ftc.gov
eglennon@ftc.gov
awone@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*