

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

May 20, 2022

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

      Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully requests that the Court temporarily maintain the unredacted version of the NYAG's Rule 56.1 Statement in Support of Cross-Motion for Summary Judgment, to be filed contemporaneously herewith ("Rule 56.1 Statement"), under seal.  This document contains information that was derived from documents that were designated "Confidential" by Defendants under the Protective Order in this matter.  (Stipulated Protective Order Governing Confidential & Sensitive Personal Information (Feb. 11, 2020) [Dkt. No. 95.].)  The parties have conferred regarding the propriety of Defendants' confidentiality designations pursuant to Part IV of the Protective Order, but  that process is not yet complete.  Once it is complete, and any remaining disputes resolved by the Court if necessary, the NYAG intends to seek to have the unredacted Rule 56.1 Statement unsealed for public view if appropriate.

      Respectfully submitted,

/s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General
New York State Office of the Attorney General

cc:   Counsel of Record (via ECF)