

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

May 20, 2022

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

     Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York ("NYAG"), respectfully requests, in accordance with Part 2.E. of Your Honor's Individual Practices, that Your Honor schedule oral argument on the NYAG's Cross-Motion for Partial Summary Judgment, filed contemporaneously herewith. As noted in the NYAG's May 6, 2022 letter request for oral argument on Defendant Mark Underwood's Motion for Partial Summary judgment (filed Mar. 18, 2022) [Dkt. No. 210], the NYAG respectfully suggests that its cross-motion could be argued at the same time that the Court hears argument on Underwood's motion.

                                  Respectfully submitted,

                                    /s/ *Kate Matuschak*
                                  Kate Matuschak
                                  Assistant Attorney General
                                  New York State Office of the Attorney General

cc:     Counsel of Record (via ECF)