

United States of America
FEDERAL TRADE COMMISSION
Washington, DC 20580

Annette Soberats
Division of Advertising Practices
202-326-2921; asoberats@ftc.gov

June 16, 2022

**VIA ECF**
Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *FTC, et al. v. Quincy Bioscience Holding Co., Inc., et al.* (17-CV-00124-LLS)

Dear Judge Stanton:

  Plaintiffs the Federal Trade Commission and the People of the State of New York by Letitia James, Attorney General of the State of New York ("Plaintiffs"), respectfully request that the Court temporarily maintain portions of the papers filed in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment [Dkt. No. 227], to be filed contemporaneously herewith ("Opposition"), under seal.  Defendants designated portions of these documents as "Confidential" under the Protective Order in this matter.  (Stipulated Protective Order Governing Confidential & Sensitive Personal Information (Feb. 11, 2020) [Dkt. No. 95].)  The parties have conferred regarding the propriety of Defendants' confidentiality designations pursuant to Part IV of the Protective Order, but that process is not yet complete.

  During negotiations over confidentiality designations, Defendants represented that certain portions of the following documents contain confidential information related to scientific research, financial, or marketing information.  Although Plaintiffs do not believe that the following documents should be designated as confidential, or that, even if confidential, sealing is warranted, Plaintiffs request that the documents be temporarily sealed until the parties conclude the meet and confer process.  Plaintiffs would seek to have these documents unsealed for public view if no disputes remain after the meet and confer process is complete.

  The documents in question are (a) exhibits to the Declaration of Annette Soberats in Support of Plaintiffs' Opposition, to be filed contemporaneously herewith; (b) Plaintiffs' Opposition; and (c) Plaintiffs' Response to Defendants' Rule 56.1 Statement and Plaintiffs' Statement of Additional Material Facts in Dispute, to be filed contemporaneously herewith.  The latter two documents have been redacted to remove information that was derived from exhibits to the Soberats Declaration, portions of which were designated "Confidential."  With respect to the Soberats Declaration, Plaintiffs propose to temporarily seal Exhibit E in its entirety and portions of Exhibits A, C, F, G, I, J, K, and L because those portions have been marked "Confidential" by Defendants.

The Honorable Louis L. Stanton  June 16, 2022
Page 2

                                      Respectfully,

                                      */s/ Annette Soberats*
                                      Annette Soberats
                                      Federal Trade Commission

                                      */s/ Kate Matuschak*
                                      Kate Matuschak
                                      New York State Office of the
                                      Attorney General

cc:  All parties via ECF