UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>　　　　　Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFF THE FEDERAL TRADE COMMISSION** |

Robin E. Eichen hereby declares:

1. I have been local counsel for Plaintiff, the Federal Trade Commission ("Commission"), since the initial filing of this case. I have not otherwise participated in the litigation of this matter.

2. I continue to be a member in good standing of the New York State bar, with no disciplinary proceedings against me in any state or federal court and no felony convictions.

3. I will be retiring from my position as attorney for the Federal Trade Commission,

1

effective June 30, 2022, and I will therefore no longer be authorized to represent the Commission in any matters, including this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2022

*Robin E. Eichen*

Robin E. Eichen