ORIGINAL



MEMO ENDORSED

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

July 7, 2022

**Via ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/22

Re: *FTC, et al. v. Quincy Bioscience Holding Co., Inc., et al.*
Case No. 1:17-cv-00124-LLS

Your Honor:

We write on behalf of Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC ("Quincy") and Mark Underwood (collectively, "Defendants") to request a one-business day extension from Friday, July 8, 2022 to Monday, July 11, 2022 for Defendants to file their reply in support of their motion for summary judgment and request to file under seal (*See* Dkt. Nos. 220, 231). One of Defendants' employees responsible for oversight of this litigation is currently out of the country. Defendants have conferred with counsel for Plaintiffs, who advised that they do not oppose this request.

The requested extension will not affect any other current deadline. Accordingly, Defendants respectfully request that the Court grant Defendants' request to extend the time for Defendants to file their reply in support of summary judgment and request to file under seal to Monday, July 11, 2022.

Granted
Louis L. Stanton
7/7/22

NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    PARSIPPANY    STAMFORD    Affiliate Office: MUMBAI

July 7, 2022

Respectfully submitted,

/s/ Geoffrey W. Castello

Geoffrey W. Castello
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel:   (212) 808-7800
Fax:   (212) 808-7897
gcastello@kelleydrye.com

Counsel for Defendants
Quincy Bioscience Holding
Company, Inc., Quincy Bioscience,
LLC, Prevagen, Inc. and Quincy
Bioscience Manufacturing, LLC


/s/ Michael B. de Leeuw

Michael B. de Leeuw
Cozen O'Connor
3 WTC, 175 Greenwich Street
Ste 55th Floor
New York, NY 10007
Tel:   212-908-1331
Fax:   212-509-9492
Email: mdeleeuw@cozen.com
Counsel for Defendant
Mark Underwood