UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION, ET AL.,

                Plaintiffs,

- against -

QUINCY BIOSCIENCE HOLDING CO., INC., ET. AL.,

                Defendants.

---

17 Civ. 124 (LLS)

**ORDER**

    Since only admissible evidence may be considered in ruling on a motion for summary judgment, and the proposed *Daubert* motions bear directly on the admissibility of expert evidence submitted in the parties' summary judgment briefing, it will be convenient and natural to consider *Daubert* matters concurrently with defendants' summary judgment motion.

    Accordingly, both parties have leave to file their proposed *Daubert* motions.

    So Ordered.

Dated:    New York, New York
           July 22, 2022

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                      U.S.D.J.