```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FEDERAL TRADE COMMISSION, ET AL.,

                      Plaintiffs,

    - against -                  17 Civ. 0124 (LLS)

QUINCY BIOSCIENCE HOLDING CO., INC.,      **ORDER**
ET AL.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/22

After a personal review of the documents submitted in support of defendants' summary judgment motions, whose portions defendants seek to file under seal (Dkt. Nos. 263 and 219), which plaintiffs oppose (Dkt. Nos. 252 and 275), I find that only the Exhibits attached to Exhibit 5 to the de Leeuw Declaration (Exhibits A through F, analyzing sales) may remain under seal in their entirety. The other Exhibits to the de Leeuw, Underwood and Graham Declarations do not warrant redaction or sealing under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

    So ordered.

Dated:  New York, New York
          August 24, 2022

                                               *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                    U.S.D.J.