# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

**EXPERT REPORT OF MARY SANO, Ph.D.**

## I.  CREDENTIALS AND QUALIFICATIONS

1. I am presently a Professor of Psychiatry and Director of Alzheimer's Disease Research at the Icahn School of Medicine at Mount Sinai School of Medicine, in New York City, where I am also an Associate Dean of Clinical Research.  I am the Director of Research and Development at the Bronx Veterans Administration Hospital.  My Curriculum Vitae with a list of publications and peer reviewed grant funding is attached as Attachment A.

2. Prior to my current position, I was an Associate Professor of Clinical Neuropsychology (in Neurology) at the Gertrude H. Sergievsky Center of Columbia University, College of Physician and Surgeons, New York, New York.

3. I received a B.S.S.S. from the University of Massachusetts in 1974, an M.A. in Psychology from New York University in 1980, and a Ph.D. in Psychology from the City University of New York in 1987.

4. My training includes an Internship in Neuropsychology, from the Neurological Institute at Columbia Presbyterian Medical Center, New York, New York from July 1982 to June 1983 and Post-Doctoral work in the Department of Neurology at Columbia Presbyterian Medical Center, New York, New York from February 1987 to January 1988.

5. I have spent more than thirty years working in the fields of memory, cognition, cognitive impairment, and Alzheimer's Disease and Related Disorders (ADRD).  My efforts in these fields include:

   a.  Aging cognition and dementia research with a focus on clinical population studies, epidemiological studies, and clinical trials;

1

b. Design, conduct, and evaluation of clinical research and clinical trials in the area of cognitive impairment in aging, mild cognitive impairment, and dementia (conducting clinical trials, evaluating and validating clinical tools and methods for the assessments in cognition and behavior, and utilizing these tools in clinical care and diagnostic guidelines and outcome studies for dementia and cognitive impairment);

c. Implementation of technologies for assessing cognition in aging cohorts and in biomarkers to detect cognitive change;

d. Research administration, recruitment of diverse older persons, and developing and sustaining collaborations at the institutional, regional, national, and international level;

e. Participation on an international collaborative effort to create a biological framework for diagnostic criteria, as well as guidelines for regulatory and scientific collaborations;

f. Academic mentoring of trainees at the pre- and post-doctoral level in my research area; and

g. Teaching clinical trial design, including as the director of the symposium on conducting clinical trials in geriatrics at the American Psychiatry Association (2017), director of the Course "How to Conduct Clinical Trials in Geriatric Psychiatry" at the International Psychogeriatric Association (2016), and faculty member of the Institute of Methods & Protocols for the Advancement of Clinical Trials in Alzheimer's disease (2020).

6. I am a member of the Medical and Scientific Advisory Group of the Alzheimer's Association, and the Immediate Past President of the International Psychogeriatric Association.

7. I am a recipient of the Federal Executive Board Employee of the Year Award (2014) and of the Lifetime Achievement in Clinical Trials in Alzheimer's Disease (CTAD).

8. I was a founding member of the Alzheimer's Disease Cooperative Study (ADCS), a federally funded consortium to conduct clinical trials in Alzheimer's disease, and I am currently an associate director of the ADCS.  I am also a member of the Steering Committee of the Alzheimer's Clinical Trial Consortium.

9. My publications include more than 200 peer reviewed publications, and additional editorials, reviews, and chapters.  The majority of my research work is in cognition and behavior in adult and aging populations with an emphasis on ADRD, as well as mild cognitive impairment and aging cognitive changes.  My publications include primary reports of randomized clinical trials in high impact journals, such as the New England Journal of Medicine and the Journal of the American Medical Association.

10. Based on my education, training, and experience, as summarized above, I consider myself an expert in the fields of cognitive impairment, neurosciences of aging and dementia, and clinical trials (design, implementation, and interpretation).

11. During the past four years, I have not testified as an expert at a trial or deposition.

12. I am being compensated by the Federal Trade Commission at the rate of $300 per hour for my work on this matter.

## II.  SCOPE OF EXPERT REPORT

13. The Federal Trade Commission and New York State Attorney General's Office asked that I evaluate, from my perspective as an expert, whether certain substantiation materials that were submitted by the defendants in this case, or any other materials that I have reviewed independently, provide competent and reliable scientific evidence that Prevagen, which contains the protein apoaequorin (and, as of 2016, Vitamin D), improves memory, reduces memory problems associated with aging, or provides other cognitive benefits, including but

3

not limited to healthy brain function, a sharper mind, and clearer thinking. These claims are hereinafter referred to as the "challenged claims."

14. In addition to reviewing materials documenting the Madison Memory Study, a human clinical study conducted by Quincy Bioscience from 2009 to 2011, my opinions are based on my education, knowledge of developments, and experience as a clinician, instructor, author, and active researcher in the fields of memory, cognitive impairment, neurosciences of aging and dementia, and clinical trial design.

15. To assist my analysis, I considered the materials listed in Attachment B, including materials documenting the design, implementation, analysis, and written reports of the Madison Memory Study. I also reviewed materials related to other human research, animal studies, and *in vitro* studies on apoaequorin. These are also listed in Attachment B.

16. I also conducted literature searches for any published human clinical studies related to apoaequorin and memory or other cognitive effects using objective quantitative measures of memory and cognition. My search covered 2007 to the present.

17. I have been informed that Vitamin D was added as an ingredient to some Prevagen products in 2016. I was asked to evaluate whether there is any evidence that supplementation of the diet with Vitamin D, either alone or in combination with apoaequorin, improves memory or provide other cognitive benefits. For this inquiry, I relied on my background and general knowledge and conducted a literature search from 2007 to the present for studies on the cognitive effects of Vitamin D supplementation, alone or in a combination with apoaequorin.

18. My report includes discussion of some issues related to accepted methodology for conducting statistical analysis, in particular when such analysis involves multiple outcomes

4

and *post hoc* subgroups. I have been advised that a more detailed review of the statistical calculations in defendants' primary study is the subject of a separate expert report.

### III. SUMMARY OF CONCLUSIONS

19. In my opinion, based on my expertise, the materials I have reviewed, and the literature searches I conducted, there is no competent and reliable scientific evidence to support any of the challenged claims, including claims that Prevagen improves memory or provides any other cognitive benefit.

20. The Madison Memory Study is the only human clinical study comparing either the product Prevagen or the ingredient apoaequorin to a placebo using objective and quantitative measures of cognitive function, for which results have been reported. For all the reasons detailed in my report, it is my opinion that: 1) the Madison Memory Study is flawed in its design, implementation and analysis, which makes the purported conclusions unreliable; 2) even if you set aside these flaws, the Madison Memory Study still does not support the challenged claims because there was no statistically significant benefit of apoaequorin over placebo for any cognitive task in the study population as a whole; and 3) the selective findings defendants rely on as evidence of a benefit of apoaequorin over placebo in a subgroup of normal to mildly impaired adults are also unreliable because they are based on improper, extensive, and statistically flawed *post hoc* mining of the data after the study as a whole failed to produce positive results.

21. Furthermore, it is my opinion that a later study conducted by defendants but never reported, the Memory Improvement Trial, also does not constitute competent or reliable scientific evidence of any cognitive benefit of Prevagen over placebo in a healthy adult population.

5

22. I have been informed that defendants have not produced any evidence of any research conducted on the efficacy of the current formulation of their products, to which Vitamin D was added in 2016. Based on my background, general knowledge, and literature search on Vitamin D, it is my opinion that there is no evidence to conclude that oral administration of Vitamin D in a supplement, either alone or in combination with apoaequorin, improves memory or provides any other cognitive benefit. Although there is a body of evidence suggesting that some elderly people are more likely to have low Vitamin D levels, such observational data does not provide reliable evidence of cause and effect.

## IV. STANDARD OF EVIDENCE

23. My review of the relevant research is based on a standard of evidence that conforms to research methods accepted in the relevant scientific community as capable of supporting valid conclusions as to causation. The standards I applied are widely accepted by experts in the fields of cognitive impairment, neurosciences of aging, and dementia. These standards have been published for decades and are accepted as minimum standards for conducting and reporting reliable and reproducible scientific results in clinical trials.

24. The CONSORT Statement, published in the British Medical Journal, and cited in Attachment B to this report, is widely recognized as an authoritative source of guidelines for designing, conducting, and reporting randomized, controlled trials (RCTs) to evaluate healthcare interventions. It is updated periodically, most recently in 2010, and is applied by researchers around the world as a tool for assessing whether a study has sound methodology and whether the report of results is complete, clear, and transparent, and thus can be trusted to yield unbiased results. It is a standard reference applied by editors and peer reviewers for reputable scientific journals.

6

25. In the field of cognitive research more specifically, a 2019 paper by Green et al., *Improving Methodological Standards in Behavioral Interventions for Cognitive Enhancement*, is a widely-referenced source for assessing the methodology and overall quality of cognitive research. Although published recently, the basic parameters of quality cognitive research discussed in this paper are not new. The paper is cited in Attachment B to this report.

26. Another resource, used widely in the United States and throughout the world, for ensuring that human clinical trials are scientifically valid and credible and protect the rights of participants is set out in a 2010 article by J. Dixon, *The International Conference on Harmonization Good Clinical Practice Guideline*, cited in Attachment B to this report.

27. Relying on these sources and on my own experience designing, conducting, and evaluating cognitive research and instructing others on proper research methodology, I consider the elements detailed in the following paragraphs as essential to the definition of what constitutes "competent and reliable scientific evidence" in the field of cognitive research.

28. Establishing the efficacy of an orally administered intervention like Prevagen for memory or other cognitive benefits, requires competent and reliable scientific evidence in the form of at least one randomized, well-controlled, double-blind clinical trial.

29. Testing on humans is necessary. Animal studies may serve as a useful preliminary tool to formulate hypotheses, but results cannot be directly extrapolated from an animal model to humans. Similarly, *in vitro* studies (*i.e.*, those performed in a test tube or dish, rather than on a living organism) may assist in understanding possible mechanisms of action, but they are not necessarily predictive of what will happen in the human body and are not adequate evidence of efficacy absent confirmation in human studies.

30. The trial should be conducted on the actual product for which claims are made, or on a product that is substantially similar in all key respects, using the same amount and form of ingredients, administered in the same manner (in this case oral administration).

31. The trial should use a placebo control that is not easily distinguishable from the treatment product, to ensure that participants are not biased with regard to treatment.

32. The trial should be double-blind, to ensure that neither the participants nor the investigators know who is receiving the treatment or the placebo.  Blinding is a key factor in avoiding inadvertent bias.  Blinding should be maintained until all participants have completed the trial.  Any unblinding during the trial, for example to examine interim results, affects the power of the trial (the ability of the trial to find an effect if one exists) and necessitates adjustments to the statistical analysis of final results.

33. Randomization of subjects to treatment and control arms is critical, as it controls for experimental bias by preventing the investigator from deciding who gets which treatment. Randomization also helps to ensure that any observed effect can more reliably be attributed to the treatment rather than to other factors, both known and unknown, that might affect the results.

34. The trial protocol should be clear and detailed and should define all critical features of the study design and implementation, including the following:

a.  A detailed description of the study population, with clear inclusion and exclusion criteria that would permit reproducibility of the study population.  Any screening criteria should be clearly identified and described and should be an accepted, validated approach to screening for the relevant purposes.  The description of the study population should also specify the sample size, including an explanation of the rationale and an analysis of the

8

statistical power and the proposed effect size (the magnitude of the benefit of the treatment). It is important to estimate the effect size because it ensures that the benefit the study is looking for is truly meaningful and not so small that it is only statistically significant and not clinically significant.

b.  Both the intervention and placebo should be described for each group with sufficient detail to allow replication, including how and when the treatment and the placebo are administered. Also, the plan to measure compliance and adherence should be described. Objective methods of measuring compliance (*e.g.*, pill counting) by the trial administrators is preferable and more reliable than self-reporting.

c.  All outcomes should be prespecified prior to the initiation of the study. The outcome measures should be specifically defined and should be recognized and accepted in the field as reliable measures of the condition or indication that the proposed intervention is intended to address. In the field of cognitive research, self-reporting of cognitive abilities is inherently unreliable, especially in subjects who are cognitively impaired. Selected cognitive outcomes should be objective and quantitative and should test the prestated cognitive domains being studied.

d.  The randomization method should be clearly defined, identifying who will conduct the randomization and what measures will be followed to ensure concealment and separation of duties from randomization and other operations.

e.  The methods for insuring adherence to blinding should be described.

f.  Any analyses to be performed on the trial data should be pre-defined and should match the objectives of the trial.

9

g.  The protocol should include a detailed statistical analysis plan that describes the methodology for analyzing results.  Any departure from the original plan as described in the protocol requires adjustment to the statistical power of the study.

h.  The statistical analysis plan should also delineate the approach to any missing data or participant dropouts.  In general, an "intent-to-treat" analysis should be performed, meaning an analysis that uses data from all randomized subjects, including subjects who drop out prior to completing the study.  This is widely considered to be preferable to a "per protocol" approach (sometimes referred to as a "complier" or "completer" analysis), which only considers data from subjects who fully comply with the protocol and complete the study.  A per protocol approach is considered to be less representative of the real life situation and is likely to show an exaggerated treatment effect.

i.  It is generally accepted among reputable clinical researchers that protocols for any trial involving human subjects should be first submitted to an Institutional Review Board (IRB) to ensure ethical treatment of subjects.  An IRB is a committee designated to review research proposals to determine if the research project follows the ethical principles and generally accepted regulations for the protection of human subjects.  It weighs the risks and benefits of research and ensures that research subjects are fully informed about those risks and benefits.

j.  It is also generally accepted practice to register any human clinical trial in a public database with information on where the full protocol can be found.  Registering a trial permits prospective description of how the study and the analysis will be conducted, and helps to ensure full reporting of the data set.  This improves transparency, enhances the validity of the evidence, increases the likelihood of reliable results, and reduces the

10

chance of "publication bias," such as failing to fully report negative results or partially reporting results that can artificially inflate a positive outcome or beneficial effect.

35. The trial must be not only well-designed, but also well-executed and properly analyzed. It is critical that the execution of the trial adheres closely to the parameters set out in the protocol. A study that departs from the original protocol raises concerns about reliability and suggests that researchers might have revised parameters or manipulated data, which might yield more favorable results.

36. In order for a human clinical trial to constitute competent and reliable scientific evidence of a treatment effect, it must document statistically significant results. Specifically, the results should reveal a positive difference in outcome measures *between* the treatment and control groups. Improvements over time *within* the treatment group do not provide reliable evidence of a valid effect. Some conditions can improve over time without treatment. In addition, participants' performance on cognitive tasks tend to improve with each test session simply because of the practice effect.

37. Results should also be clinically meaningful. That is especially true in the field of cognitive research. Some effects that are statistically significant can still be so trivial that they are unlikely to translate into any clinically meaningful improvement in cognitive abilities. In other words, any cognitive benefits should be substantial enough to translate beyond just a higher score on a computerized task into noticeable improvements in a real world setting.

38. Conclusions about the efficacy of an intervention should not be based on analysis of subgroups that were not *a priori* specified in the protocol. Such *post hoc* analyses may be suggestive of some benefit, but they may also be an indicator of data mining after the primary study fails to show positive results. They may be nothing more than an artifact of

chance. Even when *post hoc* subgroup findings are properly calculated, they should be confirmed in follow-up research of the target population before they can be relied on as valid evidence of a real effect.

39. Finally, any conclusion as to whether a cognitive benefit is substantiated should consider the total body of all relevant competent and reliable scientific evidence, not just a subset of studies with favorable outcomes. This can be challenging to assess because negative study results tend to be under-reported in the scientific literature. When the research is privately conducted, with no registration of the protocol on any public site, there is no transparency or accountability, making it more difficult to learn about negative outcomes.

## V. ANALYSIS OF RELEVANT EVIDENCE ON PREVAGEN/APOAEQUORIN FOR MEMORY AND OTHER COGNITIVE BENEFITS

40. Defendants' research on Prevagen's efficacy for the challenged claims falls far short of the competent and reliable scientific evidence standard for research in the field of cognition. In fact, the limited and weak studies on the product failed to find that Prevagen improves memory or has any other cognitive benefit.

41. As already summarized, experts in the field would require evidence in the form of randomized controlled human clinical trials to substantiate the challenged claims that Prevagen improves memory and provides other cognitive benefits. For that reason, my analysis focused on the 2011 Madison Memory Study. In addition, I reviewed the limited materials available on defendants' Memory Improvement Trial. Although the Memory Improvement Trial appears to have been completed and some analysis of data performed, there are no formal or informal written reports of the results.

42. To the extent other human studies done by defendants on Prevagen lacked a placebo-control, used only self-reported subjective outcome measures (*e.g.*, quality of life questionnaires), or

looked at specific disease populations, such as fibromyalgia and multiple sclerosis, I have not included them in my report. Such studies would not constitute competent and reliable scientific evidence relevant to the challenged claims. I also do not report here on defendants' *in vitro* and animal studies because they are not considered sufficient competent and reliable scientific evidence of an effect in humans.

**A. The Madison Memory Study (2011)**

43. My assessment of the Madison Memory Study was based on a review of the various written reports of the study and on the testimony of the principal investigator, Kenneth Lerner, as set out in his August 6 and August 7, 2020 depositions. I also examined documents provided by defendants evidencing the various *post hoc* analyses performed on the data.

**i. Overview of Study Design**

44. There are many inconsistencies in how the Madison Memory Study is described in the protocol and various written reports but, ostensibly, the study was conducted in-house by employees of Quincy Bioscience as a randomized, double-blind controlled human clinical trial from 2009 to 2011. Approximately 218 participants (also reported as 211), between the ages of 40 and 95, took either 10 milligrams of orally-administered apoaequorin or a placebo.

45. Although not referenced in the protocol, all participants were apparently screened at the beginning of the study to assess their level of cognitive impairment. The screening tool, described as the "AD8 Dementia Screening Interview," consisted of eight yes/no questions to differentiate adults showing normal cognitive aging, from those experiencing cognitive impairment. Participants were asked to complete their own AD8 screening interview. Possible scores on the questionnaire range from AD8 0 (normal cognitive function) to AD8 8

(severe cognitive impairment).  The AD8 was not used as an exclusion criterion, and the study population included participants with the full range of scores from 0 to 8.

46. Participants were then tested at several intervals over 90 days (specifically, days 0, 8, 30, 60, and 90, with some indication of an unreported follow-up period beyond 90 days).  The primary outcome measure consisted of at least nine computerized cognitive tasks from the "Cogstate Research Battery" of neuropsychological tests, each designed to measure specific cognitive functions (*e.g.*, memory, attention, executive function).  Results were reported for the following specific Cogstate tasks:  International Shopping List, International Shopping list – Delayed Recall, Groton Maze Learning, Groton Maze Recall, Detection, Identification, One Card Learning, One Back, and Two Back.  A tenth Cogstate task, the Set Shifting Test, appears to have been administered, but results for that task do not appear to have been reported**.**

47. My review revealed numerous and significant flaws in the design, implementation, analysis, and reporting of the Madison Memory Study.  I focus on the more significant flaws and irregularities below.

### ii. The protocol lacks essential detail and does not accurately describe the study conducted.

48. The Madison Memory Study protocol (QUI-FTCNY-00068424 – 00068429) sets out only the most rudimentary description of the study design.  Many essential details needed to fully understand the study are missing, making it impossible for any independent researcher to attempt to replicate the trial.  To the extent specifics are provided, they do not always accurately reflect the trial as conducted and reported.

49. A significant omission is the lack of an adequate description of the statistical analysis plan. The protocol states that, "statistical analysis will be performed by Quincy Bioscience using appropriate statistical methods," with no elaboration as to what those methods are. The only other mention of statistical analysis occurs in a box titled "Statistical Analysis," which states that, "[d]ata will be collected and analyzed at Day 30 as well as but not limited to day 60 and day 90 between the treatment arms" and that, "[d]ata will be collected and analyzed comparing the scores for the mean changes between groups, and within groups (individual changes over time due to treatment)."

50. There is no explanation in the protocol of certain key details about how the statistical analyses will be performed, using which specific method. Because different methods of analysis can produce different results, it is important to specify the method *a priori*. Without a specific description of statistical method, researchers could apply different methods to find the one that produces the most favorable outcome. For example, researchers could decide to look at all time points at which subjects are tested or to look only at the first and last time points. These two approaches to the same data could yield different results.

51. Moreover, the statement that the data will be examined both *between* and *within* the two groups is an improper statistical methodology for assessing the efficacy of an intervention. Improvements in outcome scores within the treatment group do not provide reliable evidence of a valid effect and may simply be an indication that subjects' performance on the computerized cognitive tasks improved over time merely as a result of practice. For that reason, any improvement in the treatment group must be compared to improvement in the group taking a placebo.

15

52. The protocol also lacks any description of the procedures to be followed for randomization and blinding, stating only that "this is a double-blinded study" with the subjects "randomized to either the study drug or placebo."  A clear protocol would, at a minimum, describe the ratio of participants assigned to the treatment and the placebo arms, the program used to generate the randomization, identification of who enrolled and who assigned participants to the intervention, any stratification within the randomization to be sure that any subgroups had the same randomization.  The protocol should also describe the method of blinding, specify who was blinded after assignment to interventions (for example, participants, analysts, testers, care providers), and describe the plan to protect the blind until all subjects complete the study.  Without these details, it is impossible to know whether the study departed from the intended design and whether initial blinding was adequate and properly maintained throughout the trial.

53. The protocol lacks key information about the primary outcome measure, identifying it only as the "Cogstate battery of quantitative cognitive tests."  There is no explanation as to whether the battery will be administered as one outcome, using a calculation of one composite score of the cognitive tasks, or as multiple outcomes with each cognitive task in the battery analyzed as a separate primary outcome.  Nor is there any specification of how many and which cognitive tasks in the battery will be administered.  According to the "Cogstate Research:  Guidelines for Analysis" referenced in Attachment B, there are twelve cognitive tasks in the battery from which a "Composite Cognitive Score" can be derived by averaging the standardized scores across all tests.  The failure to prespecify whether the primary outcome is one measure or multiple measures and to identify each of the specific cognitive tests that will be administered is a significant flaw in the protocol.  When the

16

number of primary outcomes is not specified, researchers could selectively choose to report only the most favorable ones.

54. To the extent the protocol includes specific details of the study parameters, those details do not accurately describe the study as later reported in various write-ups. The actual conduct of the study departs from the protocol in at least two significant aspects, with no explanation and no apparent revision to the protocol or statistical analysis plan.

55. First, there is a discrepancy between the protocol and written reports of the Madison Memory Study as to the study size. The protocol specifies that the study will enroll 100 subjects, but the written reports refer to both 211 and 218 subjects, and the principal investigator confirmed that as many as 273 enrolled in the study. (August 6, 2020 Deposition of Kenneth Lerner at 43). There is no clear indication as to how many of these 200 plus subjects started the study, how many testing sessions they completed before dropping out, why they dropped out, or whether any dropouts were included in the final analysis of results.

56. Second, there is no mention of the AD8 screening tool in the protocol and no mention of a plan to divide the study population into subgroups based on participants' level of cognitive impairment as measured by their AD8 score. The various written reports of the study make clear that all participants were screened and assigned an AD8 score. The written reports of the study divide the study population into multiple subgroups based on participants' AD8 scores and proceed to report study findings based on those subgroups. None of the many AD8 subgroups analyzed or reported was prespecified in the protocol.

57. The lack of clarity and detail in the Madison Memory Study protocol and the significant discrepancies between the protocol and the implementation of the study make the findings inherently unreliable. Without a protocol setting out clearly defined study parameters and

without strict adherence to those parameters, the researchers essentially have carte blanche to conduct the study as they please, revising the design and analysis of data to effectuate the results they desire. This protocol is so vague that there are no checks to prevent the researchers from adding or changing screening criteria, dropping or adding cognitive outcomes, recruiting additional participants, and redefining the intended study population.

58. Adding to the lack of accountability for adherence to the protocol is the fact that defendants did not submit the protocol to an Institutional Review Board and did not register the protocol in any clinical trial database. (Aug. 6, 2020 Lerner Deposition at 72 and 207). Even if not strictly required by regulation, it is generally accepted good practice that any human clinical trial goes through a review process before an Institutional Review Board and is then publicly registered. Without IRB review and registration, there is no way to confirm that defendants followed the Good Clinical Practice Guideline or any other standard methodology to assure the study was conducted in a reliable and reproducible way.

### iii. The study implementation and data analysis lack scientific rigor.

59. Like the protocol, the implementation of the study raises a number of issues that undermine its reliability and the validity of the reported findings.

60. First, the AD8 questionnaire was not administered as that test was originally designed. The resulting scores are therefore less reliable. The AD8 is primarily used as a screening tool to detect dementia and is frequently administered in conjunction with a second, more structured performance-based exam of cognitive function, such as the Mini-Mental State Exam. As originally designed, the AD8 is administered under clinical supervision, with a third party, typically the subject's family member or caregiver, answering the eight questions. J. Galvin

18

et al., *Patient's Rating of Cognitive Ability: Using the AD8, A Brief Informant Interview, as a Self-Rating Tool to Detect Dementia*, 64 Arch Neurol. 725 (2007).

61. Defendants, however, did not administer the AD8 as originally designed. Instead, according to the Lerner Deposition, participants self-reported their responses to the eight questions. (Aug. 6, 2020 Lerner Deposition at 81-82). There was no third-party informant to answer the questions, and no supervision by a trained clinician. Such self-reporting is less reliable than having a third-party family member or caregiver complete the AD8 screener, especially if the subject is suffering from cognitive impairment. The lack of oversight by a clinician who is trained to administer the AD8 also makes the tool less reliable.

62. A key consideration in assessing the validity of results in any study on memory benefits or other domains of cognition is whether the outcomes behave as expected when correlated to the known features of the population. For example, in the Madison Memory Study, the scores on the Cogstate cognitive tasks at baseline should correlate as expected with the level of mental impairment indicated by the AD8 screening tool. In other words, persons with lower AD8 scores (indicating less cognitive impairment) would be expected to have better scores on Cogstate tasks. Because of defendants' departure from accepted use of the AD8 screening tool, I have concerns that the AD8 scores assigned to participants in the study are less likely to provide an accurate and meaningful measure of their true cognitive ability. My concern is confirmed by the fact that there appears to be no consistent correlation between participants' AD8 scores and their baseline performance on the Cogstate cognitive tasks that were used as the primary outcomes in the study.

63. The table below illustrates this point. The Pearson Correlation is a measure of the strength of the association between two variables (in this case the AD8 score and the baseline Cogstate

19

Task scores).  A value of 0.1 to 0.3 represents a small, or weak, association between variables; a value of 0.3 to 0.5 is considered medium; and a value of 0.5 to 1.0 is considered large.  The Pearson correlations on the Cogstate Tasks range from 0.014 to 0.221.  In other words, there is either no meaningful association or only a weak association between participants' level of cognitive impairment and their baseline performance on any of the cognitive tasks.

**Pearson Correlations for Participant AD8 and Cogstate Baseline Scores**

| Test | N | Pearson correlation |
|---|---|---|
| DET_lmn1 | 214 | 0.065 |
| GMCT_mps1 | 214 | -0.085 |
| GML_ter1 | 214 | -0.014 |
| GMR_ter1 | 214 | 0.041 |
| IDN_lmn1 | 215 | 0.103 |
| ISL_cor1 | 214 | -0.094 |
| ISRL_cor1 | 214 | -0.101 |
| OCL_acc1 | 215 | -0.122 |
| ONB_acc1 | 215 | -.220 |
| TWOB_acc1 | 214 | -.221 |

64. The lack of correlation between the AD8 rank and baseline Cogstate scores raises concerns about the validity of any conclusions defendants draw from their *post hoc* analyses of outcomes based on AD8 subgroups.  The AD8 score, as derived by defendants, does not appear to accurately predict participants' level of mental impairment as reflected in their baseline scores on Cogstate tasks.  For that reason, defendants' conclusions about the efficacy of Prevagen for populations with different levels of mental impairment are inherently unreliable.

65. I also have significant concern about the fact that the researchers did not maintain proper blinding until completion of the study.  The study was at least partially unblinded on two

20

occasions, as evidenced by defendants' press releases reporting selective interim results after day 60 and after the first 100 participants completed the study. (Aug. 6 Lerner Deposition at 77-79 and 86-87; Aug. 7 Lerner Deposition at 28-33 and 130-138). The protocol for the Madison Memory study did not pre-state that interim analyses would be performed at day 60 and after 100 participants completed the study, nor was there any adjustment to the statistical plan to account for these analyses.

66. There are examples in the scientific literature of reports on interim results from an ongoing study; such reporting, however, should be conducted as part of a prestated statistical analysis plan. Typically, any interim analysis is done independently for safety reasons (*e.g.*, to stop a trial because the treatment is causing worsening of an outcome measure) or due to dramatic efficacy (*e.g.*, the treatment effect is so positive, it might be unethical to continue the trial and not provide the drug to the placebo group). In any situation in which the study is not stopped, the results are not released. This is because releasing the results breaks the blind and changes the expectation of a beneficial outcome. Additionally, if the study does continue, a plan to adjust the usual hypothesis testing must be made to maintain overall significance. In other words, a larger effect is needed to demonstrate a true benefit of the treatment for each interim analyses reported.

67. In addition to the unblinding at day 60 and again after 100 participants completed the study, blinding was also broken as each participant completed the study, with both the participant and the proctors informed of the assignment to treatment or placebo group. In other words, defendants did not maintain blinding until all participants had completed the study and all data had been collected. (Aug. 7 Lerner Deposition at 32). Because randomization of subjects and assignment to group was apparently done in blocks of two to four subjects at a

time (Aug. 6 Lerner Deposition at 77), the breaking of blind for each participant also revealed the group assignment for other subjects in that block.

68. The most egregious departure from accepted scientific standards is the extensive *post hoc* analyses that defendants performed on different subgroups of the study population broken down by AD8 scores, by gender, and by subject age – none of which was contemplated or prespecified in the protocol.

69. Reputable studies sometimes report findings from subgroups that are prestated in a protocol; however, the Madison Memory Study subgroups were not prestated in the protocol. Moreover, the sheer number of unjustified *post hoc* analyses performed in the Madison Memory Study undermines any reliability of the reported results, and is beyond anything I have seen in 34 years of being involved in clinical trials.

70. Defendants conducted analyses on at least 35 different and frequently overlapping subgroups of the study population based on participants' AD8 scores, age, and gender.[1]  Given that at least nine Cogstate tasks were administered for the primary cognitive outcome, that would produce a total of at least 315 possible results from which to select findings that might appear significant but are merely the result of chance.

71. The extent of the *post hoc* analyses is a strong indication that defendants engaged in *post hoc* data mining or "p-hacking."  The term p-hacking is used in scientific research to describe the practice of reanalyzing data in many different ways until it yields results that appear to be significant.  In other words, defendants' multiple *post hoc* analyses suggest an effort to

---

[1] Based on the documents provided to me, it appears that defendants conducted analyses on at least the following subgroups of AD8 scores:  nine groups based on each possible score on the AD8 from 0 to 8;  subgroups with various overlapping ranges of AD8 scores, including AD8 0-1, 0-2, 0-3, 0-4, 0-5, 1-2, 1-3, 1-4, 2-3, 2-4, 2-5, 3-5, 3-6, 4-8, and 6-8, along with secondary analyses on AD8 0-2, 2-5, and 6-8.  Defendants also conducted analyses on subgroups by gender and age, including: men only; women only; women age 55 and older with AD8 scores of 0-1 and 0-2; and subjects age 40-49, 50-59 60-69, and 70-79.

artificially generate results that would support claims about the cognitive benefits of Prevagen for at least some subset of subjects after the study failed to show any benefits of Prevagen for the study population as a whole.  The more analyses defendants performed, the greater the likelihood of false positives – findings that appear to be statistically significant when in fact they are merely a matter of chance.  Using a p-value[2] of 0.05 as the threshold for significance, you would expect to have one significant result for every 20 results calculated, purely as a matter of chance.

72. The lack of any explanation for the selection of subgroups also points to improper data mining.  The subgroups that defendants analyzed were not even distinct.  The groups had substantial overlap in participants, including the AD8 0-1 and 0-2 subgroups, which defendants focus on in their most recent August 2016 online report.  According to that report, 61 of 100 participants were in both the AD8 0-1 and the AD8 0-2 subgroups.  QUI-FTCNY-0003696, Table 2.  The written reports give no justification for why two subgroups with such significant overlap would be analyzed separately.

73. In my opinion, the limited positive results defendants report from select outcomes and select subgroups have no scientific validity, especially given the extent of defendants' *post hoc* analyses and the absence of any statistical adjustment to account for the multiplicity of subgroups and outcomes.

    **iv. The written reports of the Madison Memory Study fall short of accepted standards in the field, with evidence of selective reporting, improper statistical analyses, and data manipulation.**

74. The various written reports of the Madison Memory Study, including the only peer-reviewed published report, fall far short of accepted norms for reporting scientific research.  The

---

[2] A p-value is a measure of the probability that an observed difference could have occurred just by random chance.

23

reports omit critical details of the study design.  They describe findings that would not be deemed statistically valid evidence of efficacy by scientists in the field (*e.g.*, reports of within group results).  They selectively feature only a few outcomes from the many analyses conducted. They also use graphs that distort results, making them appear more dramatic. These irregularities and other departures from accepted standards call into doubt whether it is possible to draw any reliable conclusions from the study.  My discussion focuses on the most significant of these issues.

75. From 2009, when the Madison Memory Study started, defendants created at least four distinct written reports of the results in the form of papers that either appeared in a journal or were posted on defendants' website.  These four papers in chronological order include:  1) a paper that appeared in a supplement to the Journal of the Alzheimer's Association on July 1, 2011, a reprint of which was posted online (QUI-FTCNY-00200136); 2) an unpublished paper dated 2014 and posted online (QUI-FTCNY-00091501); 3) a paper published in the Advances in Mind-Body Medicine in early 2016 (QUI-FTCNY-0000381); and 4) an unpublished paper dated August 2, 2016 and posted online (QUI-FTCNY-00003696).

76. In addition to these papers, there were also at least three additional, written summaries of selective results of the Madison Memory Study, including:  1) an undated poster of selective results, apparently presented at an ICAD conference in 2011 (QUI-FTCNY-00110537); 2) a one-page account describing an interim analysis of selective results on one Cogstate task at day 60, which was submitted on June 21, 2010 as an online abstract to the Alzheimer's Association (QUI-FTCNY-00148152); and 3) a one-page account describing an interim analysis of selective results on one Cogstate task after the first 100 participants completed the study, which was apparently posted online (QUI-FTCNY-00089779).

24

77. None of defendants' write-ups of the Madison Memory Study is complete.  Each written report describes only select outcomes for some of the at least nine Cogstate cognitive tasks administered.  Each written report describes only select analyses for two or three of the thirty-five *post hoc* subgroup populations examined by defendants.  The outcomes and subgroup analyses selected are not even consistent across the different reports, with each write-up reporting different results that represent only a small fraction of the data analyses defendants performed.

78. Only the 2014 and August 2016 online papers acknowledge the most important finding of the study – the fact that the results for the complete study population found no statistically significant improvement in scores of the treatment group compared to placebo on any of the Cogstate tasks.  The finding for the complete study population is the only finding contemplated in the trial protocol, and, by scientific convention, should therefore be the only result from which conclusions can be drawn.

79. None of the four papers discloses the full list of 35 *post hoc* subgroups from which the featured subgroup results are drawn, or reports the results for all of these subgroups.

80. In two of these four papers (2011 Journal of Alzheimer's Association and 2016 Advance in Mind-Body Medicine), defendants give no indication of how many Cogstate tasks were administered in total.

81. The chart below indicates which tasks are reported for which subgroups in each paper:

| Madison Memory Written Reports | Cogstate Tasks Reported | AD8 Score Subgroups Reported |
|---|---|---|
| Journal of Alzheimer's Association, July 1, 2011 (QUI-FTCNY-00200136) | Four Cogstate Tasks:  Groton Maze Learning, Groton Maze Recall, One Card Learning, and International Shopping List Delayed Recall | Mixture of complete population, and subgroups AD8 0-1, 0-2, and 2-5 |
| Online 2014 Report (QUI-FTCNY-00091501) | Seven Cogstate Tasks:  Groton Maze Learning, Groton Maze Recall, International Shopping List, International Shopping List Delayed Recall, One Card Learning, Identification, and Two Card Back | Mixture of complete population, and subgroups AD8 0-1, 0-2, and 2-5 |
| Advances in Mind-Body Medicine 2016 (QUI-FTCNY-0000381) | Two Cogstate Tasks:  International Shopping List and International Shopping List Delayed Recall | Mixture of complete population, and subgroups AD8 0-2 and 2-5 |
| Online August 2016 Report (QUI-FTCNY-00003696) | All nine Cogstate tasks (Set Shifting Task excluded) | Complete population and subgroups AD8 0-1 and 0-2 |

82. In addition, all of the written reports alternate back and forth between discussion of results that compare the placebo arm to the treatment arm and discussion of results within each arm. For the reasons detailed above, in Paragraph 51, within arm results are not valid evidence of a treatment's efficacy.  Indeed, the whole purpose of conducting a placebo-controlled trial is to measure the effect of the treatment arm compared to the effect of a placebo.

83. In my opinion and based on my experience, a reputable scientific journal would be unlikely to publish a paper that so selectively reported results had the peer reviewers and editors been made aware of the full extent of analyses actually performed.  Nor would reputable scientific journals sanction such heavy reliance on findings within arms rather than between arms.

26

84. In fact, only one of the four papers describing the Madison Memory Study was formally published, albeit in 2016 approximately five years after the study was completed.  The paper appeared in the Advances in Mind-Body Medicine, a journal that has a low "impact factor." A journal's impact factor is a measure of how often scientists cite to works published in the journal.  A low impact factor means the Advances in Mind-Body Medicine is rarely cited, suggesting it does not have a strong reputation among scientists.

85. Yet another indication of the poor quality of defendants' written reports of the Madison Memory Study is the use of graphs that distort study results.  For example, some graphs are presented with results from day 60 inexplicably omitted for some outcomes but not others. Below are two graphs depicting the same data on the same task.  The first graph is the version as it appeared in the 2011 Journal of Alzheimer's Association paper and the second is the version that appeared in the 2014 online report.





86. A comparison of these two versions of the graph illustrates that at day 60, the placebo control is actually outperforming the treatment group, with a greater reduction in errors on the task.[3] No explanation is given as to why the data for day 60 is sometimes omitted and at other times reported.

87. In addition, all of defendants' graphs depict Cogstate task scores that have been translated from absolute values to percentage changes, a technique that skews the depiction of results to make them appear more dramatic. These results are skewed in two ways. First, the baseline level determines how much room there is for improvement. Thus, if the placebo arm has different baseline scores than the treatment arm, there is a differential opportunity for change in the scores. Second, the change is magnified by the baseline performance.[4]

---

[3] The two charts have the exact same values for Days 8, 30, and 90 and thus appear to be depicting the same Cogstate cognitive task, however, one of the two has been incorrectly labeled. The 2011 paper identifies the graph as depicting the complete study population results for the Groton Maze Learning task, but the 2014 paper identifies it as depicting the complete study population results for the Groton Maze Recall task.

[4] Percentage change results are sometimes reported in clinical trials, but such results are typically accompanied by absolute change data and by measures of variance. Neither is apparent in defendants' reports, particularly in the subgroups where efficacy is incorrectly reported. Defendants' August 2016 online report does report absolute values, but only for Day 0 and Day 90 and only for two subgroups.

88. An example of this is illustrated in the two graphs below, both of which depict the same outcome from the Madison Memory Study – participants' improvement in speed on the Cogstate Detection task in the AD8 0-1 subgroup. The first graph, titled "Figure 7," appeared in defendants' August 2016 online report and depicts percentage changes. The second graph is one that I created showing the results for the same task, but depicted as absolute scores. The comparison illustrates how results may appear more dramatic than they really are when presented as a percentage change rather than as absolute values.





29

89. In the percentage change graph created by defendants (Figure 7 above), there appears to be a wide gap between the performance of the Prevagen and placebo arms at day 90. In the second graph, showing absolute values, it is apparent that there is very little actual difference between the two arms. In fact, there is only a 0.067 second difference in the improvement in performance speed between the Prevagen and placebo arms – less than 1/10 of a second. Such a small difference, even if statistically significant, would not be noticeable in a real world setting and thus is not clinically meaningful.[5]

90. There are also errors in how the effect size is calculated and reported. Defendants' characterization of certain effects as "moderate" or "large" is based on improvement in scores in the treatment group alone and fails to account for any improvement in the placebo arm. The proper way to calculate treatment effect size is to measure the difference between the effect observed in the treatment group and the effect observed in the placebo group. By incorrectly reporting only the effect within the treatment group from baseline to 90 days, defendants have failed to account for the practice effect (that subjects improve as a result of practice each time they repeat a task). Defendants are thus overestimating the effect of Prevagen.

91. Finally, it is not clear that any of the papers describing the Madison Memory Study applied an appropriate intent-to-treat analysis, looking at data from all participants enrolled in the study, including those who dropped out. Only the most recent write-up in August 2016 mentions that an intent-to-treat analysis was performed. That paper, however, reports 218 participants enrolled and 211 completing the study. Given the acknowledgement by the

---

[5] The second graph is based on the change in absolute scores from day 0 to day 90 in the placebo group when compared to the change from day 0 to day 90 in the Prevagen group as reported in Table 3 of the August 2016 Online Report. The August 2016 Online Report did not provide the absolute scores for interim time points.

principal investigator that there were 273 subjects recruited for the study, it does not appear that all dropouts were properly accounted for in the August 2016 intent-to-treat analysis. Of note, there is no CONSORT diagram in any of defendants' written papers. A CONSORT diagram is used to document the disposition of all subjects and the reason and timing of their exclusion or drop out. Without this information, it is impossible to tell if some subjects were excluded due to their performance, their response to the treatment, difficulty doing the testing, or for other reasons. This could lead to selective inclusion of subjects in a way that would artificially enhance the likelihood of a treatment effect.

92. In summary, the multiple, incomplete, and inconsistent write-ups of the Madison Memory Study, with selectively reported outcomes, distortion of graphs, and fundamental errors in statistical analysis raise concerns about the scientific validity of the reported findings.

### v. The Madison Memory Study failed to find any evidence of Prevagen's efficacy in the study population as a whole.

93. Even setting aside the poor quality of the research and the many irregularities detailed above, the Madison Memory Study is of no value in supporting the challenged claims. The study failed to find any statistically significant benefit of apoaequorin over placebo on any of the cognitive tasks administered for the study population as a whole.

94. The question of whether Prevagen demonstrates "a beneficial effect on various cognitive functioning" is the very hypothesis the study was designed to test, according to defendants' protocol. The answer to that question is no. For the 218 participants for which data are reported, the Prevagen group did not perform better than the placebo on any measure of cognition. That finding should be the first, and arguably only, result described in the various written reports of the study and yet it is completely omitted from two of defendants' write-ups.

31

95. Only the 2014 and August 2016 online reports include any acknowledgement that "no statistically significant results were observed over the entire study population." Even in those two papers, the primary result receives no more than a passing reference, with much greater emphasis placed on secondary and improper *post hoc* findings. In fact, all of the tables and figures in all four written reports of the Madison Memory Study focus exclusively on subgroup populations.

### vi. The Madison Memory Study fails to find any evidence of Prevagen's efficacy among normal to mildly impaired participants or any other subgroup.

96. The Madison Memory Study also fails to provide any reliable scientific evidence of Prevagen's efficacy among any subgroup of normal to mildly impaired participants. Defendants' assertion, in their August 2016 online report of the study, that taking Prevagen produced benefits on certain Cogstate tasks in two subgroups of normal to mildly impaired participants is flawed and is the result of extensive and improper data mining.

97. The August 2016 online report focuses exclusively on two subgroups of the original study population – the AD8 0-1and AD8 0-2 subgroups. The report describes the AD8 0-1 and 0-2 subgroups as individuals with "normal cognitive aging or very mild impairment," suggesting that this is the population for which Prevagen is intended.

98. This is the first version of the defendants' various written reports to focus exclusively on normal to mildly impaired participants. As noted above, there is no discussion in the protocol of any intent to limit the study to normal or mildly impaired individuals, and none of the other written papers were so limited. For example, the Advances in Mind-Body Medicine paper, published earlier that same year, focused both on mildly impaired and on moderately impaired subgroups, reporting results for a subgroup of participants with scores of AD8 0-2 and AD8 2-5.

99. The results from the August 2016 paper are inherently suspect on their face.  There is no justification for reporting separate results for two subgroups with such a substantial overlap of participants.  Given that 61 of 100 participants fall into both the AD8 0-1 and 0-2 subgroups, one would expect similar results.  That is not the case.  The results of the two groups are widely divergent and do not show benefits on the same Cogstate tasks.  In the AD8 0-1 subgroup, the paper highlights purportedly significant results on only three of nine Cogstate tasks – the Groton Maze Recall, Detection, and One Card Learning tasks.  No significant results are reported for the other six tasks.  In the AD8 0-2 subgroup, the paper highlights purportedly significant results on only the following three Cogstate tasks – the Groton Maze Learning, Identification, and One Card Learning Task.  Despite the overlap of participants, the only task with a purportedly significant result in both the AD8 0-1 and AD8 0-2 subgroup is the One Card Learning Task.

100. There are at least three fundamental problems with defendants' reliance on the subgroup results featured in their August 2016 online paper as evidence that Prevagen improves memory or provides other cognitive benefits.  First, as detailed above in Paragraph 70, these subgroup results represent just a small fraction of the unplanned, unreported and extensive *post hoc* mining of the data.  Given the sheer number of subgroup analyses defendants performed on the data, there were bound to be several results that appear to achieve statistical significance but are merely the result of chance.  Out of an apparent 315 data points that defendants examined, the 6 positive results reported in the August 2016 paper are far more likely to be the product of statistical noise than evidence of actual efficacy.

101. Second, defendants' *post hoc* findings of purported benefits for individuals with normal to mild cognitive impairment have never been confirmed by follow-up research.  The AD8 0-1

and 0-2 subgroups were not identified in the protocol; nor for that matter were any of the other 35 subgroups that defendants examined after failing to find any evidence of Prevagen's efficacy in the study population as a whole.  In the field of cognitive research and in the scientific community at large, any such *post hoc* findings are viewed as preliminary signals of a possible effect.  They are typically reported only with a caveat that the findings should be confirmed by follow-up research on the targeted population.  In other words, any claims about the benefits of Prevagen in a normal to mildly impaired aging population need to be substantiated by a follow-up study of that target population.  The six purportedly significant results defendants are now relying on, from a total of 315 results analyzed, are not competent and reliable scientific evidence of Prevagen's efficacy absent confirmation in follow-up research.

102. Defendants themselves acknowledge the need for follow-up research.  In the 2014 online report of the study, defendants state, "We believe that additional studies with a more defined study population (AD8 0-1/2) would provide even clearer evidence for the ability of the calcium binding protein to positively impact cognitive function in aged individuals with minimal or no cognitive impairment." (2014 online paper at 15).  Defendants' 2016 Advances in Mind-Body Medicine paper includes the same recognition that the preliminary post-hoc findings should be confirmed.  (2016 Advances in Mind-Body Medicine at 10.)

103. The Madison Memory Study was completed in 2011.  There is no reported record of a follow-up trial in the intervening 10 years on a target population of older adults with normal to mildly impaired cognitive function. The only evidence that defendants might have attempted follow-up research comes from a small study of college-age adults that was

34

apparently completed but never reported.  That study, the "Memory Improvement Trial," is detailed in Section V.B. below.

104. A third reason why the *post hoc* findings reported for the Madison Memory Study do not provide valid evidence of Prevagen's efficacy is a basic error in defendants' statistical methodology.  Even if the Madison Memory Study had focused from the beginning on a population of normal to mildly impaired participants (using the AD8 0-1 and AD8 0-2 scores), the purported positive results for these participants are not properly calculated. Whenever a study reports multiple outcomes, there should be some adjustment applied to the calculation of statistical power.  Defendants failed to make any adjustments to account for the fact that they used nine Cogstate tasks.  As a result, they have overstated the statistical significance of their findings.  It is unlikely that any of the AD8 0-1 and 0-2 subgroup outcomes would reach significance if the appropriate statistical corrections were applied to the analysis.

105. Finally, the purportedly significant results defendants report in the AD8 0-1 and 0-2 subgroups, even if validly calculated using appropriate correction for multiple outcomes, do not reflect improvement in memory.  As described in Table 1 of the August 2016 Online Report, the nine Cogstate tasks that defendants administered are each designed to measure different cognitive domains.  Four of the nine tasks are identified as measuring either memory or working memory (International Shopping List Recall, Groton Maze Recall, One Back, and Two Back tasks).  In the AD8 0-1 subgroup, Prevagen is described as performing statistically better than placebo on only one of the four memory tasks (Groton Maze Recall task).  In the AD8 0-2 subgroup, Prevagen did not perform better than placebo on any of the four memory tasks.

35

106. All of the other purportedly positive results in these subgroups were on tasks designed to measure other cognitive domains, specifically executive function (Groton Maze Learning task), psychomotor function (Detection task), attention (Identification task), and visual learning (One Card Learning task).

107. Even setting aside the fundamental problems underlying defendants' reliance on selective and statistically flawed *post hoc* findings, there is at best only a very weak signal in the AD8 0-1 group and no signal at all in the AD8 0-2 group that Prevagen might have some benefit for memory.  That signal is preliminary and should be used only to guide future research; it does not constitute reliable evidence of efficacy and is not a basis for the challenged claims.

**B. The Memory Improvement Trial**

108. In addition to the Madison Memory Study, I reviewed limited materials on a smaller 2012 study of apoaequorin in healthy young adults, the "Memory Improvement Trial" (MIT). According to the protocol set out in the "Trial Briefing and Manual of Operations (MOP) for Memory Improvement Trial," the MIT appears to be a placebo-controlled, double blind study of the effect of apoaequorin on cognitive function in college students ages 18-40.  Based on the protocol and limited data analyses, there were 31 participants enrolled in the MIT, assigned to either a treatment group receiving 10 mg of apoaequorin or a placebo.  The trial had an initial duration of 28 days and a continuation period to 90 days.  Participants were administered cognitive tasks from the same Cogstate battery of tests used in the Madison Memory Study.  Although the MIT is a smaller study and is limited to a population of young, healthy adults, it is similar in several major respects to the design of the Madison Memory Study.

109. Based on the dates of documents I reviewed, the MIT was conducted in 2012, approximately one year after completion of the Madison Memory Study. The Trial Briefing document indicates that the rationale for the MIT was to "build upon" the Madison Memory Study results for participants with mild to no impairment. (Trial Briefing at 8-9).

110. The statement in the protocol that the MIT was "building upon" the Madison Memory Study, the similarity of the two studies in basic design, and the focus of the MIT on a cognitively healthy population all suggest that the MIT is the closest there is to a study that might be viewed as follow-up research on normal to mildly impaired adults.

111. Defendants completed the trial and conducted limited analyses of participant scores on eight Cogstate tasks administered on days 0, 14, 28, 60, and 90. It appears that the results of the trial were never written up or made public. The limited analyses conducted on the MIT data do not include any analyses of between group results – comparing the changes in test scores over time in the Prevagen group against the placebo group. There were, however, analyses comparing the improvements in task scores over time within the placebo group and within the treatment group. For the reasons set out above, it is not possible to draw meaningful conclusions about the efficacy of Prevagen for memory or other cognitive benefits based only on within group analyses. The point of a controlled trial is to test whether the treatment is more effective than a placebo.

112. Although I do not have sufficient data to conduct my own between group analyses of the results or to draw definitive conclusions, there were some limited data of scores between groups. Based on those data, it does not appear to me that the MIT provides any meaningful signal that Prevagen provides cognitive benefits in young healthy adults.

113. Given the absence of any written report, and the apparent failure by defendants to conduct the correct analysis of Prevagen compared to placebo, the MIT materials I reviewed do not constitute valid scientific support for the challenged claims.  If anything, the limited scores reported from the MIT appear to undermine defendant's interpretation of the *post hoc* findings from the Madison Memory Study and their assertion that Prevagen provides cognitive benefits in normal to mildly impaired adults.

**C. Evidence Related to Vitamin D Supplementation for Cognitive Benefits**

114. Based on my literature search of studies on Vitamin D and cognitive function, including several well-conducted studies referenced here, it is my opinion that there is no basis to believe that the addition of Vitamin D to Prevagen products in 2016 would result in improvement in memory or provide any other cognitive benefit.  My search found no evidence that supplementing the diet with Vitamin D has a benefit to improve or prevent cognitive impairment, mild cognitive impairment, Alzheimer's disease, or related dementia.

115. My opinion is based in part on a number of systematic reviews and meta-analyses of the relevant research.  These reviews and analyses summarize data and combine information across a multitude of individual studies.  The synthesis of data across multiple studies with different outcome measures creates a larger data pool and provides a stronger basis for formulating conclusions.

116. The most recent of these, Y. Du et al., *Vitamin D Supplement for Prevention of Alzheimer's Disease:  A Systematic Review and Meta-Analysis*, Am. J. Ther., 1-11 (2020), applied reasonable criteria to search for relevant studies, used comprehensive data bases, and set standards for inclusion that are consistent with robust study design and rigorous scientific methods.  The review looked at studies of individuals aged 60 and older, excluding those

38

with dementia, and was limited to studies using accepted and published standards for reporting cognitive outcomes. Nine randomized clinical trials met the standards for review, most of them from 2015 or later. The majority of the studies were assessed by the authors as being of high quality, with low to moderate risk of bias. The nine studies included a combined total of 2,345 participants. The analysis examined several subsets of outcomes including general cognitive status as measured by the Mini-Mental States Examination (one of the most common measures of overall cognition), verbal fluency, verbal memory, visual ability and attention. The authors found no significant benefit to Vitamin D across the pooled studies. The conclusions of the Du et al. review are similar to those of other meta-analyses done at earlier time intervals with fewer high quality studies.

117. In formulating my opinion, I also considered a systematic review of dietary supplements to prevent cognitive decline and dementia reported in M. Butler et al., *Over-the-Counter Supplement Interventions to Prevent Mild Cognitive Impairment, and Clinical Alzheimer-Type Dementia: A Systematic Review*, 168 Ann. Intern. Med. 52 (2018). This work followed a protocol that is publicly available from the U.S. Department of Health and Human Services' Agency for Healthcare Research and Quality (AHRQ). The review included randomized and non-randomized controlled trials of any dietary supplements using adults with normal cognition or mild cognitive impairment for at least six months. The outcomes included incidence of mild cognitive impairment, incidence of dementia, and other measures of cognitive performance. Studies in adults already diagnosed with dementia were excluded from the review. This report allows for the simultaneous comparison of multiple vitamins that are often taken together in the population and allows for weighing and comparing the benefit of different vitamins and supplements across outcomes. This report identified 63

publications of 56 unique studies and 13 categories of dietary supplements.  Among the studies identified for the review was a single large study of Vitamin D and calcium that showed no benefit in any outcome measure.  Of note, the authors of the review pointed out that other supplements, particularly anti-oxidants, had greater likelihood of benefit.  They concluded, however, that there was insufficient evidence to support the use of any dietary supplement for cognitive protection or prevention of mild cognitive impairment or dementia.

118. I also examined a systematic review of brain imaging studies in which brain volume is measured in different regions of the brain.  C. Annweiler et al., *Vitamin D and Brain Volumetric Changes:  Systematic Review and Meta-Analysis*, 78 Maturitas 30 (2014).  Brain volume is often measured to determine if there is a possible biological pathway whereby a therapy could effect a clinical outcome related to memory or other cognitive functions.  Brain volume, however, is not a direct measure of memory or other cognitive benefit, nor does it provide evidence of disease prevention.  The majority of the studies reviewed by Annweiler et al. examined the association between brain volume and low levels of Vitamin D, rather than the effect on the brain of Vitamin D supplementation.  The review identified only three studies, with a combined total of 55 subjects, that qualified for inclusion in the meta-analysis.  The authors noted an association between Vitamin D and brain volume in specific regions of the brain.  Of note, there was no association between Vitamin D levels and brain volume in the regions of the brain most associated with learning and memory – the cortical gray matter, hippocampus and temporal lobe volume.  The authors acknowledged that the data were sparse but supported the need for clinical trials.

119. Finally, I examined the World Health Organization Guidelines on Risk reduction of cognitive decline and dementia published in 2019 and available online at

https://www.who.int/mental_health/neurology/dementia/guidelines_risk_reduction/en/. The WHO guidelines conclude that findings on the effect of Vitamin D on cognitive decline and dementia are inconsistent and insufficient to justify any recommendation. Similarly, a comprehensive report by the National Academy of Sciences on prevention of cognitive decline and dementia makes no mention of possible benefits of Vitamin D. National Academy of Sciences, "Preventing Cognitive Decline and Dementia: A Way Forward" (2017), available online at https://www.nap.edu/catalog/24782/preventing-cognitive-decline-and-dementia-a-way-forward. The NAS report does mention several other supplements for which there was some high quality evidence examining the effect on prevention of cognitive decline, but ultimately concluded that none could be recommended for cognitive benefits.

120. In summary, there is some weak evidence of an association between low Vitamin D levels and brain volume but no clinical trials providing any evidence that consuming Vitamin D supplements would improve memory or provide other cognitive benefits. Further, national and global scientific and medical experts have reviewed the preponderance of evidence and agree that there is no evidence to recommend use of Vitamin D supplements for cognition.

## VI.  CONCLUSIONS

121. Based on my expertise in the fields of memory, cognition, cognitive impairment, and ADRD, my experience in designing, conducting, and evaluating clinical research, my literature searches, and my review of the materials discussed in this report, it is my opinion that there is no competent and reliable scientific evidence to support any of the challenged claims, including the claims that Prevagen improves memory or provides any other cognitive benefits.

122. The Madison Memory Study is the only placebo-controlled human clinical study on Prevagen or the ingredient apoaequorin using objective and quantitative measures of cognitive function for which results have been reported. That study is flawed in design, implementation and analysis. The study did not find any statistically significant benefit of apoaequorin over placebo on any cognitive task in the population as a whole, a fact that defendants have acknowledged in their reporting of the study.

123. The study also failed to find any statistically significant benefit of apoaequorin over placebo in any subgroup population of normal to mildly impaired adults. Contrary to defendants' reporting, the subgroup results are not valid. They are based on improper, statistically flawed, and extensive *post hoc* data mining to search for positive results after the study as a whole failed to find any benefits. The sheer number of data points defendants examined in their *post hoc* analyses (at least 315) is bound to yield several results that appear significant merely as a matter of chance. Even if the two subgroups of normal to mildly impaired adults had been planned for in the initial study design, the results would not be statistically significant after appropriate corrections for the fact that each subgroup looked at nine different outcomes. Moreover, with one exception, the specific results on which defendants rely involve tasks that do not even measure memory. These results would thus have no relevance to the challenged claim that Prevagen improves memory.

124. Since the Madison Memory Study was completed in 2011, there have been no reported studies that have specifically examined whether Prevagen provides cognitive benefits in a population of normal to mildly impaired adults. Defendants conducted one small study on normal healthy adults ages 18 to 40 in 2012, but never reported the results. In my opinion

that study, the Memory Improvement Trial, provides no reliable evidence of any cognitive benefit of Prevagen in a healthy adult population.

125. Finally, the addition of Vitamin D to the Prevagen products in 2016 does not change my conclusion that the challenged claims are unsubstantiated.  There is no competent and reliable scientific evidence that supplementing the diet with Vitamin D, either alone or in combination with apoaequorin, would improve memory or provide any other cognitive benefits.

Dated: ____9/21/2021____

Signed: ____Mary Sano____

Mary Sano, Ph.D.

43

**ATTACHMENT A**

**CURRICULUM VITAE**
**Mary Sano, Ph.D.**

<u>ACADEMIC  APPOINTMENTS</u>

Jan 1986-Feb1987   Staff Associate in Neurology, Columbia University, College of Physician and Surgeons, New York, New York

Feb 1987-Jan 1988   Post-Doctoral Research Scientist, Columbia University, College of Physician and Surgeons, New York, New York

Feb1988- June1989   Associate Research Scientist, Columbia University, College of Physician and Surgeons, New York, New York

July 1989-July 1992 Herbert Irving Assistant Professor of Neuropsychology (in Neurology) Columbia University, College of Physician and Surgeons, New York, New York

July 1992-Nov1996   Assistant Professor of Neuropsychology (in Neurology) Columbia University, College of Physician and Surgeons, New York, New York

Nov  1996-2002   Associate Professor of Clinical Neuropsychology (In Neurology, in the Gertrude H. Sergievsky Center)Columbia University, College of Physician and Surgeons, New York, New York

Jan 2003-July 2003   Professor , Department of Psychiatry (pending) Mount Sinai School of Medicine, New York, New York

July 2003-present   Professor , Department of Psychiatry Mount Sinai School of Medicine, New York, New York

<u>HOSPITAL APPOINTMENTS</u>

June 1989   Assistant Professional Neuropsychologist in Neurology Service Presbyterian Hospital, New York, New York

July 1997   Associate Professional Neuropsychologist in Neurology Service Presbyterian Hospital, New York, New York

July 2003-present   Attending Psychologist, Department of Psychatry, Mount Sinai School of Medicine New York, New York

## EDUCATION

| | |
|---|---|
| B.S.S.S | University of Massachusetts, Amherst, Ma. June, 1974 |
| M.A. | New York University, New York, New York, June, 1980 |
| PhD | City University of New York, New York February, 1987 |

| | |
|---|---|
| Internship | Neuropsychology, Neurological Institute July 1982 - June 1983 Columbia Presbyterian Medical Center, New York, New York |
| Post Doctoral Year | Department of Neurology Feb. l987 Jan. l988 Columbia Presbyterian Medical Center, New York, New York |

## CERTIFICATION

Not applicable

## LICENSURE

New York State, Psychologist: 1988; #009440

## HONORS

1974 - B.S.S.S. Cum Laude
1987 - Barmack Memorial Award for Best Dissertation in Psychology,
                    City College of the City of New York
1989 - Herbert Irving Award, in Clinical Research
                    Columbia Presbyterian Medical Center
1998 - Veris Award:  Study of vitamin E in the treatment of Alzheimer's Disease

1999 -  Alzheimer's Association Ralph Richter, MD Award, Tulsa Oklahoma
        For exceptional efforts in the fight against Alzheimer's Disease
2003 – Jay L. Foster Memorial Lecture, University of Pittsburgh
2009   International Psychogeriatric Association, Board of Directors
2010   Medical and Scientific Advisory Board, Alzheimer Association
2013   National Association of Veteran Research and Education
        Foundations; Board of Directors
2014   Federal Executive Board, Employee of the Year Award
2014   Life Time Achievement Award, Alzheimer's Disease
        Therapeutic Research; CTAD
2017   President, International Psychogeriatric Association
2019   Medical and Scientific Advisory Group, Alzheimer's
        Association
2019   Immediate Past President, International Psychogeriatric
        Association

## OTHER PROFESSIONAL APPOINTMENTS AND ACTIVITIES

| | |
|---|---|
| 1987 - | Assistant Director of Neuropsychology, Memory Disorders Clinic, New York State Psychiatric Institute, NY, NY |

| | |
|---|---|
| 1990 -1993 | Adjunct Professor, Dept. Natural Sciences, State University of New York, Purchase, New York |
| 1992-2002 | Member, Board of Directors, (Secretary: 1994) St. Matthew and St. Timothy Neighborhood Center, New York, New York, 10024 |
| 1998-2002 | Director of Clinical Trials, Taub Institute of Alzheimer=s Disease Research and the Aging brains, CPMC, NYC, NY |
| 1998 | Panelist Roundtable on Prevention of Alzheimer=s Disease convened by the Ronald and Nancy Reagan Research Institute, Alzheimer's Association and the National Institute on Aging, National Institute of Health |
| 1999-2002 | Scientific Advisory Board, Institute for the Study of Aging |
| 1999-Present | Clinical Research Advisory Committee, Department of Neurology Columbia University, College of Physician and Surgeons, New York, New York |
| 1999-present | Editorial Board; Alzheimer's Disease and Related Disorders |
| 2001-2002 | Advisory Board of the Irving Center for Clinical Research, Columbia University, College of Physician and Surgeons, New York, New York |
| 2001-2004 | Neuroscience Aging Review Committee, National Institute on Aging. Bethesda MD |
| 2002 | Mitochondrial Foundation Advisory Board, For development of a request for application.  February 19, 2002, Pittsburgh, PA |
| 2002 | Invited  Panelist, for Rosalyn Carter Institute Science in Practice Panel:   "Caregiving for Individuals with Alzheimer's Disease" |
| 2004 | Invited testimony to Subcommittee of the Committee on Veterans; Affairs House of Representatives http://www.gpo.gov/fdsys/pkg/CHRG-108hhrg99787/pdf/CHRG-108hhrg99787.pdf |
| 2006 | Secretary's Advisory Committee on Human Research Protections. |
| 2009 | Member DSMB ASPREE Trial |
| 2010--2013 | Member Clinical Neuroscience and Neurodegeneration (CNN) Study Section of Scientific Review |
| 2011-2013 | Chair, CNN Study Section |
| 2020-2021 | Chair NIA/ADC NACC Clinical Core Steering Committee |
| 2020-Present | Co-Chair NIA/VA ADRC working group |
| 2020-Present | Member of the NIA ADC task force for Cognitive Assessment |
| 2020-Present | Co-Chair: IPA committee to definition of Agitation in dementia |

NIH Review Chair for SRS/NIA

| | |
|---|---|
| 2020 | U19 applications (Chair) |
| 2020 | Clinical Cognitive Screening RFA (Chair) |
| 2021, | ADRC Center Grant Review (Chair) |

## ADMINISTRATIVE LEADERSHIP APPOINTMENTS

Nov 2002-present — Associate Chief of Staff, Research and Development
Bronx VA Medical Center,  Bronx, NY,10468

June 2005-present — Executive Committee Member CSP 546

April 2007-present — Associate Dean for Clinical Research
Mount Sinai School of Medicine

July 2009- present — Associate Director of Mount Sinai Clinical Translational Institute

Video Credits:

Women #ENDALZ is a series that profiles the amazing brains fighting to create a world without Alzheimer's disease. In this video, meet Alzheimer's researcher Mary Sano, Ph.D., who is also a member of the Alzheimer's Association Medical and Scientific Advisory Council. Celebrate your amazing brain today at alz.org/mybrain! Published on Mar 4, 2016
https://www.youtube.com/watch?v=Wq93izTqxl0

As part of her research into playing the role of a woman diagnosed with Alzheimer's, actress Julianne Moore, who has been nominated for an Oscar for "Still Alice," met with Mary Sano, director of the Alzheimer's Disease Research at Mount Sinai School of Medicine. Published on Feb 17, 2015

https://www.youtube.com/watch?v=8JbGJi-Y0aI

At AAIC 2015, Mary Sano, Ph.D., a medical/scientific advisor to the Alzheimer's Association, discusses new evidence of several successful efforts to attack Alzheimer's disease from multiple angles
https://www.youtube.com/watch?v=2cpBGtGOnVw

Mary Sano, Ph.D., Medical & Scientific Advisory Council, Alzheimer's Association, discusses an international study on attitudes regarding Alzheimer's disease, biomarkers and early detection and the safety results of a phase two therapy trial.
https://www.youtube.com/watch?v=FpJh3ch1YZg

Dr. Mary Sano '74 talks to Angela Lussier '03 of the UMass Amherst Alumni Association about her research into Alzheimer's disease. Published on Apr 3, 2012

https://www.youtube.com/watch?v=B_oLTchMPV8

## TEACHING ACTIVITIES

1989-1991  Undergraduate course taught State University of New York: Purchase, NY

Introduction to Psychology
Child and Developmental Psychology
Adulthood and Aging
Neuropsychology Seminar Drugs and Behavior
Graduate Lectures

1999-2001 Graduate Courses and Residency Lecture Series
Topics:
Neuropsychological Assessment in dementia
Treatments for Alzheimer=s Disease

1995-1996   Internship/Residency Course
Techniques in Remediation Strategies in Neurologic & Psychiatric
Disease

2000-2001   Patient Oriented Research Colloquium: Clinical Trial Design in Dementia


CME Course Faculty:

1999     Diagnosis and Treatment of Dementia for the Primary Care Physician. Mild Cognitive Impairment: From Diagnosis to Treatment

2000 Columbia University, College of Physician and Surgeons, Department of Neurology, New York, NY.  New Concepts in Post menopausal Health.

2001Columbia University, College of Physician and Surgeons, Department of Neurology, New York, NY.  New Concepts in Post menopausal Health

2002  Current Treatment and Research Initiatives for Therapies in Alzheimer's Disease and  Mild Cognitive Impairment, Santiago, Dominican Republic

CME Course Co-Director
1999     Columbia University, College of Physician and Surgeons, Department of Neurology, New York. Diagnosis and Treatment of Dementia for the Primary Care Physician

2002     Mild Cognitive Impairment in Aging: Diagnosis and Treatment.   A symposium for  Primary Care Practitioners.

2007   Mt. Sinai School of Medicine New York, NY  Advances in Psychiatry: Breakthrough Developments in Psychiatric Treatments

2016 Course Director: "How to Conduct Clinical Trials in Geriatric Psychiatry" at the International Psychogeriatric Association. Annual meeting

2017   Clinical trials conduct in geriatric psychiatry, The American Psychiatry Association Annual meeting.

2020   Faculty member of the Institute of Methods & Protocols for the Advancement of Clinical Trials in Alzheimer's disease.

GRANT SUPPORT

**Current**

P30AG066514 (Sano)          05/01/20-02/28/25    NIH/NIA          $ 3,767,432 year 1
**Mount Sinai Alzheimer's Disease Research Center**
This is a Center grant consisting of five cores (Administrative, Clinical Research, Data Management, Neuropathology and Information Transfer) and 3 associated research projects. The overall aim of this grant is to collect cohorts of well diagnosed patients and make them available for the study in our clinical projects and to follow them longitudinally to autopsy.

U01AG10483 (Aisen)          3/18/2016-07/30/21(NCE)    NIH-USC        (Site PI)
**Protocol H8A-MC-LZAZ(a)/ADC-040-A4 Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4 study)**
This is a project to evaluate E. Lilly compound solanezumab in cognitively normal subjects.

R01AG063689 (Aisen)          9/1/19-2/29/24  University of Southern California – NIH (Site PI)
**Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4) Open-Label Extension Study**
An Open-Label extension for the A4 Study

U01AG016976 (Sano)          08/15/14-06/30/21    NIH-University of Washington  $21,25
**Participation: Natl Alzheimer's Coordinating Center**

UL1TR001433 (Wright)        8/15/15-3/31/21 (NCE)    NIH/NCATS          $4,217,190
**Conduits: MSHS Translational Science Hub**
Conduits' long term goal is to transform the vast resources of the Mount Sinai Health System into a translational research laboratory, partnering with our community patients and physicians, health system clinicians, institutional and affiliate scientists, and investigators at other CTSA Network Hubs to ensure the highest quality research, promotion of team science, education of translational investigators, and development of unique, innovative resources that will catalyze the translation of biomedical discoveries into better health across the "lifespan."

R01AG051545 (MPI: Schnaider-Beeri, Sano)        09/01/16-5/31/21 NIH/NIA      $539,546
**Hyperbaric oxygen therapy for cognition in diabetic elderly at high dementia risk**
The proposed pilot randomized clinical trial will investigate the short and long-term effects of hyperbaric oxygen therapy on cognitive functioning, cerebral blood flow, and glucose uptake in diabetic elderly with mild cognitive impairment and provide the basis for a large-scale multi-center study of hyperbaric oxygen therapy effects on cognition in diabetes.

R01AG054005 (Raj)          04/01/17-03/31/22    NIH/NIA          $490,009
**The role of peripheral myeloid cells in Alzheimers disease**
The goal of this research is to identify functional genetic variants that contribute to the development of Alzheimer's disease (AD) and to understand the innate immune mechanism by which these variants act to cause disease.

1U24AG057437-01 (PI: Aisen)        12/02/17-11/30/22    NIH          $183,897
**Alzheimer's Clinical Trial Consortium (ACTC) – USC**
This is a clinical trial infrastructure subaward aimed at administering multi-center clinical trials for Alzheimer's disease that are coordinated by the University of Southern California.

5R01AG06071 (MPI: Figueiro, Buettner)    9/15/18-5/31/23 NIH        $240,000 (Subaward)
**Light, metabolic syndrome and Alzheimer's disease: a non-pharmacological approach**
The goal of this clinical trial is to see if light therapy affects the metabolic processing and cognition within individuals with mild cognitive impairment

Tisch Illumination fund (PI)                    07/01/2018-06/30/2021        $484,000
**Music Experiences in Patients with Mild Cognitive Impairment and Alzheimer's Disease**
The objective of this clinical trial is to examine the effects of music therapy and experiences on cognition in patients with impairment due to Alzheimer's disease.

R01NS111116 (Dhamoon)                    4/1/20-3/31/25    NIH            $439,116
**Multimodal MRI Markers of Delayed Cognitive and Functional Decline After Subcortical Stroke**

**<u>Completed Research Support</u>**
**P50AG05138-20 (PI: Sano)**        NIH/NIA                    04/01/05-03/31/20
Alzheimer's Disease Research Center
This is a Center grant consisting of five cores (Administrative, Clinical Research, Data Management, Neuropathology and Information Transfer) and 3 associated research projects. The overall aim of this grant is to collect cohorts of well diagnosed patients and make them available for the study in our clinical projects and to follow them longitudinally to autopsy. Role: PI
R01NS095252 (PI: Crary) NIH/NINDS                    09/15/15-06/30/20
**Mechanisms of age-related tauopathy (Co-I)**
The aims of this project are (1) to validate neuropathological criteria for PART and lay the groundwork for clinical and mechanistic studies that will elucidate disease burden, pathogenesis and progression, (2) To test the hypothesis that PART has a molecular signature consisting of AD-type tau pathology alongside non-amyloidogenic APP metabolites, and (3) To test the hypothesis that PART has a genetic risk profile that overlaps with some aspects of AD genetics (e.g., MAPT haplotypes) but diverges with respect to others (e.g., APOE genotype).
U01OH011314 (PI: Lucchini, Co-I: Sano) NIH/NIOSH                    09/01/16-08/31/20
**Structural and Functional Neuroimaging of Post-Traumatic Stress Disorder and Cognitive Impairment in World Trade Center Responders**
The project will use neuropsychological assessments, and both structural and functional MRI measures to describe the neurological nature of cognitive impairment and Post Traumatic Stress Disorders in this cohort. We also propose to test the acceptability of PET/MRI ligands to be used in future grant applications if deemed acceptable to WTC responders and of evident value at this stage.
**R01 (Multi-PI: Baxter & Sano) NIH/NIA                    09/15/14-04/30/20**
**Trajectory of Recovery in the Elderly**
**The current proposal is focused on the trajectory of cognitive recovery from anesthesia, a process that is at present largely uncharacterized, and yet vital to distinguishing the roles of anesthesia and surgery in PD and POCD. We know how long it takes individuals to open their eyes after an anesthetic, but no one has ever measured the time course over which higher cognitive processes return.**
**U01AG046170**                                        09/20/13-8/31/18
(MPI: Schadt (Contact PI), Buxbaum, Ehrlich, Gandy, Haroutunian, Lijima, Noggle, Zhang, Zhu) NIA
Integrative Biology Approach to Complexity of Alzheimer's Disease
This proposal aims to develop a multiscale-network approach to elucidate the complexity of AD. Multiscale network models causally linked to AD will be developed based on existing AD-related large scale molecular data and the high-impact, high-resolution complementary datasets generated through this application.
**U01AG10483 (PI: Feldman)**                    07/01/06-2/28/18
UCSD-NIH SC (Subaward PI: Sano)
*Recruitment Core – Core C* This core's object is to monitor recruitment progress across sites and develop innovative recruitment strategies. *Pharmacoeconomics Instrument Committee – Core A* This cores objective is summarizing the data from the MCI cohort and that of the matching normal controls

R01HL105385 (PI: Wisinevsky)    NHLBI    08/18/11-06/30/17
**Longitudinal Study of Cognition, Health Literacy, and Self-Care in COPD Patients**
The objective of this study is to understand how health literacy and cognitive function change over time in patients with chronic obstructive pulmonary disease (COPD) and affect self-management of this condition, and how social support from informal caregivers may mitigate their effects.


CSRD-3697 (Sano)    10/01/11-09/30/19    VA MERIT    $218,418
**Markers of Transition to Alzheimer Disease in Veterans with MCI**
This project is a longitudinal study of aging veterans to determine if specific neuropsychological and CSF markers can predict transition to Alzheimer dementia and the rate of cognitive, functional and global decline.


PUBLICATIONS:
      Original peer reviewed articles

1. Espino C, Sano M, Wade GN: Alpha-methltryptamine blocks facilitation of lordosis by progesterone in sprayed, estrogen-primed rats.  Pharma. Biochem. & Behav. 3(4)557-559, 1975.

2. Pelham RW, Lippa AS, Sano M:  Effects of 6-hydroxy dopamine on body weight: feeding deficits of sensory motor impairments.  Comm in Psychoparm; 1:553-563, 1977.

3. Lippa AS, Kleppner CA, Yunger L, Sano M, Smith WV, Beer B:  Relationship between benzodiazepine receptors and experimental anxiety in rats.  Pharmac. Biochem. & Behav. 9:853-856, 1978.

4. Lippa AS, Sano M, Coupet J, Klepner CA, Beer B:  Evidence that benzodiazepine receptors reside on cerebellar purkinje cells: studies with nervous mutant mice.  Life Sci 23:2213-2218, 1978.

5. Klepner CA, Lippa AS, Benson DI, Sano M, Beer B:  Resolution of two biochemically and pharmacologically distinct benzodiazepine receptors.  Pharmac. Biochem. & Behav. 2(4), 457-462, 1979.

6. Lippa AS, Critchett DJ, Sano M, Klepner CA, Greenblatt E, Coupet J, Beer B:  Benzodiazepine Receptors:  cellular and behavioral characteristics.  Pharmac. Biochem. &  Behav. 10(1), 831-843, 1979.

7. Lippa AS, Klepner CA, Benson DI, , Critchett DJ, Sano M, Beer B:  The role of GABA in mediating the anticonvulsant properties of benzodiazepines Brain Research Bulletin 1980;5(Suppl. 2):861-865.

8. Meyerson LR, Sano M, Critchett DJ, Beer B, Lippa A:  Lateral olfactory tract lesions reveal neuronal localization of benzodiazepine recognition sites.  Euro J Pharmacol; 71:147-150, 1981.

9. Feitel B, Sano M:  Intellectual assessment of a group of 9 young adult chronic patients. Hosp & Comm Psychiat, 34:1153-55, 1983.

10. Gordon WA, Ruckdeschel-Hibbard M, Egelko S, Diller L, Simmens S, Langer K, Sano M, Orazem J, Weinberg J:  Evaluation of the deficits associated with right brain damage:

normative data on the Institute of Rehabilitation Medicine Test Battery. NYU Medical Center, IRM, Behavioral Science, 1984.

11. Mayeux R, Stern Y, Sano M: Heterogeneity and prognosis in dementia of the Alzheimer type. Bull Clin Neurosci, 50:7-10;l985.

12. Mayeux R, Stern Y, Sano M, Cote L, Williams JBW: Clinical and Biochemical correlates of bradyphrenia in Parkinson's disease. Neurology. 37:1130-1134, 1987.

13. Stern Y, Mayeux R, Sano M, Hauser WA, Bush T: Predictors of disease course in patients with probable Alzheimer's disease. Neurology 37:1649-1653, 1987.

14. Stern Y, Mayeux R, Sano M: Effects of oral physostigmine in Alzheimer's Disease. Annal Neurol 22:306-310, 1987.

15. Mayeux R, Stern Y, Sano M, William JBW, Cote L. The relationship of serotonin to depression in Parkinson's disease. Movement Dis, 1988;3: 237-244.

16. Stern Y, Sano M, Mayeux R. Long-term Administration of oral physostigmine in Alzheimer's disease. Neurology, 1988;38: 1837-1841.

17. Sano M. Using computers to understand attention in the elderly. American Behaviorial Scientist. 1988;31:588-594.

18. Dal Pan G, Stern Y, Sano M, Mayeux R. Clock-drawing in neurological disorders. Behavioral Neurology, 1989;2: 39-48.

19. Sano M, Stern Y, Cote L, Williams J, Rosenstein R, Mayeux R: Co-existing dementia and depression in Parkinson's Disease. Arch of Neurol. 1989;46:1284-1286.

20. Arnal F, Cote'LJ, Ginsburg S, Lawrence GD, Naini A, Sano M. Studies on centrally active and reversible acetylcholinesterase inhibitors. Neurochem Res. 1990;15:593-597.

21. Sano M, Stern Y, Cote' L, Williams JB, Mayeux R. Depression in Parkinson's disease: A biochemical model. J. Neuropsychiat Clin Neurosciences. 1990; 2:88-92.

22. Sano M, Stern M, Marder K, Mayeux R. A controlled trial of piracetam in intellectually impaired patients with Parkinson's disease. Movement Disorders. 1990;5:230-234.

23. Stern Y, Hesdorfer D, Sano M, Mayeux R. Measurement and prediction of functional change in Alzheimer's disease. Neurology 1990;40:8-14.

24. Chen J, Stern Y, Sano M, Mayeux R. Cumulative risks of developing extrapyramidal signs, psychosis or myoclonus in the course of Alzheimer's disease. Arch Neurol1991;48:1141-1143.

25. Mayeux R, Sano M, Chen J, Tatemichi T, Stern Y. Risk of dementia in first-degree relatives of patients with Alzheimer's disease and related disorders. Archives of Neurology. 1991; 48(3):269-73.

26. Sano M. The Basal Ganglia and depression. Neuropsychiatry, Neuropsychology, Behavioral Neurology. 1991;4:41-48.

27. Stern Y, Marder K, Bell K, Chen J, Dooneief G, Goldstein S, Mindry D, Richards M, Sano M, Williams J, Gorman J, Ehrhardt A, Mayeux R. Multidisciplinary baseline assessment of gay

men with and without HIV infection: III. Neurological and neuropsychological findings.  Arch Gen  Psychiat 1991;48:131-138.

28. Sano M, Stanly M, Lawton A, Cote L, Williams J, Stern Y, Marder K, Mayeux R.  ³H-imipramine binding as a peripheral measure of serotonin in Parkinson's disease.  Arch Neurol 1991;48:1052-1054.

29. Richards M, Sano M, Goldstein S, Mindry D, Todak G, Stern Y. The stability of neuropsychological test performance in a group of parenteral drug users. J Subst Abuse Treat 1992;9:371-377.

30. Sano M, Bell K,  Cote L, Dooneief G, Lawton A, Legler L, Marder K, Naini A, Stern Y,  Mayeux R. Double blind parallel Design Pilot Study of Acetyl-l-carnitine in patients with  Alzheimer's Disease.  Arch Neurol 1992;49:1137-1141.

31. Stern Y, Andrews H, Pittman J, Sano M, Tatemichi T, Lantigua R, Mayeux R.  Diagnosis of dementia in a heterogeneous population: Development of a neuropsychological paradigm-based diagnosis of dementia and quantified correction for the effects of education. Arch Neurol 1992;49:453-460.

32. Tatemichi TK, Desmond D, Mayeux R, Paik M, Stern Y, Sano M, Remien R, Williams JBW, Mohr JP, Hauser WA, Figueroa M.  Dementia after stroke: Baseline frequency, risks, and baseline clinical features in a hospitalized cohort.  Neurology 1992;42:1185-1193.

33. Marder K, Stern Y, Malouf R, Tang M, Bell K, Dooneief G, El Sadr W, Goldstein S, Gorman  J, Richards M, Sano M, Sorrell S, Todak G, Ehrhardt A, Mayeux R.  Neurological and neuropsychological manifestations of HIV infection in intravenous drug users without AIDS: Relationship to head injury.  Arch Neurol, in press.

34. Kugler S,R, Anderson B, Cross D, Sharif Z, Sano M, Haggerty R, Prohovnik I, Hurlet- Jensen A, Hilal S, Mohr JP, DeVivo D.  Abnormal cranial magnetic resonance imaging scans in Sickle-Cell disease.  Arch Neurol 1993;50:6:629-635.

35. Mayeux R, Stern Y, Tang MX, Todak G, Marder K, Sano M, Richards M, Stein Z, Ehrhardt  A, Gorman J.  Mortality risks of gay men with human immunodeficiency virus infection and cognitive impairment. Neurology 1993;43:176-182.

36. Richards M, Folstein M, Albert M, Miller L, Bylsma F, Lafleche G, Marder K, Bell K, Sano M, Devanand D, Lorecck D, Wooten J, Bello J, Stern Y. Multi-Center Study of Predictors of Disease Course in Alzheimer's Disease (the "Predictors Study"): II.  Baseline Findings. Alzheimer's Disease and Associated Disorders 1993;7:22-32.

37. Sano M, Bell Marder K, Stricks L., Stern Y, Mayeux R.  Safety and Efficacy of Oral Physostigmine in the treatment of Alzheimer's Disease.  Clinical Neuropharmacology. 1993;16:61-69.

38. Stern Y, Folstein M, Albert M, Richards M, Miller L, Bylsma F, Lafleche G, Marder K, Bell K, Sano M, Devanand D, Lorecck D, Wooten J, Bello J. Multi-Center Study of Predictors of Disease Course in Alzheimer's Disease (the "Predictors Study"): I.  Study Design, Cohort Description and Intersite Comparisons. Alzheimer's Disease and Associated Disorders 1993;7:3-21.

39. Richards M. Bell K, Dooneief G, Marder K, Sano M, Mayeux Y, Stern Y.  Patterns of neuropsychological performance in Alzheimer patients with and without extrapyramidal signs. Neurology 1993;43:1708-1711.

40. Stern Y, Richards M, Sano M, Mayeux R. Comparison of cognitive changes in patients with Alzheimer's and Parkinson's disease. Arch Neurol 1993;50:1040-1045.

41. Tatemichi TK, Desmond D, Paik M, Figueroa M, Gropen TI, Stern Y, Sano M, Remien R, Williams JBW, Mohr JP, Mayeux R. Clinical determinants of dementia related to stroke. Ann Neurol 1993;33:568-575.

42. Lynch T, Sano M, Marder K, Bell K, Foster NL, Defendini RF, Sima AAF, Keohane C, Nygssrd T, Fahn S, Mayeux R, Rowland RP, Wilhelmson KC. Clinical characteristics of a family with chromosome 17-linked disinhibition-dementia-parkinsonism-amyotrophy complex. Neurology 1994;44:1878-1884.

43. Petruzzella V, Moraes CT, Sano MC, Eduardo B, Di Mauro S, Schon EA. Extremely high levels of mutant mitochondrial DNAs co-localize with cytochrome C oxidase –negative ragged red fibers in patients harboring a point mutation at nt3243. Human MolecularGenetics 1994;3:449-454.

44. Stern Y, Albert M, Brandt J, Jacobs D, Tang MX, Marder K, Bell K, Sano M, Devanand D, Bylsma F, Lafleche G, Utility of extrapyramidal signs and psychosis as predictors of cognitive and functional decline, nursing home admission, and death in Alzheimer's disease: Prospective analysis from the Predictors study. Neurology 1994;44:2300-2307.

45. Stern Y. Albert S, Sano M, Richards, M, Miller L, Folstein M, Albert M, Bylsma F, Lafleche G. Assessing Dependence in Alzheimer's disease. Journal of Gerontology: Medical Siences.1994;49 M216-M222.

46. Tatemichi TK, Paik M, Bagiella E, Desmond D, Stern Y, Sano M, Hauser WA, Mayeux R. Risk of dementia after stroke: Results of a longitudinal study. Neurology 1994;44:1885-1891.

47. Tatemichi TK, Desmond DW, Stern Y, Paik M, Sano M, Bagiella E. Cognitive impairment after stroke: frequency, patterns, and relationship to functional abilities. J Neurol Neurosurg Psychiat 1994;57:202-207.

48. Jacobs D, Sano M, Marder K, Bell K, Bylsma F, Lafleche G, Albert M, Brandt J, Stern Y. Age at onset of Alzheimer's disease: Relation to pattern of cognitive dysfunction and rate of cognitive decline. Neurology 1994;44:1215-1220.

49. Stern Y, Albert M, Brandt J, Jacobs DM, Tang M-X, Marder K, Bell K, Sano M, Devanand D, Bylsma F, Lafleche G. Utility of Extrapyramidal Signs and Psychosis as Predictors of Cognitive and Functional Decline, Nursing Home Admission and Death in Alzheimer's Disease: Prospective Analyses From the "Predictors Study". Neurology 1994;44:2300-2307.

50. Albert SM, Marder K, Dooneief G, Bell K, Sano M, Todak G, Gorman J, Stern Y. Neuropsychological impairment in asymptomatic HIV infection: A risk factor for work disability. Arch Neurol 1995;52:525-530.

51. Jacobs DM, Sano M, Dooneief G, Marder K, Bell KL, Stern Y. Neuropsychological detection and characterization of preclinical Alzheimer's disease. Neurology 1995;45:957-962.

52. Jacobs DM, Marder K, Cote LJ, Sano M, Stern Y, Mayeux R. Neuropsychological characteristics of preclinical dementia in Parkinson's disease. Neurology 1995;45:1691-1696

53. Marder K, Richards M, Bello J, Bell K, Sano M, Miller L, Folstein M, Albert M, Stern Y.  Clinical correlates of Alzheimer's disease with and without silent radiographic abnormalities.  Arch Neurol 1995;52:146-151.

54. Sano M, Rosen W, Stern Y, Rosen R, Mayeux R.  Simple reaction time as a measure of global attention in Alzheimer's disease. JINS 1995;1:56-61.

55. Stern Y, Liu X, Marder K, Todak G, Sano M, Ehrhardt A, Gorman J.  Neuropsychological changes in a prospectively followed cohort of gay and bisexual men with and without HIV infection.   Neurology 1995;45:467-472.

56. Sano M. Devanand D, Richards M, Miller L, Marder K, Bell K, Dooneief G, Bylsma F,  Lafleche G, Albert M, Folstein M, Stern Y.  A standardized technique for establishing the onset  of symptoms of probable Alzheimer's disease. Archives of Neurology 1995;52:961-966

57. Albert SM, Del Castillo-Castaneda C, Sano M, Jacobs DM, Marder K, Bell K, Bylsma F, Lafleche G, Brandt J, Albert M, Stern Y.  Quality of life in patients with Alzheimer's disease as reported by patient proxies.  J Am Geriatr Soc 1996;44:1342-7

58. Desmond DW, Moroney JT, Sano M, Stern Y.  Recovery of cognitive function after stroke.  Stroke 1996; 27:1798-1803.

59. Desmond DW, Stern Y, Sano M, Tatemichi TK.  The determination of clinically meaningful cognitive decline: development and use of an alternative method.  Arch Clin Neuropsychol, in press.

60. Devanand DP, Sano M, Tang M-X, Taylor S, Gurland B. Wilder D, Stern Y, Mayeux R. Depressed mood and the incidence of Alzheimer's disease in the community elderly.  Arch Gen  Psychiatry 1996;53:175-182.

61. Stern Y,  Liu X, Albert M, Brandt J, Jacobs DM, Del Castillo-Castaneda C, Marder K, Bell K, Sano M, Bylsma F. Modeling the influence of extrapyramidal signs on the progression of Alzheimer disease.  Arch Neurol 1996;53:1121-6.

62. Stern Y,  Liu X, Albert M, Brandt J, Jacobs DM, Del Castillo-Castaneda C, Marder K, Bell K, Sano M, Bylsma F. Lafleche G, Tsai WY. Application of a growth curve approach to modeling the progression of Alzheimer's disease. J Gerontol A Biol Sci Med Sci 1996;51:M179-84

63. Stern Y, Liu X, Marder K, Todak G, Sano M, Malouf R, Joseph M, El Sadr W, Ehrhardt A, Williams JBW, Gorman J.  Neuropsychological changes in a prospectively followed cohort of intravenous drug users with and without HIV.  Neuropsychiat Neuropsychol Beh Neurol. 1996; 9:83-90.

64. * Sano M, Haggerty R, Kugler S, Martin B, Prohovnik I,  Hurlet-Jensen A,  Piomelli S,  DeVivo D. Neuropsychological consequences of sickle cell disease. Neuropsychiatry, Neuropsychology, Behavioral Neurology.  1996;9:242-247.

65. *Sano M, Ernesto C, Klauber MR, Schafer K, Woodbury P, Thomas R, Grundman M, Growdon J, Thal LJ, and the members of the Alzheimer=s Disease Cooperative Study. Rationale and design of a multicenter study of selegiline and a-tocopherol in the treatment of Alzheimer's disease using novel clinical outcomes. Alzheimer=s Disease and Associated Disorders. 1996;10:132-140.

66. Thal LJ, Carta A, Clarke WR, Ferris SH, Friedland RP, Petersen RC, Pettegrew JW, Pfeiffer E, Raskind MA, Sano M, Tuszynski MH, Woolson RF. A 1-year multicenter placebo-controlled study of acetyl-L-carnitine  in patients with Alzheimer's disease.  Neurology 1996;47:705-11

67. Thal LJ, Schwartz G, Sano M, Weiner M, Knopman D, Harrell L, Bodenheimer S, Rosser M, Philpot M, Shor J, Goldberg A for the Physostigmine study group.  A mutlicenter double-blind study of controlled release physostigmine for the treatment of symptoms secondary to Alzheimer=s disease.  Neurology 1996;47:1389-1395.

68. Albert SM,  Sano M, Marder K,  Jacobs DM, Brandt J, Albert M,  Stern Y.  Participation in clinical trials and long-term outcomes in Alzheimer's disease. Neurology 1997 49:38-43.

69. Hay JW. Sano M. Whitehouse PJ. The costs and social burdens of Alzheimer disease: what can and should be done? Alzheimer Disease & Associated Disorders. 1997;11:181-3.

70. Stern Y, Brandt J,  Albert M,  Jacobs DM, Liu X, Bell K, Marder K,  Sano M,  Albert S, Del-Castillo Castenada C, Bylsma F, Tycko B, Mayeux R.   The absence of an apolipoprotein epsilon4 allele is associated with  a more aggressive form of Alzheimer's disease.  Ann Neurol 1997;41:615-20

71. Devanand DP,  Jacobs DM, Tang MX, Del Castillo-Castaneda C, Sano M, Marder K, Bell K, Bylsma FW, Brandt J, Albert M, Stern Y.  The course of psychopathologic features in mild to moderate Alzheimer disease. Arch Gen Psychiatry 1997;54:257-63.

72. Stern Y, Tang MX,  Albert MS,  Brandt J,  Jacobs DM, Bell K,  Marder K, Sano M,  Devanand D, Albert SM, Bylsma F, Tsai WY.  Predicting time to nursing home care and death in individuals with Alzheimer disease. JAMA 1997;277:806-12

73. Schofield PW, Tang M, Marder K, Bell K, Dooneief G, Chun M, Sano M, Stern Y, Mayeux R.  Alzheimer's disease after remote head injury: an incidence study. J Neurol Neurosurg Psychiatry 1997;62:119-24.

74. Jacobs DM,  Sano M,  Albert S,  Schofield P,  Dooneief G, Stern Y.  Cross-cultural neuropsychological assessment: a comparison of  randomly selected, demographically matched  cohorts of English- and Spanish-speaking older adults.  J Clin Exp Neuropsychol 1997;19:331-9

75. Schofield PW, Jacobs D, Marder K, Sano M, Stern Y.  The validity of new memory  complaints in the elderly.  Arch Neurol 1997;54:756-9.

76. Schofield PW, Marder K,  Dooneief G, Jacobs DM, Sano M, Stern Y.  Association of subjective memory complaints with subsequent cognitive decline in community-dwelling elderly individuals with baseline cognitive impairment.  Am J Psychiatry 1997;154:609-15.

77. * Sano M, Ernesto C, Thomas RG, Klauber MR,  Schafer K, Grundman M, Woodbury P, Growdon J, Cotman CW, Pfeiffer E, Schneider LS,Thal LJ. A controlled trial of selegiline, alpha- tocopherol, or both as treatment for Alzheimer's disease. The Alzheimer's Disease Cooperative  Study New England Journal of Medicine 1997;24;336:1216-22.

78. Morris JC, Ernesto C, Schafer K, Coats M, Leon S, Sano M, Thal LJ, Woodbury P. Clinical dementia rating training and reliability in multicenter studies: the Alzheimer's Disease Cooperative Study experience. Neurology 1997;48:1508-10

79. Thal LJ, Thomas RG,  Sano M.   Tacrine and nursing home placement [letter; comment].  Neurology 1997;49:897-9

80. Mackell JA, Ferris SH,  Mohs R,  Schneider L, Galasko D,  Whitehouse P, Schmitt F, Sano  M, Thal LJ  Multicenter evaluation of new instruments for Alzheimer's disease clinical trials: summary of results. The Alzheimer's Disease Cooperative Study. Alzheimer Dis Assoc Disord 1997;11 Suppl 2:S65-9

81.*  Sano, M, Mackell JA, Ponton M, Ferreira P, Wilson J, Pawluczyk S, Pfeiffer E,  Thomas  RG, Jin S, Schafer K, Schittini M, Ferris SH, Thal LJ. The spanish instrument protocol: Design  and implentation of a study to evaluate treatment efficacy instruments for spanish speaking patients with Alzheimer=s disease.  Alzheimer's Disease and Associated Disorders. 1997;11(2):S57-S64.

82. Koss E,  Weiner M, Ernesto C, Cohen-Mansfield J, Ferris SH, Grundman M, Schafer K,  Sano M, Thal LJ, Thomas R,  Whitehouse PJ.  Assessing patterns of agitation in Alzheimer's disease patients with the Cohen-Mansfield Agitation Inventory. The Alzheimer's Disease Cooperative Study. Alzheimer Dis Assoc Disord 1997;11 Suppl 2:S45-50

83. Galasko D, Bennett D,  Sano M, Ernesto C, Thomas R, Grundman M, Ferris S.   An  inventory to assess activities of daily living for clinical trials in Alzheimer's disease. The  Alzheimer's Disease Cooperative Study.  Alzheimer Dis Assoc Disord 1997;11 Suppl 2:S33-9

84. Mohs RC, Knopman D, Petersen RC, Ferris SH, Ernesto C, Grundman M,  Sano M, Bieliauskas L,  Geldmacher D, Clark C, Thal LJ. Development of cognitive instruments for use inclinical trials of antidementia drugs: additions to the Alzheimer's Disease Assessment Scale that  broaden its scope. The Alzheimer's Disease Cooperative Study. Alzheimer Dis Assoc Disord  1997;11 Suppl 2:S13-21

85. Ferris SH,  Mackell JA,  Mohs R, Schneider LS, Galasko D,  Whitehouse PJ, Schmitt FA, Sano M, Thomas RG, Ernesto C, Grundman M, Schafer K, Thal LJ. A multicenter evaluation of  new treatment efficacy instruments for Alzheimer's disease clinical trials: overview and general  results. The Alzheimer's Disease Cooperative Study.  Alzheimer Dis Assoc Disord 1997;11  Suppl :S1-12

86. Santorelli FM, Tanji K, Sano M, Shanske S, El-Shahawi M,  Kranz-Eble P, DiMauro S, De Vivo DC.  Maternally inherited encephalopathy associated with a single-base insertion in the mitochondrial tRNATrp gene.  Ann Neurol 1997 42:256-60

87. Albert SM. Sano M. Bell K. Merchant C. Small S. Stern Y. Hourly care received by people  with Alzheimer's disease: results from an urban, community survey. Gerontologist. 1998;38:704-14.

88. Desmond DW. Moroney JT. Bagiella E. Sano M. Stern Y. Dementia as a predictor of  adverse outcomes following stroke: an evaluation of diagnostic methods. Stroke. 1998;29:69- 74.

89. Jacobs DM. Tang MX. Stern Y. Sano M. Marder K. Bell KL. Schofield P. Dooneief G.  Gurland B. Mayeux R. Cognitive function in nondemented older women who took estrogen after menopause. Neurology. 1998;50:368-73, 1998

90. Manly JJ. Jacobs DM. Sano M. Bell K. Merchant CA. Small SA. Stern Y. Cognitive test performance among nondemented elderly African Americans and whites. Neurology. 1998;50:1238-45, 1998.

91. Marder K. Tang MX. Alfaro B. Mejia H. Cote L. Jacobs D. Stern Y. Sano M. Mayeux R. Postmenopausal estrogen use and Parkinson's disease with and without dementia. Neurology. 1998;50:1141-3.

92. * Sano, M. Pharmacoeconomics: Determining the value of functional independence and quality of life in Alzheimer's Disease.  Mediguide to Geriatric Neurology.  1998;2:1-8.

93. Stern Y. Tang MX. Jacobs DM. Sano M. Marder K. Bell K. Dooneief G. Schofield P. Cote L. Prospective comparative study of the evolution of probable Alzheimer's disease and Parkinson's  disease dementia. Journal of the International Neuropsychological Society. 1998;4:279-84.

94. Whitehouse PJ. Kittner B. Roessner M. Rossor M. Sano M. Thal L. Winblad B. Clinical trial designs for demonstrating disease-course-altering effects in dementia. Alzheimer Disease & Associated Disorders. 1998;12:281-94.

95. Whitehouse PJ. Winblad B. Shostak D. Bhattacharjya A. Brod M. Brodaty H. Dor A.  Feldman H. Forette F. Gauthier S. Hay J. Henke C. Hill S. Mastey V.Neumann P. O'Brien B.  Pugner K. Sano M. Sawada T. Stone R. Wimo A. First International Pharmacoeconomic Conference on Alzheimer's Disease: report and summary. Alzheimer Disease & Associated  Disorders. 1998;2:266-80.

96. Stricks L. Pittman J. Jacobs DM. Sano M. Stern Y. Normative data for a brief neuropsychological battery administered to English- and Spanish-speaking community-dwelling  elders. Journal of the International Neuropsychological Society. 1998;4:311-8.

97. Desmond DW. Erkinjuntti T. Sano M. Cummings JL. Bowler JV. Pasquier F. Moroney JT. Ferris SH. Stern Y. Sachdev PS. Hachinski VC. The cognitive syndrome of vascular dementia: implications for clinical trials. Alzheimer Disease & Associated Disorders. 1999;13 Suppl 3:S21-  9.

98. * Sano M.  Albert SM, Tractenberg R, Schittini.  Developing Utilities for stages of  Alzheimer=s disease using the  Clinical Dementia Rating.  Journal of Mental health and Aging.  1999; 5:59-68.

99. Knopman D, Berg J, Thomas R, Grundman M, Thal L, Sano M, Nursing home placement is related to dementia progression.  Neurology 1999; 52:714-718.

100.   Manly JJ. Jacobs DM. Sano M. Bell K. Merchant CA. Small SA. Stern Y. Effect of literacy on neuropsychological test performance in nondemented, education-matched elders.  Journal of  the International Neuropsychological Society. 1999;5:191-202

101.   Mayeux R. Sano M. Treatment of Alzheimer's disease. New England Journal of Medicine. 1999; 341(22):1670-9.

102.  Desmond DW. Moroney JT. Paik MC. Sano M. Mohr JP. Aboumatar S. Tseng CL. Chan S.  Williams JB. Remien RH. Hauser WA. Stern Y. Frequency and clinical determinants of dementia after ischemic stroke. Neurology. 2000;54(5):1124-31, 2000.

103.   Aisen, PS, Davis, KL, Berg J, Schafer K, Campbell K, Thomas RG, Weiner M , Farlow,M Sano M, Grundman M,  Thal LJ, for the Members of the Alzheimer=s Disease Cooperative Study A Randomized Controlled Trial of Prednisone in Alzheimer=s Disease.  Neurology, 2000;  54:588-592.

104.  Mulnard R, Cotman CW, Kawas C, Van Dyck C, Pfeiffer E, Sano M, Koss, E, Doody R, Jin S, Gamst A, Grundman M, Thomas R, Thal LJ, for the Alzheimer=s Disease Cooperative Study. Estrogen Replacement Therapy for treatment of mild to moderate Alzheimer=s disease: A 1-year randomized Controlled Trial. JAMA 2000;283;8:1007-1015.

105.  Thomas RG, Berg JD, Sano M, Thal L. Analysis of Longitudinal data in an Alzheimer=s disease clinical trial. Statistics in Medicine 2000: 19:1433-1440.

106.  Sano M. Understanding the role of estrogen in cognition and dementia. J. Neurol Transm 2000;59:223-229.

107.  Teri L. Logsdon RG. Peskind E. Raskind M. Weiner MF. Tractenberg RE. Foster NL. Schneider LS. Sano M. Whitehouse P. Tariot P. Mellow AM. Auchus AP. Grundman M. Thomas RG. Schafer K. Thal LJ. Alzheimer's Disease Cooperative Study. Treatment of agitation in AD: a randomized, placebo-controlled clinical trial. Neurology 2001;56:426.

108 Albert SM. Jacobs DM. Sano M. Marder K. Bell K. Devanand D. Brandt J. Albert M. Stern Y. Longitudinal study of quality of life in people with advanced Alzheimer's disease.American Journal of Geriatric Psychiatry. 2001;9:160-8.

109.  * Sano M. Prevention of Alzheimer's Disease: the problem of the drugs and the designs. Current Neurology and Neuroscience Reports. 2002; 2:392-399.

110.  Desmond DW, Moroney JT, Sano M, Stern Y.Mortality in patients with dementia after ischemic stroke. Neurology. 2002;59(4):537-43.

111.  DiMauro S, Hirano M, Kaufmann P, Tanji K, Sano M, Shungu DC, Bonilla E, DeVivo DC. Clinical features and genetics of myoclonic epilepsy with ragged red fibers. Adv Neurol. 2002;89:217-29.

112.  Weiner MF, Tractenberg RE, Sano M, Logsdon R, Teri L, Galasko D, Gamst A, Thomas R, Thal LJ. No long-term effect of behavioral treatment on psychotropic drug use for agitation in Alzheimer's disease patients. J Geriatr Psychiatry Neurol. 2002;15(2):95-8.

113.  Keefe RS, Mohs RC, Bilder RM, Harvey PD, Green MF, Meltzer HY, Gold JM, Sano M. Neurocognitive assessment in the Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) project schizophrenia trial: development, methodology, and rationale. Schizophr Bull. 2003;29(1):45-55.

114.  Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL, Farlow MR, Jin S, Thomas RG, Thal LJ; Alzheimer's Disease Cooperative Study.Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. JAMA. 2003;289(21):2819-26.

115.  Pappolla MA, Bryant-Thomas TK, Herbert D, Pacheco J, Fabra Garcia M, Manjon M, Girones X, Henry TL, Matsubara E, Zambon D, Wolozin B, Sano M, Cruz-Sanchez FF, Thal LJ, Petanceska SS, Refolo LM.Mild hypercholesterolemia is an early risk factor for the development of Alzheimer amyloid pathology. Neurology. 2003;61(2):199-205.

116.  Desmond DW, Remien RH, Moroney JT, Stern Y, Sano M, Williams JB.Ischemic stroke and depression. J Int Neuropsychol Soc. 2003;9(3):429-39.

117.   Aisen PS, Egelko S, Andrews H, Diaz-Arrastia R, Weiner M, DeCarli C, Jagust W, Miller JW, Green R, Bell K, Sano M.A pilot study of vitamins to lower plasma homocysteine levels in Alzheimer disease. Am J Geriatr Psychiatry. 2003;11(2):246-9.

118.    Sano M. Current concepts in the prevention of Alzheimer's disease. CNS Spectr. 2003;8:846-53.

119.   Thal LJ, Thomas RG, Mulnard R, Sano M, Grundman M, Schneider L. Estrogen levels do not correlate with improvement in cognition. Arch Neurol. 2003 Feb;60(2):209-12.

120.   Aisen PS, Berg JD, Craft S, Peskind ER, Sano M, Teri L, Mulnard RA, Thomas RG, Thal LJ. Steroid-induced elevation of glucose in Alzheimer's disease: relationship to gender, apolipoprotein E genotype and cognition. Psychoneuroendocrinology. 2003 ;28(1):113-20.

121.   Sano M. Noncholinergic treatment options for Alzheimer's disease. J Clin Psychiatry. 2003;64 Suppl 9:23-8.

122.   Sano M, Wilcock G, van Baelen B, Kavanagh, S The effects of galantamine treatment on caregiver time in Alzheimer's disease. Int J Geriatr Psychiatry 2003; 18:1-9.

123.   Sano MA guide to diagnosis of Alzheimer's disease. CNS Spectr. 2004;9(7 Suppl 5):16-9.

124.   Sano M. Economic effect of cholinesterase inhibitor therapy: implications for managed care. Manag Care Interface. 2004 Aug;17(8):44-9.

125.   Petersen RC, Thomas RG, Grundman M, Bennett D, Doody R, Ferris S, Galasko D, Jin S, Kaye J, Levey A, Pfeiffer E, Sano M, van Dyck CH, Thal LJ; Alzheimer's Disease Cooperative Study Group. Vitamin E    and donepezil for the treatment of mild cognitive impairment. N Engl J Med. 2005 Jun 9;352(23):2379-88.   Epub 2005 Apr 13.

126.    Sano, M , Aisen PS, Dalton AJ, Andrews HF, Tsai WY.    Assessment of Aging Individuals with Down   Syndrome in Clinical Trials: Results of Baseline Measures. Journal of Policy and Practice in Intellectual  Disabilities, Volume 2, Number 2, June 2005, pp. 126-138(13).

127.   Sano M, Zhu C, Whitehouse P, Edland SD, et al.  ADCS Prevention Instrument Project: Assessing health related resource use among healthy elderly.  Alzheimer Dis Assoc Disord 2006;20,(Sup3),  s191-s197

128.   Zhu, C.W. & Sano, M. Economic Considerations in the Management of Alzheimer's Disease, Under review at Clinical Interventions in Aging, August 2005

129.   Sano M, Amatneik J, Feely M, Sinyak F, Holton D, Ascher S, Finkel S.  Undertreatment of patients with Alzheimer's disease in an elderly United States population. The Alzheimer's Association in press. September 2005.

130.   Zhu, C.W., Scarmeas, N., Torgan, R., Albert, M., Brandt, J., Blacker, D., Sano, M., and Stern, Y. ClinicalFeatures Associated with Costs in early AD: Baseline Data From the Predictors  Study. Neurology. 2006 Apr 11;66(7):1021-8.

131.   Sano, M. Neuropsychological Testing in the Diagnosis of Dementia. J of Geriatric Psychiatry and Neurology.  Sept 2006; 19(3).

132.   Bergmann C, Sano M.  Cardiac risk factors and potential treatments in Alzheimer's Disease. Neurological Research. 2006; 28.

133.   Aloysi A, Van Dyk K, Sano M. Women's Cognitive and Affective Health and Neuropsychiatry.  Mount Sinai Journal of Medicine. 2006 73:967-975

134.   Beeri MS, Schmeidler J, Sano M, Wang J, Lally R, Grossman H, Silverman JM. Age, gender, and education norms on the CERAD neuropsychological battery in the oldest old. Neurology. 2006 Sep 26;67(6):1006-10.

135.   Sano M, Egelko S, Jin S, Cummings J, Clark CM, Pawluczyk S, Thomas RJ, Schittini M, Thal LJ; Alzheimer's Disease Cooperative Study Group. Spanish instrument protocol: new treatment efficacy instruments for Spanish-speaking patients in Alzheimer disease clinical trials.  Alzheimer Dis Assoc Disord. 2006;20(4):232-41

136.   Van Dyk K, Sano M.  The Impact of Nutrition on Cognition in the Elderly.  Neurochemical Research. 2007 Apr-May;32(4-5):893-904.

137.   Faison WE, Schultz SK, Aerssens J, Alvidrez J, Anand R, Farrer LA, Jarvik L, Manly J, McRae T, Murphy GM Jr, Olin JT, Regier D, Sano M, Mintzer JE.  Potential ethnic modifiers in the assessment and treatment of Alzheimer's disease: challenges for the future. Int Psychogeriatr. 2007 Jun;19(3):539-58.

138.  Aisen PS, Schneider LS, Sano M, Diaz-Arrastia R, van Dyck CH, Weiner MF, Bottiglieri T, Jin S, Stokes KT, Thomas RG, Thal LJ; Alzheimer Disease Cooperative Study. High-dose B vitamin supplementation and cognitive decline in Alzheimer disease: a randomized controlled trial. JAMA. 2008;300:1774-83.

139.  Doody RS, Gavrilova SI, Sano M, Thomas RG, Aisen PS, Bachurin SO, Seely L, Hung D; dimebon investigators. Effect of dimebon on cognition, activities of daily living, behaviour, and global function in patients with mild-to-moderate Alzheimer's disease: a randomized, double-blind, placebo-controlled study. Lancet. 2008;372:207-15.

140.   Rapp MA, Schnaider-Beeri M, Purohit DP, Perl DP, Haroutunian V, Sano M. Increased neurofibrillary tangles in patients with Alzheimer disease with comorbid depression. Am J Geriatr Psychiatry. 2008;16:168-74.

141.   Sano M, Jacobs D, Andrews H, Bell K, Graff-Radford N, Lucas J, Rabins P, Bolla K, Tsai WY, Cross P, Andrews K, Costa R, Xiaodong Luo. A multi-center, randomized, double blind placebo-controlled trial of estrogens to prevent Alzheimer's disease and loss of memory in women: design and baseline characteristics. Clin Trials. 2008;5:523-33

152. Wang S, Jacobs D, Andrews H, Tsai WY, Luo X, Bergmann C, Sano M. Cardiovascular risk and memory in non-demented elderly women. Neurobiol Aging. 2008 Sep 19. [Epub ahead of print]

156.  Federman AD, Cole H, Sano M. Cognitive performance in community-dwelling English- and Spanish-speaking seniors. Age Ageing. 2009 ;38:669-75.

157.  Federman AD, Sano M, Wolf MS, Siu AL, Halm EA. Health literacy and cognitive performance in older adults. J Am Geriatr Soc. 2009;57:1475-80.

158.  Mitsis EM, Jacobs D, Luo X, Andrews H, Andrews K, Sano M.  Evaluating cognition in an elderly cohort via telephone assessment.  Int J Geriatr Psychiatry. 2009 Aug 20. [Epub ahead of print]

159.  Neugroschl J, Sano M.  An update on treatment and prevention strategies for Alzheimer's disease. Curr Neurol Neurosci Rep. 2009;9:368-76.

160.   Schneider LS,  Sano M.  Current Alzheimer's disease clinical trials: methods and placebo outcomes. Alzheimer's Dement. 2009;5:388-97.

161.   Zhu CW, Penrod JD, Ross JS, Dellenbaugh C, Sano M. Use of Medicare and Department of Veterans Affairs health care by veterans with dementia: a longitudinal analysis. J Am Geriatr  Soc. 2009;57:1908-14. [Epub 2009 Aug 13].

162.   Jegede AB, Rosado-Rivera D, Bauman WA, Cardozo CP, Sano M, Moyer JM, Brooks M, Wecht JM. Cognitive performance in hypotensive persons with spinal cord injury. Clin Auton Res. 2009: [Epub print]

163.   Steele JW, Kim SH, Cirrito JR, Verges DK, Restivo JL, Westaway D, Fraser P, Hyslop PS, Sano M, Bezprozvanny I, Ehrlich ME, Holtzman DM, Gandy S. cute dosing of latrepirdine (Dimebon), a possible Alzheimer therapeutic, elevates extracellular amyloid-beta levels in vitro and in vivo. Mol Neurodegener. 2009;4:51.

164.   Cai G, Atzmon G, Naj AC, Beecham GW, Barzilai N, Haines JL, Sano M, Pericak-Vance  M, Buxbaum JD. Evidence against a role for rare ADAM10 mutations in sporadic Alzheimer Disease. Neurobiol Aging. 2010 Apr 7. [Epub ahead of print]

165.   Devier DJ, Villemarette-Pittman N, Brown P, Pelton G, Stern Y, Sano M, Devanand. DP. Predictive utility of type and duration of symptoms at initial presentation in patients with mild cognitive impairment. Dement Geriatr Cogn Disord. 2010;30(3):238-44. Epub 2010 Sep 15.

166.  Gauthier S, Garcia A, Sano M, Robert P, Senanarong V, Woodward M, Brodaty H. Priorities for research consortia on Alzheimer's disease. Alzheimers Dement. 2010 Jul;6(4):359-62.

167.  McLaughlin T, Feldman H, Fillit H, Sano M, Schmitt F, Aisen P, Leibman C, Mucha L, Ryan JM, Sullivan SD, Spackman DE, Neumann PJ, Cohen J, Stern Y. Dependence as a unifying construct in defining Alzheimer's disease severity. Alzheimers Dement. 2010;6:482-93.

168.    Neugroschl J, Sano M. Current treatment and recent clinical research in Alzheimer's disease. Mt Sinai J Med. 2010;77(1):3-16.

169.   Sano M, Raman R, Emond J, Thomas RG, Petersen R, Schneider LS, Aisen PS.  Adding Delayed Recall to the Alzheimer Disease Assessment Scale is Useful in Studies of Mild Cognitive Impairment But Not Alzheimer Disease. Alzheimer Dis Assoc Disord. 2010 Oct 1. [Epub ahead of print]

170.   Sano M, Egelko S, Ferris S, Kaye J, Hayes TL, Mundt JC, Donohue M, Walter S, Sun  S, Sauceda-Cerda L. Pilot study to show the feasibility of a multicenter trial of home-based assessment of people over 75 years old. Alzheimer Dis Assoc Disord. 2010;24:256-63.

171.   Silverstein JH, Allore HG, Deiner S, Sano M, Rasmussen L. Is postoperative cognitive decline clinically relevant? Anesthesiology. 2010;112:1280-1

172.   Beeri MS, Haroutunian V, Schmeidler J, Sano M, Fam P, Kavanaugh A, Barr AM,  Honer WG, Katsel P. Synaptic protein deficits are associated with dementia  irrespective of extreme old age. Neurobiol Aging. 2011 Dec 27. [Epub ahead of print] PubMed PMID: 22206847.

173.   Beeri MS, Moshier E, Schmeidler J, Godbold J, Uribarri J, Reddy S, Sano M,  Grossman HT, Cai W, Vlassara H, Silverman JM. Serum concentration of an  inflammatory glycotoxin, methylglyoxal, is associated with increased cognitive  decline in elderly individuals. Mech Ageing Dev. 2011;132:583-7.

174.   Nandipati S, Luo X, Schimming C, Grossman HT, Sano M. Cognition in Non-Demented Diabetic Older Adults. Curr Aging Sci. 2011 Oct 21. [Epub ahead of print]

175. Kaufmann P, Engelstad K, Wei Y, Kulikova R, Oskoui M, Sproule DM, Battista V, Koenigsberger DY, Pascual JM, Shanske S, Sano M, Mao X, Hirano M, Shungu DC, Dimauro S, De Vivo DC Natural history of MELAS associated with mitochondrial DNA m.3243A>G genotype. Neurology. 2011 ;77:1965-71.

176.   Greenwood TA, Beeri MS, Schmeidler J, Valerio D, Raventós H, Mora-Villalobos L, Camacho K, Carrión-Baralt JR, Angelo G, Almasy L, Sano M, Silverman JM. Heritability of cognitive functions in families of successful cognitive aging probands from the central valley of Costa Rica. J Alzheimers Dis. 2011 ;27:897-907.

177.   Purohit DP, Batheja NO, Sano M, Jashnani KD, Kalaria RN, Karunamurthy A, Kaur S, Shenoy AS, Van Dyk K, Schmeidler J, Perl DP. Profiles of Alzheimer's disease-related pathology in an aging urban population sample in India. J Alzheimers Dis. 2011;24:187-96.

178.   Weir DR, Wallace RB, Langa KM, Plassman BL, Wilson RS, Bennett DA, Duara R, Loewenstein D, Ganguli M, Sano M. Reducing case ascertainment costs in U.S. population studies of Alzheimer's disease, dementia, and cognitive impairment-Part 1. Alzheimers Dement. 2011; 1:94-109.

179.   Sano M, Bell KL, Galasko D, Galvin JE, Thomas RG, van Dyck CH, Aisen PS. A randomized, double-blind, placebo-controlled trial of simvastatin to treat Alzheimer disease. Neurology. 2011;77:556-63.

180.   Vigen CL, Mack WJ, Keefe RS, Sano M, Sultzer DL, Stroup TS, Dagerman KS, Hsiao JK, Lebowitz BD, Lyketsos CG, Tariot PN, Zheng L, Schneider LS. Cognitive effects of atypical antipsychotic medications in patients with Alzheimer's disease: outcomes from CATIE-AD. Am J Psychiatry. 2011;168:831-9.

181. Nair G, Van Dyk K, Shah U, Purohit DP, Pinto C, Shah AB, Grossman H, Perl D, GanwirV, Shanker S, & Sano M. (2012). Characterizing cognitive deficits and dementia in an aging urban population in India. *Int J Alzheimers Dis,* 673849. Epub 2012 Jun 27. PMCID: PMC3390041.

182.   Naylor MD, Karlawish JH, Arnold SE, Khachaturian AS, Khachaturian ZS, Lee VM, Baumgart M, Banerjee S, Beck C, Blennow K, Brookmeyer R, Brunden KR, Buckwalter KC, Comer M, Covinsky K, Feinberg LF, Frisoni G, Green C, Guimaraes RM, Gwyther LP, Hefti FF, Hutton M, Kawas C, Kent DM, Kuller L, Langa KM, Mahley RW, Maslow K, Masters CL, Meier DE, Neumann PJ, Paul SM, Petersen RC, Sager MA, Sano M, Schenk D, Soares H, Sperling RA, Stahl SM, van Deerlin V, Stern Y, Weir D, Wolk DA, & Trojanowski JQ. (2012). Advancing Alzheimer's disease diagnosis, treatment, and care: recommendations from the Ware Invitational Summit. *Alzheimers Dement*; 8(5):445-52. PMCID: PMC3552530.

183.   Irizarry MC, Jin S, He F, Emond JA, Raman R, Thomas RG, Sano M, Quinn JF, Tariot PN, Galasko DR, Ishihara LS, Weil JG, Aisen PS. Incidence of new-onset seizures in mild to moderate Alzheimer disease. Arch Neurol. 2012;69:368-72.

184. Silverman JM, Schmeidler J, Beeri MS, Rosendorff C, Sano M, Grossman HT, Carrión-Baralt JR, Bespalova IN, West R, & Haroutunian V. (2012). C-reactive protein and familial risk for dementia: a phenotype for successful cognitive aging. *Neurology.* 79(11):1116-23. PMCID: PMC3525301

186. Ravona-Springer R, Heymann A, Schmeidler J, Guerrero-Berroa E, Sano M, Preiss R, Koifman K, Hoffman H, Levy A, Silverman JM, & Schnaider-Beeri M. Haptoglobin 1-1 genotype is associated with poorer cognitive functioning in the elderly with type 2 diabetes. *Diabetes Care,2013;* 36(10):3139-45. PMCID: PMC3781506.

187. Salmon DP, Ferris SH, Thomas RG, Sano M, Cummings JL, Sperling RA, Petersen RC, & Aisen PS.  Age and apolipoprotein E genotype influence rate of cognitive decline in nondemented elderly. *Neuropsychology*, 2013;27(4):391-401. PMCID: PMC3831285

188. Sano M, Egelko S, Donohue M, Ferris S, Kaye J, Hayes TL, Mundt JC, Sun CK, Paparello S, & Aisen PS. (2013). The Alzheimer Disease Cooperative Study Investigators. Developing Dementia Prevention Trials: Baseline Report of the Home-Based Assessment Study. *Alzheimer  Dis Assoc Disord.* 2013;27(4):356-62]. PMCID: PMC3943465.

189. Sewell, M., Luo, X., Neugroschl, J., & Sano, M. Detection of Mild Cognitive  Impairment and early stage dementia with an audio-recorded cognitive scale. *International  Psychogeriatrics.* 2013: 25(8):1325-33. PMCID: PMC3971642

190. Van Dam NT, Sano M, Mitsis EM, Grossman HT, Gu X, Park Y, Hof PR, & Fan J. Functional neural correlates of attentional deficits in amnestic mild cognitive impairment. *PLoS One.2013*;8(1):e54035. PMCID: PMC3543395

191. Wang S, Luo X, Barnes D, Sano M, & Yaffe K. (2013). Physical Activity and Risk of Cognitive Impairment Among Oldest-Old Women. *Am J Geriatr Psychiatry.* PMCID: PMC3864545.

192.  . Zhu CW, Ferris S, Aisen P & Sano M. (2013). Health Related Resource Use and Costs  in Mild Cognitive Impairment and Normal Elders. *Journal of the American Geriatrics Society*, 61:396–402. PubMed Central PMCID: PMC3928966.

193. Zhu CW, Livote EE, Scarmeas N, Albert M, Brandt J, Blacker D, Sano M, & Stern Y.  (2013). Long-term associations between cholinesterase inhibitors and memantine use and  health outcomes among patients with Alzheimer's disease. *Alzheimers Dement*, 9(6):733-40. PMCID: PMC3633652.

194.  Zhu CW, Sano M, Whitehouse PJ, Edland S, Thomas RG, Thal LJ & Ferris SH. (2013). ADCS Prevention Instrument Project: Pharmacoeconomics: Assessing Resource and Time Use  among Healthy Elders, A Longitudinal Study. *Journal of the American Geriatrics Society.* Accepted.

195. Guerrero-Berroa E, Ravona-Springer R, Schmeidler J, Silverman JM, Sano M, Koifmann  K, Preiss R, Hoffman H, Heymann A, & Schnaider Beeri M. Age, gender, and education  are associated with cognitive performance in an older Israeli sample with type 2 diabetes*. Int J Geriatr Psychiatry*; 2014;29(3):299-309. PMCID: PMC3918242.

196. Benson G, de Felipe J, Xiaodong, & Sano M. (2014). Performance of Spanish-speaking community-dwelling elders in the United States on the Uniform Data Set. *Alzheimers Dement.* pii: S1552-5260(13)02834-3. NIHMS559326

197. Dysken MW, Guarino PD, Vertrees JE, Asthana S, Sano M, Llorente M, Pallaki M, Love S, Schellenberg GD, McCarten JR, Malphurs J, Prieto S, Chen P, Loreck DJ, Carney S, Trapp G,  Bakshi RS, Mintzer JE, Heidebrink JL, Vidal-Cardona A, Arroyo LM, Cruz AR, Kowall NW, Chopra MP, Craft S, Thielke S, Turvey CL, Woodman C, Monnell KA, Gordon K, Tomaska J,

& Vatassery G. (2014). Vitamin E and memantine in Alzheimer's disease: Clinical trial methods and baseline data. *Alzheimers Dement.* 10(1):36-44. NIHMSID: NIHMS487996.

198.   Dysken MW, Sano M, Asthana S, Vertrees JE, Pallaki M, Llorente M, Love S, Schellenberg GD, McCarten JR, Malphurs J, Prieto S, Chen P, Loreck DJ, Trapp G, Bakshi RS, Mintzer JE, Heidebrink JL, Vidal-Cardona A, Arroyo LM, Cruz AR, Zachariah S, Kowall NW, Chopra MP, Craft S, Thielke S, Turvey CL, Woodman C, Monnell KA, Gordon K, Tomaska J, Segal Y, Peduzzi PN, & Guarino PD. (2014). Effect of vitamin E and memantine on functional decline in Alzheimer disease: the TEAM-AD VA cooperative randomized trial. *JAMA*. 311(1):33-44. NIHMSID: NIHMS 557752.

199.   Guerrero-Berroa E, Ravona-Springer R, Schmeidler J, Silverman JM, Sano M, Koifmann K, Preiss R, Hoffman H, Heymann A, & Schnaider Beeri M. (2014). Age, gender, and education are associated with cognitive performance in an older Israeli sample with type 2 diabetes. *Int J Geriatr Psychiatry*; 29(3):299-309. 2013 Aug 8. [Epub ahead of print] PMCID: PMC3918242.Hager K, Baseman AS, Nye JS, Brashear HR, Han J, Sano M, Davis B, & Richards HM. (2014). Effects of galantamine in a 2-year, randomized, placebo-controlled study in Alzheimer's disease. *Neuropsychiatr Dis Treat*;10:391-401. PMCID: PMC3937252.

200.   Mitsis E.M., Bender H., Kostakoglu L., Machac J., Martin J., Woehr J., Sewell M.C., Aloysi A., Goldstein M.A., Li C., Sano M., & Gandy S. (2014). A Consecutive Case Series Experience with [18F] Florbetapir PET Imaging in an Urban Dementia Center: Impact on Quality of Life, Decision Making, and Disposition. *Molecular Neurodegeneration*, 9(1):10. PMCID: PMC3913628.

201.   Zhu CW, Scarmeas N, Ornstein K, Albert M, Brandt J, Blacker D, Sano M, & Stern Y. (2014). Health-care use and cost in dementia caregivers: Longitudinal results from the Predictors Caregiver Study. Alzheimers Dement, pii: S1552-5260(14)00007-7. NIHMSID: NIHMS556930.

202.   Neugroschl J, Sewell M, De La Fuente A, Umpierre M, Luo X, Sano M. Attitudes and Perceptions of Research in Aging and Dementia in an Urban Minority Population. J Alzheimers Dis. 2016 Apr 23;53(1):69-72. doi: 10.3233/JAD-151072PubMed PMID: 27128368.

203.   Sano M, Aisen PS, Andrews HF[2], Tsai WY, Lai F, Dalton AJ; International Down Syndrome and Alzheimer's Disease Consortium. Vitamin E in aging persons with Down syndrome: A randomized, placebo-controlled clinical trial. Neurology. 2016 ;86 (22):2071-6. PubMed PMID: 27164691; PubMed Central PMCID: PMC4891209.

204.   Livny A, Ravona-Springer R, Heymann A, Priess R, Kushnir T, Tsarfaty G, Rabinov L, Moran R, Hoffman H, Cooper I, Greenbaum L, Silverman J, Sano M, Johnson SC, Bendlin BB, Schnaider Beeri M. Long-term Variability in Glycemic Control Is Associated With White Matter Hyperintensities in APOE4 Genotype Carriers With Type 2 Diabetes. Diabetes Care. 2016;39:1056-9. PubMed PMID: 27208321.

205.   Li C, Neugroschl J, Luo X, Zhu C, Aisen P, Ferris S, Sano M. The Utility of the Cognitive Function Instrument (CFI) to Detect Cognitive Decline in Non-Demented Older Adults. Journal of Alzheimer's disease : JAD. 2017; 60:427-437.

206.   Hager K, Baseman AS, Nye JS, Brashear HR, Han J, Sano M, Davis B, Richards HM. Effect of concomitant use of memantine on mortality and efficacy outcomes of galantamine-treated patients with Alzheimer's disease: post-hoc analysis of a randomized placebo-controlled study. Alzheimer's research & therapy. 2016; 8(1):47.

207.    Guarino PD, Vertrees JE, Asthana S, Sano M, Llorente MD, Pallaki M, Love S, Schellenberg GD, Dysken MW. Measuring informed consent capacity in an Alzheimer's disease clinical trial. Alzheimer's & dementia.2016; 2:258-266.

208.    Li C, Neugroschl J, Umpierre M, Martin J, Huang Q, Zeng X, Cai D, Sano M. Recruiting US Chinese Elders Into Clinical Research for Dementia. Alzheimer disease and associated disorders. 2016; 30345-347.

209.    Ivanov I, Fernandez C, Mitsis EM, Dickstein DL, Wong E, Tang CY, Simantov J, Bang C, Moshier E, Sano M, Elder GA, Hazlett EA. Blast Exposure, White Matter Integrity, and Cognitive Function in Iraq and Afghanistan Combat Veterans. Frontiers in neurology. 2017; 8:127.

210.    Relkin NR, Thomas RG, Rissman RA, Brewer JB, Rafii MS, van Dyck CH, Jack CR, Sano M, Knopman DS, Raman R, Szabo P, Gelmont DM, Fritsch S, Aisen PS. A phase 3 trial of IV immunoglobulin for Alzheimer disease. Neurology. 2017; 88:1768-1775.

211.    Deiner S, Luo X, Lin HM, Sessler DI, Saager L, Sieber FE, Lee HB, Sano M, Jankowski C, Bergese SD, Candiotti K, Flaherty JH, Arora H, Shander A, Rock P. Intraoperative Infusion of Dexmedetomidine for Prevention of Postoperative Delirium and Cognitive Dysfunction in Elderly Patients Undergoing Major Elective Noncardiac Surgery: A Randomized Clinical Trial. JAMA surgery. 2017; 152:e171505.

212.    Schimming C, Luo X, Zhang C, Sano M. Cognitive performance of older adults in a specialized diabetes clinic. Journal of diabetes. 2017; 9:929-935.

213.    Sano M, Zhu CW, Grossman H, Schimming C. Longitudinal Cognitive Profiles in Diabetes: Results From the National Alzheimer's Coordinating Center's Uniform Data. Journal of the American Geriatrics Society. 2017; 65:2198-2204.

214.    Livny A, Ravona-Springer R, Heymann A, Priess R, Kushnir T, Tsarfaty G, Rabinov L, Moran R, Tik N, Moshier E, Cooper I, Greenbaum L, Silverman J, Levy A, Sano M, Bendlin BB, Buchman AS, Schnaider-Beeri M. Haptoglobin 1-1 Genotype Modulates the Association of Glycemic Control With Hippocampal Volume in Elderly Individuals With Type 2 Diabetes. Diabetes. 2017; 66:2927-2932.

215.    Becker RE, Greig NH, Lahiri DK, Bledsoe J, Majercik S, Ballard C, Aarsland D, Schneider LS, Flanagan D, Govindarajan R, Sano M, Ferrucci L, Kapogiannis D. (-)-Phenserine and Inhibiting Pre-Programmed Cell Death: In Pursuit of a Novel Intervention for Alzheimer's Disease. Current Alzheimer research. 2018; NIHMSID.

216.    Mincer JS, Baxter MG, McCormick PJ, Sano M, Schwartz AE, Brallier JW, Allore HG, Delman BN, Sewell MC, Kundu P, Tang CY, Sanchez A, Deiner SG. Delineating the Trajectory of Cognitive Recovery From General Anesthesia in Older Adults: Design and Rationale of the TORIE (Trajectory of Recovery in the Elderly) Project. Anesthesia and analgesia. 2018; 126:1675-1683.

217.    Sano M, Egelko S, Zhu CW, Li C, Donohue MC, Ferris S, Kaye J, Mundt JC, Sun CK, Aisen PS, Feldman HH. Participant satisfaction with dementia prevention research: Results from Home-Based Assessment trial. Alzheimers Dement. 2018 Nov;14(11):1397-1405. doi: 10.1016/j.jalz.2018.05.016. Epub 2018 Oct 5.

218.    Sano M, Soto M, Carrillo M, Cummings J, Hendrix S, Mintzer J, Porsteinsson A, Rosenberg P, Schneider L, Touchon J, Aisen P, Vellas B, Lyketsos C. Identifying Better Outcome Measures to Improve Treatment of Agitation in Dementia: A Report from the

EU/US/CTAD Task Force. J Prev Alzheimers Dis. 2018;5(2):98-102. PubMed PMID: 29616702; PubMed Central PMCID: PMC6441964

219. Clouston SAP, Deri Y, Diminich E, Kew R, Kotov R, Stewart C, Yang X, Gandy S, Sano M, Bromet EJ, Luft BJ. Posttraumatic stress disorder and total amyloid burden and amyloid-β 42/40 ratios in plasma: Results from a pilot study of World Trade Center responders. Alzheimers Dement (Amst). 2019 Feb 28;11:216-220. doi: 10.1016/j.dadm.2019.01.003.

220. Beeri MS, Lin HM, Sano M, Ravona-Springer R, Liu X, Bendlin BB, Gleason CE, Guerrero-Berroa E, Soleimani L, Launer LJ, Ehrenberg S, Lache O, Seligman YK, Levy AP. Association of the Haptoglobin Gene Polymorphism With Cognitive Function and Decline in Elderly African American Adults With Type 2 Diabetes: Findings From the Action to Control Cardiovascular Risk in Diabetes-Memory in Diabetes (ACCORD-MIND) Study. JAMA Netw Open. 2018 Nov 2;1(7):e184458. doi: 10.1001/

221. Zhu CW, Grossman HT, Sano M. Why Do They Just Sit? Apathy as a Core Symptom of Alzheimer Disease. Am J Geriatr Psychiatry. 2019 Apr;27(4):395-405. doi: 10.1016/j.jagp.2018.12.013.

222. Clouston SAP, Diminich ED, Kotov R, Pietrzak RH, Richards M, Spiro A 3rd, Deri Y, Carr M, Yang X, Gandy S, Sano M, Bromet EJ, Luft BJ.  Incidence of mild cognitive impairment in World Trade Center responders: Long-term consequences of re-experiencing the events on 9/11/2001. Alzheimers Dement (Amst). 2019 Sep 6;11:628-636

223. Clouston SAP, Deri Y, Diminich E, Kew R, Kotov R, Stewart C, Yang X, Gandy S, Sano M, Bromet EJ, Luft BJ. Posttraumatic stress disorder and total amyloid burden and amyloid-β 42/40 ratios in plasma: Results from a pilot study of World Trade Center responders. Alzheimers Dement (Amst). 2019 Feb 28;11:216-220. doi: 10.1016/j.dadm.2019.01.003

224. Deiner S, Liu X, Lin HM, Sieber F, Boockvar K, Sano M, Baxter MG.Subjective cognitive complaints in patients undergoing major non-cardiac surgery: a prospective single centre cohort trial. Br J Anaesth. 2019 Jun;122(6):742-750. doi: 10.1016/j.bja.2019.02.027. Epub 2019 Apr 17.

225. R Karran M, Guerrero-Berroa E, Schmeidler J, Lee PG, Alexander N, Nabozny M, West RK, Beeri MS, Sano M, Silverman JM ecruitment of Older Veterans with Diabetes Risk for Alzheimer's Disease for a Randomized Clinical Trial of Computerized Cognitive Training. J Alzheimers Dis. 2019;69(2):401-411. doi: 10.3233/JAD-180952

226. Sano M, Zhu CW, Kaye J, Mundt JC, Hayes TL, Ferris S, Thomas RG, Sun CK, Jiang Y, Donohue MC, Schneider LS, Egelko S, Aisen PS, Feldman HH; Alzheimer Disease Cooperative Study Investigators. A randomized clinical trial to evaluate home-based assessment of people over 75 years old. Alzheimers Dement. 2019 May;15(5):615-624. doi: 10.1016/j.jalz.2019.01.007

227. West RK, Rabin LA, Silverman JM, Moshier E, Sano M, Beeri MS.Short-term computerized cognitive training does not improve cognition compared to an active control in non-demented adults aged 80 years and above. Int Psychogeriatr. 2019 Apr 10:1-9. doi: 10.1017/S1041610219000267

228. Zhu CW, Grossman HT, Sano M. Why Do They Just Sit? Apathy as a Core Symptom of Alzheimer Disease. Am J Geriatr Psychiatry. 2019;27:395-405. PMID: 30655032

Invited Contribution (selected)

1.   *Sano M. Moving from Treatment to Prevention in Alzheimer's Disease with vitamin E and estrogen.  Psychiatric Times 1999;16:2-4.

2.   *Marder K. Sano M. Estrogen to treat Alzheimer's disease: too little, too late? So what's a woman to do? [editorial; comment]. Neurology. 2000; 54(11):2035-7.

3.   *Sano M. Do dietary anti-oxidants prevent Alzheimer's disease.  Lancet Neurology 2002;1:343.

4.   Sano M. Prevention of Alzheimer Disease: Where we stand. Curr Neurol Neurosci Rep. 2002 Sep;2(5):392-9.

5.   *Sano, M, Bell K, Jacobs D. Cognitive effects of estrogens in women with cardiac disease: What we do not know. Am J Med 2002:13(7):612-3.

6.   Sano M. Tarenflurbil: mechanisms and myths. Arch Neurol. 2010 Jun;67(6):750-2.

7.    Sano M. ICAD 2010: Detection may hold the key to treatment. International Conference on Alzheimer Disease (ICAD) 2010 Honolulu, HI, USA, 10–15 July 2010. Expert Rev Neurother. 2010;10(11):1659-61.

8.    Sano M. (2013). Never Too Fit for Body and Mind. *Ann Intern Med*, 158(3):213-4. NIHMSID: NIHMS557727.

9. Gandy S, Haroutunian V, DeKosky ST, Sano M, & Schadt EE. (2013). CR1 and the "Vanishing Amyloid" Hypothesis of Alzheimer's Disease. *Biol Psychiatry*. In Press. PMCID:  PMC3600375

10.    Sano M, Gandy S. Sex differences in cognition: Does the "fairer sex" need a fairer test? Neurology. 2016 Apr 12;86(15):1364-5. PubMed PMID: 26984948.


### Chapters (selected)

1.  Mayeux R, Stern Y, Williams JBW, Sano M, Cote LJ:  Depression and parkinson's disease. Advances in Neurology. 1987;45:451-5, Raven Press New York.

2. Sano M.  Biochemical Basis of Depression in Parkinson's Disease.  in Neurobehavior of Parkinson's Disease.  Huber S. Cummings J. (eds) Oxford Press, New York 1992.

3. Sano M. Mayeux R. Clinical assessment of efficacy for drug trials in memory disorders.  in Canal. N et al  (ed) Guidelines for drug trials in memory disorder.  Raven Press, NY 1993.

4.  Schmitt FA, Sano M.  Neuropsychological Approaches to the Study of Dementia.  in Morris J (ed) Handbook of Dementing Illnesses.  Marcel Dekker Inc. New York 1994.

5. Sano M, Marder K, Dooneief G. Basal Ganglian Diseases.  in Fogel BS, Schiffer RB, Rao SM, (eds) Neuropsychiatry. Williams & Willkins, Baltimore 1996.

6.  Sano M, Jacobs DM, Mayeux R. The role of estrogen replacement therapy in the prevention and treatment of Alzheimer's disease and memory decline in older women.  In  Lobo R, (ed) Treatment of the Postmenopausal Woman, second edition.  Lippincott Williams & Wilkins, New York 1999

7.  Sury RW and Sano M. Neuropsychological Impairment: Challenges for Therapeutic Intervention. In Langer KG, Laatsch L and Lewis L. (eds). Psychotherapeutic interventions for adults with brain injury ans stroke: a clinicians treatment resources. Psychosocial Press, Madison Connecticut, 1999

8.  Massoud F, Schittini M, Sano M. Vitamin E and other antioxidant treatment for the neurobehavioral apsects of Alzheimer's Disease and other neurodegenerative diseases. in G Poli, E Cadenas and L Packer (eds) Free Radicals in Brain Pathology. Marcel Dekker New York 2000.

9. Sano, M. Regan B. Collaborative Trials in CM Clark JQ Trojanowski (eds) Neurodegenerative Dementias. McGraw-Hill New York 2000.

10.  Aisen P, Sano, M, Arrastia R.  Lowering Homocysteine levels in patients with Alzheimer's disease.  In H Fillit, A O'Connell Drug discovery and Development for Alzheimer's Disease 2000, Springer Publishing CO, New York 2002.

11.  Sano MC & Mitsis EM. (2002). Alzheimer's disease: Treatment and Management. In Current Therapy in Neurologic  Disease, 6th Ed. RT Johnson, JW Griffin, & JC MacArthur (Eds.),  p. 308-312. St Louis: Mosby.

12. * Sano M, Massoud F. Selegiline in the treatment of Alzheimer's Disease. In Qizilbash N, Schneider LS, Chui H, Tariot P, Brodaty H, Kaye J, Erkinjuntti T. (eds)  Evidence-based dementia practice. Blackwell Publishing, Oxford, 2002.

13. Stein DM, Sano M Antioxidant Drugs. In Ritchie CW. Ames D, Mastes CL, Cummings J. (eds) Therapeutic Strategies in Dementia. Clinical Publishing Oxford, 2007.

14. Sano, M., Dahlman, K., Sewell, M. & Zhu, & C.W. (2013). The economics of caregiving for individuals with Alzheimer's disease. *In Zarit, S. H. & Talley, R. C. (Eds.) Caregiving for Alzheimer's Disease and Related Disorders: Research, Practice, Policy.* (pp. 71-90). New York: Springer

15. Neugroschl J., & Sano M. (2013). Current Therapies for Alzheimer's Disease. In Nestler E, Charney D, Sklar P and Buxbaum J eds. *Neurobiology of Mental Illness*, 4th Edition Oxford University Press. New York.

**INVITED PRESENTATIONS**

1989

Alzheimer's Disease: An Introduction.  Senior Colloquium, Department of Psychology and  Biology, Vassar College, Poughkeepsie, New York.

1990

Recent Research in Alzheimer's Disease.  Grand rounds and in-service training program, Board  of Family Services of Dutchess County, Poughkeepsie, New York.

Cholinesterase inhibition: a biochemical model for the treatment of memory impairment in Alzheimer's disease.  Colloquium, Division of Experimental Therapeutics, National Institute of Health, Bethesda MD.

Basal Ganglia disease and Depression.  Annual Meeting of American Neuropsychiatric Association.  Captiva, Fla.

Depression and Parkinson's Disease.  Grand Rounds, Dept of Psychiatry, Allen Pavillion, New York, New York.

Potential new pharmacological agents for aging and dementia.  Program and Facilities Planning Commitee, Presbyterian Hospital Community Health Council, New York, N.Y.

Attention in Aging and Diseases of the Elderly.  Department of Psychiatry, Grand Rounds,  Harlem Hospital, New York, New York.

Cognitive and Behavioral changes in Parkinson's Disease.  Department of Medicine, Fairfax Hospital, Fairfax, VA.

1991

Clinical Assessment of Efficacy in drug trials in memory disorders.  Consensus Conference, Cannes France.

1992

The Ninth Annual Mayoral Conference on Alzheimer's Disease.  Moderator: Medical Issues in Alzheimer's Disease.  New York City, December 2, 1992.

1993

Heterogeneity of Alzheimer's Disease. International Meeting of Neurology and Neurogeriatry. Seville, Spain, October 1, 1993

Dementia in Parkinson's Disease and in other parkinsonisms. International Meeting of Neurology and Neurogeriatrics.  Seville, Spain October 1,1993

Department of Medicine, Allen Pavillion of Columbia Presbyterian Hospital, Grand Rounds, New York, NY October 21, 1993.

1994

Neuropsychological Consequences of Sickle Cell Disease: Mountain or Molehill. Keynote  Address 19th Annual Sickle Cell Conference; NY, March, 1994

Acetyl-l-carnitine in the treatment of Alzheimer's Disease.  Symposium on Alzheimer's Disease and other dementias. Buenos Aries, May 1994.

Clinical Manifestations of Degeneration in Aging.  Special Lecture.  Brookhaven Laboratories, Brookhaven, NY, August 15, 1994.

1995
Department of Psychiatry, Harlem Hospital Grand Rounds, Depression and dementia.  June 21, 1995
1998
Antioxidants as treatments for Alzheimer's Disease: Vitamin E trial at 5th International  Springfield Symposium on Advances in Alzheimer Therapy. Geneva Switzerland, April 15-18  1998

1999
Measuring Quality of Life in Alzheimer's Disease Detroit MI Feb 24, 1999
Estrogen Cognition and Dementia in Forget it: Estrogen in he Brain for the Academy of Psychosomatic Medicine, New Orleans LA, 11/18/1999
Predicting Dementia: Neuropsychological deficits, Current Concepts in MCI, Chicago IL, June  24 1999

Understanding the role of estrogen on cognition and dementia. International Symposium on Ageing and Dementia Graz Austria, Sept 24-26, 1999.

Estrogen Cognition and Dementia, Academy of Psychosomatic Medicine New Orleans, November 18, 99
Recruitment for Clinical Trials: The ADCS experience. NIH Conference Involving Ethnic Minorities in Health-Related Research, San Francisco,  November 19, 1999

2000
Beyond Cholinesterase Inhibitors at the International Quality Research in Dementia Conference Key note address.  London, England.  November 2000

Use of Estrogen in the Prevention of Alzheimer's disease and memory loss in women.  The Glennan Center for Geriatrics and Gerontology, Geriatric Grand Rounds, Eastern Virginia medical Center, Norfolk VA January 13, 2000.

Minority Participation in Clinical Trial Research in Alzheimer's Disease: Solving the problem through creating the partnership New Orleans, Jan 22, 2000.

Outcome Measures in Clinical Trials of Alzheimer's Disease.  Preceptorship for Novartis Department of Neurology Columbia University College of Physicians and Surgeons, New York NY,  April 18, 2000.

Onset and Duration of Symptoms in Mild Cognitive Impairment World Alzheimer Congress, Washington DC, July 9,2000.

Ethical Considerations: Cultural Variation and End of Life Issues. Bridging Research and Care World Alzheimer's Conference , Alzheimer's Washington DC, July 14, 2000.

Estrogen and memory Function Preceptorship for Eli Lilly and Department of Obstetrics and Gynecology, Columbia University College of Physicians and Surgeons, New York NY, October 2000.

2001

Rational Therapy and Prevention of Alzheimer's Disease for AMC/GE Conference on Amyloid Ab Therapies and Imaging Strategies August 9, 2001 Niskayuna NY,12309

2002

Treatment and prevention of Alzheimer's Disease Keynote address14th Annual Coping and Caring Conference Uniondale NY, March 2 2002

Alzheimer's Disease Clinical Trials for Conference Proxy Consent in Geriatric Neuropsychiatric Research: Informing the debate.  Sponsored by NIMH, Washington DC, July 1, 2002

2004

Alzheimer Disease Clinical and Research Accomplishments within the VA

Statement and testimony  to the Subcommittee on Oversight and Investigations, Committee on Veteran Affairs of the US  House of Representatives. Washington DC, April 28, 2004


## Abstracts (selected)

1.  Sano M, Lippa AS, Wilfred MC:  Evidence for the GABA-ergic properties of benzodiazepines: electrophysiological and behavioral effects of chlordi-

azepoxide are antagonized by picrotoxin.  Fed. Proc. 37(3): 3659, 1978.

2.  Sano M, Lippa AS:  Regional Distribution of Multiple Benzodiazepine  Receptors in Rat Brains.  Proc. Soc. Neurosci. 5:1430, 1979.

3.  Sano M, Gimino F, Steiner S, Lippa A, Beer B:  Benzodiazepine binding site distribution following ICSS.  Proc. Soc. Neurosci. 7:66.7, 1981.

4.  Sano M, Wilson B, Steiner S:  Multivariate analysis of systolic and diastolic blood pressure as predicted by EMG, peripheral skin temperature and cardio-dynamics measures. Biofeedback Society of American Proceedings. 230, 1983.

5.  Sano M, Rosen W, Mayeux R:  Attention Deficits in Alzheimer's  Disease.  Paper presented at the 92nd Annual Meeting of the American  Psychological Association, Toronto, Canada, August 1984.

 6.  Mayeux R, Stern Y, Sano M:  Psychosis in patients with dementia of the Alzheimer type. Ann Neurol (Abstract) 1985;18:144.

7.  Mayeux R, Stern Y, Sano M, Cote LJ:  Bradyphrenia in Parkinson's disease: clinical features and biochemistry. Neurology 1986;36(Suppl 1): 103.

8.  Mayeux R, Stern Y, Sano M, Williams JBW, Cote LJ:  The relationship of serotonin to depression in Parkinson's disease, Ann Neurol 1986;20;149.

9.  Sano M, Rosen W:  Measurements of attention in reaction time in Alzheimer's Disease. Paper presented at the 94th Annual Meeting of the American  Psychological Association, Washington, D.C., August 1986.

10.  Stern Y, Mayeux R, Sano M:  Predictive value of clinical heterogeneity in dementia of the Alzheimer type.  J Clin Exp Neuropsychol 1986;7:611.

11  Stern Y, Sano M, Mayeux R.  Another look at physostigmine in Alzheimer's disease. Ann Neurol, 1986;20:136.

12.  Sano M, Stern Y, Mayeux R:  Consistent improvement in memory with long-term oral physostigmine therapy in Alzheimer's disease. Neurology l987;37 (supp l):333.

13. Sano M, Stern Y, Mayeux R, Hartman S, Devanand DP:  A standardized technique for establishing the onset symptoms of probable Alzheimer's disease. J. Clin Exp. Neuropsychol. 1987; 65.

14.  Stern Y, Sano M, Paulson J, Mayeux R:  Modified Mini-Mental State Examination: Validity and Reliability. Neurology 37 (Supp l): l987;l79.
15.  Stern Y, Sano M, Mayeux R:  Comparisons of dementia and intellectual change in Parkinson's and probable Alzheimer's disease:  J Clin Exp Neuropsychol l987;966.

16.  Mayeux R, Stern Y, Sano M, Rosenstein R, Williams JBW, Cote L:  Co-existing dementia and depression in Parkinson's disease: "Double Trouble". Ann Neurol 22:134, 1987.

17.  Smith G, Prohovnik I, Stern Y, Sano M, Mayeux R. Regional cerebral blood flow and clinical correlates of degeneration in early Alzheimer's disease. Soc Neurosci Abs. l987;l7:l628.

18.  Sano M, Stern Y, Mayeux R, Rosen J, Rosen W. Selective attentional processing in Alzheimer's disease. J Clin Exp Neuropsychol l988;l0:64.

19.  Sano M, Stern Y, Stricks L, Mayeux R:  Physostigmine response in probable Alzheimer's disease is related to duration of exposure. Neurology, 38 (Suppl 1):  373, 1988.
20.  Stern Y, Mayeux R, Sano M, Cote L, Williams J:  The relationship of serotonin to depression in Parkinson's Disease:  IX International Symposium on Parkinson's Disease, Jerusalem, Israel: 1988.

21.  Sano M, Mayeux R, Stern Y, Cote L, Williams J:  What do depressive symptoms represent in Parkinson's Disease?  IX International Symposium on Parkinson's Disease, Jerusalem, Israel: 1988.

22.  Arnal, F, Cote L, Ginsberg S, Sano M, Mayeux R:  Studies on new centrally active acetylcholinesterase inhibitions in mouse brain.  Annals of Neurol 1988;8:1

23.  Mayeux, R, Sano M, Stern Y:  Is a family history of dementia a specific risk factor for Alzheimer's Disease? Annals of Neurol 1988;8:1.

24.   Sano M, Mayeux R, Stern Y:  Double blind placebo controlled parallel design clinical trial of Piracetam for dementia in Parkinson's Disease.
IX International Symposium on Parkinson's Disease, Jerusalem, Israel: 1988.

25.   Stern Y, Sano M, Eisenberg D, Mayeux R:  What does the Blessed Dementia Rating Scale really measure?  J Clin Exper Neuropsychol 10(1): 63,1988.

26.   Sano M, Stern Y, Williams J:  Depression and cognition in Parkinson's Disease.  J Clin Exper Neuropsychol, 1989;11:36.

27.   Stern Y, Sano M, Williams JBW, Gorman J: Neuropsychological consequences of HIV Infection.  J. Clin Exp Neuropsychol, 1989;11:78.

28.   Sano M, Stern Y, Cote' L, Williams J, Stanley M, Mayeux R.  Depression in Parkinson's disease: The serotonin hypothesis.  N Y Acad Sci, 1989.

29.   Stern Y, Mayeux R, Chen J, Sano M. Predictors of mortality in Alzheimer's disease.  Ann Neurol 1989;26:132.

30. Sano M, Tatemichi T, Stern Y, Stricks L, Liker R, Mohr JP, Mayeux R.  CT correlates of persistent cognitive deficits in ischemic stroke.  J Clin Exper Neuropsychol 1990;12;74.

31.   Stern Y, Sano M, Stricks L, Mayeux R.  Development of a short neuropsychological battery for the diagnosis of dementia.  J Clin Exper Neuropsychol 1990;12;22.

32.   Stern Y, Sano M, Marder K, Mindrey S, Goldstein S, Richards M, Gorman J.  Subtle neuropsychological changes in HIV+ gay men.  J Clin Exper Neuropsychol 1990;12:48.

33.   Stern Y, Sano M, Richards M, Goldstein S, Mindry D, Todak G, Gorman J..  Reliability of neuropsychological test performance in IV drug abusers.  J Clin Exper Neuropsych 1990;12:67

34. Sano M, Stanley M, Lawton A, Cote L, Williams J, Marder K, Bell K, Dooneief G, Stern Y, Mayeux R. [3]H-Imipramine binding as a peripheral measure of serotonin in Parkinson's disease. Neurology 1990;40:425

35.   Chen J, Stern Y, Sano M, Mayeux R.  Estimating cumulative risks of extrapyramidal signs, psychosis, or myoclonus in the course of Alzheimer's disease.  Neurology 1990;40:453.
36.   Bell K, Sano M, Stricks L, Marder K, Stern Y, Mayeux R.  Physostigmine in Alzheimer's disease: Risk/benefit considerations.  Neurology 1990;40:229

37.   Marder M, Sano M, Stern Y, Mayeux R.  The Clinical distinction between Alzheimer's disease and Alzheimer's disease plus stroke. Neurology 1990;40:452

38.   Sano M, Stern Y, Stricks L, Marder K, Mayeux R. Titration procedures not helpful in clinical trials of physostigmine in Alzheimer's disease.  Ann Neurol 1990; 40:228.

39. Stern Y, Sano M, Goldstein S, Richards M, Kloehn J, Mindry D, Chen J, Ehrhardt A, Gorman J. Neuropsychological evaluation of seropositive parenteral drug users without AIDS. Sixth International Conference on AIDS, 1990, F.B.26.

40. Legler L, Sano M,  Lawton A, Marder K,  Bell K.  Factor analysis of memory impairment in AD  Neurology 1991;41:234.

41.  Naini A. Cote L Sano M, Marder K, Bell K, Dooneif G, Sorrentino R, Lawton A, Mayeux R. Studies on the oral administration of Acetyl-L-Carnitine in patients with Alzheimer's Disease. Neurology  1991;41:214.

42.  Richards M, Stern Y, Sano M, Mayeux R.  Patterns of neuropsychological impairment are distinct in Parkinson's Disease Alzheimer's Disease and Parkinson's Disease dementia. Neurology 1991;41:177.

43.  Sano M, Bell K, Cote L, Dooneief G, Legler L, Lawton A, Marder K, Rebischung D, Stern Y, Mayeux R.  A Double blind parallel Design Pilot Study of Acetyl-l-carnitine in patients with Alzheimer's Disease.  Ann Neurol 1991;30:285.

44.  Tatemichi TK, Desmond D, Paik M, Stern Y, Sano M, Mayeux R, Mohr JP.  Screening for dementia following stroke: The Mini-Mental State Examination.  l6th International Joint Conference on Stroke and Cerebral Circulation. 2/21-23/9l.

45.  Sano M, Wilson J Stern Y Rosen W.  A Spanish version of the Alzheimer's Disease Assessment Scale (SADAS): Development and Validation. J Clin Exper Neuropsychol 1992;14:46.
46.  Sano M, Haggerty R, Anderson B. Ince C, Kugler S, DeVivo D.  Neuropsychological Consequences of Sickle Cell Disease.  J Clin Exper Neuropsychol 1992;14:61.

47.   Kugler S,R, Anderson B. Ince C,  Cross D, Sharif Z,Sano M, Haggerty, Hurlet-Jansen A, Prohovnik I,  Piomelli S, DeVivo D.  Clinical Implications of abnormal Cranial MRI in Sickle Cell Disease (SCD).  17th Annual Sicle Cell Conference, March, 1992

48.  Sano M, Haggerty R, Anderson B. Ince C, Prohovnik I, Sharif Z, Kugler S, Cross D, Piomelli S, DeVivo D.  Neuropsychological Consequences of Sickle Cell Disease in the Absence of Cerebral Vascular Disease.  17th Annual Sickle Cell Conference, March, 1992
49.  Stern Y, Groves M, Sano M, Hoover K, Mayeux R.  Decreased consistency of recall of verbal lists in Parkinsons's disease. J Clin Exp Neuropsychol 1992;14:81.

50.  Desmond DW, Stern Y, Sano M, Tatemichi T. Sex differences in cognition in an elderly cohort. J Clin Exp Neuropsychol 1992;14:26.

51.  Marder K, Richards M, Bello J, Bell K, Sano M, Miller L, Lafleche G, Stern Y. Outcome and clinical correlates of Alzheimer's patients with 'silent' stroke.  Neurology 1992; 42 (suppl 3):142.

52.  Mayeux R, Stern Y, Tang M, Marder K, Todak G, Sano M, Richards M, Stein Z, Ehrhardt A, Gorman J. A logistic mortality risk model for seropositive gay men with neurological manifestations.  Neurology 1992; 42 (suppl 3):192.

53.  Bell K, Marder K, Sano M, Richards M, Miller L, Lafleche G, Mayeux R, Stern Y. Comparison of medical conditions and neurological examination in early Alzheimer's disease and normal elderly.  Neurology 1992; 42 (suppl 3):199-200.

54.  Sano M, Stern Y, Gurland B, Tatemichi T, Mayeux R. Schwab and England Scale in community elderly: reliability and validity. Neurology 1992; 42 (suppl 3):226.

55. Tatemichi T, Desmond D, Stern Y, Sano M, Mayeux R, Andrews H. Prevalence of dementia after stroke depends on diagnostic criteria. Neurology 1992; 42 (suppl 3):413.

56. Desmond D, Tatemichi T, Stern Y, Sano M. Cognitive dysfunction following first stroke. Neurology 1992; 42 (suppl 3):426.

57. Tatemichi T, Desmond DW, Mayeux R, Stern Y, Sano M, Paik M, Mohr JP, Figueroa M. Risk of dementia after stroke. Stroke 1992;23:160.

58.  Sano M, Devanand D, Richards M, Miller L, Marder K, Bell K, Dooneief G, Bylsma F, Lafleche G, Stern Y.   A Reliable standardized technique for dating the onset of Alzheimer's Disease.  Ann Neurol 1992;32:243.

59.  Sano M, Stern Y, Tatemichi T, Gurland B, Mayeux R. Relationship between cognitive and functional impairment in urban community dwelling elderly.  J Clin Exper Neuropsychol 1993;15:26.

60.  Stern Y, Sano M, Hoover K, Elkin E.  Clinical ratings of change in cognitive function over 2 years in seropositive gay men without AIDS.  J Clin Exper Neuropsychol 1993;15 97.

61.  Sano, M, Morris, J. Thal L. Developing outcome measures for clinical trials by the Alzheimer's Disease Cooperative Study (ADCS):  Standardized training for the Clinical Dementia Rating (CDR), initial results.  Neurology 1993;43:A291-A292.

62.  Tatemichi T, Paik M, Bagiella E, Desmond D, Figueroa M, Gropen T. Stern Y, Sano M, Hauser WA, Mayeux R. Risk of Dementia after stroke: Incidene and antecedents.  Neurology 1993;43:A277.

63.  Stern Y, Marder K, Sano M, Dooneief G, Bell K, Tang M, Mayeux R.  Educational and Occupational attainment: Risk factors for incident dementia.  Neurology 1993;43:A234.

64. Stern Y, Richards M, Folstein M, Albert M, Miller L, Bylsma F, Lafleche G, Marder K, Bell K, Sano M, Devanand D, Loreck D, Wooton J.  Clinical heterogeneity revisited: Baseline findings of the Predictors Study. J Clin Exp Neuropsychol 1993;15:57.

65.  Stern Y, Sano M, Hoover K, Elkin E.  Clinical ratings of change in cognitive function over 2 years in seropositive gay men without AIDS. J Clin Exp Neuropsych 1993;15:97-98.
66.  . Jacobs D, Sano M, Marder K, Bell K, Miller L, Bylsma F, Brandt J, Lafleche G, Albert M, Stern Y. Differential pattern and rate of cognitive decline in early and late onset Alzheimer's disease.  JINS 1995;1:360. Presented 1994.

67.  Stern Y.  Approaches to assessing cognitive reserve in Alzheimer's disease.  JINS 1995;1:379.  Presented 1994.

68.  Desmond DW, Stern Y, Sano M, Tatemichi TK, Figueroa M, Gropen TI, Bagiella E. Clinically significant cognitive decline in the first year after stroke.  JINS 1995;1:365. Presented 1994.

69. Sano M, Berkman L, Lawton A, Wilson J, Stern Y.  Relation of quality of life (QOL) to severity of dementia in Alzheimer's disease.  JINS 1995;1: 388.  Presented 1994.

70.  Stern Y, Liu X, Marder K, Todak G, Sano M.  Neuropsychological changes in a cohort of gay men followed for 4.5 years.  Presented at Neuroscience of HIV infection: Basic and Clinical Frontiers, Vancouver CA, 1994.

71.  Stern Y, Brandt J, Albert M, Jacobs D, Marder K, Bell K, Sano M, Devanand D, Bylsma F, Lafleche G.  Extrapyramidal signs and psychosis predict cognitive and functional decline, nursing home admission and death in patients with Alzheimer's disease.  Neurology 1994;44(Suppl 2):A237.

72.  Albert S, Jacobs D, Sano M, Marder K, Bell K, Albert M, Brandt J, Stern Y.  Extrapyramidal signs predict early signs of patient dependency in Alzheimer's disease.  Neurology 1994;44(Suppl 2):A240.

73.  .  Jacobs D, Sano M, Albert S, Stern Y.  Neuropsychological characteristics of preclinical Alzheimer's disease.  Neurology1994;44(Suppl 2):A354.

74.  Schofield P, Chun M, Sacktor N, Denaro J, Marder K, Bell K, Dooneief G, Gonzalez M, Sano M, Lantigua R, Wilder D, Gurland B, Stern Y, Mayeux R. Frequencies and causes of cognitive impairment and dementia in a community-based registry. 1994;44(Suppl 2):A297.

75.  Desmond D, Tatemichi T, Stern Y, Sano M, Mayeux R. Patterns of neuropsychologica; deficits in vascular dementia and Alzheimer's disease. Neurology 1994;44(Suppl 2):A298.
76.  Sano M, Devanand D, Taylor S, Tang MX, Mayeux R.  Relationship of Depression to incident dementia.  Annals of Neurology 1994;36:270.

77.  Stern Y, Tang MX, Bell K, Dooneief G, Jacobs D, Sacktor N, Sano M, Schofield P, Mayeux R.  Alzheimer's disease patients with less education survive longer: Support for the reserve hypothesis. Ann Neurol 1994;36:269.

78.  .  Jacobs D, Marder K, Tang M, Sano M, Alfaro B, Mejia H, Canals-Ferat P, Cote L, Stern Y, Mayeux R. Neuropsychological manifestations of preclinical dementia in Parkinson's disease. Ann Neurol 1994;36:269.

79.  Marder K, Bello J, Bell K, Sano M, Jacobs D, LaFleche G, Bylsma F, Albert M, Brandt J, Stern Y.  Progression of Alzheimer's disease over four years in patients with silent stroke.  Ann Neurol 1994;36:269.

80. Sano M, Devanand D, Stern Y, Mayeux R.  Depression and cognition in non-demented elderly.  JINS 1995;1; 166.
81. Sano M, Growden J, Klauber M et al.  Expanding the severity range of patients in clinical trials for Alzheimer's disease:  A multicenter clinical trial of selegiline and a-tocopherol. Neurology 1995; 45(S)A289.

82.  Sano M, Ernesto C, Klauber M, Schafer K, Woodbury P,  Grundman M, Thal L.   Using the ADAS to Assess change among moderately  and severely impaired AD patients. JINS 1996;2:13

84. Sano, M. Growdon J, Thomas R, Ernesto C, Schafer K,  Woodbury P, Grundman M, Thal L, & Alzheimer's Disease Cooperative Study.  Evaluation of efficacy measures in clinical trials for Alzheimer's disease:  Does psychometric test performance predict clinically relevant outcomes. Neurology  1996;46(S) A218

85.  Knopman DS, Berg JD, Sano M, The relationship between nursing home placement and measures of change in Alzheimer's Disease.  Neurology 1998; 50:A251

86. Sano M., Polanco Y., and DeVivo D.C. Comparative Clinical Analysis of Mitochondrial Encephalomyopathy, Lactic Acidosis, and Stroke-Like Episodes and Myoclonic Epilepsy and Ragged Red Fibers. Ann of Neurol 1998;44(3) 576-577.

87.  Sano M., Costa R, Dominguez-Rivera E., Graff-Radford N., Kawas C., Chen C. Women's Attitudes Towards Dementia Prevention Trials.  Ann of Neurol, 1998;44:507.

88. Sano M, Rho TH, Polanco Y, Kwan A, Martin B, Piomelli S, DeVivo DC. Neuropsychological consequences of clinically silent MRI abnormalities in Sickle cell disease: A prospective study. Neurology 1999;52(Supp2):28.

89.  Sano M, Berg J, Knopman D, Thomas R.   Predicting Nursing Home Placement with Change on Cognitive Measures in Alzheimer's Disease.  Neurology 2000; 55:190.

90.  Honig L, Chowdhury J, Choi A, Peery S,  Marder K, and Sano M. Diagnoses and Assessment of Mental Status in a Multiethnic Nursing Home Population. 2002. Ann. Neurol. **52** (No. 3 Suppl. 1. #44): S30-S31.

**ATTACHMENT B**

## ATTACHMENT B

### I. MADISON MEMORY STUDY WRITE-UPS

M. Underwood et al., *The Effects of the Calcium Binding Protein Apoaequorin on Memory and Cognitive Functioning in Older Adults* (Undated Poster), QUI-FTCNY-00110537.

M. Underwood et al., *The Effects of Calcium Binding Protein Apoaequorin on Memory and Cognitive Functioning in Older Adults,* Quincy Bioscience, LLC 2011, QUI-FTCNY-00112744 – 00112751.

M. Underwood et al., *The Effects of the Calcium Binding Protein Apoaequorin on Memory and Cognitive Functioning in Older Adults,* 7 J. of the Alzheimer's Ass'n e65 (July 1, 2011), QUI-FTCNY-00100136 – 00100146.

M. Underwood et al., *The Effects of the Calcium Binding Protein Apoaequorin on Memory and Cognitive Functioning in Older Adults*, Quincy Bioscience, LLC (2014), QUI-FTCNY-00091501 – 00091518.

D. Moran et al., *Effects of a Supplement Containing Apoaequorin on Verbal Learning in Older Adults in the Community,* 30 Advances in Mind-Body Medicine 4 (2016), QUI-FTCNY-0000381 – 003818.

K. Lerner, *Clinical Trial Synopsis QB-0011: Madison Memory Study: A Randomized, Double-Blinded, Placebo-Controlled Trial of Apoaequorin in Community-Dwelling, Older Adults*, Quincy Bioscience, LLC (2016), QUI-FTCNY-00003696 – 00003705.

### II. OTHER MADISON MEMORY STUDY DOCUMENTS

Madison Memory Study List of Subgroup Analyses, QUI-FTCNY-00169152 – 00169153.

Madison Memory Study QBQ-0011 Complete Data Analysis: Transformed (May 10, 2011), QUINCYFTC-197241 – 197255.

Madison Memory Study Protocol, QUI-FTCNY-00068424 – 00068429.

MMS2.1 book.xlsx, Prepared by KC Lerner (Jul. 26, 2013), QUI-FTCNY-00112809 – 00112880.

Draft Write-up of Madison Memory Study (Undated), QUI-FTCNY-00062442 – 00062446.

*Quincy Bioscience Reports Encouraging Preliminary Data from Memory Study*, (Jul. 2010) (Interim Analysis of 60-Day Results), QUI-FTCNY-00151870.

Underwood, et al., *Improved Cognitive Functioning with Jellyfish Calcium-Binding Protein Apoaequorin*, (Online Abstract Submission re Interim 60-day Results) Alzheimer's Association (Jun. 20, 2010), QUI-FTCNY-00148152.

*Madison Memory Study, Prevagen Improves Cognitive Performance in Madison Memory Study* (Undated) (Interim Analysis of First 100 Participants), QUI-FTCNY-00089779.

*Prevagen Improves Cognitive Performance in Madison Memory Study*, Attachment to email from Mike Moran to Kenneth Lerner (June 2, 2011), QUI-FTCNY-00152214 – 00152216.

Exhibit D Excel Spreadsheet (2016 spreadsheet of Madison Memory Study data), FTC-0006863.

## III. COGSTATE DOCUMENTS

*Cogstate Research: Guidelines for Analysis, Version 2* (Feb. 2020), COGSTATE-0000017 – COGSTATE-0000032.

*Cogstate Research File Format Specification, Version 4* (Feb. 2020), COGSTATE-0000033 – COGSTATE-0000041.

*Cogstate Research Manual, Version 5* (2008), QUI-FTCNY-00062268 – 00062316

*Cogstate Research Test Results/Result Summary: Subject ID 052* (June 2010), QUINCYFTC-523029.

*Cogstate Task Descriptions* (undated), COGSTATE-0003016 – COGSTATE-0003032.

Email from Emily Bove, Cogstate to Kenneth Lerner (April 3, 2015), QUI-FTCNY-00164207 – 00164209.

## IV. OTHER QUINCY BIOSCIENCE HUMAN RESEARCH ON APOAEQUORIN

Fibromyalgia/Chronic Fatigue Syndrome Study Protocol (Undated), QUINCYFTC-008116 – 008120.

Untitled Fibromyalgia/Chronic Fatigue Syndrome Study Data Chart (Undated), QUINCYFTC-247633.

Prevagen Fibromyalgia Study Talking Points (Undated), QUINCYFTC-543224.

*Impact of Prevagen on Memory: Prevagen Quality of Life Study*, Quincy Bioscience (2009), QUINCYFTC-01269 – 01273.

*Impact of Prevagen on Sleep Quality: Prevagen Quality of Life Study*, Quincy Bioscience (2009), QUINCYFTC-547625 – 547630.

MIT Study Protocol, *Trial Briefing and Manual of Operations (MOP) for Memory Improvement Trial (MIT): Trial Number QBH-0081*(Mar. 27, 2012), QUI-FTCNY-00033638 – 00033667.

Email from Taylor Gabourie to Kenneth Lerner and Mark Underwood re MIT Continuation Data, with attached data analyses (Oct. 21 2012), QUI-FTCNY-00096378 – 00096383.

Email from Taylor Gabourie to Mark Underwood and KC Lerner re MIT Continuation Stats, with attached data analyses (Dec. 4, 2012), QUI-FTCNY-00096360 – 00096377.

*Monitoring Test Results for "Prevagen" Which Contains Apoaequorin*, Sunsho Pharmaceuticals (April 2014), QUINCYFTC-021223 – 0121242.

MS Hope Trial Protocol (Oct. 1, 2010), QUINCYFTC-008356 – 008366.

MS Hope Trial Clinical Trial Synposis QBH-0020 (Study Date Aug. 9, 2010 to Jan. 3, 2012), QUINCYFTC-014459 – 014468.

## V.  ANIMAL AND IN VITRO RESEARCH ON APOAEQUORIN

J. Detert et al., *Pretreatment with Apoaequorin Protects Hippocampal CA1 Neurons from Oxygen-Glucose Deprivation*, 8 PLOS One e79002 (Nov. 2013), QUI-FTCNY-00089802 – 00089811.

N. Milgram et al., *A Novel Mechanism for Cognitive Enhancement in Aged Dogs with the Use of a Calcium-Buffering Protein*, 10 J. of Vet. Behavior 217 (2015), QUI-FTCNY-00100932 – 00100937.

## VI. KENNETH LERNER DEPOSITION TRANSCRIPTS

Transcript of Plaintiffs' Deposition of Kenneth Lerner (Aug. 6, 2020).

Transcript of Plaintiffs' Deposition of Kenneth Lerner (Aug. 7, 2020).

## VII. OTHER MATERIALS

K. Schulz et al., *CONSORT 2010 Statement: Updated Guidelines for Reporting Parallel Group Randomised Trials*, 240 Brit. Med. J. c332 (2010).

C. Green et al., *Improving Methodological Standards in Behavioral Interventions for Cognitive Enhancement*, 3 J. of Cognitive Enhancement 2 (2019).

J. R. Dixon, *The International Conference on Harmonization Good Clinical Practice Guideline,* Nov. 30, 2010, at 65-74, available online at https://www.tandfonline.com/doi/pdf/10.1080/105294199277860?needAccess=true.

J. Galvin et al., *Patient's Rating of Cognitive Ability: Using the AD8, A Brief Informant Interview, as a Self-Rating Tool to Detect Dementia*, 64 Arch. Neurol. 725 (2007).

J. Galvin et al., *Evaluation of Cognitive Impairment in Older Adults:  Combining Brief Informant and Performance Measures*, 64 Arch. Neurol. 718 (2007).

J. Passler et al., *The Relationship of Cognitive Change Over Time to the Self-Reported Ascertain Dementia 8-Item Questionnaire in a General Population*, 36 Arch. Clinc. Neuropsych. 243 (2021).

Y. Du et al., *Vitamin D Supplement for Prevention of Alzheimer's Disease: A Systematic Review and Meta-Analysis*, Am. J. Ther., 1-11 (2020).

M. Butler et al., *Over-the-Counter Supplement Interventions to Prevent Mild Cognitive Impairment, and Clinical Alzheimer-Type Dementia:  A Systematic Review*, 168 Ann. Intern. Med. 52 (2018)

C. Annweiler et al., *Vitamin D and Brain Volumetric Changes: Systematic Review and Meta-Analysis*, 78 Maturitas 30 (2014).

3

WHO, *Risk Reduction of Cognitive Decline and Dementia: WHO Guidelines* (2019), available online at https://www.who.int/mental_health/neurology/dementia/guidelines_risk_reduction/en/.

The National Academies of Sciences, Engineering, and Medicine, *Preventing Cognitive Decline and Dementia: A Way Forward* (Consensus Study Report) (2017), available online at https://www.nap.edu/catalog/24782/preventing-cognitive-decline-and-dementia-a-way-forward.