UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

## NOTICE OF FILING OF EXPERTS WITNESS STATEMENT OF DAVID GORTLER

**PLEASE TAKE NOTICE** that Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood (collectively, "Defendants") hereby file the statement of expert witness David Gortler, Pharm D. (attached as **Exhibit 1**), which Defendants intend to use to support disputed findings of fact at trial[1]:

---

[1] Defendants previously filed the statements of their additional experts that they intend to use to support disputed findings of fact at trial on August 31, 2022. (*See* Dkt. No. 301.)

| | |
|---|---|
| Dated: September 14, 2022<br>New York, New York | KELLEY DRYE & WARREN LLP<br><br>By: /s/ *Geoffrey W. Castello*<br>John E. Villafranco (admitted *pro hac vice*)<br>Geoffrey W. Castello<br>Jaclyn M. Metzinger<br>Glenn T. Graham<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br>jvillafranco@kelleydrye.com<br>gcastello@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>ggraham@kelleydrye.com<br><br>*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*<br><br>COZEN O'CONNOR P.C.<br><br>By:   /s/ *Michael de Leeuw*<br>Michael de Leeuw<br>Tamar S. Wise<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 908-1331<br>mdeleeuw@cozen.com<br>twise@cozen.com<br><br>*Counsel for Defendant Mark Underwood* |