UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**DECLARATION OF ANDREW WONE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS** |

**DECLARATION OF ANDREW WONE**

I, Andrew Wone, declare as follows:

1.      I am an attorney for the Federal Trade Commission in the above-captioned litigation against Corporate Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC, and Individual Defendant Mark Underwood (collectively, "Defendants"). I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Experts (Docket No. 306).

2.      Attached as Exhibit A is a true and correct copy of excerpts from the

1

transcript of the October 22, 2021 deposition of Mary Sano, Ph.D. in this matter.

3. Attached as Exhibit B is a true and correct copy of excerpts from the transcript of the October 7, 2021 deposition of Janet Wittes, Ph.D. in this matter.

4. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of the October 1, 2021 deposition of Peter Malaspina, Ph.D. in this matter.

6. Attached as Exhibit D is a true and correct copy of excerpts from the document entitled "SAS/STAT 14.1 User's Guide The MIXED Procedure" and bates labeled from NYAG-QUINCY-0003047 to NYAG-QUINCY-0003259.

7. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the October 20, 2021 deposition of David Katz, M.D. in this matter.

8. Attached as Exhibit F is a true and correct copy of excerpts from the transcript of the October 8, 2021 deposition of Jeremy Berg, Ph.D. in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 3, 2022              /s/ Andrew Wone
                                    Andrew Wone

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of October 2022, I caused service of the foregoing Declaration of Andrew Wone in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Experts to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Date: October 3, 2022

*/s/ Annette Soberats*
Annette Soberats
Federal Trade Commission