# EXHIBIT F

1

2                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
3                   CASE NO. 1:17-cv-00124-LLS
     ----------------------------------------x
4    FEDERAL TRADE COMMISSION and

5    THE PEOPLE OF THE STATE OF NEW YORK,
     by LETITIA JAMES, Attorney General of the
6    State of New York,

7                          Plaintiffs,

8        v.

9    QUINCY BIOSCIENCE HOLDING COMPANY,
     INC., a corporation;
10
     QUINCY BIOSCIENCE, LLC, a limited
11   liability company;

12   PREVAGEN, INC., a corporation d/b/a
     SUGAR RIVER SUPPLEMENTS;
13
     QUINCY BIOSCIENCE MANUFACTURING LLC,
14   a limited liability company; and

15   MARK UNDERWOOD, individual and as an
     officer of QUINCY BIOSCIENCE HOLDING
16   COMPANY, INC., QUINCY BIOSCIENCE, LLC,
     and PREVAGEN, INC.,
17
                         Defendants.
18   ----------------------------------------x

19

20            REMOTE VIDEOTAPED DEPOSITION OF
                  JEREMY M. BERG, Ph.D
21                 October 8, 2021

22

23   Reported by:

24   Maureen Broderick, RPR

25   JOB NO. 200431

1

2

3                          October 8, 2021
                           10:04 a.m.

4

5

6            Remote videotaped deposition of JEREMY M.

7   BERG, Ph.D., taken via Zoom, before Maureen E.

8   Broderick, Registered Professional Reporter and

9   Notary Public in and of the Commonwealth of

10  Pennsylvania.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2    APPEARANCES:

 3              **ALL ATTENDEES PRESENT VIA ZOOM**

 4

      FEDERAL TRADE COMMISSION
 5    Attorneys for Plaintiff Federal Trade Commission
          600 Pennsylvania Avenue, NW
 6        Washington, DC 20580
      BY:  ANDREW WONE, ESQ.
 7         ANNETTE SOBERATS, ESQ.

 8

 9

10    OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
      Attorneys for Plaintiff The People of the State
11    of New York and Letitia James
          28 Liberty Street
12        New York, NY 10005
      BY:  KATE MATUSCHAK, ESQ.
13

14

15    KELLEY DRYE & WARREN
      Attorneys for Defendants Quincy Bioscience Holding
16    Company, Inc., Quincy Bioscience, LLC, Prevagen,
      Inc., d/b/a
17    Sugar River Supplements, and Quincy Bioscience
      Manufacturing, LLC
18        One Jefferson Road
          Parsippany, NJ 07054
19    BY:  GEOFFREY CASTELLO, ESQ.
           JACLYN METZINGER, ESQ.
20         GLENN GRAHAM, ESQ.
           LAUREN MARGOLIES, ESQ.
21         CAITLIN HICKEY, ESQ.

22

23

24

25
```

1

2    APPEARANCES:  (Cont'd)

3    COZEN O'CONNOR
     Attorneys for Defendant Mark Underwood
4         3 World Trade Center
          175 Greenwich Street
5         New York, NY 10007
     BY:  MICHAEL DE LEEUW, ESQ.
6         TAMAR WISE, ESQ.

7

8

     ALSO PRESENT:   William Ducklow, Investigator
9                    Philip Rizzuti, Videographer
                     Jane Azia (Briefly joined)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    Jeremy M. Berg, Ph.D.

2   that protein.  And so we did some studies about

3   that.  And iron, you know, was, again, earlier in

4   my, more earlier in my career, more on the chemical

5   side.

6        Q    Is it fair to say that you primarily

7   studied proteins at the cellular level?

8        A    More, I would say it's more accurate to

9   say mostly we worked on isolated proteins.  So not

10  even at the cellular level, but purified proteins.

11       Q    And so that's, that would be in contrast

12  of studying whole organisms, right?

13       A    That's right.  We did do a few things with

14  whole organisms, but not very much.

15       Q    Okay.  And your primary research focus

16  does not include human physiology, right?

17       A    Not direct studies of humans, but

18  certainly the studies were related to the

19  physiological functions of proteins in humans, some

20  proteins in humans.

21       Q    And your primary research focus as you

22  described it does not include protein digestion,

23  right?

24       A    Not the primary focus, although we have

25  done some studies that are related to protein

1                    Jeremy M. Berg, Ph.D.

2    digestion.

3         Q    I'm sorry.  You said you did, done some --

4    what?

5         A    We did do one study in particular that

6    was, that included a substantial focus on protein

7    digestion.

8         Q    And what study was that?

9         A    It was a study of an iron-containing

10   protein that we -- if you put in my, put in the

11   report, I can identify the particular paper.  We

12   examined a naturally occurring iron-containing

13   protein and compared it to the same protein

14   synthesized out of the D-amino acids as opposed to

15   normal amino acids and looked at the difference in

16   how long they survived in the body in mice.

17        Q    I'm sorry.  You said earlier that, that

18   your work on iron was early in your career.  Was

19   that study early in your career?

20        A    No.  This was later.  Sorry.  There were,

21   there were two points where I did iron, both early

22   in my career, and then this one study where we

23   worked on the different iron-containing protein.

24        Q    Now, you didn't mention it, but I saw from

25   your CV that you were also for a while the editor in

1                    Jeremy M. Berg, Ph.D.

2       Q     You were asked to assume that by counsel?

3       A     I don't think I was asked one way or

4    another.

5       Q     The scope also goes on to say that you

6    were asked to opine on other possible mechanisms by

7    which Prevagen could have an effect; is that right?

8       A     Yes.

9       Q     So is it fair to say that your report is

10   about mechanisms of action?  Is that right?

11      A     It's a discussion of possible or proposed

12   mechanisms of action, yes.

13      Q     Okay.  And prior to this engagement, had

14   you done any work on, on mechanisms of action for

15   any drug or, or dietary supplement before?

16      A     My previous comments about potential roles

17   of zinc falls into that characterization, I would

18   say.  But I'm trying to think if there are any

19   other, other examples.  I believe that's the only

20   one.

21      Q     You say that, in your report that you were

22   asked to opine on these questions based on your

23   expertise in the field.

24                 Do you see that?

25      A     Yeah, I see that.

1                    Jeremy M. Berg, Ph.D.

2        Q    What is "the field"?

3        A    In this context, I would say the field is

4    biochemistry, physiology, pharmacology.

5        Q    And I'm not going to touch biochemistry,

6    because I understand that's your primary area.  Are

7    you an expert in pharmacology?

8        A    In some aspects of pharmacology, yes.

9        Q    Okay.  Are you a pharmacologist?

10       A    I am not.

11       Q    What areas of pharmacology are you an

12   expert in?

13       A    Based on, largely based on my time at NIH,

14   mechanisms of drug action, pharmacogenomics are the

15   primary ones.

16       Q    You also said physiology; is that right?

17       A    I did.

18       Q    Okay.  And you're an expert in physiology?

19       A    Again, in some aspects.

20            (Jane Azia joins remotely for brief

21   time.)

22   BY MR. de LEEUW:

23       Q    What aspects of physiology are you an

24   expert in?

25       A    General, general topics related to

1                    Jeremy M. Berg, Ph.D.

2    metabolism, both in normal and in some, you know,

3    some disease states.

4        Q    And where did you gain this expertise?

5        A    I didn't mention it earlier, but I've also

6    been, going on 20-odd years now, been the lead

7    author of a biochemistry textbook, which includes

8    fairly detailed coverage of principals of

9    metabolism.

10       Q    And in terms of going back to

11   pharmacology, you said that you consider yourself an

12   expert in drug actions and mechanisms; is that

13   right?

14       A    I said mechanisms of drug actions and

15   pharmacogenomics, yes.

16       Q    And you said that you gained that

17   expertise while you were at the NIH; is that right?

18       A    I certainly had some of it before related

19   to spending time at, doing research and teaching and

20   interacting with people at medical schools.  But

21   then at NIH when I was responsible for overseeing

22   the programs, my degree of familiarity increased.

23       Q    So your degree of familiarity increased.

24   Did you publish any studies on the mechanisms of

25   drug actions?

1                   Jeremy M. Berg, Ph.D.

2        A    I do.

3        Q    Okay.  And when you say "the experts in

4   the relevant scientific fields," what are the

5   relevant scientific fields?

6        A    So the fields related to the drug

7   development or supplement efficacy.  I mean, the

8   point I was trying to make is that for a number of

9   reasons, there's great interest in the use of

10   proteins, specific proteins as, as drugs were in

11   other functions.

12                   And there, it would be beneficial

13   both for individuals and for commerce if the

14   materials could be delivered orally, but they're not

15   because of the problems that I discuss in the

16   report.

17        Q    I get that.  I just, I'd like to know --

18   and we'll get into that in a little bit.  You said

19   "the experts in the relevant scientific fields."  I

20   just want to know what the relevant scientific

21   fields are.

22        A    You know, I think if this claim were -- a

23   claim like this, I think biochemists,

24   pharmacologists, neuroscientists would all be

25   intrigued and eager to see evidence, physiologists,

1                     Jeremy M. Berg, Ph.D.

2    physicians.

3         Q    You said earlier that there are people

4    studying the use of proteins for, as drugs or other,

5    for other benefits; is that right?

6         A    Yes.

7         Q    In fact, there's a lot of them, a lot of

8    studies that relate to trying to use proteins as,

9    for, as either drugs or as supplements; is that

10   right?

11        A    There are certainly lots of studies as

12   proteins as drugs.  I don't know so much about

13   supplements, but yes.

14        Q    When you said the, when you said "experts

15   in the relevant scientific fields," which of those

16   fields do you consider yourself an expert in?

17        A    In the context of this statement, I would

18   say, you know, certainly biochemistry, but also

19   pharmacology.

20        Q    Now, for those other fields that you

21   mentioned, did you speak to any other experts about

22   what evidence they would require?

23        A    Not in this context.  But I've been

24   involved in conversations over decades about

25   proteins as drugs, or the possibility of proteins as

1                    Jeremy M. Berg, Ph.D.

2    drugs.  Indeed that was one of the, the paper that I

3    mentioned was -- that I had done previously on

4    protein degradation in mice was related to that

5    question.

6         Q    Actually, because you have your report in

7    front of you now, can you look and tell me which

8    article that was or which study that was?

9         A    It's reference 60 in my CV.

10        Q    It's called:  A comparison of the -- I'm

11   going to get these words --

12                    (Reporter clarification.)

13              THE WITNESS:  A comparison of the

14        immunogenicity of protein enantiomers.

15   BY MR. de LEEUW:

16        Q    You did that work in 1993?

17        A    The paper was published in 1993, yes.

18        Q    What role did you -- I notice that there's

19   a number of authors of that article.  What role did

20   you play in that article?

21        A    I conceived of the experiment, and I was

22   not involved directly in the experimental studies.

23        Q    So the other listed authors conducted the

24   study; is that right?

25        A    The primary, primary research -- the

```
1                   Jeremy M. Berg, Ph.D.

2    primary experimental work was done by Dr. Simer [ph]

3    and Dr. Howard Densis [ph].

4         Q     And that was -- I'm bad at math -- but 28

5    years ago; is that right?

6         A     Something like that, yeah.

7         Q     And is it fair to say that our knowledge

8    about, about proteins has grown in the last 28

9    years?

10        A     That's true, although the -- yes.

11        Q     I hope so.

12              All right.  So getting back to the

13   report, you said in paragraph ten, you say:  As a

14   protein, apoaequorin would be expected to degrade

15   into amino acids and possibly some small peptides in

16   the stomach.

17              Do you see that?

18        A     I do.

19        Q     Okay.  Is that true of all proteins?

20        A     It's true of the great majority of

21   proteins, yes.  Not of all proteins but of the great

22   majority of proteins.

23        Q     What types of proteins aren't degraded

24   into amino acids and small peptides in the stomach?

25        A     There are some proteins that are more
```

1                    Jeremy M. Berg, Ph.D.

2   resistant to degradation in the, in the stomach.

3   They tend to be proteins that function

4   extracellularly -- that is, they function outside

5   the cell rather than inside the cell -- so that

6   there are, you know, there are biological reasons

7   that they need to be more robust and more resistant.

8        Q    You said, you go on to say:  Therefore --

9   and the "it" here is apoaequorin -- could not enter

10  the bloodstream as an intact protein.

11                  Do you see that?

12       A    Yes.

13       Q    And are you a hundred percent certain of

14  that?

15       A    The only qualification that I would add to

16  any is, to any appreciable extent -- I mean, I can't

17  rule out that a tiny amount could get in, but...

18       Q    And you haven't personally done any

19  experiments to determine whether or not any intact

20  apoaequorin could get into the bloodstream; is that

21  fair to say?

22       A    I have not personally done those

23  experiments -- any experiments.

24       Q    Is it also possible that large peptides

25  from apoaequorin could enter the bloodstream?

1                    Jeremy M. Berg, Ph.D.

2        A    Again, anything in possible.  But as I

3   stated, as I discuss later in the report, there's no

4   evidence that that's the case.  And one would be,

5   based on the behavior of most proteins, one would be

6   surprised if that were true.

7        Q    You're not an expert on human digestion,

8   are you?

9        A    I'm not an expert on human digestion.  I

10  am an expert on sort of general characteristics of

11  digestion.

12       Q    Do you understand different people digest

13  things differently?  Do you understand that?

14       A    Yes, I do understand that.

15       Q    You're not a gastroenterologist, right?

16       A    I am not.

17       Q    I may have asked this, but you didn't

18  conduct any digestion studies on Prevagen or

19  apoaequorin, right?

20       A    I did not.

21       Q    And you cite the Goodman study for the

22  proposition that apoaequorin is rapidly digested in

23  the stomach; is that right?

24       A    What --

25       Q    This is in paragraph 11 of your report.

```
1                    Jeremy M. Berg, Ph.D.

2      Q    What's the other one?

3      A    The other is that if there were a peptide

4   that -- if there were a peptide that were derived

5   from apoaequorin that had some biological activity,

6   one, it would be common to many other proteins; but

7   two, there's no, no biological context why that

8   would likely to have evolved.

9      Q    And in that paragraph, I don't see where

10  you're talking about the evolutionary theory.

11     A    I'll have to...

12     Q    You end that section by saying:  In

13  addition, Quincy Bioscience does not appear to have

14  made any attempt --

15     A    Right.

16     Q    -- to identify or characterize any such

17  degradation products despite the availability of

18  methods.

19               Do you see that?

20     A    Yeah.  It may, it may actually be in my

21  other report.  I'll have to look for it.

22     Q    Okay.  And what's -- when you say "the

23  availability of methods," what methods are you

24  referring to?

25     A    There are a variety of methods for looking
```

1                    Jeremy M. Berg, Ph.D.

2   at the degradation products of a protein with much

3   more resolution than the gel method that was used in

4   the Goodman experiment.  So (inaudible).

5              COURT REPORTER:  Say it again.

6              THE WITNESS:  High-performance liquid

7         chromatography and mass spectrometry where you

8         can fractionate.  You can separate all the

9         products of degradation into many more separate

10        entities from amino acids to peptides and then

11        identify what they are based on their, by their

12        mass.

13   BY MR. de LEEUW:

14        Q    Were you asked to perform those

15   experiments?

16        A    I was not.

17        Q    Is that something that you could do?

18        A    I don't currently have a laboratory, so

19   no.  But in the past, that would have been something

20   that I could have done.

21        Q    Have you ever done those, that type of

22   experiment with any compound?

23        A    Not -- well, yes.  With protein, with

24   other proteins.

25        Q    Which proteins?

1                    Jeremy M. Berg, Ph.D.

2       A    So-called zinc-finger proteins, the

3   proteins I mentioned earlier on.

4       Q    So you've done experiments where you used

5   methods to determine in the human body where a

6   protein is broken?

7       A    Not in the human body, no.  But in

8   treatment with, with digestive enzymes figuring out

9   where the protein is broken and what the products

10  are.

11          MR. de LEEUW:  We've been going, I think,

12      for about 90 minutes.  Why don't we take a, why

13      don't we take a ten-minute break and then we'll

14      resume.

15          THE WITNESS:  Okay.

16          MR. de LEEUW:  Sound good?

17          THE WITNESS:  Sounds good.

18          VIDEO OPERATOR:  The time is 11:23 a.m.,

19      and we are going off the record.

20          (Brief recess.)

21          VIDEO OPERATOR:  The time is 11:40 a.m.,

22      and we are back on the record.

23  BY MR. de LEEUW:

24      Q    Dr. Berg, I wanted to talk a bit about the

25  blood-brain barrier.  Could you explain what the

1                    Jeremy M. Berg, Ph.D.

2        Q     Okay.  And once again, your general

3    knowledge of the, of the gut-brain axis comes from

4    where?

5        A     Seminars that I've attended over, over

6    years.  I don't know if, both at -- probably, you

7    know, at Pitt and at Hopkins and probably at NIH.

8        Q     We covered a bit of this earlier.  I just

9    want to go through it in a bit more detail.  Just

10   because a mechanism of action for a compound is

11   unknown does not mean that it has no therapeutic

12   effect, correct?

13       A     That's true.

14       Q     And I assume that you're aware that drugs

15   have been approved by the FDA without a known

16   mechanism of action, true?

17       A     True.

18       Q     In fact, there's many drugs that have no

19   known mechanism of action, right?

20       A     I don't know about many, but, yes, there

21   certainly are drugs.

22       Q     And the FDA doesn't require that you have

23   a mechanism of action to approve a drug; is that

24   right?

25                 MS. MATUSCHAK:  Objection to the extent

```
 1                    Jeremy M. Berg, Ph.D.

 2        that it's outside the scope of Dr. Berg's

 3        reports.

 4             But you can answer.

 5   BY MR. de LEEUW:

 6        Q    If you know.

 7        A    I don't have a detailed knowledge of that,

 8   but I believe that's correct.

 9        Q    Okay.  And do you believe that a mechanism

10   of action is required for a dietary supplement?

11             MS. MATUSCHAK:  Same objection.

12             THE WITNESS:  It's outside my expertise.

13        But I don't believe it is.

14   BY MR. de LEEUW:

15        Q    Okay.  And it's not uncommon for

16   scientists to observe phenomena without knowing what

17   a mechanism of action is, right?

18        A    Yes.

19        Q    Okay.  In fact, part of science is trying

20   to determine the mechanism of action, right?

21        A    That's true, yes.

22        Q    You're aware that for a long period of

23   time, there was no known mechanism of action for

24   aspirin, right?

25        A    Yes, that's true, although it's been known
```

1                    Jeremy M. Berg, Ph.D.

2    for quite some time.

3        Q    And were you aware that that's also true

4    for acetaminophen?

5        A    Yes.

6        Q    And also ibuprofen?

7        A    Yes.

8        Q    And you're aware that that's also true for

9    a whole class of antidepressants?

10       A    Yes.

11       Q    You would agree that for those compounds

12   there, there are clinical impacts without a known

13   method, mechanism of action, right?

14       A    There's clinical impacts and also very

15   strong evidence that they are effective.

16       Q    What's a novel mechanism of action?

17       A    Novel in this context would mean unusual

18   or, or, you know, not well-precedented.

19       Q    Did you consider the possibility in

20   writing your report that metabolized components of

21   apoaequorin could be actively transported?

22       A    So the products of apoaequorin are

23   peptides and amino acids, and there are certainly

24   some peptides and amino acids that are actively

25   transported.  So, yes.

1                    Jeremy M. Berg, Ph.D.

2      Q     Did you consider whether apoaequorin could

3  react with receptors either in the stomach or

4  elsewhere in the mucus membranes of the GI tract?

5      A     In principle, but there's, again, no

6  biological reason that those receptors should be

7  present for a protein that has no homolog in

8  anything that we would normally come in contact

9  with.

10     Q     But your report didn't analyze that as a

11  possible mechanism of action, right?

12     A     I don't think I discussed that

13  specifically, no.

14     Q     And you didn't discuss whether or not a

15  bioactive peptide could be actively transported,

16  right?

17     A     Well, active transport doesn't, that just

18  relates to how -- again, the products are, proteins

19  are peptides and amino acids.  And those are, some

20  of those are actively transported, but there's

21  nothing specific.

22     Q     And did you consider the possibility that

23  apoaequorin could elicit a pharmacological signaling

24  cascade from within the stomach?

25     A     Again, there's no reason to think that

1                    Jeremy M. Berg, Ph.D.

2    there should be any such signaling cascade.  So I

3    probably considered it, but ruled it out as being --

4         Q    Sorry.

5                   It's not addressed in your report; is

6    that correct?

7         A    I believe it's not addressed in my report.

8         Q    What is a prodrug?

9         A    A prodrug is a compound which is taken

10   which is then converted by, typically, enzymes in

11   your body into something that's actually the active

12   compound that has the biological effect.

13        Q    So it's taking one thing and then

14   essentially the active ingredient is created in the

15   stomach or in some part of the human?

16        A    Yeah.  I mean, it's typically more often

17   in the liver or kidneys, but yes.

18        Q    And have you studied prodrugs before?

19        A    Not experimentally, but I have been

20   involved in studies of the use of compounds which

21   are prodrugs in humans, in populations since I've

22   been at Pitt.

23        Q    Your report does not address the

24   possibility that apoaequorin or any metabolized

25   components of apoaequorin could be transported or

1                    Jeremy M. Berg, Ph.D.

2    absorbed and form a prodrug, did it?

3         A    It did not.  But again, the products are

4    amino acids or -- amino acids or peptides.  And I

5    know of no examples where those are prodrugs.

6         Q    Have you ever heard the phrase "competent

7    and reliable scientific evidence"?

8         A    I've heard the phrase.  I don't know its

9    technical meaning.

10        Q    In your report at paragraph ten -- I'm

11   sorry.  Let me get there.

12             Actually, this is your rebuttal

13   report.  So JB-2, paragraph ten.

14             Are you there, paragraph ten?

15        A    I am.

16        Q    Okay.  So this is a paragraph about --

17   and, again, I'm going butcher the pronunciation --

18   ziconotide?  Is that right?

19        A    Uh-huh.

20        Q    Okay.  And what is ziconotide?

21        A    It's a small protein derived from marine

22   cone snails, which has been, which blocks specific

23   calcium channels.  And it's been studied extensively

24   and have proved as a medication for treatment of

25   chronic pain.

1

2

3                    C E R T I F I C A T E

4

5    COMMONWEALTH OF PENNSYLVANIA  :

6                                  :

7    COUNTY OF PHILADELPHIA         :

8

9

10                    I, MAUREEN BRODERICK, Registered

11   Professional Reporter - Notary Public, within and

12   for the Commonwealth of Pennsylvania, do hereby

13   certify that the proceedings, evidence, and

14   objections noted are contained fully and accurately

15   in the notes taken by me of the preceding

16   deposition, and that this copy is a correct

17   transcript of the same.

18   Dated: October 21st, 2021.

19

20

21                        _Maureen Broderick_

22                        MAUREEN BRODERICK

23                        Registered Professional

24                        Reporter - Notary Public

25

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br><br><br><br><br><br><br><br>**ERRATA SHEET FOR JEREMY M. BERG, Ph.D.** |

I, Jeremy M. Berg, hereby make the following corrections to the transcript of my deposition, which occurred on October 8, 2021:

| PAGE | LINE(S) | CORRECTION | REASON |
|---|---|---|---|
| 44 | 19 | "aequroin" should be "aequorin" | Spelling |
| 51 | 2 | "Simer [ph]" should be "Symer" | Spelling |
| 51 | 3 | "Densis [ph]" should be "Dintzis" | Spelling |

| 56 | 11 | "proteins in major peptides" should be "proteins and major peptides" | Typographical error |
| 69 | 20 | "SARS-Co-V-2" should be "SARS-CoV-2" | Spelling |
| 70 | 24-25 | "angiotensin 2 converting enzyme" should be "angiotensin converting enzyme 2" | Proper name of substance |
| 96 | 15 | "rebuttal article" should be "rebuttal report" | Proper name of the document |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2021.

_____
JEREMY M. BERG, Ph.D.