**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

**DECLARATION OF GLENN T. GRAHAM**

I, Glenn T. Graham, declare as follows:

1. I am a member of the Bars of the States of New York, New Jersey, and California, and am a Partner with the law firm of Kelley Drye & Warren LLP.

2. I submit this declaration in connection with Defendants' opposition to Plaintiffs' Motion to Exclude Testimony of Defendants' Experts.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the expert deposition of Dr. David Schwartz, Ph.D. dated September 22, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the expert deposition of Professor Lee-Jen Wei, M.D., MPH dated October 5, 2021.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the expert deposition of Dr. David Katz, M.D., MPH dated October 20, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of a document entitled "Cogstate Research File Format Specification," Bates numbered COGSTATE 000033 through COGSTATE 000041.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the expert deposition of Dr. Dominik Alexander, Ph.D. dated September 24, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022.

GLENN T. GRAHAM