# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., and QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**DECLARATION OF EDWARD GLENNON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE THE TESTIMONY OF DRS. DAVID SCHWARTZ, DAVID KATZ, LEE-JEN WEI, MINDY KURZER, RICHARD GOODMAN, AND DAVID GORTLER** |

## DECLARATION OF EDWARD GLENNON

I, Edward Glennon, declare as follows:

1.      I am an attorney for the Federal Trade Commission in the above-captioned litigation against Corporate Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC, and Individual Defendant Mark Underwood.  I submit this declaration in support of Plaintiffs' Reply in Support of their Motion to Exclude the Testimony of Drs. David Schwartz, David Katz, Lee-Jen Wei, Mindy Kurzer, Richard Goodman, and David Gortler, filed on October 21, 2022.

1

2.     Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of the September 22, 2021 deposition of David Schwartz, Ph.D. in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 21, 2022                              */s/ Edward Glennon*
                                                     Edward Glennon

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of October 2022, I caused service of the foregoing

Declaration of Edward Glennon in Support of Plaintiffs' Reply in Support of their Motion to

Exclude the Testimony of Drs. David Schwartz, David Katz, Lee-Jen Wei, Mindy Kurzer,

Richard Goodman, and David Gortler to be made by electronic filing with the Clerk of the Court

using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


Dated: October 21, 2022

*/s/ Annette Soberats*
Annette Soberats
Federal Trade Commission