UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES,<br>Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company;<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

## DECLARATION OF GLENN T. GRAHAM

I, Glenn T. Graham, declare as follows:

1. I am a member of the Bars of the States of New York, New Jersey and California, and a partner with the law firm of Kelley Drye & Warren LLP. I submit this declaration in further support of the Motion to Exclude Plaintiffs' Experts filed by defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC, and Mark Underwood (collectively "Defendants").

1

2. Attached hereto as **Exhibit O** is a is a true and correct copy of excerpts of the transcript of the individual deposition of Mark Underwood dated August 21, 2020.

3. Attached hereto as **Exhibit P** is a is a true and correct copy of excerpts of the transcript of the expert deposition of Professor Lee-Jen Wei, M.D., MPH dated October 5, 2021.

4. Attached hereto as **Exhibit Q** is a true and correct copy of "Statistics in Medicine—Reporting of Subgroup Analyses in Clinical Trials," published by the New England Journal of Medicine and produced in this Action as QUI-FTCNY-00187075—QUI-FTCNY-00187080.

5. Attached hereto as **Exhibit R** is a true and correct copy of excerpts of the transcript of the individual deposition of Kenneth Lerner dated August 6, 2020.

6. Attached hereto as **Exhibit S** is a true and correct copy of excerpts of the transcript of the expert deposition of David. L. Katz, MD, MPH dated October 20, 2021.

7. Attached hereto as **Exhibit T** is a true and correct copy of excerpts of the transcript of the expert deposition of Peter Malaspina, Ph.D. dated October 1, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2022.

GLENN T. GRAHAM