## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2022, I have caused service of the foregoing—Plaintiffs' Trial Brief and List of Individuals and Companies that May be Witnesses or Referred to at Trial; Plaintiffs' Proposed Jury Instructions; and Plaintiffs' Proposed Voir Dire—to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


Dated:  November 17, 2022


*/s/ Annette Soberats*
Annette Soberats
Federal Trade Commission