UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>    Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>    Defendants. | Case No. 1:17-cv-00124-LLS |

## DEFENDANTS' PRETRIAL SUBMISSIONS

Pursuant to Section 4.B.2 of this Court's Individual Practices and the Orders of this Court dated November 23, 2021 and August 2, 2022, Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, Quincy Bioscience Manufacturing, LLC, and Mark Underwood hereby submit the following pretrial materials:

1. Declaration of Glenn T. Graham, submitted herewith as **Exhibit 1**;

2. Defendants' trial brief, submitted herewith as **Exhibit 2**;

3. Quincy's proposed voir dire, submitted herewith as **Exhibit 3**;

4. Quincy's proposed jury instructions, submitted herewith as **Exhibit 4**; and

5. Defendants' list of list of individuals or companies that may appear as witnesses or otherwise be referred to during the trial of this Action, submitted herewith as **Exhibit 5**.

Dated: November 17, 2022

KELLEY DRYE & WARREN LLP

By: /s/ *Geoffrey W. Castello*
    John E. Villafranco (admitted *pro hac vice*)
    Geoffrey W. Castello
    Jaclyn M. Metzinger
    Glenn T. Graham
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007
    Tel: (212) 808-7800
    Fax: (212) 808-7897
    jvillafranco@kelleydrye.com
    gcastello@kelleydrye.com
    jmetzinger@kelleydrye.com
    ggraham@kelleydrye.com

*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*

COZEN O'CONNOR P.C.

By: /s/ *Michael de Leeuw*
    Michael de Leeuw
    Tamar S. Wise
    3 World Trade Center
    175 Greenwich Street
    New York, New York 10007
    Tel: (212) 908-1331
    mdeleeuw@cozen.com
    twise@cozen.com

*Counsel for Defendant Mark Underwood*