UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and <br><br> THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, <br><br> Plaintiffs, <br><br> v. <br><br> QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; <br><br> QUINCY BIOSCIENCE, LLC, a limited liability company; <br><br> PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS; <br><br> QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and <br><br> MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC., <br><br> Defendants. | Case No. 1:17-cv-00124-LLS <br><br><br> **NOTICE OF APPEARANCE** |

Please take notice that the following attorney, who is admitted to practice in this Court, has entered her appearance as counsel in this case for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC:

       Caitlin R. Hickey
       Kelley Drye & Warren LLP
       3 World Trade Center
       175 Greenwich Street
       New York, NY 10007
       Phone:  (212) 808-7800
       Fax:  (212) 808-7897

Dated: New York, New York
November 30, 2022

        KELLEY DRYE & WARREN LLP

By: /s/ *Caitlin R. Hickey*
    John E. Villafranco (admitted *pro hac vice*)
    Geoffrey W. Castello
    Jaclyn M. Metzinger
    Glenn T. Graham
    Caitlin R. Hickey
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007
    Tel: (212) 808-7800
    Fax: (212) 808-7897

    *Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2022 I caused to be served the attached NOTICE OF APPEARANCE to all counsel of record via the Court's ECF System.

Dated: November 30, 2022

                                                */s/ Caitlin R. Hickey*
                                                Caitlin R. Hickey