ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

FEDERAL TRADE COMMISSION and

THE PEOPLE OF THE STATE OF NEW YORK, by
ERIC T. SCHNEIDERMAN,
Attorney General of the State of New York,

                Plaintiffs,

    v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC., a corporation;

QUINCY BIOSCIENCE, LLC, a limited
liability company;

PREVAGEN, INC., a corporation
d/b/a/ SUGAR RIVER SUPPLEMENTS;

QUINCY BIOSCIENCE
MANUFACTURING, LLC, a limited liability company;

MARK UNDERWOOD, individually and as
an officer of QUINCY BIOSCIENCE
HOLDING COMPANY, INC., QUINCY
BIOSCIENCE, LLC, and PREVAGEN,
INC.,

                Defendants

---------------------------------------------x

Case No. 1:17-cv-00124-LLS

[proposed] ORDER GRANTING
MOTION TO WITHDRAW
AS AN ATTORNEY
PRO HAC VICE.

LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/22

The motion of Bryan L. Mosca, for Withdrawal of admission to practice Pro Hac Vice in the above captioned action is granted.

Bryan L. Mosca has declared that he is a member in good standing of the bars of the state of Maryland and the District of Columbia; and that he is leaving the law firm of Cozen O'Connor effective February 25, 2022.

LEGAL\56521274\1

Bryan L. Mosca requested the Withdrawal of his admission Pro Hac Vice to appear for all purposes as counsel for Defendant Mark Underwood Individually, Defendant Mark Underwood as an officer of Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC and Prevagen, Inc.; and Defendant Michael Beaman, Individually, Defendant Michael Beaman as an officer of Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC and Prevagen, Inc in the above captioned action.

**IT IS HEREBY ORDERED** that the Withdrawal of Bryan L. Mosca's admission to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York is Granted.

Dated: ~~February~~ Dec. 8, 2022

_Louis L. Stanton_
United States District Judge