UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION and

THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,

        Plaintiffs,

        v.

QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;

QUINCY BIOSCIENCE, LLC, a limited liability company;

PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;

QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and

MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.

        Defendants.

Case No. 1:17-cv-00124-LLS

**MOTION FOR ADMISSION PRO HAC VICE**

---

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Federal Trade Commission in the above-captioned action.

        I am a member in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured,

suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to 28 U.S.C. § 1746 pursuant to Local Rule 1.3.

Dated: May 30, 2023

Respectfully Submitted,

*(signature)*

CHRISTINE LEE DELORME
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-6316
Washington, DC 20580
Email: cdelorme@ftc.gov
Tel: (202) 326-2095
Fax: (202) 326-3259