UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Case No. 1: l7-cv-00124-LLS<br><br>**DECLARATION PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Christine Lee DeLorme hereby declares:

1. I am a member in good standing of the bar of the state of California and am an attorney for the Federal Trade Commission, a plaintiff in the action above.

2. There are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/26/23

CHRISTINE LEE DELORME

District of Columbia
Signed and sworn to (or affirmed) before me
on 5/26/23 by Abraham Ortega Herrera
    Date        Name(s) of individual(s) making statement
Signature of notarial officer
Bank of America
Title of Office
My comission expires: 4/14/2028

[Notary seal: ABRAHAM ORTEGA HERRERA, NOTARY PUBLIC, DISTRICT OF COLUMBIA, Exp. 04/14/28]

2