UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>            Plaintiffs,<br><br>            v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>           Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

      The motion of Christine Lee DeLorme, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the state of California and that her contact information is as follows:

      Applicant's Name:    Christine Lee DeLorme

      Firm Name:    Federal Trade Commission

      Address:    600 Pennsylvania Avenue, NW, Mail Stop CC-6316

      City / State / Zip:       Washington, DC 20580

      Telephone / Fax:     202-326-2095 / 202-326-3259

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Federal Trade Commission in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____

                                                                           United States District / Magistrate Judge