AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00124-LLS |
| Quincy Bioscience Holding Company, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 06/21/2023

*Attorney's signature*

Tiffany M. Woo, TW4073
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-6316
Washington, DC 20580
*Address*

twoo@ftc.gov
*E-mail address*

(202) 326-3583
*Telephone number*

(202) 326-3529
*FAX number*