ORIGINAL

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>MOTION FOR ADMISSION PRO HAC VICE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/27/23 |

Granted. So Ordered.
Louis L. Stanton
6/27/23

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Federal Trade Commission in the above-captioned action.

I am a member in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured,

suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to 28 U.S.C. § 1746 pursuant to Local Rule 1.3.

Dated:  May 30, 2023

Respectfully Submitted,

*[signature]*

CHRISTINE LEE DELORME
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-6316
Washington, DC 20580
Email: cdelorme@ftc.gov
Tel: (202) 326-2095
Fax: (202) 326-3259

2