AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-00124-LSS |
| Quincy Bioscience Holding Co., Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission

Date:   06/27/2023

*Attorney's signature*

Christine Lee DeLorme, CA Bar No. 211462
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Drop CC-6316
Washington, DC 20580
*Address*

cdelorme@ftc.gov
*E-mail address*

(202) 326-2095
*Telephone number*

(202) 326-3259
*FAX number*