**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**NOTICE OF PLAINTIFFS' MOTIONS IN LIMINE** |

Plaintiffs Federal Trade Commission and the People of the State of New York, by Letitia James, Attorney General of the State of New York, move this Court for an order, based on Federal Rules of Evidence 401, 402, 403, and 408 and Federal Rules of Civil Procedure 26 and 37, that prohibits the introduction of evidence relating to, or reliance on, references to, or arguments based upon: 1) whether Plaintiffs have proffered extrinsic evidence about consumers, advertising, or marketing; 2) whether Plaintiffs have conducted scientific research or human clinical trials; 3) Dr. Mindy Kurzer's opinions on Vitamin D; 4) FTC Guidance; 5) Defendants'

experts' opinions on the amount and type of evidence needed to substantiate the challenged claims; 6) good faith; 7) advice of counsel; 8) research or advertising practices of other companies; 9) FDA approval of Aduhelm; 10) the existence of private litigation involving Prevagen, including the *Collins* class action; and 11) monetary relief.

The motion is based on the grounds that the Court should exclude from trial evidence that is irrelevant to the issues in this litigation, expert opinions that are improper, evidence that is inadmissible, and evidence where any probative value is outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, or wasting time.

Respectfully Submitted,

Date:  October 24, 2023

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK<br>LETITIA JAMES<br>Attorney General of the State of New York |
|---|---|
| By: /s/ *Andrew Wone*<br>ANNETTE SOBERATS<br>EDWARD GLENNON<br>ANDREW WONE<br>TIFFANY M. WOO<br>CHRISTINE LEE DELORME<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, D.C. 20850<br>202-326-2921, asoberats@ftc.gov<br>202-326-3126, eglennon@ftc.gov<br>202-326-2934, awone@ftc.gov<br>202-326-3583, twoo@ftc.gov<br>202-326-2095, cdelorme@ftc.gov<br>202-326-3259 (facsimile)<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | By: /s/ *Kate Matuschak*<br>JANE M. AZIA<br>Bureau Chief<br>KATE MATUSCHAK<br>Assistant Attorney General<br>MARY ALESTRA<br>Special Counsel<br>Consumer Frauds and Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Tel: (212) 416-6189<br>Fax: (212) 416-6003<br>Email: kate.matuschak@ag.ny.gov<br>Email: mary.alestra@ag.ny.gov |

## CERTIFICATE OF SERVICE

I certify that on this 24th day of October 2023, I caused service of the foregoing Notice of Plaintiffs' Motions in Limine to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: October 24, 2023

*/s/ Andrew Wone*
Andrew Wone
Federal Trade Commission