UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

## DECLARATION OF JACLYN M. METZINGER

I, Jaclyn M. Metzinger, declare as follows:

1. I am a member of the Bar of the State of New York and am a Partner with the law firm of Kelley Drye & Warren LLP.

2. I submit this declaration in support of Defendants' Second Motion *In Limine*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Mark Underwood dated April 12, 2022 and filed in this Action on April 13, 2022. (Dkt. No. 223.)

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Kenneth Lerner, dated August 6, 2020.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Mary Sano, Ph.D., dated October 22, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of Janet Wittes, Ph.D., dated October 7, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2023.

_____
JACLYN M. METZINGER