UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS |

**NOTICE OF DEFENDANTS' THIRD MOTION *IN LIMINE***

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all of the pleadings and proceedings heretofore filed and had herein, Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC (collectively, "Quincy") and Mark Underwood (together with Quincy, "Defendants"), by and through their attorneys, will move this Court before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, located at 500 Pearl Street, Courtroom 21C, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rule 403 of the Federal Rules of Evidence, precluding Plaintiffs

1

and their experts from introducing evidence or eliciting testimony related to Mr. Underwood's personal finances, including, but not limited to, evidence relating to his ownership interest in Quincy and any profits he earned from Quincy, along with such other relief as the Court may deem just and proper. Defendants request oral argument on this motion, at a date and time to be determined by the Court.

| | |
|---|---|
| Dated: October 24, 2022<br>New York, New York | KELLEY DRYE & WARREN LLP<br><br>By: */s/ Geoffrey W. Castello*<br>John E. Villafranco (admitted *pro hac vice*)<br>Geoffrey W. Castello<br>Jaclyn M. Metzinger<br>Glenn T. Graham<br>Caitlin R. Hickey<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br>jvillafranco@kelleydrye.com<br>gcastello@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>ggraham@kelleydrye.com<br>chickey@kelleydrye.com<br><br>*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*<br><br>COZEN O'CONNOR P.C.<br><br>By: */s/ Michael de Leeuw*<br>Michael de Leeuw<br>Tamar S. Wise<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 908-1331<br>mdeleeuw@cozen.com<br>twise@cozen.com<br><br>*Counsel for Defendant Mark Underwood* |