ORIGINAL



MEMO ENDORSED

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

November 1, 2023

**Via ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/23
```

Re:  *FTC, et al. v. Quincy Bioscience Holding Co., Inc., et al.*
     Case No. 1:17-cv-00124-LLS

Your Honor:

We write jointly on behalf of Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC and Mark Underwood, and Plaintiffs the Federal Trade Commission and the People of the State of New York, concerning the Parties' proposed briefing schedule set forth below with respect to the Parties' motions in limine filed on October 24, 2023 (Dkt. Nos. 342 to 352) (the "Motions in Limine").

- **November 30, 2023**: Parties file their respective oppositions to the Motions in Limine.

- **December 20, 2023**: Parties file their replies in support of their respective Motions in Limine.

The Parties respectfully request that the Court so order the above schedule.

Respectfully submitted,

/s/ Geoffrey W. Castello
Geoffrey W. Castello
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel:   (212) 808-7800
Fax:   (212) 808-7897
gcastello@kelleydrye.com

So Ordered
Louis L. Stanton
11/2/23

*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. and Quincy Bioscience Manufacturing, LLC*

/s/ Michael B. de Leeuw
Michael B. de Leeuw
Cozen O'Connor
3 WTC, 175 Greenwich Street
Ste 55th Floor
New York, NY 10007
Tel:    212-908-1331
Fax:    212-509-9492
Email: mdeleeuw@cozen.com
*Counsel for Defendant Mark Underwood*

/s/ Edward Glennon
EDWARD GLENNON
ANNETTE SOBERATS
ANDREW WONE
CHRISTINE DELORME
TIFFANY WOO
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20850
202-326-3126, eglennon@ftc.gov
202-326-2921, asoberats@ftc.gov
202-326-2934, awone@ftc.gov
202-326-3259 (facsimile)

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

LETITIA JAMES
Attorney General of the State of New York

By: /s/ Kate Matuschak
JANE M. AZIA
Bureau Chief
MARY ALESTRA
Special Counsel

KATE MATUSCHAK
Assistant Attorney General
Consumer Frauds and Protection Bureau
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6189; Fax: (212) 416-6003
Email: kate.matuschak@ag.ny.gov