

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

November 17, 2023

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

The parties have conferred with their counsel and witnesses and confirmed that a trial beginning February 6, 2024 would be acceptable to all parties (understanding that certain expert witnesses have other professional or academic obligations that may need to be accommodated should their testimony extend over multiple days).  The parties request that the Court set February 6 as the trial date for this matter, or as soon thereafter as the Court may be available.  Should the Court prefer to set trial to begin on a date later than February 6, the parties respectfully request that they be permitted to confirm counsel and witness availability for such a date.

Respectfully submitted,

 /s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General
New York State Office of the Attorney General

cc:   Counsel of Record (via ECF)