

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

December 11, 2023

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

We write on behalf of the parties concerning a proposed briefing schedule for Defendants' Cross-Motion in Limine filed on November 30, 2023 (ECF No. 361). The parties respectfully request that the Court adopt the following schedule:

- December 20, 2023: Plaintiffs file opposition to Defendants' Cross-Motion in Limine;

- January 5, 2024: Defendants file reply in support of their Cross-Motion in Limine.

Respectfully submitted,

 /s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General
New York State Office of the Attorney General

cc:    Counsel of Record (via ECF)