AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-00124-LLS |
| Quincy Bioscience Holding Company, Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of New York, by Letitia James, Attorney General of the State of New York.

Date:   12/20/2023

*/s/ Noah H. Popp*
*Attorney's signature*

Noah H. Popp, 4587721
*Printed name and bar number*

Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
*Address*

noah.popp@ag.ny.gov
*E-mail address*

(212) 416-8915
*Telephone number*

(212) 416-6003
*FAX number*