

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
ASSISTANT ATTORNEY GENERAL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

January 11, 2024

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

The parties have agreed on the below pre-trial deadlines and respectfully request that the Court adopt the below schedule:

- January 12, 2024: Parties to file revised jury instructions and list of trial witnesses/references.

- January 17, 2024: Parties to file revised exhibit lists.

Respectfully submitted,

/s/ *Kate Matuschak*
Kate Matuschak
Assistant Attorney General

cc:    Counsel of Record (via ECF)