```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION and

THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,

            Plaintiffs,

- against -

QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;

QUINCY BIOSCIENCE, LLC, a limited liability company;

PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;

QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and

MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, AND PREVAGEN, INC.,

           Defendants.

17 Civ. 124 (LLS)

ORDER

    Plaintiffs' requests in their January 12, 2024 letter are resolved as follows:

(1)  The requests to compel updated responses to plaintiffs' interrogatories numbers 6 and 20 are denied. If the jury finds defendants liable in this action, plaintiffs may renew those requests prior to the remedy phase of this action.

(2)  The request to compel updated financial records is granted as it may be relevant to issues before the jury, including the establishment of a common enterprise.

So ordered.

Dated:   New York, New York
         January 26, 2024

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                        U.S.D.J.