

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

JANE M. AZIA, CHIEF  
CONSUMER FRAUDS AND PROTECTION BUREAU

January 26, 2024

**By ECF**

Hon. Louis L. Stanton, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

    I am writing on behalf of Plaintiff New York State Attorney General's Office ("NYAG") to respectfully request a short adjournment of the trial in this matter, which is currently scheduled to begin on February 6, 2024, to February 20, 2024, or as soon thereafter as the Court may be available, and that the pre-trial conference scheduled for February 2, 2024 be adjourned to February 16, 2024, or another appropriate date closer to trial. The NYAG is very mindful of Your Honor's Individual Practices, which state that all trial date settings are firm. However, yesterday afternoon, the mother of NYAG's lead attorney on this matter, Kate Matuschak, passed away. As a result, Ms. Matuschak will be unable to participate in a trial that begins on February 6. Ms. Matuschak has been the lead attorney on this case for the past seven years and should participate in the trial. We believe her participation will lead to the best and most efficient presentation of Plaintiffs' case considering her extensive knowledge of the history of the case and the relevant evidence. Plaintiff Federal Trade Commission joins in this request, and Defendants have indicated that they do not object to the NYAG's request to adjourn the trial to February 20, assuming this date is acceptable to the Court and their witnesses have no conflicts. There have not been any previous requests to adjourn the trial date or pre-trial conference date in this matter. We will advise the Court once Defendants have informed us of the availability of their witnesses. In the meantime, we wanted to alert the Court today of this issue since we fully realize that the current trial date of February 6 is rapidly approaching.

2

The NYAG sincerely apologizes for any inconvenience this request for an adjournment may cause for the Court. We are available for a call or conference with the Court to discuss this issue further if that would be helpful.

Respectfully submitted,

  /s/ *Mary Alestra*
Mary Alestra
Special Counsel
New York State Office of the Attorney General
Bureau of Consumer Frauds and Protection
(212) 416-6698
mary.alestra@ag.ny.gov

cc:     Counsel of Record (via ECF)