UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**PLAINTIFF'S PROPOSED JURY VERDICT FORM** |

Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York ("Plaintiff") hereby submits its proposed jury verdict form.

1

1. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen improves memory**?

    a. ____Yes   ____No

   If yes, do you find by a preponderance of the evidence that:

    b. The claim was made more than once?  ____Yes ____No

    c. The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?  ____Yes ____No

    d. The claim was false, misleading, or unsubstantiated at the time it was made?  ____Yes ____No

    e. The claim was likely to mislead consumers acting reasonably under the circumstances?  ____Yes ____No

    f. The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?  ____Yes ____No

2. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen is clinically shown to improve memory**?

    a. ____Yes   ____No

   If yes, do you find by a preponderance of the evidence that:

    b. The claim was made more than once?  ____Yes ____No

    c. The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?  ____Yes ____No

    d. The claim was false, misleading, or unsubstantiated at the time it was made?  ____Yes ____No

    e. The claim was likely to mislead consumers acting reasonably under the circumstances?  ____Yes ____No

    f. The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?  ____Yes ____No

3. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen improves memory within 90 days**?

   a. ____Yes ____ No

   If yes, do you find by a preponderance of the evidence that:

   b. The claim was made more than once?  ____Yes ____ No

   c. The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?  ____Yes ____ No

   d. The claim was false, misleading, or unsubstantiated at the time it was made?  ____Yes ____ No

   e. The claim was likely to mislead consumers acting reasonably under the circumstances?  ____Yes ____ No

   f. The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?  ____Yes ____ No

4. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen is clinically shown to improve memory within 90 days**?

   a. ____Yes ____ No

   If yes, do you find by a preponderance of the evidence that:

   b. The claim was made more than once?  ____Yes ____ No

   c. The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?  ____Yes ____ No

   d. The claim was false, misleading, or unsubstantiated at the time it was made?  ____Yes ____ No

   e. The claim was likely to mislead consumers acting reasonably under the circumstances?  ____Yes ____ No

3

    f.  The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?     ____Yes    ____No

5. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen reduces memory problems associated with aging**?

    a.  ____Yes  ____No

If yes, do you find by a preponderance of the evidence that:

    b.  The claim was made more than once?     ____Yes    ____No

    c.  The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?     ____Yes    ____No

    d.  The claim was false, misleading, or unsubstantiated at the time it was made?     ____Yes    ____No

    e.  The claim was likely to mislead consumers acting reasonably under the circumstances?     ____Yes    ____No

    f.  The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?     ____Yes    ____No

6. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen <u>is clinically shown</u> to reduce memory problems associated with aging**?

    a.  ____Yes  ____No

If yes, do you find by a preponderance of the evidence that:

    b.  The claim was made more than once?     ____Yes    ____No

    c.  The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?     ____Yes    ____No

    d.  The claim was false, misleading, or unsubstantiated at the time it was made?     ____Yes    ____No

    e.  The claim was likely to mislead consumers acting reasonably under the circumstances?     ____Yes    ____ No

    f.  The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?     ____Yes    ____ No

7. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen provides other cognitive benefits, including but not limited to healthy brain function, sharper mind, or clearer thinking**?

    a.  ____Yes    ____ No

If yes, do you find by a preponderance of the evidence that:

    b.  The claim was made more than once?     ____Yes    ____ No

    c.  The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant, unthinking or credulous consumer?     ____Yes    ____ No

    d.  The claim was false, misleading, or unsubstantiated at the time it was made?     ____Yes    ____ No

    e.  The claim was likely to mislead consumers acting reasonably under the circumstances?     ____Yes    ____ No

    f.  The claim was material to consumers, that is, likely to affect their decision to purchase Prevagen?     ____Yes    ____ No

8. Do you find by a preponderance of the evidence that one or more of the Defendants claimed in their advertising that **Prevagen <u>is clinically shown</u> to provide other cognitive benefits, including but not limited to healthy brain function, sharper mind, or clearer thinking**?

    a.  ____Yes    ____ No

If yes, do you find by a preponderance of the evidence that:

    b.  The claim was made more than once?     ____Yes    ____ No

    c.  The claim had the capacity or tendency to deceive not only the average consumer, but also the ignorant,

      unthinking or credulous consumer?    ____Yes    ____ No

  d. The claim was false, misleading, or unsubstantiated
at the time it was made?    ____Yes    ____ No

  e. The claim was likely to mislead consumers acting
reasonably under the circumstances?    ____Yes    ____ No

  f. The claim was material to consumers, that is,
likely to affect their decision to purchase Prevagen?    ____Yes    ____ No

*If you answered "Yes" to part (a) of any of Questions 1 through 8 on this form, proceed to Question 9.*

9. Do you find by a preponderance of the evidence that Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC operated as a common enterprise?

    ____Yes    ____ No

10. If you answer "No" to Question 9, please identify which entity or entities you find by a preponderance of the evidence made or participated in the making of the advertising claims identified in Questions 1 through 8 above:

| | | |
|---|---|---|
| Quincy Bioscience Holding Company, Inc. | ____Yes | ____ No |
| Quincy Bioscience, LLC | ____Yes | ____ No |
| Prevagen, Inc. | ____Yes | ____ No |
| Quincy Bioscience Manufacturing, LLC | ____Yes | ____ No |

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations.  After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below.  Once that is done, notify the Court Security Officer that you have reached a verdict.

SIGNED this _____ day of _____ 2024

_____
JURY FOREPERSON

Dated: New York, New York
January 31, 2024

PEOPLE OF THE STATE OF NEW YORK
BY LETITIA JAMES

Attorney General of the State of New York

By: */s/ Mary Alestra*

JANE M. AZIA
KATE MATUSCHAK
MARY ALESTRA
NOAH H. POPP
EMILY E. SMITH
Consumer Frauds and Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-6189, kate.matuschak@ag.ny.gov
(212) 416-6698, mary.alestra@ag.ny.gov
(212) 416-8915, noah.popp@ag.ny.gov
(212) 416-8316, emily.smith@ag.ny.gov
(212) 416-6003 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2024, I have caused service of the foregoing Plaintiff's Proposed Jury Verdict Form to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: January 31, 2024

*/s/ Mary Alestra*
Mary Alestra
New York State Office of the Attorney General