ORIGINAL

MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/12/24

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU

February 9, 2024

*By ECF*

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

In advance of the trial in this matter scheduled to begin on February 21, 2024, the parties respectfully submit this joint letter requesting additional time to present opening statements. The parties understand that, pursuant to Your Honor's Individual Practices, opening statements shall be limited to 10 minutes, unless the case is unusually complex. The parties have collectively estimated that they will require up to 22 days to present their cases, and believe the opening statements in this case will summarize numerous complex technical issues relating to the evaluation of scientific evidence. Therefore, the parties respectfully request that each party be allotted 20 minutes for opening statements, and that the Court so order this additional allotment of time.

*So Ordered*
*Louis L. Stanton*
*2/12/24*

Respectfully submitted,

/s/ Mary Alestra
Mary Alestra
Special Counsel
New York State Office of the Attorney General
Bureau of Consumer Frauds and Protection
(212) 416-6698
mary.alestra@ag.ny.gov

cc: Counsel of Record (via ECF)