**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>       Plaintiffs,<br><br>      v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>       Defendants. | Case No. 1:17-cv-00124-LLS<br><br><br>**PLAINTIFFS' REVISED TRIAL EXHIBIT LIST** |

  Pursuant to this Court's Order granting leave to amend at the February 15, 2024 Pre-Trial Conference, Plaintiffs, the Federal Trade Commission and the People of the State of New York, by Letitia James, Attorney General of the State of New York, respectfully submit the attached

revised trial exhibit list.  Attached as **Exhibit 1** is a list of exhibits Plaintiffs intend to introduce at trial, including those exhibits to which the Defendants have objected.[1]

Dated:  February 20, 2024

| FEDERAL TRADE COMMISSION | PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, |
|---|---|
| */s/ Andrew Wone* | Attorney General of the State of New York |
| ANNETTE SOBERATS | |
| EDWARD GLENNON | By:  */s/ Kate Matuschak* |
| ANDREW WONE | JANE M. AZIA |
| TIFFANY M. WOO | KATE MATUSCHAK |
| CHRISTINE LEE DELORME | MARY ALESTRA |
| Federal Trade Commission | NOAH H. POPP |
| 600 Pennsylvania Avenue, NW | EMILY E. SMITH |
| Washington, D.C. 20850 | Consumer Frauds and Protection Bureau |
| 202-326-2921, asoberats@ftc.gov | 28 Liberty Street |
| 202-326-3126, eglennon@ftc.gov | New York, NY 10005 |
| 202-326-2934, awone@ftc.gov | 212-416-6189, kate.matuschak@ag.ny.gov |
| 202-326-3583, twoo@ftc.gov | 212-416-6698, mary.alestra@ag.ny.gov |
| 202-326-2095, cdelorme@ftc.gov | 212-416-8915, noah.popp@ag.ny.gov |
| 202-326-3259 (facsimile) | 212-416-8316, emily.smith@ag.ny.gov |
| | 212-416-6003 (facsimile) |
| *Attorneys for Plaintiff* | |
| FEDERAL TRADE COMMISSION | *Attorneys for Plaintiff* |
| | PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, |
| | Attorney General of the State of New York |

---

[1] As stated in their last exhibit list filing (ECF No. 390), Plaintiffs have removed from their exhibit list the FDA Warning Letter that was the subject of Defendants' First Motion in Limine (ECF No. 345), and Quincy's response thereto, based on the parties' representations that they would not introduce evidence of or elicit testimony relating to those documents or the FDA Close-Out Letter (ECF No. 346-1) during the jury trial.  However, as stated in Plaintiffs' response to Defendants' First Motion in Limine (ECF No. 357 n.2), Plaintiffs reserve the right to seek to use those documents as exhibits in the event Defendants introduce, and the Court admits, evidence relating to the Close-Out Letter.  *See also* Jan. 8, 2024 Order on Mots. in Lim. (ECF No. 379) at 3 (noting the parties' agreement and reserving decision on the motion for trial "[f]ailing that resolution").

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2024, I have caused service of the foregoing Plaintiffs' Revised Trial Exhibit List to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: February 20, 2024

*/s/ Andrew Wone*
Andrew Wone
Federal Trade Commission