# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>        Plaintiffs,<br><br>     v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>        Defendants. | Case No. 1:17-cv-00124-LLS<br><br><br><br>**REVISED TRIAL EXHIBIT LIST** |

Pursuant to the parties' Stipulation of Agreed Findings filed on February 21, 2024, Plaintiffs, the Federal Trade Commission and the People of the State of New York, by Letitia James, Attorney General of the State of New York, respectfully submit the attached revised trial exhibit list.  Attached as **Exhibit 1**, and submitted on behalf of all parties, is the parties' Joint Trial Exhibit List, listing the joint exhibits the parties agree may be received into evidence.

Dated:  February 21, 2024

FEDERAL TRADE COMMISSION

    */s/ Tiffany M. Woo*
ANNETTE SOBERATS
EDWARD GLENNON
ANDREW WONE
TIFFANY M. WOO
CHRISTINE LEE DELORME
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20850
202-326-2921, asoberats@ftc.gov
202-326-3126, eglennon@ftc.gov
202-326-2934, awone@ftc.gov
202-326-3583, twoo@ftc.gov
202-326-2095, cdelorme@ftc.gov
202-326-3259 (facsimile)

*Attorneys for Plaintiff*
FEDERAL TRADE COMMISSION

PEOPLE OF THE STATE OF NEW YORK
BY LETITIA JAMES,
Attorney General of the State of New York

By:  */s/ Kate Matuschak*
JANE M. AZIA
KATE MATUSCHAK
MARY ALESTRA
NOAH H. POPP
EMILY E. SMITH
Consumer Frauds and Protection Bureau
28 Liberty Street
New York, NY 10005
212-416-6189, kate.matuschak@ag.ny.gov
212-416-6698, mary.alestra@ag.ny.gov
212-416-8915, noah.popp@ag.ny.gov
212-416-8316, emily.smith@ag.ny.gov
212-416-6003 (facsimile)

*Attorneys for Plaintiff*
PEOPLE OF THE STATE OF NEW
YORK, BY LETITIA JAMES,
Attorney General of the State of New York

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2024, I have caused service of the

foregoing Revised Trial Exhibit List to be made by electronic filing with the Clerk of the Court

using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


Dated: February 21, 2024

*/s/ Tiffany M. Woo*
Tiffany M. Woo
Federal Trade Commission