*FTC v. Quincy Bioscience Holding Co., et al.,*  Case No. 1:17-cv-00124-LLS

Joint Exhibit List

| Exhibit Number | Exhibit Title/Description | Beg Bates # | End Bates # |
|---|---|---|---|
| JX-1 | Washington University, St. Louis, "AD8 Dementia Screening Interview", *The Eight-item Informant Interview to Differentiate Aging and Dementia* | QUI-FTCNY-00189547 | QUI-FTCNY-00189549 |
| JX-2 | INTENTIONALLY LEFT BLANK | | |
| JX-3 | INTENTIONALLY LEFT BLANK | | |
| JX-4 | INTENTIONALLY LEFT BLANK | | |
| JX-5 | CogState Research Manual (2008) | QUI-FTCNY-00062268 | QUI-FTCNY-00062316 |
| JX-6 | INTENTIONALLY LEFT BLANK | | |
| JX-7 | INTENTIONALLY LEFT BLANK | | |
| JX-8 | INTENTIONALLY LEFT BLANK | | |
| JX-9 | INTENTIONALLY LEFT BLANK | | |
| JX-10 | INTENTIONALLY LEFT BLANK | | |
| JX-11 | INTENTIONALLY LEFT BLANK | | |
| JX-12 | INTENTIONALLY LEFT BLANK | | |
| JX-13 | CogState Research File Format Specifications (2020) | COGSTATE-0000033 | COGSTATE-0000041 |
| JX-14 | INTENTIONALLY LEFT BLANK | | |
| JX-15 | INTENTIONALLY LEFT BLANK | | |
| JX-16 | INTENTIONALLY LEFT BLANK | | |
| JX-17 | INTENTIONALLY LEFT BLANK | | |
| JX-18 | Madison Memory Study Recruitment Document | QUI-FTCNY-00068566 | QUI-FTCNY-00068566 |
| JX-19 | INTENTIONALLY LEFT BLANK | | |
| JX-20 | INTENTIONALLY LEFT BLANK | | |
| JX-21 | CogState Data: Guidelines for analysis | QUINCYFTC-010623 | QUINCYFTC-010631 |
| JX-22 | INTENTIONALLY LEFT BLANK | | |
| JX-23 | INTENTIONALLY LEFT BLANK | | |
| JX-24 | INTENTIONALLY LEFT BLANK | | |
| JX-25 | INTENTIONALLY LEFT BLANK | | |
| JX-26 | INTENTIONALLY LEFT BLANK | | |
| JX-27 | INTENTIONALLY LEFT BLANK | | |
| JX-28 | INTENTIONALLY LEFT BLANK | | |
| JX-29 | Ofori-Anti, A.O. et al., Establishing objective protection limits for the pepsin digestion assay used in the assessment of genetically modified foods, Regulatory Toxicology and Pharmacology Vol. 52:94-103 (2008) | NYAG-QUINCY-0001967 | NYAG-QUINCY-0001976 |
| JX-30 | Goodman, R., Bioinformatic Analysis of Apoaequorin to Assess Potential Allergenic Cross-Reactivity (Sponsor Quincy Bioscience), University of Nebraska Food Allergy Research and Resource Program (8/19/2010) | QUI-FTCNY-00000523 | QUI-FTCNY-00000810 |
| JX-31 | Lerner, K., Quincy Bioscience, LLC, Madison Memory Study: A Randomized, Double-Blinded, Placebo-Controlled Trial of Apoaequorin in Community-Dwelling, Older Adults (8/1/2016) | QUI-FTCNY-00003696 | QUI-FTCNY-00003705 |

| Exhibit Number | Exhibit Title/Description | Beg Bates # | End Bates # |
|---|---|---|---|
| JX-32 | Moran, D. et al., Effects of a Supplement Containing Apoaequorin on Verbal Learning in Older Adults in the Community, Advances in Mind Body Medicine Vol 30, No. 1:4-11 (2016) | QUI-FTCNY-00003811 | QUI-FTCNY-00003818 |
| JX-33 | INTENTIONALLY LEFT BLANK | | |
| JX-34 | Madison Memory Study (MMS) Outline- Protocol | QUI-FTCNY-00068424 | QUI-FTCNY-00068429 |
| JX-35 | Custom Biologics Apoaequorin from Dog CSF and Plasma Samples for Quincy (4/11/2011) | QUI-FTCNY-00077448 | QUI-FTCNY-00077460 |
| JX-36 | Custom Biologics Development of ELISA and ECL for the Quantification of Apoaequorin for Quincy (2/15/2011) | QUI-FTCNY-00077461 | QUI-FTCNY-00077475 |
| JX-37 | Adams, E. et al., Orally administered apoaequorin protects neurons from oxygen-glucose deprivation., UW-Milwaukee Departments of Psychology and Biological Sciences | QUI-FTCNY-00077476 | QUI-FTCNY-00077481 |
| JX-38 | INTENTIONALLY LEFT BLANK | | |
| JX-39 | Apoaequorin Chemical Report by Quincy- formula, weight, structure | QUI-FTCNY-00090916 | QUI-FTCNY-00090916 |
| JX-40 | INTENTIONALLY LEFT BLANK | | |
| JX-41 | INTENTIONALLY LEFT BLANK | | |
| JX-42 | "The Effects of the Calcium Binding Protein Apoaequorin on Memory and Cognitive Functioning in Older Adults" poster- MMS study | QUI-FTCNY-00110537 | QUI-FTCNY-00110537 |
| JX-43 | INTENTIONALLY LEFT BLANK | | |
| JX-44 | Quincy Org Chart with individual names (4/2020) | QUI-FTCNY-00122222 | QUI-FTCNY-00122222 |
| JX-45 | "ICAD" subject emails- KC Lerner to Mark Underwood; ICAD Final.pdf attached (6/21/2010) | QUI-FTCNY-00148150 | QUI-FTCNY-00148152 |
| JX-46 | INTENTIONALLY LEFT BLANK | | |
| JX-47 | INTENTIONALLY LEFT BLANK | | |
| JX-48 | INTENTIONALLY LEFT BLANK | | |
| JX-49 | INTENTIONALLY LEFT BLANK | | |
| JX-50 | Underwood, M.Y., et al., The Effects of the Calcium Binding Protein Apoaequorin on Memory and Cognitive Functioning in Older Adults, Quincy Bioscience (2011 MMS) | QUI-FTCNY-00185023 | QUI-FTCNY-00185031 |
| JX-51 | INTENTIONALLY LEFT BLANK | | |
| JX-52 | INTENTIONALLY LEFT BLANK | | |
| JX-53 | INTENTIONALLY LEFT BLANK | | |
| JX-54 | INTENTIONALLY LEFT BLANK | | |
| JX-55 | INTENTIONALLY LEFT BLANK | | |
| JX-56 | INTENTIONALLY LEFT BLANK | | |
| JX-57 | INTENTIONALLY LEFT BLANK | | |
| JX-58 | INTENTIONALLY LEFT BLANK | | |

| Exhibit Number | Exhibit Title/Description | Beg Bates # | End Bates # |
|---|---|---|---|
| JX-59 | INTENTIONALLY LEFT BLANK | | |
| JX-60 | INTENTIONALLY LEFT BLANK | | |
| JX-61 | INTENTIONALLY LEFT BLANK | | |
| JX-62 | INTENTIONALLY LEFT BLANK | | |
| JX-63 | INTENTIONALLY LEFT BLANK | | |
| JX-64 | INTENTIONALLY LEFT BLANK | | |
| JX-65 | INTENTIONALLY LEFT BLANK | | |
| JX-66 | INTENTIONALLY LEFT BLANK | | |
| JX-67 | INTENTIONALLY LEFT BLANK | | |
| JX-68 | INTENTIONALLY LEFT BLANK | | |
| JX-69 | INTENTIONALLY LEFT BLANK | | |
| JX-70 | Quincy Bioscience organizational chart (7/2015) | QUINCYFTC-000001 | QUINCYFTC-000001 |
| JX-71 | INTENTIONALLY LEFT BLANK | | |
| JX-72 | Assessment of the stability of the Apoaequorin protein in pepsin at pH 1.2 and 2.0-Final Report, Goodman and Ofori-Anti (2010) | QUINCYFTC-012963 | QUINCYFTC-012988 |
| JX-73 | INTENTIONALLY LEFT BLANK | | |
| JX-74 | INTENTIONALLY LEFT BLANK | | |
| JX-75 | INTENTIONALLY LEFT BLANK | | |
| JX-76 | Prevagen MMS Informed Consent form (CONFIDENTIAL) | QUINCYFTC-525593 | QUINCYFTC-525599 |
| JX-77 | Cogstate Research: Guidelines for Analysis (Version 2/2/2020) | COGSTATE-0000017 | COGSTATE-0000032 |
| JX-78 | Task Descriptions: CogState | COGSTATE-0003016 | COGSTATE-0003032 |
| JX-79 | The Brain Health Guide (New Fifth Edition) (2016) | FTC-0000084.0001 | FTC-0000084.0049 |
| JX-80 | Exhibit D (spreadsheet, untitled) (MMS DATA) | FTC-0006863 | FTC-0006863 |
| JX-81 | Caron Testimonial | QUI-FTCNY-00190521 | QUI-FTCNY-00190521 |
| JX-82 | Daniel Testimonial | QUI-FTCNY-00190522 | QUI-FTCNY-00190522 |
| JX-83 | Aline Testimonial | QUI-FTCNY-00190523 | QUI-FTCNY-00190523 |
| JX-84 | Eileen Testimonial | QUI-FTCNY-00190524 | QUI-FTCNY-00190524 |
| JX-85 | Barbara Testimonial | QUI-FTCNY-00190525 | QUI-FTCNY-00190525 |
| JX-86 | John Testimonial | QUI-FTCNY-00190526 | QUI-FTCNY-00190526 |
| JX-87 | Katie Testimonial | QUI-FTCNY-00190527 | QUI-FTCNY-00190527 |
| JX-88 | John & Sherry Testimonial | QUI-FTCNY-00190528 | QUI-FTCNY-00190528 |
| JX-89 | Todd Testimonial | QUI-FTCNY-00190529 | QUI-FTCNY-00190529 |
| JX-90 | Lea Testimonial | QUI-FTCNY-00190530 | QUI-FTCNY-00190530 |
| JX-91 | Pat Testimonial | QUI-FTCNY-00190532 | QUI-FTCNY-00190532 |
| JX-92 | Steve Testimonial | QUI-FTCNY-00190533 | QUI-FTCNY-00190533 |
| JX-93 | Underwood, M.Y., Sivesind, P.A., Gabourie, T.A., K, & Lerner, K.C., "Madison Memory Study: A Randomized, Double-Blinded, Placebo- Controlled Trial of Apoaequorin in Community Dwelling Older Adults," 2014 | QUI-FTCNY-00091501 | QUI-FTCNY-00091518 |
| JX-94 | Moran, et al., Safety assessment of the calcium-binding protein, apoaequorin, expressed by *Escherichia coli*, Regulatory Toxicology and Pharmacology Vol 69:243-249 (2014) | QUI-FTCNY-00119483 | QUI-FTCNY-00119489 |
| JX-95 | Stipulation of Agreed Findings (2/21/2024) | N/A | N/A |