**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>     Plaintiffs,<br><br>     v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>     Defendants. | Case No. 1:17-cv-00124-LLS |

**DEFENDANTS' NOTICE OF FILING OF REVISED VERDICT FORM**

  **PLEASE TAKE NOTICE** that Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC (collectively, "Quincy") hereby file a Revised Verdict Form. The Revised Verdict Form is attached hereto as Exhibit A. A redline showing the changes between Defendants' Revised Verdict Form and initial Verdict Form is attached hereto as Exhibit B.

| | |
|---|---|
| Dated: March 6, 2024<br>New York, New York | KELLEY DRYE & WARREN LLP<br><br>By: */s/ Geoffrey W. Castello*<br>John E. Villafranco (admitted *pro hac vice*)<br>Geoffrey W. Castello<br>William A. Escobar<br>Jaclyn M. Metzinger<br>Glenn T. Graham<br>Caitlin R. Hickey<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br>jvillafranco@kelleydrye.com<br>gcastello@kelleydrye.com<br>wescobar@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>ggraham@kelleydrye.com<br>chickey@kelleydrye.com<br><br>*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC* |