# EXHIBIT A

DEFENDANTS' PROPOSED VERDICT FORM

**I.     Quincy Bioscience Holding Company, Inc.**

**Issue A:  New York General Business Law § 349**

As you have been instructed, in order to establish a violation of New York General Business Law § 349, each of the following elements must be established by a preponderance of the evidence:

> (1) that Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Quincy Bioscience Manufacturing, LLC and Prevagen, Inc. (collectively, referred to as "Quincy Bioscience") engaged in an act or practice that is deceptive or misleading in a material way;
>
> (2) that consumers suffered injury as a result; and
>
> (3) that the alleged deceptive business practices were aimed at consumers.

1. Do you find that Quincy Bioscience relied upon "competent and reliable scientific evidence," defined as "tests, analyses, research, studies, or other evidence based on the expertise of professionals in the relevant area, that have been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to yield accurate and reliable results"?

   YES _____          NO _____

   *If you responded YES to Question 1, please proceed to Issue B.*

   *If you responded NO to Question 1, please proceed to Question 2.*

2. Do you find that Plaintiff established by a preponderance of the evidence that Quincy Bioscience engaged in an act or practice that is deceptive or misleading in a material way?

   YES _____          NO _____

   *If you responded NO to Question 2, please proceed to Issue B.*

   *If you responded YES to Question 2, please proceed to Question 3.*

3. Which of the following claims do you find to be deceptive or misleading in a material way?

   Prevagen improves memory _____

   Prevagen is clinically shown to improve memory _____

   Prevagen improves memory within 90 days \_\_\_\_\_

   Prevagen is clinically shown to improve memory within 90 days \_\_\_\_\_

   Prevagen reduces memory problems associated with aging \_\_\_\_\_

   Prevagen is clinically shown to reduce memory problems associated with aging \_\_\_\_\_

   Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

   Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

4. Do you find that there is more than one reasonable interpretation for any of the claims that you selected in Question 3?  Please indicate YES or NO with respect to each claim that you selected in Question 3 (and only those claims).

   Prevagen improves memory \_\_\_\_\_

   Prevagen is clinically shown to improve memory \_\_\_\_\_

   Prevagen improves memory within 90 days \_\_\_\_\_

   Prevagen is clinically shown to improve memory within 90 days \_\_\_\_\_

   Prevagen reduces memory problems associated with aging \_\_\_\_\_

   Prevagen is clinically shown to reduce memory problems associated with aging \_\_\_\_\_

   Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

   Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

*If you answered YES to any of the claims identified in Question 4, you have identified implied claims.  Please proceed to Question 5.*

*If you answered NO to any of the claims identified in Question 3, you have identified express claims.  Please proceed to Question 6.*

*If you answered YES to some and NO to some, please proceed to Questions 5 and 6.*

5. For the claims to which you answered YES in Question 4 (i.e. implied claims), please indicate YES or NO as to whether you find that Plaintiff has presented sufficient extrinsic evidence, such as consumer surveys, to prove how a significant portion of reasonable consumers interpreted those claims.

   Prevagen improves memory _____

   Prevagen is clinically shown to improve memory _____

   Prevagen improves memory within 90 days _____

   Prevagen is clinically shown to improve memory within 90 days _____

   Prevagen reduces memory problems associated with aging _____

   Prevagen is clinically shown to reduce memory problems associated with aging _____

   Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking _____

   Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking _____

6. For the claims to which you answered NO in Question 4 (i.e. express claims) and YES in Question 5 (i.e. implied claims for which Plaintiff has presented sufficient extrinsic evidence), do you find that Plaintiff established by a preponderance of the evidence that consumers suffered an injury as a result of those claims?

   YES _____          NO _____

   *If you responded NO to Question 6, please proceed to Issue B.*

   *If you responded YES to Question 6, please proceed to Question 7.*

7. Do you find that Plaintiff established by a preponderance of the evidence that the alleged deceptive business practices were aimed at consumers?

   YES _____          NO _____

   *If you responded YES to Question 7, please proceed to Question 8.*

3

8. Which of the Quincy Bioscience entities do you find engaged acts that were deceptive or misleading in a material way:

        Quincy Bioscience Holding Company, Inc. \_\_\_\_\_

        Quincy Bioscience, LLC \_\_\_\_\_

        Quincy Bioscience Manufacturing, LLC \_\_\_\_\_

        Prevagen, Inc. \_\_\_\_\_

*Please proceed to Issue B.*

**Issue B:  New York General Business Law § 350**

As you have been instructed, in order to establish a violation of New York General Business Law § 350, each of the following elements must be established by a preponderance of the evidence:

>1) that an advertisement disseminated by Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Quincy Bioscience Manufacturing, LLC, and Prevagen Inc. (collectively referred to as "Quincy Bioscience)") had an impact on consumers at large;

>(2) was deceptive or misleading in a material way; and

>(3) resulted in injury to consumers.

1. Do you find that Quincy Bioscience relied upon "competent and reliable scientific evidence," defined as "tests, analyses, research, studies, or other evidence based on the expertise of professionals in the relevant area, that have been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to yield accurate and reliable results"?

    YES _____              NO _____

    *If you responded YES to Question 1, please proceed to Question 2.*

2. Do you find that Plaintiff established by a preponderance of the evidence that Quincy Bioscience disseminated an advertisement that was deceptive or misleading in a material way and had an impact on consumers at large?

    YES _____              NO _____

    *If you responded YES to Question 2, please proceed to Question 3.*

3. Which of the following claims were deceptive or misleading in a material way and had an impact on consumers at large?

    Prevagen improves memory _____

    Prevagen is clinically shown to improve memory _____

    Prevagen improves memory within 90 days _____

    Prevagen is clinically shown to improve memory within 90 days _____

5

      Prevagen reduces memory problems associated with aging \_\_\_\_\_

      Prevagen is clinically shown to reduce memory problems associated with aging \_\_\_\_\_

      Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

      Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

4. Do you find that there is more than one reasonable interpretation for any of the claims that you selected in Question 3?  Please indicate YES or NO with respect to each claim that you selected in Question 3 (and only those claims).

      Prevagen improves memory \_\_\_\_\_

      Prevagen is clinically shown to improve memory \_\_\_\_\_

      Prevagen improves memory within 90 days \_\_\_\_\_

      Prevagen is clinically shown to improve memory within 90 days \_\_\_\_\_

      Prevagen reduces memory problems associated with aging \_\_\_\_\_

      Prevagen is clinically shown to reduce memory problems associated with aging \_\_\_\_\_

      Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

      Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

*If you answered YES to any of the claims identified in Question 4, you have identified implied claims.  Please proceed to Question 5.*

*If you answered NO to any of the claims identified in Question 4, you have identified express claims.  Please proceed to Question 6.*

*If you answered YES to some and NO to some, please proceed to Questions 5 and 6.*

5. For the claims to which you answered YES in Question 4 (i.e. implied claims), please indicate YES or NO as to whether you find that Plaintiff has presented sufficient extrinsic evidence, such as consumer surveys, to prove how a significant portion of reasonable consumers interpreted those claims.

    Prevagen improves memory \_\_\_\_\_

    Prevagen is clinically shown to improve memory \_\_\_\_\_

    Prevagen improves memory within 90 days \_\_\_\_\_

    Prevagen is clinically shown to improve memory within 90 days \_\_\_\_\_

    Prevagen reduces memory problems associated with aging \_\_\_\_\_

    Prevagen is clinically shown to reduce memory problems associated with aging \_\_\_\_\_

    Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

    Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking \_\_\_\_\_

6. For the claims to which you answered NO in Question 4 (i.e. express claims) and YES in Question 5 (i.e. implied claims for which Plaintiff has presented sufficient extrinsic evidence), do you find that Plaintiff established by a preponderance of the evidence that the claims resulted in injury to consumers?

    YES \_\_\_\_\_                  NO \_\_\_\_\_

7. Which of the Quincy Bioscience entities do you find engaged acts that were deceptive or misleading in a material way:

    Quincy Bioscience Holding Company, Inc. \_\_\_\_\_

    Quincy Bioscience, LLC \_\_\_\_\_

    Quincy Bioscience Manufacturing, LLC \_\_\_\_\_

    Prevagen, Inc. \_\_\_\_\_

*Please proceed to the next page.*

*You are finished.  Each juror who agrees with this verdict must sign below:*

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____