**The People of the State of New York v. Quincy, et al.**
17-cv-124
**Verdict Form**

1. Did the Quincy Defendants support all of the Prevagen claims with "competent and reliable scientific evidence?"

   ___ Yes  _X_ No

*If yes, you have completed the verdict form. Please sign your names on the last page and inform the marshal that you are ready to return to the courtroom. If no, continue to question 2.*

**CHARGE 1:** New York General Business Law section 349

2. Which of the Challenged statements were conveyed by one or more of the Quincy Defendants? Please write YES for all that apply.

   a. Prevagen improves memory  Yes

   b. Prevagen is clinically shown to improve memory  Yes

   c. Prevagen improves memory within 90 days  Yes

   d. Prevagen is clinically shown to improve memory within 90 days  Yes

   e. Prevagen reduces memory problems associated with aging  Yes

   f. Prevagen is clinically shown to reduce memory problems associated with aging  Yes

   g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  Yes

   h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  Yes

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 2**. If you marked YES for any of the Challenged Statements, continue to question 3.*

1

3. For the Challenged Statement(s) marked YES on question 2, did it lack support by "competent and reliable scientific evidence?" Please write YES for each that lacked such support.

   a. Prevagen improves memory  Yes

   b. Prevagen is clinically shown to improve memory  Yes

   c. Prevagen improves memory within 90 days  Yes

   d. Prevagen is clinically shown to improve memory within 90 days  Yes

   e. Prevagen reduces memory problems associated with aging  Yes

   f. Prevagen is clinically shown to reduce memory problems associated with aging  Yes

   g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  Yes

   h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  Yes

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 2**. If you marked YES for any of the Challenged Statements, continue to question 4.*

4. For the Challenged Statement(s) marked YES on question 3, was it materially misleading? Please mark YES for all that apply.

   a. Prevagen improves memory  No

   b. Prevagen is clinically shown to improve memory  No

   c. Prevagen improves memory within 90 days  No

   d. Prevagen is clinically shown to improve memory within 90 days  No

   e. Prevagen reduces memory problems associated with aging  Yes

   f. Prevagen is clinically shown to reduce memory problems associated with aging  Yes

   g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  No

h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __NO__

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 2**. If you marked YES for any of the Challenged Statements, continue to question 5.*

5. For the Challenged Statement(s) marked YES on question 4, was it consumer oriented? Please mark YES for all that apply.

    a. Prevagen improves memory __yes__

    b. Prevagen is clinically shown to improve memory __yes__

    c. Prevagen improves memory within 90 days __yes__

    d. Prevagen is clinically shown to improve memory within 90 days __yes__

    e. Prevagen reduces memory problems associated with aging __yes__

    f. Prevagen is clinically shown to reduce memory problems associated with aging __yes__

    g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

    h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 2**. If you marked YES for any of the Challenged Statements, continue to question 6.*

6. Did the Quincy Defendants act as a common enterprise for the Challenged Statement(s) marked YES on question 5?

    __X__ Yes  ____ No

*If yes, skip to charge 2. If no, continue to question 7.*

7. Which of the Quincy Defendants made the Challenged Statement(s) marked YES on question 5?

    _____

## CHARGE 2: New York General Business Law section 350

8. Which of the Challenged Statements were conveyed by one or more of the Quincy Defendants? Please write YES for all that apply.

   a. Prevagen improves memory  yes

   b. Prevagen is clinically shown to improve memory  yes

   c. Prevagen improves memory within 90 days  yes

   d. Prevagen is clinically shown to improve memory within 90 days  yes

   e. Prevagen reduces memory problems associated with aging  yes

   f. Prevagen is clinically shown to reduce memory problems associated with aging  yes

   g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  yes

   h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking  yes

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 3**. If you marked YES for any of the Challenged Statements, continue to question 9.*

9. For the Challenged Statement(s) marked YES on question 8, did it lack support by "competent and reliable scientific evidence?" Please write YES for each that lacked such support.

   a. Prevagen improves memory  yes

   b. Prevagen is clinically shown to improve memory  yes

   c. Prevagen improves memory within 90 days  yes

   d. Prevagen is clinically shown to improve memory within 90 days  yes

   e. Prevagen reduces memory problems associated with aging  yes

   f. Prevagen is clinically shown to reduce memory problems associated with aging  yes

4

g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 3**. If you marked YES for any of the Challenged Statements, continue to question 10.*

10. For the Challenged Statement(s) marked YES on question 9, was it materially misleading? Please mark YES for all that apply.

    a. Prevagen improves memory ~~yes~~ NO

    b. Prevagen is clinically shown to improve memory __NO__

    c. Prevagen improves memory within 90 days __NO__

    d. Prevagen is clinically shown to improve memory within 90 days __NO__

    e. Prevagen reduces memory problems associated with aging __yes__

    f. Prevagen is clinically shown to reduce memory problems associated with aging __yes__

    g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __NO__

    h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __NO__

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 3**. If you marked YES for any of the Challenged Statements, continue to question 11.*

11. For the Challenged Statement(s) marked YES on question 10, was it consumer-oriented? Please mark YES for all that apply.

    a. Prevagen improves memory _____

    b. Prevagen is clinically shown to improve memory _____

    c. Prevagen improves memory within 90 days _____

    d. Prevagen is clinically shown to improve memory within 90 days _____

    e. Prevagen reduces memory problems associated with aging __yes__

5

f. Prevagen is clinically shown to reduce memory problems associated with aging  __yes__

g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking _____

h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking _____

*If you did not mark YES for any of the Challenged Statements, skip to **CHARGE 3**. If you marked YES for any of the Challenged Statements, continue to question 12.*

12. Did the Quincy Defendants act as a common enterprise for the Challenged Statement(s) marked YES on question 11?

    __X__ Yes  ____ No

*If yes, skip to charge 3. If no, continue to question 13.*

13. Which of the Quincy Defendants made the Challenged Statement(s) marked YES on question 11?

    _____

**CHARGE 3:** New York Executive Law Section 63(12)

14. Which of the Challenged Statements were conveyed by one or more of the Quincy Defendants? Please write YES for all that apply.

    a. Prevagen improves memory __yes__

    b. Prevagen is clinically shown to improve memory __yes__

    c. Prevagen improves memory within 90 days __yes__

    d. Prevagen is clinically shown to improve memory within 90 days __yes__

    e. Prevagen reduces memory problems associated with aging __yes__

    f. Prevagen is clinically shown to reduce memory problems associated with aging __yes__

    g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

    h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

*If you did not mark YES for any of the Challenged Statements, you have completed the verdict form. Please sign your names on the last page and inform the marshal that you are ready to return to the courtroom. If you marked YES for any of the Challenged Statements, continue to question 15.*

15. For the Challenged Statements (s) which you marked YES on question 14, was it repeated or persistent? Please mark YES for all that apply.

    a. Prevagen improves memory __yes__

    b. Prevagen is clinically shown to improve memory __yes__

    c. Prevagen improves memory within 90 days __yes__

    d. Prevagen is clinically shown to improve memory within 90 days __yes__

    e. Prevagen reduces memory problems associated with aging __yes__

    f. Prevagen is clinically shown to reduce memory problems associated with aging __yes__

g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

*If you did not mark YES for any of the Challenged Statements, you have completed the verdict form. Please sign your names on the last page and inform the marshal that you are ready to return to the courtroom. If you marked YES for any of the Challenged Statements, continue to question 16.*

16. For the Challenged Statements (s) marked YES on question 15, did it have the capacity or the tendency to deceive? Please mark YES for all that apply.

    a. Prevagen improves memory __yes__

    b. Prevagen is clinically shown to improve memory __yes__

    c. Prevagen improves memory within 90 days __yes__

    d. Prevagen is clinically shown to improve memory within 90 days __yes__

    e. Prevagen reduces memory problems associated with aging __yes__

    f. Prevagen is clinically shown to reduce memory problems associated with aging __yes__

    g. Prevagen provides other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

    h. Prevagen is clinically shown to provide other cognitive benefits, including but not limited to healthy brain function, a sharper mind, and clearer thinking __yes__

*If you did not mark YES for any of the Challenged Statements, you have completed the verdict form. Please sign your names on the last page and inform the marshal that you are ready to return to the courtroom. If you marked YES for any of the Challenged Statements, continue to question 17.*

17. Did the Quincy Defendants act as a common enterprise for the Challenged Statement(s) marked YES in question 16?

                                                              __✓__ Yes  ___ No

*If no, continue to question 18. If yes, you have completed the verdict form. Please sign your names on the last page and inform the marshal that you are ready to return to the courtroom.*

18. Which of the Quincy Defendants made the Challenged Statement(s) marked YES in question 16?

    <u>All Quincy Defendants, Quincy LLC, Quincy Bioscience</u>
    <u>Mark Underwood.</u>

*Please sign on the next page.*

**YOU HAVE NOW COMPLETED YOUR DELIBERATIONS. SIGN THIS VERDICT FORM AND INFORM THE MARSHAL THAT YOU ARE READY TO RETURN TO THE COURTROOM.**

_Shawn Charles_

_Destiny McNeal_

_Lisa Thompson_

_[signature]_

_[signature]_

_Marcell Bonitto_

_[signature]_

DATE: 3-11-24