**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**NOTICE OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW BY PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK** |

Plaintiff the People of the State of New York, by Letitia James, Attorney General of the State of New York, renews its motion to this Court for an order, pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, entering judgment as a matter of law in favor of Plaintiff on the element of materiality for Plaintiff's General Business Law Section 349 and 350 claims.

The motion is based on the grounds that all eight of the challenged advertising claims that Defendants made to consumers, including the six that the jury found to lack materiality, are health-related, express claims about the central characteristics of Prevagen and are therefore presumed to be material as a matter of law. Because Defendants failed to present any evidence

whatsoever to rebut this presumption or the testimony affirmatively supporting materiality from their own witnesses, no reasonable jury could have found the claims to be anything other than material.

Date: April 8, 2024

By: ______________________________

Noah H. Popp
New York State Office of the Attorney General
Consumer Frauds and Protection Bureau
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8915
noah.popp@ag.ny.gov

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of April 2024, I served via ECF the foregoing Notice of Renewed Motion for Judgment as a Matter of Law by People of the State of New York by Letitia James, Attorney General of the State of New York.

Noah H. Popp

Geoffrey W. Castello, III
Glenn T. Graham
Jaclyn M. Metzinger
Caitlin Hickey
Damon Suden
William Escobar
Kelley Drye & Warren LLP
3 WTC, 175 Greenwich St.
New York, NY 10007
(212) 808-7800
gcastello@kelleydrye.com
ggraham@kelleydrye.com
jmetzinger@kelleydrye.com
chickey@kelleydrye.com
dsuden@kelleydrye.com
wescobar@kelleydrye.com

John H. Villafranco
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
(202) 342-8423
jvillafranco@kelleydrye.com

*Attorneys for Defendants Quincy Bioscience Holding Co., Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC*

Michael B. de Leeuw
Tamar S. Wise
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St
55th Floor
New York, NY 10007
(212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com
agiglio@cozen.com

Robert Clark
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2041
robertclark@cozen.com

John B. Kelly
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
(212) 413-1000
jbkelly@wlrk.com

*Attorneys for Defendant Mark Underwood*

Annette Soberats
Edward Glennon
Andrew Wone
Christine DeLorme
Tiffany Woo
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20850
(202) 326-2921
asoberats@ftc.gov
eglennon@ftc.gov
awone@ftc.gov
cdelorme@ftc.gov
twoo@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*