## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and <br><br> THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, <br><br>           Plaintiffs, <br><br>           v. <br><br> QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; <br><br> QUINCY BIOSCIENCE, LLC, a limited liability company; <br><br> PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS; <br><br> QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and <br><br> MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC., <br><br>           Defendants. | Case No. 1:17-cv-00124-LLS <br><br><br><br> **DECLARATION OF NOAH H. POPP IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW BY PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK** |

I, Noah H. Popp, am an Assistant Attorney General in the New York State Office of the Attorney General.  I submit this Declaration in support of the renewed Motion for Judgment as a Matter of Law by People of the State of New York by Letitia James, Attorney General of the State of New York.  I have personal knowledge of the following information.

1.     Enclosed herewith is a flash drive containing video exhibits.

2.     Exhibit A on the flash drive is a true and correct copy of Prevagen television commercial "Memory Improvement," PX-116.

3.      Exhibit B on the flash drive is a true and correct copy of Prevagen television commercial "Jellyfish," PX-217.

4.      Exhibit C on the flash drive is a true and correct copy of Prevagen television commercial "Grandparents," PX-584.

5.      Exhibit D on the flash drive is a true and correct copy of Prevagen television commercial "Trisha," PX-256.

6.      Exhibit E on the flash drive is a true and correct copy of Prevagen television commercial "Jellyfish," PX-235.

7.      Exhibit F on the flash drive is a true and correct copy of Prevagen television commercial "Eileen," JX-84.

8.      Attached hereto as Exhibit G is a true and correct copy of the Declaration of Todd Olson, dated April 14, 2022, PX-587, along with its attachments.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  April 8, 2024                                By: _____
                                                   Noah H. Popp
                                                   New York State Office of the Attorney General
                                                   Consumer Frauds and Protection Bureau
                                                   28 Liberty Street
                                                   New York, NY 10005
                                                   Tel: (212) 416-8915
                                                   noah.popp@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on this 8th day of April 2024, I served via ECF, without Exhibits A through F, the foregoing Declaration of Noah H. Popp in Support of the Motion for Judgment as a Matter of Law by People of the State of New York by Letitia James, Attorney General of the State of New York.

_Noah H. Popp_
_____
Noah H. Popp

Geoffrey W. Castello, III
Glenn T. Graham
Jaclyn M. Metzinger
Caitlin Hickey
Damon Suden
William Escobar
Kelley Drye & Warren LLP
3 WTC, 175 Greenwich St.
New York, NY 10007
(212) 808-7800
gcastello@kelleydrye.com
ggraham@kelleydrye.com
jmetzinger@kelleydrye.com
chickey@kelleydrye.com
dsuden@kelleydrye.com
wescobar@kelleydrye.com

John H. Villafranco
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C.  20007
(202) 342-8423
jvillafranco@kelleydrye.com

*Attorneys for Defendants Quincy Bioscience Holding Co., Inc., Quincy Bioscience, LLC, Prevagen Inc., Quincy Bioscience Manufacturing, LLC*

Annette Soberats
Edward Glennon

Michael B. de Leeuw
Tamar S. Wise
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St
55th Floor
New York, NY 10007
(212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com
agiglio@cozen.com

Robert Clark
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2041
robertclark@cozen.com

John B. Kelly
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
(212) 413-1000
jbkelly@wlrk.com

*Attorneys for Defendant Mark Underwood*

Andrew Wone
Christine DeLorme
Tiffany Woo
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20850
(202) 326-2921
asoberats@ftc.gov
eglennon@ftc.gov
awone@ftc.gov
cdelorme@ftc.gov
twoo@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*