# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION and THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>              Plaintiffs,<br><br>     v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individual and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>              Defendants. | Case No. 1:17-cv-00124-LLS |

## DECLARATION OF TODD OLSON

I, Todd Olson, hereby declare and state, as follows:

1.       I have been employed at Quincy Bioscience Holding Company, Inc. since 2007. I have held the positions of Market Development Manager, and, most recently, Market Development Director, which I have held since 2018.

2.      In this position, I am responsible for, among other things, overseeing the digital marketing team, managing account based management for regional chains and serving as the point person for certain national chains, overseeing public relations tasks, and assisting with international development efforts.

3.      This declaration is based upon my personal knowledge, as well as my review of business records, made in the regular course of business at or near the time of the act, event or transactions.  The records or reports on which I relied are described herein.

**The Prevagen Product Line**

4.      Prevagen® is a line of dietary supplements that is intended to help with mild memory problems associated with aging.

5.      Prevagen was first introduced for sale in the United States in or around 2007.  One of the active ingredients in Prevagen is apoaequorin.

6.      Between 2007 and the present, Prevagen has been sold in a variety of different formats and sizes (the "Prevagen Products").

7.      Every package and label of Prevagen sold since 2007 contains the explicit statement that the product "is not intended to diagnose, treat, cure, or prevent any disease."

8.      Every package and label of Prevagen sold since 2007 contains the phrase "dietary supplement."

9.      Prevagen Products do not have an expiration date.

10.     In or around 2016, the Prevagen Products were reformulated to include Vitamin D. Prevagen Products that contain Vitamin D3 contain 50 micrograms of Vitamin D3 per capsule or chewable tablet.

PX-0587

11.     Prevagen is marketed and sold to consumers and non-consumers (including, but not limited to, brick-and-mortar and online retailers, healthcare professionals, and pharmaceutical distributors).

**The Labeling and Packaging of Prevagen Products Changed Over Time**

12.     The labels for Prevagen Products have changed numerous times since 2007.

13.     Beginning in or around 2007, the labels for Prevagen Products contained the product descriptor "Jellyfish Fight Aging." A representative example of one of these labels is set forth below:



14.     Prevagen Products with labels bearing the product descriptor "Jellyfish Fight Aging" were available for sale starting in September 2007.

15.     True and correct copies of examples of the Prevagen Product labels and packaging materials bearing the product descriptor "Jellyfish Fight Aging" have been produced to Plaintiffs and are attached hereto as Exhibit A.

16.     Prevagen Products with labels and packages bearing the "Jellyfish Fight Aging" product descriptor were no longer being disseminated when the Complaint in this Action was filed

3

PX-0587

in January 2017. Quincy has no intention of using the "Jellyfish Fight Aging" product descriptor in future advertising or marketing materials for Prevagen.

17.     Beginning in or around 2008, the labels for Prevagen Products contained the product descriptor: "Brain Cell Protection." A representative example of one of these labels is set forth below:



18.     Prevagen Products with labels bearing the product descriptor "Brain Cell Protection" were available for sale starting in July 2008.

19.     True and correct copies of examples of the Prevagen Product labels and packaging materials bearing the product descriptor "Brain Cell Protection" were produced to Plaintiffs and are attached hereto as Exhibit B.

20.     Prevagen Products with labels and packages bearing the "Brain Cell Protection" product descriptor were no longer being disseminated when the Complaint in this Action was filed in January 2017. Quincy has no intention of using the "Brain Cell Protection" product descriptor in future advertising or marketing materials for Prevagen.

21.     Beginning in or around 2011, the labels for Prevagen Products contained the product descriptor "Clearer Thinking." A representative example of one of these labels is set forth below:

4



22.   Prevagen Products with labels bearing the product descriptor "Clearer Thinking" were available for sale starting in January 2011.

23.   True and correct copies of examples of the Prevagen Product labels and packaging material bearing the product descriptor "Clearer Thinking" were produced to Plaintiffs and are attached hereto as Exhibit C.

24.   Prevagen Products with labels and packages bearing the "Clearer Thinking" product descriptor were no longer being disseminated when the Complaint in this Action was filed in January 2017.  Quincy has no intention of using the "Clearer Thinking" product descriptor in future advertising or marketing materials for Prevagen.

25.   Beginning in or around late 2012, the labels for Prevagen Products contained the product descriptor "Improves Memory." A representative example of one of these labels is set forth below:

5



26.     Prevagen Products with labels bearing the product descriptor "Improves Memory" were available for sale starting in December 2012.

27.     True and correct copies of examples of the Prevagen Product labels and packaging material bearing the product descriptor "Improves Memory" were produced to Plaintiffs and are attached hereto as Exhibit D.

28.     In or around 2016, all of the Prevagen Products were reformulated to include Vitamin D3. The labels for each Prevagen Product that contained Vitamin D3 were changed to reflect the fact that the product now contained Vitamin D3. A representative example of one of these labels is set forth below:



29.     Prevagen Products with labels reflecting the addition of Vitamin D3 were available for sale starting in the fall of 2016.

PX-0587

30.     True and correct copies of examples of the Prevagen Product labels reflecting the addition of Vitamin D3 were produced to Plaintiffs and are attached hereto as Exhibit E.

**The Advertising Challenged in the Complaint**

31.     I have reviewed the Complaint filed by Plaintiffs in the above-referenced action and am familiar with its contents. I understand that the Complaint was filed on January 9, 2017.

32.     I further understand that the Complaint identifies specific advertisements and advertising claims that Plaintiffs are challenging. None of the advertisements featured in the Complaint are currently being disseminated in the form challenged in the Complaint.

33.     In or around May 2016, the graph featured on the Prevagen package depicted in Exhibit A of the Complaint was removed. Quincy has no intention of disseminating the graph depicted in Exhibit A of the Complaint in the future in any marketing or advertising materials relating to Prevagen without including one of the Qualifiers (as defined below).

34.     The advertisement included as Exhibit B of the Complaint stopped being disseminated in the form challenged in the Complaint. Quincy has no intention of disseminating the advertisement depicted in Exhibit B of the Complaint in the future without including one of the Qualifiers.

35.     The versions of the Prevagen website pages attached as Exhibit C of the Complaint were removed on or about March 2016. Exhibit C of the Complaint is not the current version of the website and has not been since on or about March 2016. Quincy has no intention of disseminating the website page depicted in Exhibit C of the Complaint in the future.

36.     The Fourth Edition of the Brain Health Guide, attached as Exhibit D of the Complaint, was replaced with the Fifth Edition in or about the summer of 2016. The Fourth

7

Edition of the Brain Health Guide is no longer being disseminated and Quincy has no intention of disseminating it in the future.

37.     The infomercial included as Exhibit E of the Complaint began airing in or around June 2013 and stopped airing in or around June 2014. Quincy has no intention of disseminating the infomercial included as Exhibit E of the Complaint (or any other infomercial) in the future.

38.     The image of the bus depicted in Exhibit F of the Complaint is from the Better Memory Tour.   The Better Memory Tour occurred beginning in or about 2011.   The Better Memory Tour has not been active since 2015.   Quincy has no intention of resuming it in the future.

**Prevagen's Current Labeling and Advertising**



8



42.     In December 2020, the labels for all Prevagen Products were changed to include one of the Qualifiers: "Based on a clinical study of subgroups of individuals who were cognitively normal or mildly impaired." Prevagen Products with this Qualifier were available for sale beginning in or around February 2021.

43.     True and correct copies of [REDACTED] labels for Prevagen Products have been produced to Plaintiffs are attached hereto as Exhibit F.



9

PX-0587

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28
U.S.C. § 1746.

Executed on this **14** day of April, 2022 at Madison, Wisconsin.



Todd Olson

10

PX-0587

# EXHIBIT A



QUI-FTCNY-00005334



Prevagen
[prevagen]

As you grow older you lose valuable age-fighting proteins that help protect your brain cells. Prevagen™ is a protective protein with technology from a jellyfish intended to replace age fighting proteins.* Fight Aging with Prevagen!

**www.prevagen.com**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

No jellyfish were harmed in the manufacturing of Prevagen™.

**Patent Pending**

Fight Aging

Prevagen○
(aequorin)

NEW

Jellyfish Fight Aging.

**Dietary Supplement**
**30 Capsules**

### Supplement Facts

Serving Size 1 capsule
Servings per container 30

| | Amount Per Capsule |
|---|---|
| aequorin | 10 mg |

*Daily Value not established

**Other Ingredients:** White rice flour, sodium chloride, sodium EDTA, acetic acid, and magnesium stearate. **CONTAINS NO COMMON ALLERGEN**
**Suggested Use:** Take 1 capsule daily.

Distributed by Quincy Bioscience, Madison, WI
For reorders call 888.814.0814 or go to prevagen.com

UPC HERE

8940470001003

QUI-FTCNY-00005335

# EXHIBIT B

PX-0587



QUI-FTCNY-00005229

PX-0587



QUI-FTCNY-00005281

Case 1:17-cv-00124-LLS   Document 224-2   Filed 04/14/22   Page 4 of 5

Label #313978 (4/21/09)

# Prevagen™
*Professional* (apoaequorin)

## Brain Cell Protection*

### Health Professional Formulation

- Healthier brain*
- Sharper mind*
- Clearer thinking*
- Professional strength

Dietary Supplement 30 Capsules

**Product Discussion**

Prevagen Professional™ is for memory problems that occur with aging.  After age 40, a reduction in the amount of calcium-binding proteins allows calcium to flood nerve cells resulting in damage. Prevagen Professional's breakthrough ingredient, apoaequorin, is a calcium-binding protein which buffers calcium and helps protect cells.*

**Distributed by Quincy Bioscience University Research Park**
**455 Science Dr, Ste 120 Madison, Wisconsin 53711**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. **Patent Pending.**

press direction

represents bsmp substrate

## Supplement Facts

Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| apoaequorin | 20mg |

† Daily Value not established

**Other ingredients:** white rice flour, sodium chloride, magnesium stearate.

**Contains No:** yeast, milk/dairy, corn, sugar, artificial coloring, preservatives or flavoring.

**Suggested Use:** Take 1 capsule daily in the morning, with or without food or as directed by your healthcare professional.

Questions? Call 888.565.5385 or visit www.prevagenpro.com

8 94047 00101 0

PX-0587



**Healthier brain** *Sharper Mind* **Healthier brain** *Sharper Mind*

Prevagen

As we age we lose calcium-binding proteins that protect our brain cells. This protein loss affects our ability to learn, retain memories, think and concentrate*.

Prevagen® (apoaequorin) replaces these proteins in the body and helps protect our cells during this natural process of aging*.

Originally discovered in jellyfish, Prevagen is now made in a controlled scientific process, so no jellyfish are harmed.

**www.prevagen.com**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Patent Pending

Clearer Thinking   Healthier   Clearer Th

**Prevagen** (apoaequorin)

NEW

*Brain Cell Protection*

**Dietary Supplement**
**30 Capsules**

## Supplement Facts

Serving Size 1 capsule
Servings per container 30

| | Amount Per Capsule |
|---|---|
| apoaequorin | 10 mg |

*Daily Value not established

**Other Ingredients:** White rice flour, sodium chloride and magnesium stearate.

CONTAINS NO COMMON ALLERGEN

**Suggested Use:** Take 1 capsule daily in the morning with or without food.

Distributed by Quincy Bioscience Madison, WI
For more information please visit www.prevagen.com

UPC HERE

8940470010003

QUI-FTCNY-00005338

# EXHIBIT C

PX-0587

QUI-FTCNY-00005232

Case 1:17-cv-00124-LLS Document 224-3 Filed 04/14/22 Page 2 of 4

Bleed/Varnish

Prevagen

## Why minds over 40?

Beginning at age 40, we lose protective proteins that help keep our brain cells healthy.

Prevagen® helps replace what age takes away.* Developed by university researchers and scientists in Madison, WI.

Questions? Call 888.565.5385 or visit www.prevagen.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Healthier Brain
Sharper Mind
Clearer Thinking

**NEW**

Prevagen
apoaequorin

Clearer Thinking

☑ Healthier Brain*
☑ Sharper Mind*
☑ Protect Memories*

...for minds over 40

**Dietary Supplement**
30 Capsules

QUINCY bioscience
Manufactured and Printed in America

Prevagen

As we age we lose calcium-binding proteins that protect our brain cells. This protein loss affects our ability to learn, retain memories and concentrate.*

Prevagen® (apoaequorin) replaces these proteins in the body and helps protect our cells during this natural process of aging.*

Originally discovered in jellyfish, Prevagen is now made in a controlled scientific process, so no jellyfish are harmed.

**www.prevagen.com**

☑ Once daily formula
☑ Proven brain cell protection*

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Supplement Facts
Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| apoaequorin | 10mg |

† Daily Value not established

**Other Ingredients:** white rice flour, sodium chloride, magnesium stearate, acetic acid, TRIS buffer, EDTA.

**Contains NO COMMON ALLERGENS**

**Suggested Use:** Take 1 vegetarian capsule daily in the morning, with or without food.

Distributed by Quincy Bioscience
301 S Westfield Rd Suite 200
Madison, Wisconsin 53717

UPC HERE

8 94047 00103 4

Patent Pending

It's good to recycle.

PX-0587



Healthier Brain   Sharper Mind   Sharper Mind   Healthier Brain   Sharper Mind   Clearer Thinking   Healthier   Clearer Th

Prevagen

As we age we lose calcium-binding proteins that protect our brain cells. This protein loss affects our ability to learn, retain memories, think and concentrate.*

Prevagen® (apoaequorin) replaces these proteins and helps protect our cells during this natural process of aging.*

📞 Questions? Call 888-565-5385

www.prevagen.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Patent Pending

Prevagen™
(apoaequorin)
Clearer Thinking

NEW

Dietary Supplement
30 Capsules

## Supplement Facts

Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| apoaequorin | 10mg |

† Daily Value not established

**Other ingredients:** white rice flour, sodium chloride, magnesium stearate, acetic acid, tris buffer, EDTA.
**Contains NO COMMON ALLERGENS**
**Suggested Use:** Take 1 vegetarian capsule daily in the morning, with or without food.

Distributed by Quincy Bioscience
301 S Westfield Rd Suite 200 Madison, Wisconsin 53717

UPC HERE

894047001034

QUI-FTCNY-00005237

PX-0587

Questions? Call 888.895.6463 or visit www.prevagenpro.com

## Supplement Facts

Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| apoaequorin | 40mg |

¹ Daily Value not established

**Other ingredients:** white rice flour, sodium chloride, magnesium stearate, acetic acid, TRIS buffer, EDTA

**Contains No:** yeast, milk/dairy, corn, sugar, artificial coloring, preservatives or flavoring

**Suggested Use:** Take 1 vegetarian capsule daily in the morning, with or without food or as directed by your healthcare professional.



UPC HERE
8940470010101 0

New Stronger Formula

# Prevagen®
## *Professional*
## Clearer Thinking

**Health Professional Formulation**

- Healthier brain*
- Sharper mind*
- Professional strength

Dietary Supplement 30 Capsules

## Product Discussion

Prevagen Professional® is for memory problems associated with aging. After age 40, a reduction in protective calcium-binding proteins allow calcium to accumulate in neurons and cause toxicity. Prevagen Professional's breakthrough ingredient apoaequorin is a naturally produced calcium-binding protein which helps protect cells and improves memory.*

Distributed by Quincy Bioscience 301 S. Westfield Rd,
Suite 200 Madison, Wisconsin 53717



*These statements have not been evaluated by the Food and Drug Administration.
This product is not intended to diagnose, treat, cure or prevent any disease. **Patent Pending.**

QUI-FTCNY-00005280

PX-0587

# EXHIBIT D

PX-0587



**Product Discussion**
Prevagen Professional is for adults who want to improve their memory.* Prevagen contains apoaequorin, a protein originally discovered in jellyfish, which uniquely supports brain function.* In a clinical study, Prevagen improved recall tasks in subjects over a 90 day period.*

**UPC HERE**
894047001010

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

US Patent No. 8,796,213        PROLABEL/7

**Professional Formula**

Prevagen
*Professional*  [apoaequorin]

*Improves Memory*

**Professional Strength**
● Supports Healthy Brain Function*
● Supports a Sharper Mind*

**Dietary Supplement**
**30 Capsules**

Questions? Call 888.895.6463

## Supplement Facts

Serving Size: 1 capsule
Servings per container: 30

| Amount per capsule | | % Daily Value |
|---|---|---|
| Apoaequorin | 40 mg | † |

† Daily Value not established.

**Other ingredients:** microcrystalline cellulose, vegetable capsule (cellulose, water), salt, vegetable sourced magnesium stearate.

**Distributed by**
Quincy Bioscience Holding Company, Inc.
Madison, WI 53717

**Made without most common allergens** (milk, eggs, fish, crustacean shellfish, tree nuts, peanuts, wheat, and soybeans)

**Suggested use:** Take 1 vegetarian capsule daily in the morning, with or without food.

QUI-FTCNY-00005221

PX-0587

QUI-FTCNY-00005230



Bleed/Varnish

**Clinically Tested**

In a computer assessed, double-blinded, placebo controlled study, Prevagen® improved memory.*

Prevagen Improves Memory*

25%
20%
15%
10%
5%
0%
8 Days    30 Days    90 Days

Originally discovered in jellyfish, Prevagen® is now made in a controlled scientific process. Developed by university researchers and scientists in Madison, Wisconsin.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Prevagen®

SUPPORTS HEALTHY BRAIN FUNCTION

SUPPORTS HEALTHY BRAIN FUNCTION

Clinically Tested

Prevagen®
Improves Memory*

**SUPPORTS:**
✓ Healthier Brain*
✓ Sharper Mind*
✓ Clearer Thinking*

ONCE DAILY

Dietary Supplement
30 Capsules

QUINCY BIOSCIENCE
Manufactured in the USA. Materials printed in the USA.

Prevagen®

As we age, we lose calcium-binding proteins that protect our brain. This protein loss affects our ability to remember, learn and concentrate.*

✓ Supports Healthy Brain Function*
✓ Only One Capsule per Day
✓ Safe & Effective*

Prevagen® (apoaequorin) is clinically shown to help with mild memory problems associated with aging.*

Unlike supplements whose ingredients can be consumed through a balanced diet, apoaequorin can only be obtained by taking Prevagen®.

www.prevagen.com
Questions? Call 888.565.5385 or visit www.prevagen.com

**Supplement Facts**
Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| **apoaequorin** | **10mg†** |

† Daily Value not established

**Other ingredients:** white rice flour, sodium chloride, magnesium stearate, acetic acid, TRIS buffer, EDTA.

**Contains NO COMMON ALLERGENS**

**Suggested use:** Take 1 vegetarian capsule daily in the morning, with or without food.

Manufactured & Distributed by Quincy Bioscience
301 S Westfield Road • Madison, WI 53717
100% Manufactured in the USA
Materials printed in the USA

UPC HERE
894047001034

Patent Pending

Bleed/Varnish



**Clinically Tested**

In a computer assessed, double-blinded, placebo controlled study, Prevagen® improved memory significantly.*

Prevagen Improves Memory
25%
20%
15%
10%
5%
0%
8 Days    30 Days    90 Days

Originally discovered in jellyfish, Prevagen® is now made in a controlled scientific process. Developed by university researchers and scientists in Madison, Wisconsin.

Questions? Call 888.565.5385 or visit www.prevagen.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

SUPPORTS BETTER BRAIN HEALTH
SUPPORTS BETTER BRAIN HEALTH

Prevagen®

*Healthier Brain*  *Improves Memory*  *Sharper Mind*  *Clearer Thinking*  *Clinically Tested*

Prevagen®
Improves Memory·

**SUPPORTS:**
✓ *Healthier Brain*·
✓ *Sharper Mind*·
✓ *Clearer Thinking*·

ONCE DAILY

Dietary Supplement
30 Capsules

QUINCY BIOSCIENCE
Manufactured in America. Materials printed in America.

Prevagen®

As we age, we lose calcium-binding proteins that protect our brain. This protein loss affects our ability to learn, retain memories and concentrate.*

Prevagen® (apoaequorin) supports these proteins in the body and improves memory during this natural process of aging.*

Unlike supplements whose ingredients can be consumed through a balanced diet, apoaequorin can only be obtained by taking Prevagen®.

www.prevagen.com

✓ **Concentrated formula**
✓ **Only one capsule per day**
✓ **Improves memory***

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**Supplement Facts**

Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| **apoaequorin** | **10mg** |
| † Daily Value not established | |

**Other ingredients:** white rice flour, sodium chloride, magnesium stearate, acetic acid, TRIS buffer, EDTA.

**Contains NO COMMON ALLERGENS**

**Suggested use:** Take 1 vegitarian capsule daily in the morning, with or without food.

Manufactured & Distributed by Quincy Bioscience
301 S Westfield Road • Madison, WI 53717
100% Manufactured in America.
Materials printed in America.

UPC HERE
8 90470 01034

Patent Pending

Prevagen®

QUI-FTCNY-00005231



## Prevagen®

As we age, we lose calcium-binding proteins that protect our brain. This protein loss affects our ability to remember, learn and concentrate.*

Prevagen® (apoaequorin) is clinically shown to help with mild memory problems associated with aging.*

☎ *Questions? Call 888-565-5385*

**www.prevagen.com**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**Patent Pending**

Prevagen®
(apoaequorin)

**Improves Memory***

Clinically Tested

Dietary Supplement
30 Capsules

### Supplement Facts

Serving Size: 1 capsule
Servings per container: 30

| | Amount per capsule |
|---|---|
| apoaequorin | 10mg† |

† Daily Value not established

**Other ingredients:** white rice flour, sodium chloride, magnesium stearate, acetic acid, TRIS buffer, EDTA.

**Contains NO COMMON ALLERGENS**

**Suggested use:** Take 1 vegetarian capsule daily in the morning, with or without food.

Manufactured & Distributed by Quincy Bioscience
301 S Westfield Road • Madison, WI 53717

**UPC HERE**

894047001034

QUI-FTCNY-00005235

QUI-FTCNY-00005238



PX-0587



QUI-FTCNY-00005272

PX-0587



5.75 in

2.25 in

QUI-FTCNY-00005275

PX-0587



**Product Discussion**
Prevagen Professional is for adults who want to improve their memory.* Prevagen contains apoaequorin, a protein originally discovered in jellyfish, which uniquely supports critical brain functions.* In clinical studies Prevagen improved memory within 90 days.*

**UPC HERE**
894047001010

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

US Patent No. 8,796,213     PROLABEL/4

**Strongest Formula**

**Prevagen** (apoaequorin)
*Professional*

*Improves Memory*

**Professional Strength**
● Supports Healthy Brain Function*
● Supports a Sharper Mind*

**Dietary Supplement**
**30 Capsules**

**Supplement Facts**
Serving Size: 1 capsule
Servings per container: 30

Questions? Call 888.895.6463

| Amount per capsule | | % Daily Value |
|---|---|---|
| Sodium | 20 mg | <1%* |
| Apoaequorin | 40 mg | † |

* Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value not established.

**Other ingredients:** white rice flour, cellulose, salt, vegetable sourced magnesium stearate, acetic acid.
**Manufactured & Distributed by**
Quincy Bioscience Holding Company, Inc.
301 S Westfield Road • Madison, WI 53717
**Made without most common allergens**
(milk, eggs, fish, crustacean shellfish, tree nuts, peanuts, wheat, and soybeans)
**Suggested use:** Take 1 vegetarian capsule daily in the morning, with or without food.

QUI-FTCNY-00005292

PX-0587

# EXHIBIT E

**WEB DIRECTION**



2.75" x 7.0" Round Corner
with .125" Corner Radius

- - - - - - - - - - Bleed Line
——————— Die Line
- - - - - - - - - - Safe Copy Area-art should be kept within
blue dotted line. If bleed off border, border should
be at least 1/16" thick to allow for press movement.

QUI-FTCNY-00005220

PX-0587

Case 1:17-cv-00124-LLS   Document 224-5   Filed 04/14/22   Page 3 of 18



## Supplement Facts

Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily Value not established.

**Other ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α-tocopherol, tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take 1 vegetarian capsule daily in the morning, with or without food.

Questions? Call 888.565.5385

---

### EXTRA STRENGTH

## Prevagen® (apoaequorin)

Improves Memory®

Clinically Tested Ingredient

### EXTRA STRENGTH

Dietary Supplement

30 Capsules

---

EXTRA STRENGTH

Prevagen® (apoaequorin)

The Name to Remember®

Prevagen® Extra Strength is designed to have twice the apoaequorin as regular strength Prevagen®.

8 94047 00110 2

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

US Patent No. 8,796,213

PES1LEXV0

QUI-FTCNY-00005306

PX-0587



Prevagen®

Improves Memory*

**EXTRA STRENGTH**
*CHEWABLES - Mixed Berry Flavor*

Dietary Supplement

30 Tablets

Clinically Tested Ingredient

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**Questions? Call 888.566.5385**

**Prevagen® Extra Strength Chewables** is designed for great-tasting mixed berry flavor with twice the apoaequorin as Prevagen Regular Strength. It is safe and easy to take. Each bottle contains a 30 day supply.

0 RAVMN0S3
EGOHWLBKAV0

## Supplement Facts

Serving Size: 1 tablet

| Amount per tablet | | % Daily Value |
|---|---|---|
| Total Carbohydrate | 1 g | <1%** |
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

** Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value not established.

**Other Ingredients:** Sorbitol, mannitol, natural flavors, contains 2% or less of: acacia (gum arabic), beet juice powder (for color), casein peptones, citric acid, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), organic agave inulin, organic rebaudioside A (stevia extract), salt, soy peptones, stearic acid, sugar, DL-α-tocopherol (preservative), tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by:** Quincy Bioscience Holding Company, Inc.
Madison, WI 53717

**Suggested use:** Take one tablet daily in the morning, with or without food.

QUI-FTCNY-00005388

WƎIΛ ƎDISИI
PRINTED SIDE

QUINCY / CAD# 31253
PREVAGEN 30 CAPSULES



## Prevagen®
### Healthier Brain. Better Life.

**Prevagen®** is clinically shown to help with mild memory loss associated with aging.*

☑ Safe & Clinically Tested Ingredient
☑ Only One Capsule Per Day
☑ Full 30 Day Supply

**Prevagen** contains apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

**www.prevagen.com**

Questions? Call 888.565.5385 or visit www.prevagen.com

---

electronically protected

**NO COATING**

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

---

## Prevagen
### Improves Memory

**REGULAR STRENGTH**

**SUPPORTS:**
☑ *Healthy Brain Function*
☑ *Sharper Mind*
☑ *Clearer Thinking*

**ONE CAPSULE DAILY**
Dietary Supplement
**30 Capsules**

---

## Supplement Facts
Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 10 mg | † |

† Daily value not established.

**Other ingredients:** microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α-tocopherol (preservative), tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by:** Quincy Bioscience Holding Company, Inc., Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

8 94047 00103 4

---

QUINCY bioscience

Package may not be recyclable in your area.

QUI-FTCNY-00013347

PX-0587

INSIDE VIEW
PRINTED SIDE

QUINCY / CAD# 31253
PREVAGEN 30 CAPSULES



NO INK

NO INK

**Prevagen**
EXTRA STRENGTH ™

Healthier Brain. Better Life.

**Prevagen® Extra Strength** is designed to have twice the apoaequorin as Prevagen Regular Strength.

☑ Safe & Clinically Tested Ingredient
☑ Only One Capsule Per Day
☑ Full 30 Day Supply

**Prevagen Extra Strength** contains apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day use.*

www.prevagen.com

Questions? Call 888.565.5385 or visit www.prevagen.com

electronically protected

NO COATING

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

ORIGINALLY DISCOVERED IN JELLYFISH
SUPPORTS HEALTHY BRAIN FUNCTION

**Prevagen**
Improves Memory

**EXTRA STRENGTH**

Clinically Tested Ingredient!

**SUPPORTS:**
☑ Healthy Brain Function*
☑ Sharper Mind*
☑ Clearer Thinking*

**ONE CAPSULE DAILY**
Dietary Supplement
**30 Capsules**

QUINCY BIOSCIENCE

**Supplement Facts**
Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily Value not established.

**Other ingredients:** microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α–tocopherol (preservative), tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients.

**Distributed by:** Quincy Bioscience Holding Company, Inc., Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

NO INK

NO INK

QUI-FTCNY-00013349

PX-0587

INSIDE VIEW
PRINTED SIDE

QUINCY / CAD# 31253
PREVAGEN 30 CAPSULES



NO INK

NO INK

NO INK

**Prevagen**
CHEWABLES

Healthier Brain. Better Life.

**Prevagen® Chewables** is designed for great-tasting mixed berry flavor.

✓ Safe & Clinically Tested Ingredient
✓ Only One Tablet Per Day
✓ Full 30 Day Supply

**Prevagen Chewables** contains apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

www.prevagen.com

Questions? Call 888.565.5385 or visit www.prevagen.com

electronically protected

NO COATING

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

ORIGINALLY DISCOVERED IN JELLYFISH
SUPPORTS HEALTHY BRAIN FUNCTION

Clinically Tested Ingredient

**Prevagen**
Improves Memory

**CHEWABLES**
Mixed Berry Flavor

SUPPORTS:
✓ Healthy Brain Function*
✓ Sharper Mind*
✓ Clearer Thinking*

**ONE TABLET DAILY**
Dietary Supplement
30 Tablets

**Supplement Facts**
Serving Size: 1 tablet

| Amount per tablet | | % Daily Value |
|---|---|---|
| Total Carbohydrate | 1 g | <1%** |
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 10 mg | † |

** Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value not established.

Other Ingredients: Sorbitol, mannitol, natural flavors, contains 2% or less of: acacia (gum arabic), beet juice powder (for color), maltodextrin, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), organic agave inulin, organic maltodextrin A (stevia extract), salt, soy peptones, silicon acid, sugar, DL-α-tocopherol (preservative), tricalcium phosphate, water.
Contains: Milk, Soy. Tree nuts (Coconut) derived ingredients.

Distributed by: Quincy Bioscience Holding Company, Inc., Madison, WI 53717

Suggested use: Take one tablet daily in the morning, with or without food.

QUINCY bioscience
Manufactured in the USA. Optimally produced in the USA.

Package may not be recyclable in your area.

QUI-FTCNY-00013350

PX-0587



INSIDE VIEW
PRINTED SIDE

QUINCY BIOSCIENCE
PREVAGEN 30 CAPSULES
CAD# 29444

NO
INK
NIOC

NIOC

NIOC

**Prevagen**®
*Professional*

Healthier Brain. Better Life.

**Prevagen**® is clinically shown to help with mild memory problems associated with aging.*

✓ Safe & Clinically Tested Ingredient
✓ Only One Capsule Per Day
✓ Full 30 Day Supply

Prevagen contains apoaequorin which uniquely supports brain function.* In a computer assessed, double blinded, placebo controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

Questions? Call 888.895.6463 or visit www.prevagenpro.com

**The Most Advanced Formula.** Prevagen® Professional, now with Vitamin D, is designed to have four times the apoaequorin as Prevagen Regular Strength. Originally discovered in jellyfish, Prevagen Professional is now made in a controlled scientific process. Prevagen is safe and easy to take. Each bottle contains a 30 day supply.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

8 94047 00101 0

**Professional
Formula**

**Prevagen**®
*Professional*
*Improves Memory*®

**Professional
Formula**

● Supports Healthy Brain Function*
● Supports a Sharper Mind*

**ONE CAPSULE DAILY**
**Dietary Supplement**
**30 Capsules**

QUINCY BIOSCIENCE

Manufactured in the USA. Nationally sold with the U.S.A.

Package may not be recyclable in your area.

**Supplement Facts**
Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 40 mg | † |

† Daily Value not established.

**Other ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α-tocopherol, tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

NIOC

NIOC

NIOC

NO
INK
NIOC

NO INK
NIOC

NO
INK
NIOC

NO INK
PRVGPX4
NIOC

QUI-FTCNY-00013351

PX-0587



**Prevagen®**

Healthier Brain. Better Life.

**Prevagen®** is clinically shown to help with mild memory loss associated with aging.*

✓ Safe & Clinically Tested Ingredient
✓ Only One Capsule Per Day
✓ Full 60 Day Supply

**Prevagen** contains apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

**www.prevagen.com**

Questions? Call 888.565.5385 or visit www.prevagen.com

NO COATING

NO INK
NO COATING

NO COATING

NO COATING

electronically protected

NO COATING

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

ORIGINALLY DISCOVERED IN JELLYFISH
SUPPORTS HEALTHY BRAIN FUNCTION

**60 Day Supply**

**Prevagen®**
Improves Memory*

**REGULAR STRENGTH**

**SUPPORTS:**
✓ **Healthy Brain Function***
✓ **Sharper Mind***
✓ **Clearer Thinking***

**ONE CAPSULE DAILY**
**Dietary Supplement**
**60 Capsules**

QUINCY BIOSCIENCE
Proudly sold in the U.S.A. from all content in the U.S.A.

Package may not be recyclable in your area.

## Supplement Facts
Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 10 mg | † |

† Daily Value not established.

**Other ingredients:** microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α-tocopherol, tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by**
Quincy Bioscience Holding Company, Inc., Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

8 94047 00106 5

NO COATING

NO COATING

**DIE LINES**
COATING

P060FV8



NO INK
NO COATING

NO COATING

NO COATING

NO COATING

**Prevagen®**
ES CHEWABLES

Healthier Brain. Better Life.

**Prevagen® ES Chewables** is designed for great-tasting mixed berry flavor with twice the apoaequorin as Prevagen Regular Strength.

✓ Safe & Clinically Tested Ingredient
✓ Only One Tablet Per Day
✓ Full 30 Day Supply

**Prevagen ES Chewables** contains apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

**www.prevagen.com**

Questions? Call 888.565.5385 or visit www.prevagen.com

electronically protected

NO COATING

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

Clinically Tested Ingredient

**Prevagen®**
Improves Memory*

**EXTRA STRENGTH**
CHEWABLES - Mixed Berry Flavor

**SUPPORTS:**
✓ Healthy Brain Function*
✓ Sharper Mind*
✓ Clearer Thinking*

**ONE TABLET DAILY**
Dietary Supplement
30 Tablets

QUINCY BIOSCIENCE

Package may not be recyclable in your area.

NO COATING

## Supplement Facts
Serving Size: 1 tablet

| Amount per tablet | | % Daily Value |
|---|---|---|
| Total Carbohydrate | 1 g | <1%** |
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

** Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value not established.

**Other ingredients:** Sorbitol, mannitol, natural flavors, contains 2% or less of: acacia gum arabic), beet juice powder (for color), caselin peptones, citric acid, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), organic agave inulin, organic maltodextrin A (corn extract), salt, soy peptones, stearic acid, sugar, DL-α-tocopherol, tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by:** Quincy Bioscience Holding Company, Inc., Madison, WI 53717

**Suggested use:** Take one tablet daily in the morning, with or without food.

8 94047 00102 7

QUI-FTCNY-00013353

PX-0587



**Prevagen®** is clinically shown to help with mild memory loss associated with aging.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

Questions? Call 888.565.5385

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**Supplement Facts**
Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 10 mg | † |

† Daily Value not established.

**Other Ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil, salt, soy peptones, DL-α-tocopherol, tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut) derived ingredients

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

Prevagen®
*Improves Memory*
REGULAR STRENGTH

60 Day Supply

Dietary Supplement
60 Capsules

QUI-FTCNY-00013354

PX-0587



**Supplement Facts**

Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 10 mg | † |

† Daily Value not established

**Other Ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), sugar contains 2% or less of: maltodextrin, sodium citrate, citric acid, salt, soy proteins.

**Contains:** Milk, Soy. This milk (Quorn) derived ingredients

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

**Prevagen®** is clinically shown to help with mild memory loss associated with aging.** In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

### Questions? Call 888.565.5385

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**Prevagen®**
Improves Memory*
REGULAR STRENGTH
Dietary Supplement
30 Capsules

QUI-FTCNY-00013355

PX-0587



Prevagen™
Improves Memory™

EXTRA STRENGTH
CHEWABLES · Mixed Berry Flavor

Dietary Supplement

30 Tablets

**Supplement Facts**
Serving Size: 1 tablet

| Amount per tablet | 1 g | % Daily Value |
|---|---|---|
| Total Carbohydrate | | <1%** |
| Vitamin D | 50 mcg | 250% |
| (as 1,000 cholecalciferol) | | |
| Apoaequorin | 20 mg | † |

** Percent Daily Values are based on a 2,000 Calorie diet.
† Daily Value not established.

**Other ingredients:** Sorbitol, mannitol, natural flavors, contains 2% or less of: acacia gum arabic, fava/lotus powder (for color), coconut palm/plant, citric acid, cane starch, dextrose, magnesium stearate (vegetable source), maltodextrin (corn/vegetable), vegetable oil, organic agave inulin, organic nutraceutical (E effect extract), salt, tricalcium phosphate, palatinose, stearic acid, organic ELI de-tocopherol (preservative), tricalcium phosphate, water.

**Contains:** Fish, Soy, Tree nuts (Coconut) derived ingredients.
**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take one tablet daily in the morning, with or without food.

Prevagen® **Extra Strength Chewables** is designed for great-tasting mixed berry flavor with twice the apoaequorin as Prevagen Regular Strength. It is safe and easy to take. Each bottle contains a 30 day supply.

**Questions? Call 888.565.5358**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

QUI-FTCNY-00013356

PX-0587



**Prevagen**®

*Improves Memory*®

**EXTRA STRENGTH**

**Dietary Supplement**

**60 Capsules**

60 Day Supply

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**Questions? Call 888.565.5385**

**Prevagen**® **Extra Strength** is designed to have twice the apoaequorin as Prevagen Regular Strength. It is safe and easy to take. Each bottle contains a 60 day supply.

## Supplement Facts

Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily Value not established.

**Other Ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), casein peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α-tocopherol (preservative), tricalcium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut derived ingredients)

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

QUI-FTCNY-00013357

PX-0587



**Supplement Facts**

Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily Value not established

**Other Ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), sugar, contains 2% or less of: acacia (gum arabic), cream peptones, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglycerides (vegetable oil), salt, soy peptones, DL-α-tocopherol (preservative), tricalcium phosphate, water.

**Contains Milk, Soy, Tree nuts (Coconut) derived ingredients.**

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717

**Suggested use:** Take one capsule daily in the morning, with or without food.

**Prevagen® Extra Strength** is designed to have twice the apoaequorin as Prevagen Regular Strength. It is safe and easy to take. Each bottle contains a 30 day supply.

**Questions? Call 888.565.5385**

† These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Prevagen®

*Improves Memory*

**EXTRA STRENGTH**

Dietary Supplement

30 Capsules

QUI-FTCNY-00013358

PX-0587



**Prevagen®**
Improves Memory™

**CHEWABLES**
Mixed Berry Flavor

Dietary Supplement

30 Tablets

**Supplement Facts**
Serving Size: 1 tablet

| Amount per tablet | | % Daily Value |
|---|---|---|
| Total Carbohydrate | 1 g | <1%* |
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 10 mg | † |

*Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value not established.

**Other ingredients:** Sorbitol, mannitol, natural flavors, contains 2% or less of: acacia gum, citric acid, beet juice powder (for color), caramel powder, corn starch, lactose, magnesium stearate, vegetable source, medium chain triglycerides, vegetable oil, organic agave inulin, organic maltodextrin (tapioca root), and, as preservatives, citric acid, sugar, DL-α-tocopherol (preservative), trisodium phosphate, water.

**Contains:** Milk, Soy, Tree nuts (Coconut derived ingredients).

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53719

**Suggested use:** Take one tablet daily in the morning, with or without food.

**Prevagen® Chewables** is designed for great-tasting mixed berry flavor. In a computer-assessed, double-blind, placebo controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

**Questions? Call 888.565.5385**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

QUI-FTCNY-00013359

PX-0587



QUI-FTCNY-00013360

PX-0587



## Supplement Facts

Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D as D3 (cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily value not established.

Other ingredients: microcrystalline cellulose, vegetable capsule (cellulose, water), kaolin, contains <1% or less of: acacia (gum arabic), casein peptides, corn starch, lactose, magnesium stearate (vegetable source), medium chain triglyceride (vegetable oil, salt, soy peptone, DL-α-tocopherol [maltodextrin, sodium ascorbate, silica], phosphoric acid, water).

Contains: Milk, Soy. Tree nuts (Coconut derived ingredients).

Distributed by: Quincy Bioscience Holding Company, Inc., Madison, WI 53717

US Patent No. 8,796,213

Suggested use: Take one capsule daily in the morning, with or without food.

**UPC HERE**
6 94047 00128 7

---

**Prevagen**
EXTRA STRENGTH

**Prevagen®**
Improves Memory*

### EXTRA STRENGTH

60 Day Supply

SUPPORTS:
✓ Healthy Brain Function*
✓ Sharper Mind*
✓ Clearer Thinking*

**ONE CAPSULE DAILY**
Dietary Supplement
**30 Capsules**

QUINCY BIOSCIENCE

Developed at the Univ. of Wisconsin and made in the USA.

PRODUCT OF USA

---

**Prevagen®**
EXTRA STRENGTH
The Name to Remember*

Prevagen® Extra Strength is designed to have twice the apoaequorin as Prevagen Regular Strength.

✓ Safe & Clinically Tested Ingredient
✓ Only One Capsule Per Day
✓ Full 60 Day Supply

Prevagen Extra Strength contains apoaequorin, which uniquely supports brain function.* In a computer assessed, double blinded, placebo controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

**www.prevagen.com**
📞 Questions? Call 888.565.5285
or visit www.prevagen.com

---

Originally discovered in jellyfish, Prevagen® is now made in a controlled scientific process. Now with Vitamin D.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

electronic article surveillance protected

NIOC

# EXHIBIT F

PX-0587

Case 1:17-cv-00124-LLS   Document 224-6   Filed 04/14/22   Page 2 of 6

QUI-FTCNY-00189976

**DRAWING 28416R1**

DIE LINES
COATING

## Supplement Facts

Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily Value not established.

**Other ingredients:** microcrystalline cellulose, vegetable capsule (cellulose, water), maltodextrin, contains 2% or less of: casein peptones, lactose, magnesium stearate (vegetable source), modified corn starch, salt, soy peptones, sugar.

**Contains:** Milk and Soy

**Distributed by** Quincy Bioscience Holding Company, Inc., Madison WI 53717, USA

**Suggested use:** Take one capsule daily in the morning, with or without food.

8 94047 00128 7

60 Day Supply

Prevagen®
*Improves Memory™*

**EXTRA STRENGTH**

**SUPPORTS:**
☑ Healthy Brain Function*
☑ Sharper Mind*
☑ Clearer Thinking*

**ONE CAPSULE DAILY**
Dietary Supplement

60 Capsules

QUINCY BIOSCIENCE

Package may not be recyclable in your area.

PES60SPV8

NO COATING

electronically protected seal

XXXXXX-1

NO COATING

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

†Based on a clinical study of subgroups of individuals who were cognitively normal or mildly impaired.

**\*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.**

Prevagen®
*EXTRA STRENGTH*

**Healthier Brain. Better Life.**

Prevagen® Extra Strength is designed to have twice the apoaequorin as Prevagen Regular Strength.

☑ Safe & Clinically Tested Ingredient
☑ Only One Capsule Per Day
☑ Full 60 Day Supply

Prevagen Extra Strength is formulated with apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

**www.prevagen.com**

Questions? Call 888.565.5305 or visit www.prevagen.com

NO INK OR COATING

NO INK OR COATING

NO INK OR COATING

PX-0587

Case 1:17-cv-00124-LLS   Document 224-6   Filed 04/14/22   Page 3 of 6

QUI-FTCNY-0018977

DRAWING 28416R1

DIE LINES
COATING



## Supplement Facts

Serving Size: 1 capsule

Amount per capsule | % Daily Value

Vitamin D (as D3 cholecalciferol) | 50 mcg | 250%

Apoaequorin | 20 mg | †

† Daily Value not established.

**Other ingredients:** microcrystalline cellulose, vegetable capsule (cellulose, water), maltodextrin, contains 2% or less of: casein peptones, lactose, magnesium stearate (vegetable source), modified corn starch, salt, soy lecithin, sugar.

**Contains:** Milk and Soy

Contains a bioengineered food ingredient.

**Distributed by** Quincy Bioscience Holding Company, Inc., Madison, WI 53717, USA

**Suggested use:** Take one capsule daily in the morning, with or without food.

8 94047 00128 7

60 Day Supply

**Prevagen®**
Improves Memory™

**EXTRA STRENGTH**

SUPPORTS:
☑ Healthy Brain Function*
☑ Sharper Mind*
☑ Clearer Thinking*

ONE CAPSULE DAILY
Dietary Supplement

**60 Capsules**

QUINCY BIOSCIENCE

Package may not be recyclable in your area.

NO COATING

PE560959V9

ORIGINALLY DISCOVERED IN JELLYFISH • SUPPORTS HEALTHY BRAIN FUNCTION

electronically protected seal

XXXXXX-1

NO COATING

Originally discovered in jellyfish, Prevagen® is now produced in a controlled scientific process. Now with Vitamin D.

**Prevagen®**
EXTRA STRENGTH

**Healthier Brain. Better Life.**

Prevagen® Extra Strength is designed to have twice the apoaequorin as Prevagen Regular Strength.

☑ Safe & Clinically Tested Ingredient
☑ Only One Capsule Per Day
☑ Full 60 Day Supply

Prevagen Extra Strength is formulated with apoaequorin, which uniquely supports brain function.* In a computer-assessed, double-blinded, placebo-controlled clinical study, Prevagen improved certain aspects of cognitive function over a 90 day period.*

*Based on a clinical study of subgroups of individuals who were cognitively normal or mildly impaired.

† THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

**www.prevagen.com**
📞 Questions? Call 888.565.5335 or visit www.prevagen.com

NO INK OR COATING

NO INK OR COATING

PX-0587

WEB DIRECTION





**Supplement Facts**
Serving Size: 1 capsule

| Amount per capsule | | % Daily Value |
|---|---|---|
| Vitamin D (as D3 cholecalciferol) | 50 mcg | 250% |
| Apoaequorin | 20 mg | † |

† Daily Value not established.

**Other ingredients:** Microcrystalline cellulose, vegetable capsule (cellulose, water), maltodextrin, contains 2% or less of: casein peptones, lactose, magnesium stearate (vegetable source), modified corn starch, salt, soy peptones, sugar.

**Contains:** Milk and Soy

Contains a bioengineered food ingredient.

**Distributed by:** Quincy Bioscience Holding Company, Inc. Madison, WI 53717, USA

**Suggested use:** Take one capsule daily in the morning, with or without food.

**Prevagen® Extra Strength** is designed to have twice the apoaequorin as Prevagen Regular Strength. It is safe and easy to take. Each bottle contains a 60 day supply.

PF3601.ZL.V6

**\*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.**

\*Based on a clinical study of subgroups of individuals who were cognitively normal or mildly impaired.

Questions? Call 888.565.5385

60 Day Supply

**Prevagen®**

*Improves Memory*\*\*

**EXTRA STRENGTH**

**Dietary Supplement**

**60 Capsules**

2.625"

7.000"

2.625" x 7.0" Round Corner
with .015625" Corner Radius

- - - - - - - Bleed Line
———— Die Line
- - - - - - - Safe Copy Area-art should be kept within
blue dotted line. If bleed off border, border should
be at least 1/16" thick to allow for press movement.

QUI-FTCNY-00189980

PX-0587

◀ WEB DIRECTION ▶



2.125" x 5.75" Round Corner
with .015625" Corner Radius

----------- Bleed Line
——————— Die Line
----------- Safe Copy Area-art should be kept within
blue dotted line. If bleed off border, border should
be at least 1/16" thick to allow for press movement.

QUI-FTCNY-00189982

PX-0587

← WEB DIRECTION →



2.125"

5.750"

## 2.125" x 5.75" Round Corner
## with .015625" Corner Radius

- - - - - - - - - - Bleed Line
———————— Die Line
- - - - - - - - - - Safe Copy Area-art should be kept within
blue dotted line. If bleed off border, border should
be at least 1/16" thick to allow for press movement.

QUI-FTCNY-00189983