ORIGINAL



**MEMO ENDORSED**

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

May 23, 2024

**Via ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/24
```

Re: *FTC, et al. v. Quincy Bioscience Holding Co., Inc., et al.*
Case No. 1:17-cv-00124-LLS

Your Honor:

We write jointly on behalf of Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., Quincy Bioscience Manufacturing, LLC (collectively, the "Corporate Defendants") and Mark Underwood, and Plaintiffs the Federal Trade Commission (the "FTC") and the People of the State of New York (the "NYAG"), concerning the proposed briefing schedule for the two issues discussed at the May 10, 2024 status conference, namely: (1) whether an independent standalone cause of action exists under New York Executive Law § 63(12); and (2) whether the Corporate Defendants face any liability under the FTC Act in light of the jury's findings.

The Parties propose a simultaneous exchange of opening briefs and responsive briefs for each issue, in accordance with the schedule below:

- Whether an independent standalone cause of action exists under New York Executive Law § 63(12). Briefs on this issue will be limited to twenty (20) pages.

    **Opening Briefs**: June 14, 2024.

    **Response Briefs:** July 12, 2024.

- Whether the Corporate Defendants face any liability under the FTC Act in light of the jury's findings.

    The FTC believes that each side should confine their submissions to what is necessary and seek to avoid repetition, without a set page limit. The Corporate Defendants request that briefs on this issue be limited to twenty-five (25) pages.

*So Ordered*
*Louis L. Stanton*
5/24/24

NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    NEW JERSEY    STAMFORD

**Opening Briefs:** June 28, 2024.

**Response Briefs:** July 26, 2024.

*No briefs over 25 pp*

*So Ordered*
*LLS*
*5/24/24*

At this time, the FTC and the Corporate Defendants do not believe that reply briefs will be necessary for this issue. If either side would like to file a reply brief, they will request leave by July 31, 2024.

The Parties respectfully request that the Court provide guidance on whether a page limit for briefs on the issue of corporate liability under the FTC Act is necessary and "so order" the above schedule and proposal.

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: /s/ *Geoffrey W. Castello*
    Geoffrey W. Castello
    Jaclyn M. Metzinger
    Glenn T. Graham
    Caitlin R. Hickey
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007
    Tel: (212) 808-7800
    Fax: (212) 808-7897
    gcastello@kelleydrye.com
    jmetzinger@kelleydrye.com
    ggraham@kelleydrye.com
    chickey@kelleydrye.com

*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*

By: /s/ *Michael B. de Leeuw*
    Michael B. de Leeuw
    Tamar Wise
    Amanda Giglio
    Cozen O'Connor
    3 WTC, 175 Greenwich Street
    Ste 55th Floor
    New York, NY 10007

Tel:   212-908-1331
Fax:   212-509-9492
Email: mdeleeuw@cozen.com
Email: twise@cozen.com
Email: agiglio@cozen.com

*Counsel for Defendant
Mark Underwood*

By: /s/ Tiffany Woo
    EDWARD GLENNON
    ANNETTE SOBERATS
    ANDREW WONE
    CHRISTINE DELORME
    TIFFANY WOO
    Federal Trade Commission
    600 Pennsylvania Avenue, NW
    Washington, D.C. 20850
    202-326-3126, eglennon@ftc.gov
    202-326-2921, asoberats@ftc.gov
    202-326-2934, awone@ftc.gov
    202-326-3583, twoo@ftc.gov
    202-326-3259 (facsimile)

*Attorneys for Plaintiff*
FEDERAL TRADE COMMISSION


PEOPLE OF THE STATE OF NEW YORK
BY LETITIA JAMES

LETITIA JAMES
Attorney General of the State of New York

By: /s/ Kate Matuschak
    JANE M. AZIA
    KATE MATUSCHAK
    MARY ALESTRA
    NOAH H. POPP
    EMILY SMITH
    Consumer Frauds and Protection Bureau
    28 Liberty Street
    New York, NY 10005
    212-416-6189, kate.matuschak@ag.ny.gov
    212-416-6698, mary.alestra@ag.ny.gov
    212-416-8915, noah.popp@ag.ny.gov
    212-416-8316, emily.smith@ag.ny.gov

KELLEY DRYE & WARREN LLP                                                3

*Attorneys for Plaintiff*
*the People of the State of New York*

*Attorneys for Plaintiff*
*the People of the State of New York*