**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>Defendants. | Case No. 1:17-cv-00124-LLS<br><br>**NOTICE OF MOTION FOR PERMANENT INJUNCTION BY PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK** |

Plaintiff People of the State of New York, by Letitia James, Attorney General of the State of New York, moves this Court for an Order, pursuant to New York Executive Law § 63(12) and New York General Business Law § 349(b), permanently enjoining Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC ("Corporate Defendants") from engaging in fraudulent and deceptive business practices in violation of the New York Executive and General Business Laws. The text of the Proposed Order is submitted herewith.

1

Date: September 26, 2024                     Respectfully submitted,

PEOPLE OF THE STATE OF NEW YORK
BY LETITIA JAMES,
Attorney General of the State of New York

By: */s/ Kate Matuschak*
JANE M. AZIA
KATE MATUSCHAK
MARY ALESTRA
NOAH H. POPP
Consumer Frauds and Protection Bureau
28 Liberty Street
New York, NY 10005
212-416-6189, kate.matuschak@ag.ny.gov
212-416-6698, mary.alestra@ag.ny.gov
212-416-8915, noah.popp@ag.ny.gov
212-416-6003 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 26th day of September 2024, I served counsel of record via ECF the foregoing Notice of Motion for Permanent Injunction by People of the State of New York by Letitia James, Attorney General of the State of New York.

/s/ *Kate Matuschak*
Kate Matuschak