ORIGINAL

**MEMORANDUM ENDORSEMENT**

<u>FTC, et al. v. Quincy Bioscience Holding Co., Inc., et al.</u>
17 Civ. 00124 (LLS)

The application for a stay is denied. A jury found that all eight challenged statements were not supported by the competent and reliable scientific evidence which Quincy claimed for them. Although six of the statements were not materially misleading, all were unsupported, and all had a capacity or tendency to deceive.

The Court acknowledged Quincy's generally beneficial motives in withholding financial penalties for Quincy's infringement of the Federal Trade Commission Act and New York General Business Laws, but it sees no merit in allowing that deceptive conduct to continue.

So ordered.

Dated:    New York, New York
          January 13, 2025

                          _Louis L. Stanton_
                          LOUIS L. STANTON
                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/13/25_

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>        Plaintiffs,<br><br>        v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.,<br><br>        Defendants. | Case No. 1:17-cv-00124-LLS<br><br> |

### NOTICE OF DEFENDANTS' EMERGENCY
### MOTION FOR A PARTIAL STAY PENDING APPEAL

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Glenn T. Graham and all exhibits thereto, and all of the pleadings and proceedings heretofore filed and had herein, Defendants Quincy Bioscience Holding Company, Inc.; Quincy Bioscience, LLC; Prevagen, Inc.; Quincy Bioscience Manufacturing, LLC (collectively "Quincy") and Mark Underwood (collectively, with Quincy, "Defendants"), by and through their undersigned attorneys, hereby move this Court for an emergency Order partially staying this Court's Memorandum and Judgment dated November 18, 2024 (Dkt. No. 513), as clarified by this Court's

December 6, 2024 Order (Dkt. No. 524), pending appeal to the United States Court of Appeals for

the Second Circuit, along with such other and further relief as this Court may consider just and

proper.

Dated: December 19, 2024

KELLEY DRYE & WARREN LLP

By:   /s/ *Geoffrey W. Castello*
John E. Villafranco (*pro hac vice*)
Geoffrey W. Castello
William A. Escobar
Jaclyn M. Metzinger
Glenn T. Graham
Caitlin R. Hickey
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:    (212) 808-7800
jvillafranco@kelleydrye.com
gcastello@kelleydrye.com
wescobar@kelleydrye.com
jmetzinger@kelleydrye.com
ggraham@kelleydrye.com
chickey@kelleydrye.com

*Counsel for Defendants*
*Quincy Bioscience Holding Company, Inc.,*
*Quincy Bioscience, LLC, Prevagen, Inc.,*
*and Quincy Bioscience Manufacturing, LLC*

COZEN O'CONNOR, P.C.

By:   /s/ *Michael de Leeuw*
Michael de Leeuw
Tamar S. Wise
Amanda Giglio
Robert Clark
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:    (212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com
agiglio@cozen.com
rclark@cozen.com

*Counsel for Defendant Mark Underwood*