ORIGINAL

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/13/26



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA, CHIEF
CONSUMER FRAUDS AND PROTECTION BUREAU
KATE MATUSCHAK
SENIOR ENFORCEMENT COUNSEL
E-MAIL: KATE.MATUSCHAK@AG.NY.GOV
(212) 416-6189

January 12, 2026

**By Electronic Filing**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *FTC et al. v. Quincy Bioscience Holding Co., Inc. et al.* (No. 17-cv-00124-LLS)

Dear Judge Stanton:

    Plaintiff People of the State of New York by Letitia James, Attorney General of the State of New York, respectfully requests that the deadlines set by the Court in its November 25, 2025 Order (ECF No. 544) be vacated in light of the Court's January 8, 2026 Order denying the NYAG's Motion to Enforce Judgment and for Injunctive Relief (filed Nov. 17, 2025) (ECF No. 536). Because the deadlines adopted by the Court relate solely to that motion, the discovery and briefing schedule is now moot.

    Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc, and Quincy Bioscience Manufacturing, LLC have confirmed that they do not oppose this requested relief.

                            Respectfully submitted,

                            */s/ Kate Matuschak*
                            Kate Matuschak
                            Senior Enforcement Counsel
                            New York State Office of the Attorney General

cc:    Counsel of Record (via ECF)

*So Ordered*
*Louis L. Stanton*
4/13/26